Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED**

RECEIVED

UNITED STATES DISTRICT COURT

for the

JUN 09 2026

Western District of Texas

JUN 09 2026

_____Austin_____ Division

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Jiankang Bu

|  |  |
|---|---|
| ) | Case No. 1:26CV01557RP |
| ) | *(to be filled in by the Clerk's Office)* |
| ) |  |

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Jury Trial: *(check one)* ✔ Yes ☐ No

-v-

Ideal Power Inc.

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jiankang Bu |
| Street Address | 45190 Key Circle |
| City and County | Temecula, Riverside County |
| State and Zip Code | California, 92592 |
| Telephone Number | 9516660355 |
| E-mail Address | jiankang.bu@gmail.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                               **Ideal Power Inc.**

    Job or Title *(if known)*

    Street Address                 **5508 Highway 290 West, Suit 120**

    City and County               **Austin**

    State and Zip Code          **Texas, 78735**

    Telephone Number         **(512) 264-1542**

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. Securities Exchange Act of 1934. For Ideal Power Inc's activities of misleading investors, investors fraud.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Please see attached statement of claims.**

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I sincerely request the court to order:
1) Ideal Power Inc. to pay me $81553.07 for my loss due to Ideal Power Inc.'s misleading info released and wrongdoings handling business. I acquired 19609 shares of IPWR stocks (Ideal Power Inc Nasdaq listing) from 2021 to 2025, market value: $181216.08. After my FBI interview on Augst 14, 2025, I sold all the stocks between 8/18-9/25 with value $99663.01. Loss $81553.07. IPWR stock continued diving in rest of 2025, with lowest price $3 in Dec.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

2) Ideal Power Inc. to publish their responses to FBI, and apologize to the public about such wrongdoings, which they haven't done so by 6/5/2026.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          06/05/2026

Signature of Plaintiff     _Jiankang Bu     6/5/2026_

Printed Name of Plaintiff     Jiankang Bu

### B.     For Attorneys

Date of signing:          _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

Statement of Claims

1. Ideal Power Inc. consistently and intentionally made false statements about business status, from 2021 to 2024, including but not limited to:
   a. In Q2 2025 Earning Report, Ideal Power Inc. published fraudulent info about qualification results of BTRAN product: claimed completed qualification with zero failure. As the CTO then, I clearly reported in my weekly progress that failure was more than 50%.

   Evidence: CTO weekly progress and 3rd party test results.

   b. Between 2023-2024, Ideal Power Inc. released Press Release, held interviews online, posted on social media such as "LinkedIn" , to boast Ideal Power launched a new product "SymCool IQ" with excellent features and performances, but this product never existed. The design was not available until May 11, 2025, when I first reported to Ideal Power Inc Board, that a possible design that may make such products.

   Evidence: CTO Weekly Report, May 2025 presentation to Board of Directors.

2. I reported such activities to FBI, Austin Division, and had interview with FBI agents on August 14, 2025, who told me that they would contact Ideal Power Inc. chairman and auditors.
3. On 11/3/2025, Ideal Power Inc. announced that CEO Dan Brdar "retired", although he was just reelected in June 2025. Ideal Power Inc. also announced that it contracted BPM LLP as the company's independent registered public accounting firm.
4. My loss: I acquired 19609 shares of IPWR stocks (Ideal Power Inc Nasdaq listing) from 2021 to 2025, market value: $181216.08. After my FBI interview on Augst 14, 2025, I sold all the stocks between 8/18-9/25 with value $99663.01. Loss $81553.07. IPWR stock continued diving in rest of 2025, with lowest price $3 in Dec.