**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JIANKANG BU,<br>Plaintiff,<br>v.<br>Ideal Power Inc.,<br>Defendant | No. 1:26-cv-01557-RP<br><br>Honorable Robert Pitman |

PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff respectfully requests that the Court grant leave to file the attached proposed Second Amended Complaint.

1. In "III Statement of Claims", **Page 9, 5. Former CEO's "Planned Retirement**", Plaintiff corrects the date of his in-person interview with the FBI. After reviewing his phone and message records, Plaintiff confirmed that the interview occurred on August 20, 2025, not August 14, 2025.

2. In "III Statement of Claims", **Page 10,** Plaintiff added new allegation, "**6. SymCool Power Module Commercial Shipment Statements."** Plaintiff alleges Ideal Power's characterization of the February 2024 shipment as commencement of "commercial shipment," was materially misleading because it omitted that the SymCool Power Module failed an important published specification, remained subject to substantial unresolved prototype, manufacturing, cost, and design problems requiring significant subsequent redesign and validation before commercially ready samples could be produced.

3. In "III Statement of Claims", **Page 11**, Plaintiff added "**7. Loss Causation**". Plaintiff pleaded that after the truth gradually emerged through a series of partial disclosures from the Defendant, stock price deflated. Plaintiff suffered the claimed loss.

4. Plaintiff has substantially streamlined the proposed complaint and removed the previously filed exhibits. At this pleading stage, Plaintiff seeks to present a short and plain statement of his claims without unnecessarily attaching numerous evidentiary materials. Plaintiff will submit supporting evidence as appropriate during discovery and at later stages of the proceedings, consistent with the Federal Rules of Civil Procedure and the Court's orders.

5. In addition, out of an abundance of caution, and to avoid unnecessary public disclosure of materials that may contain or relate to nonpublic information, Plaintiff will file a separate motion requesting appropriate protection concerning the First Amended Complaint (ECF No. 15) and its accompanying exhibit attachment (ECF No. 15-1), filed on September 3, 2026.

Respectfully submitted,

/s/ Jiankang Bu

Jiankang Bu,

Plaintiff, Pro Se

Jiankang.Bu@gmail.com

951-6660355

September 12, 2026