**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JIANKANG BU,<br>Plaintiff,<br>v.<br>IDEAL POWER INC.,<br>Defendant. | No. 1:26-cv-01557-RP<br><br>Honorable Robert Pitman |

**DECLARATION OF MATTHEW M. RICCARDI**
**IN SUPPORT OF DEFENDANT IDEAL POWER INC.'S**
**MOTION TO DISMISS THE SECOND AMENDED**
**COMPLAINT AND SUPPORTING MEMORANDUM**

I, Matthew M. Riccardi, declare as follows:

1. I am a partner at Ashurst Perkins Coie US LLP, attorneys for Defendant Ideal Power Inc. ("Ideal Power" of "Defendant") in the above-captioned case. I submit this Declaration in support of Defendant's Motion to Dismiss the Second Amended Complaint.

2. I am of sound mind, over the age of 21, have never been convicted of a felony, and am fully authorized and competent to make this declaration. This declaration is made upon my personal knowledge, except where otherwise noted. If called to testify to said statements, I could and would testify competently thereto. I am an attorney at law, duly licensed to practice before all state and federal courts of the State of New York.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Ideal Power Inc.'s Q2 2024 10-Q filed with the Securities and Exchange Commission on August 14, 2024.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a transcript of Ideal Power Inc.'s Q2 2025 earnings call on August 14, 2025, which was also attached as Exhibit 1 to Plaintiff's First Amended Complaint (Dkt. No. 15-1).

5. Attached hereto as **Exhibit 3** is a true and correct copy of a transcript of Ideal Power Inc.'s Q4 2022 earnings call on March 2, 2023.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a transcript of Ideal Power Inc.'s Q1 2023 earnings call on May 4, 2023.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a transcript of Ideal Power Inc.'s Q2 2023 earnings call on August 10, 2023.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a YouTube-generated transcript of a December 4, 2024 video interview of Dan Brdar by Proactive available at https://www.youtube.com/watch?v=X5JzahopBHI, as provided in the First Amended Complaint (Dkt. No. 15) at § III.2.1.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Ideal Power Inc.'s Q1 2025 10-Q filed with the Securities and Exchange Commission on May 15, 2025.

10. Attached hereto as **Exhibit 8** is a true and correct copy of Ideal Power Inc.'s Q2 2025 Form 10-Q filed with the Securities and Exchange Commission on August 14, 2025.

11. Attached hereto as **Exhibit 9** is a true and correct copy of Ideal Power Inc.'s Q3 2025 10-Q filed with the Securities and Exchange Commission on November 13, 2025.

12. Attached hereto as **Exhibit 10** is a true and correct copy of Ideal Power Inc.'s Form 10-K for fiscal year 2022 filed with the Securities and Exchange Commission on March 30, 2023.

13. Attached hereto as **Exhibit 11** is a true and correct copy of Ideal Power Inc.'s September 28, 2023 press release.

14. Attached hereto as **Exhibit 12** is a true and correct copy of Ideal Power Inc.'s February 20, 2024 press release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2026, in New York, New York, by:

Matthew M. Riccardi

# EXHIBIT 1

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-Q

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2024**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____________ to ______________**

**Commission File Number 001-36216**

## IDEAL POWER INC.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware**<br>(State or other jurisdiction of incorporation or organization) | **14-1999058**<br>(I.R.S. Employer Identification No.) |

**5508 Highway 290 West, Suite 120**
**Austin, Texas 78735**
(Address of principal executive offices)
(Zip Code)

**(512) 264-1542**
(Registrant's telephone number, including area code)

(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | IPWR | The Nasdaq Capital Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☐ |
| Non-accelerated filer ☒ | Smaller reporting company ☒ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark whether the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the issuer is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of August 12, 2024, the issuer had 7,693,917 shares of common stock, par value $0.001, outstanding.

Table of Contents

**TABLE OF CONTENTS**


| | | |
|---|---|---|
| **PART I** | FINANCIAL INFORMATION | 3 |
| **Item 1.** | Unaudited Condensed Financial Statements | 3 |
| | Balance Sheets at June 30, 2024 and December 31, 2023 | 3 |
| | Statements of Operations for the three and six months ended June 30, 2024 and 2023 | 4 |
| | Statements of Cash Flows for the six months ended June 30, 2024 and 2023 | 5 |
| | Statements of Stockholders' Equity for the three-month periods during the six months ended June 30, 2024 and 2023 | 6 |
| | Notes to Unaudited Financial Statements | 7 |
| **Item 2.** | Management's Discussion and Analysis of Financial Condition and Results of Operations | 12 |
| **Item 3.** | Quantitative and Qualitative Disclosures About Market Risk | 15 |
| **Item 4.** | Controls and Procedures | 15 |
| **PART II** | OTHER INFORMATION | 16 |
| **Item 1.** | Legal Proceedings | 16 |
| **Item 1A.** | Risk Factors | 16 |
| **Item 2.** | Unregistered Sales of Equity Securities and Use of Proceeds | 16 |
| **Item 3.** | Defaults Upon Senior Securities | 16 |
| **Item 4.** | Mine Safety Disclosures | 16 |
| **Item 5.** | Other Information | 16 |
| **Item 6.** | Exhibits | 17 |
| **SIGNATURES** | | 18 |

Table of Contents

**PART I-FINANCIAL INFORMATION**

**ITEM 1. UNAUDITED CONDENSED FINANCIAL STATEMENTS**

**IDEAL POWER INC.**
**Balance Sheets**
**(unaudited)**

| | June 30, 2024 | December 31, 2023 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 20,064,897 | $ 8,474,835 |
| Accounts receivable, net | 1,331 | 70,000 |
| Inventory | 79,662 | 81,450 |
| Prepayments and other current assets | 317,190 | 482,890 |
| Total current assets | 20,463,080 | 9,109,175 |
| | | |
| Property and equipment, net | 351,533 | 359,225 |
| Intangible assets, net | 2,586,359 | 2,580,066 |
| Right of use asset | - | 186,570 |
| Other assets | 18,727 | 13,034 |
| Total assets | $ 23,419,699 | $ 12,248,070 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 230,634 | $ 405,098 |
| Accrued expenses | 649,186 | 455,112 |
| Current portion of lease liability | - | 70,683 |
| Total current liabilities | 879,820 | 930,893 |
| | | |
| Long-term lease liability | - | 132,304 |
| Other long-term liabilities | 1,066,274 | 1,125,173 |
| Total liabilities | 1,946,094 | 2,188,370 |
| | | |
| Commitments and contingencies (Note 5) | | |
| | | |
| Stockholders' equity: | | |
| Common stock, $0.001 par value; 50,000,000 shares authorized; 7,695,238 shares issued and 7,693,917 shares outstanding at June 30, 2024 and 5,998,018 shares issued and 5,996,697 shares outstanding at December 31, 2023 | 7,695 | 5,998 |
| Additional paid-in capital | 123,660,261 | 107,116,362 |
| Treasury stock, at cost, 1,321 shares at June 30, 2024 and December 31, 2023 | (13,210) | (13,210) |
| Accumulated deficit | (102,181,141) | (97,049,450) |
| Total stockholders' equity | 21,473,605 | 10,059,700 |
| Total liabilities and stockholders' equity | $ 23,419,699 | $ 12,248,070 |

The accompanying notes are an integral part of these condensed financial statements.

Table of Contents

**IDEAL POWER INC.**
**Statements of Operations**
**(unaudited)**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | **2024** | **2023** | **2024** | **2023** |
| Commercial revenue | $ 1,331 | $ 98,443 | $ 80,070 | $ 98,443 |
| Grant revenue | - | 36,724 | - | 37,388 |
| Total revenue | 1,331 | 135,167 | 80,070 | 135,831 |
| Cost of commercial revenue | 17,474 | 74,013 | 85,972 | 74,013 |
| Cost of grant revenue | - | 36,724 | - | 37,338 |
| Total cost of revenue | 17,474 | 110,737 | 85,972 | 111,401 |
| Gross profit (loss) | (16,143) | 24,430 | (5,902) | 24,430 |
| Operating expenses: | | | | |
| Research and development | 1,562,747 | 1,206,688 | 2,929,640 | 2,646,716 |
| General and administrative | 947,384 | 933,993 | 1,801,072 | 1,828,926 |
| Sales and marketing | 359,739 | 271,900 | 676,350 | 576,226 |
| Total operating expenses | 2,869,870 | 2,412,581 | 5,407,062 | 5,051,868 |
| Loss from operations | (2,886,013) | (2,388,151) | (5,412,964) | (5,027,438) |
| Interest income, net | 223,948 | 108,345 | 281,273 | 219,647 |
| Net loss | $ (2,662,065) | $ (2,279,806) | $ (5,131,691) | $ (4,807,791) |
| Net loss per share - basic and diluted | $ (0.31) | $ (0.37) | $ (0.69) | $ (0.78) |
| Weighted average number of shares outstanding - basic and diluted | 8,514,581 | 6,185,397 | 7,417,260 | 6,181,972 |

The accompanying notes are an integral part of these condensed financial statements.

Table of Contents

**IDEAL POWER INC.**
**Statements of Cash Flows**
**(unaudited)**

| | Six Months Ended June 30, 2024 | Six Months Ended June 30, 2023 |
|---|---|---|
| Cash flows from operating activities: | | |
| Net loss | $ (5,131,691) | $ (4,807,791) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization | 163,871 | 121,423 |
| Amortization of right of use asset | 34,948 | 30,590 |
| Write-off of capitalized patent | 62,073 | - |
| Write-off of fixed assets | 14,459 | - |
| Gain on lease termination | (15,319) | - |
| Stock-based compensation | 745,600 | 1,233,207 |
| Decrease (increase) in operating assets: | | |
| Accounts receivable | 68,669 | (137,388) |
| Inventory | 1,788 | - |
| Prepaid expenses and other assets | 160,007 | 49,065 |
| Increase (decrease) in operating liabilities: | | |
| Accounts payable | (174,464) | (18,493) |
| Accrued expenses and other liabilities | 135,175 | 250,414 |
| Lease liability | (36,046) | (31,389) |
| Net cash used in operating activities | (3,970,930) | (3,408,492) |
| | | |
| Cash flows from investing activities: | | |
| Purchase of property and equipment | (64,036) | (114,025) |
| Acquisition of intangible assets | (174,968) | (139,838) |
| Net cash used in investing activities | (239,004) | (253,863) |
| | | |
| Cash flows from financing activities: | | |
| Net proceeds from issuance of common stock and pre-funded warrants | 15,724,818 | - |
| Exercise of options | 86,757 | - |
| Payment of taxes related to restricted stock unit vestings | (11,579) | - |
| Net cash provided by financing activities | 15,799,996 | - |
| | | |
| Net increase (decrease) in cash and cash equivalents | 11,590,062 | (3,662,355) |
| Cash and cash equivalents at beginning of period | 8,474,835 | 16,345,623 |
| Cash and cash equivalents at end of period | $ 20,064,897 | $ 12,683,268 |

The accompanying notes are an integral part of these condensed financial statements.

Table of Contents

**IDEAL POWER INC.**
**Statements of Stockholders' Equity**
**For the Three-Month Periods during the Six Months Ended June 30, 2024 and 2023**
**(unaudited)**

| | Common Stock | | Additional Paid-In | Treasury Stock | | Accumulated | Total Stockholders' |
|---|---|---|---|---|---|---|---|
| | Shares | Amount | Capital | Shares | Amount | Deficit | Equity |
| Balances at December 31, 2022 | 5,926,001 | $ 5,926 | $ 105,011,318 | 1,321 | $ (13,210) | $ (87,095,430) | $ 17,908,604 |
| Vesting of restricted stock units | 6,889 | 7 | (7) | - | - | - | - |
| Stock-based compensation | - | - | 609,926 | - | - | - | 609,926 |
| Net loss for the three months ended March 31, 2023 | - | - | - | - | - | (2,527,985) | (2,527,985) |
| Balances at March 31, 2023 | 5,932,890 | 5,933 | 105,621,237 | 1,321 | (13,210) | (89,623,415) | 15,990,545 |
| Vesting of restricted stock units | 6,889 | 7 | (7) | - | - | - | - |
| Stock-based compensation | - | - | 623,281 | - | - | - | 623,281 |
| Net loss for the three months ended June 30, 2023 | - | - | - | - | - | (2,279,806) | (2,279,806) |
| Balances at June 30, 2023 | 5,939,779 | $ 5,940 | $ 106,244,511 | 1,321 | $ (13,210) | $ (91,903,221) | $ 14,334,020 |
| | | | | | | | |
| Balances at December 31, 2023 | 5,998,018 | $ 5,998 | $ 107,116,362 | 1,321 | $ (13,210) | $ (97,049,450) | $ 10,059,700 |
| Issuance of common stock and pre-funded warrants | 1,366,668 | 1,367 | 13,651,296 | - | - | - | 13,652,663 |
| Exercise of options | 8,334 | 8 | 86,749 | - | - | - | 86,757 |
| Vesting of restricted stock units | 9,679 | 10 | (10) | - | - | - | - |
| Stock-based compensation | - | - | 381,019 | - | - | - | 381,019 |
| Net loss for the three months ended March 31, 2024 | - | - | - | - | - | (2,469,626) | (2,469,626) |
| Balances at March 31, 2024 | 7,382,699 | 7,383 | 121,235,416 | 1,321 | (13,210) | (99,519,076) | 21,710,513 |
| Issuance of common stock and pre-funded warrants | 300,000 | 300 | 2,071,855 | - | - | - | 2,072,155 |
| Vesting of restricted stock units | 12,539 | 12 | (11,591) | - | - | - | (11,579) |
| Stock-based compensation | - | - | 364,581 | - | - | - | 364,581 |
| Net loss for the three months ended June 30, 2024 | - | - | - | - | - | (2,662,065) | (2,662,065) |
| Balances at June 30, 2024 | 7,695,238 | $ 7,695 | $123,660,261 | 1,321 | $ (13,210) | $(102,181,141) | $ 21,473,605 |

The accompanying notes are an integral part of these condensed financial statements.

Table of Contents

**IDEAL POWER INC.**
**Notes to Financial Statements**
**(unaudited)**

**Note 1 - Organization and Description of Business**

Ideal Power Inc. (the "Company") was incorporated in Texas in May 2007 under the name Ideal Power Converters, Inc. The Company changed its name to Ideal Power Inc. and re-incorporated in Delaware in July 2013. With headquarters in Austin, Texas, the Company is focused on the further development and commercialization of its Bidirectional bipolar junction TRANsistor (B-TRAN™) solid-state switch technology.

Since its inception, the Company has financed its research and development efforts and operations primarily through the sale of common stock and pre-funded warrants. The Company's continued operations are dependent upon, among other things, its ability to obtain adequate sources of funding through future revenues, follow-on stock offerings, issuances of warrants, debt financing, co-development agreements, government grants, sale or licensing of developed intellectual property or other alternatives.

**Note 2 - Summary of Significant Accounting Policies**

Basis of Presentation

The accompanying unaudited condensed financial statements have been prepared in accordance with the rules and regulations of the Securities and Exchange Commission (the "SEC") for Form 10-Q. Accordingly, certain information and footnote disclosures normally included in financial statements prepared in accordance with generally accepted accounting principles have been condensed or omitted pursuant to such rules and regulations. The balance sheet at December 31, 2023 has been derived from the Company's audited financial statements included in its Annual Report on Form 10-K filed with the SEC on April 1, 2024.

In the opinion of management, these financial statements reflect all normal recurring, and other adjustments, necessary for a fair presentation. These financial statements should be read in conjunction with the audited financial statements included in the Company's Annual Report on Form 10-K for the year ended December 31, 2023. Operating results for interim periods are not necessarily indicative of operating results for an entire fiscal year or any other future periods.

Net Loss Per Share

In accordance with Accounting Standards Codification ("ASC") 260, shares issuable for little or no cash consideration are considered outstanding common shares and included in the computation of basic net loss per share. As such, for the three and six months ended June 30, 2024 and 2023, the Company included pre-funded warrants to purchase shares of common stock in its computation of net loss per share. The pre-funded warrants were issued in March 2024 and November 2019 with an exercise price of $0.001. See Note 8.

In periods with a net loss, no common share equivalents are included in the computation of diluted net loss per share because their effect would be anti-dilutive. At June 30, 2024 and 2023, potentially dilutive shares outstanding amounted to 1,763,733 and 1,636,006 shares, respectively, and exclude pre-funded warrants to purchase shares of common stock.

Recent Accounting Pronouncements

Management does not believe that any recently issued, but not yet effective, accounting standard, if adopted, would have a material impact on the Company's financial statements.

**Note 3 - Intangible Assets**

Intangible assets, net consisted of the following:

| | June 30, 2024 (unaudited) | December 31, 2023 |
|---|---|---|
| Patents | $ 1,638,663 | $ 1,530,257 |
| Trademarks | 20,284 | 15,794 |
| Other intangible assets | 1,843,036 | 1,843,036 |
| | 3,501,983 | 3,389,087 |
| Accumulated amortization - patents | (310,099) | (272,872) |
| Accumulated amortization - other intangible assets | (605,525) | (536,149) |
| | $ 2,586,359 | $ 2,580,066 |

Table of Contents

At June 30, 2024 and December 31, 2023, the Company had capitalized $446,614 and $460,890, respectively, for costs related to patents that have not been awarded. Cost related to patents that have not yet been awarded are not amortized until patent issuance.

Amortization expense amounted to $53,905 and $106,602 for the three and six months ended June 30, 2024, respectively, and $50,178 and $88,404 for the three and six months ended June 30, 2023, respectively. Amortization expense for the succeeding five years and thereafter is $107,909 (remaining six months of 2024), $215,817 (2025-2028) and $1,148,284 (thereafter).

**Note 4 - Lease**

In March 2021, the Company entered into a lease agreement (the “Original Lease”) for 4,070 square feet of office and laboratory space located in Austin, Texas (“the Original Suite”). The commencement of the lease occurred on June 1, 2021 and the initial term of the lease was 63 months. The actual base rent in the first year of the lease was $56,471 and was net of $18,824 in abated rent over the first three months of the lease term. The annual base rent in the second year of the lease was $77,330 and increased by $2,035 in each succeeding year of the lease. In addition, the Company was required to pay its proportionate share of operating costs for the building under this triple net lease. The lease contained a 5-year fair market renewal option. It did not contain a termination option. The Company recognized a right of use asset of $339,882 and a corresponding lease liability for this lease upon lease commencement. For purposes of calculating the right of use asset and lease liability included in the Company’s financial statements, the Company estimated its incremental borrowing rate at 6% per annum.

In April 2024, the Company entered into a first amendment and relocation agreement (the “Amended Lease”) with its landlord. Under the Amended Lease, the Company will relocate to another, larger suite in the same office building. The Amended Lease is for 5,775 square feet of office and laboratory space (the “New Suite”) and, upon occupancy, will replace the 4,070 square feet of office and laboratory space currently leased by the Company. The term of the Amended Lease will expire sixty-two (62) months from July 1, 2024, the commencement date. The annual base rent for the first year of the Amended Lease is $118,388 and the annual base rent increases approximately 2.75% each year during the lease term. The Company is required to pay its proportionate share of operating costs for the building under this triple net lease.

In accordance with ASC 842, the Company accounted for the modification of the lease contract as a separate lease contract. The lease for the Original Suite terminated on June 30, 2024 and the Company recorded a gain on the termination of the lease for the Original Suite of $15,319 in general and administrative expenses. As a result of the early termination of the lease for the Original Suite, the Company did not have a right of use asset or lease liability on its balance sheet at June 30, 2024. See Note 9 for a discussion of the lease for the New Suite.

For the three months ended June 30, 2024 and 2023, operating cash flows for lease payments totaled $20,011 and $19,502, respectively, and for the six months ended June 30, 2024 and 2023, operating cash outflows for lease payments totaled $39,852 and $38,835, respectively. For the three months ended June 30, 2024 and 2023, operating lease cost, recognized on a straight-line basis, totaled $19,736 and $19,017, respectively, and for the six months ended June 30, 2024 and 2023, operating lease cost, recognized on a straight-line bases, totaled $38,754 and $38,035, respectively.

**Note 5 - Commitments and Contingencies**

License Agreements

In 2015, the Company entered into a licensing agreement which expires in February 2033. Per the agreement, the Company has an exclusive royalty-free license, included in intangible assets, associated with semiconductor power switches which enhances its intellectual property portfolio. The Company pays $100,000 annually under this agreement.

In 2023, the Company amended a 2021 license agreement which expires in February 2034. Per the agreement, the Company has an exclusive royalty-free license, included in intangible assets, associated with semiconductor drive circuitry which enhances its intellectual property portfolio. The Company pays $
50,000 annually under this agreement.

At June 30, 2024 and December 31, 2023, the other long-term liability for the estimated present value of future payments under the licensing agreements was $1,066,274 and $1,125,173, respectively. The Company is accruing interest for future payments related to these agreements.

Legal Proceedings

The Company may be subject to litigation from time to time in the ordinary course of business. The Company is not currently party to any legal proceedings.

Table of Contents

Indemnification Obligations

The employment agreements of Company executives include an indemnification provision whereby the Company shall indemnify and defend, at the Company's expense, its executives so long as an executive's actions were taken in good faith and in furtherance of the Company's business and within the scope of the executive's duties and authority.

**Note 6 - Common Stock**

In March 2024, the Company issued and sold 1,366,668 shares of its common stock at a price of $7.50 per share and 633,332 pre-funded warrants to purchase shares of common stock at a price of $7.499 per pre-funded warrant in an underwritten public offering. The pre-funded warrants have an exercise price of $0.001 per share. The underwriter had a 30-day option to purchase up to an additional 300,000 shares of common stock at the offering price, less the underwriting discounts and commissions. In April 2024, the underwriter exercised in full its 30-day option to purchase an additional 300,000 shares of the Company's common stock at the offering price of $7.50 per share, less underwriting discounts and commissions. The net proceeds to the Company from the public offering, including the underwriter's exercise of its option to purchase additional shares, was $15.7 million.

**Note 7 - Equity Incentive Plan**

In May 2013, the Company adopted the 2013 Equity Incentive Plan (as amended and restated, the "Plan") and reserved shares of common stock for issuance under the Plan, which was last amended in June 2023. The Plan is administered by the Compensation Committee of the Company's Board of Directors. At June 30, 2024, 308,162 shares of common stock were available for issuance under the Plan.

A summary of the Company's stock option activity and related information is as follows:

| | Stock Options | Weighted Average Exercise Price | Weighted Average Remaining Life (in years) |
|---|---|---|---|
| Outstanding at December 31, 2023 | 525,948 | $ 7.69 | 6.6 |
| Exercised | (8,334) | $ 10.41 | |
| Outstanding at June 30, 2024 | 517,614 | $ 7.65 | 5.1 |
| Exercisable at June 30, 2024 | 487,617 | $ 7.39 | 5.0 |

A summary of the Company's restricted stock unit (RSU) and performance stock unit (PSU) activity is as follows:

| | RSUs | PSUs |
|---|---|---|
| Outstanding at December 31, 2023 | 171,530 | 114,000 |
| Granted | 197,594 | - |
| Vested | (23,425) | - |
| Outstanding at June 30, 2024 | 345,699 | 114,000 |

During the six months ended June 30, 2024, the Company granted 38,710 RSUs to Board members, 125,000 RSUs to executives and 33,884 RSUs to employees under the Plan. The estimated fair value of these equity grants was $1,439,058, of which $178,063 was recognized in stock-based compensation expense totaling $
745,600 for the six months ended June 30, 2024.

At June 30, 2024, there was $2,561,697 of unrecognized compensation cost related to non-vested equity awards granted under the Plan. That cost is expected to be recognized over a weighted average period of 1.1 years.

**Note 8 - Warrants**

At June 30, 2024 and December 31, 2023, the Company had 786,420 warrants outstanding with a weighted average exercise price of $5.19 per share. At June 30, 2024 and December 31, 2023, the Company had 887,160 and 253,828 pre-funded warrants outstanding, respectively, with an exercise price of $
0.001 per share. The weighted average remaining life, excluding the pre-funded warrants with no expiration date, of the outstanding warrants is 0.7 years.

At June 30, 2024, all warrants were exercisable, although the warrants held by certain of the Company's warrant holders may be exercised only to the extent that the total number of shares of common stock then beneficially owned by such warrant holder does not exceed
4.99% (or, at the investor's election, 9.99%) of the outstanding shares of the Company's common stock.

Table of Contents

**Note 9 - Subsequent Events**

The Company recognized a right of use asset of $524,025 and a corresponding lease liability for the Amended Lease on the Commencement Date. For purposes of calculating the right of use asset and lease liability, the Company estimated its incremental borrowing rate at 8.5% per annum. See Note 4.

Future minimum payments under the Amended Lease are as follows:

| **For the Year Ended December 31,** | | |
|---|---|---|
| 2024 (remaining) | $ | 59,194 |
| 2025 | | 120,004 |
| 2026 | | 123,297 |
| 2027 | | 126,703 |
| 2028 | | 130,197 |
| 2029 | | 88,579 |
| Total lease payments | | 647,974 |
| Less: imputed interest | | (123,949) |
| Total lease liability | | 524,025 |

Table of Contents

## SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS AND OTHER INFORMATION CONTAINED IN THIS REPORT

This report contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 and the provisions of Section 27A of the Securities Act of 1933, as amended, or the Securities Act, and Section 21E of the Securities Exchange Act of 1934, as amended, or the Exchange Act. These statements include, but are not limited to, statements regarding our future financial performance, business condition and results of operations, future business plans and pursuing additional government funding. Forward-looking statements give our current expectations or forecasts of future events. You can identify these statements by the fact that they do not relate strictly to historical or current facts. You can find many (but not all) of these statements by looking for words such as “approximates,” “believes,” “hopes,” “expects,” “anticipates,” “estimates,” “projects,” “intends,” “plans,” “would,” “should,” “could,” “may” or other similar expressions in this report. In particular, these include statements relating to future actions, prospective products, applications, customers, technologies, future performance or results of anticipated products, expenses, and financial results. These forward-looking statements are subject to certain risks and uncertainties that could cause actual results to differ materially from our historical experience and our present expectations or projections. Factors that could cause actual results to differ from those discussed in the forward-looking statements include, but are not limited to:

- our history of losses;
- our ability to generate revenue;
- our limited operating history;
- the size and growth of markets for our technology;
- regulatory developments that may affect our business;
- our ability to successfully develop new products and the expected performance of those products;
- the performance of third-party consultants and service providers whom we have and will continue to rely on to assist us in development and commercialization of our B-TRAN™ and related packaging and drive circuitry;
- the rate and degree of market acceptance for our B-TRAN™ and current and future B-TRAN™ products;
- the time required for third parties to redesign, test and certify their products incorporating our B-TRAN™;
- our ability to successfully commercialize our B-TRAN™ technology;
- our ability to secure strategic partnerships with semiconductor fabricators and others related to our B-TRAN™ technology;
- our ability to obtain, maintain, defend and enforce intellectual property rights protecting our technology;
- the success of our efforts to manage cash spending, particularly prior to the commercialization of our B-TRAN™ technology at scale;
- general economic conditions and events, including inflation, and the impact they may have on us and our potential partners and licensees;
- our dependence on the global supply chain and impacts of supply chain disruptions;
- our ability to obtain adequate financing in the future, if and when we need it;
- the impact of global health pandemics on our business, financial condition and results of operations;
- our success at managing the risks involved in the foregoing items; and
- other factors discussed in this report.

The forward-looking statements are based upon management’s beliefs and assumptions and are made as of the date of this report. We undertake no obligation to publicly update or revise any forward-looking statements included in this report, except as required by applicable law. You should not place undue reliance on these forward-looking statements.

Unless otherwise stated or the context otherwise requires, the terms “Ideal Power,” “we,” “us,” “our” and the “Company” refer to Ideal Power Inc.

Table of Contents

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

*The following discussion and analysis of our financial condition and results of operations should be read in conjunction with the financial statements and related notes included elsewhere in this Quarterly Report on Form 10-Q as well as our audited 2023 financial statements and related notes included in our Annual Report on Form 10-K for the year ended December 31, 2023. In addition to historical information, the discussion and analysis here and throughout this Form 10-Q contains forward-looking statements that involve risks, uncertainties and assumptions. Our actual results may differ materially from those anticipated in these forward-looking statements as a result of certain factors, including, but not limited, to those set forth under "Risk Factors" in Part I, Item 1A of our Annual Report on Form 10-K for the year ended December 31, 2023.*

**Overview**

Ideal Power Inc. is located in Austin, Texas. We are focused on the further development and commercialization of our Bidirectional bipolar junction TRANsistor (B-TRAN™) solid-state switch technology.

To date, operations have been funded primarily through the sale of common stock and pre-funded warrants and we have generated $3.7 million in grant revenue for bidirectional power switch development. We did not generate grant revenue in the six months ended June 30, 2024. We may pursue additional research and development grants, if and when available, to further develop and/or improve our technology.

We are in the process of commercializing our B-TRAN™ technology and launched our first two commercial products, the SymCool® Power Module and SymCool® IQ Intelligent Power Module, in 2023. We generated $80,070 in commercial revenue in the six months ended June 30, 2024.

Product Launches

In early 2023, we launched our first commercial product, the SymCool® Power Module. This multi-die B-TRAN™ module is designed to meet the very low conduction loss needs of the solid-state circuit breaker market. We commenced shipment of SymCool® Power Modules to fulfill customer orders in the first quarter of 2024.

In late 2023, we launched our second commercial product, the SymCool® IQ Intelligent Power Module (IPM). The SymCool® IQ IPM builds on the bidirectional B-TRAN™ multi-die packaging design of our SymCool® Power Module and adds an integrated intelligent driver optimized for bidirectional operation. This product targets several markets including renewable energy, energy storage, EV charging and other industrial applications. We expect initial sales of this product as early as late 2024.

Development Agreement

During the fourth quarter of 2022, we announced, and began Phase 1 of, a product development agreement with Stellantis, a top 10 global automaker, for a custom B-TRAN™ power module for use in the automaker's EV drivetrain inverters in its next generation EV platform. In Phase 1 of the program, we provided packaged B-TRAN™ devices, test kits and technical data to Stellantis for their evaluation. During the third quarter of 2023, we secured, and began Phase 2 of, this program. In Phase 2 of the program, we collaborated with Stellantis and the program partners, including both the program's packaging company and the organization building the initial drivetrain inverter, to supply B-TRAN™ devices for integration into the custom power module and inverter designs. Also, as part of Phase 2, we provided Stellantis a comprehensive test plan for the testing required to achieve certification to automotive standards for B-TRAN™. The test plan was subsequently approved as submitted. In the first quarter of 2024, we successfully completed Phase 2 of the program. We recorded the remaining revenue under Phase 2 of this program in the first quarter of 2024. We are currently finalizing the scope of work for the next phase of the program with Stellantis.

Table of Contents

Distribution Agreement

In March 2024, we announced a global distribution agreement with Richardson Electronics, Ltd. (RELL). RELL is the first distributor for our products. We commenced shipments of our products to RELL to fulfill initial end customer orders late in the first quarter of 2024.

Test and Evaluation Agreements

Since the middle of 2021, we announced several test and evaluation agreements with prospective customers, including, but not limited to, a second top 10 global automaker, a top 10 global provider of power conversion solutions to the solar industry, two global diverse power management market leaders, a tier 1 automotive supplier and a global power conversion supplier. These companies, along with other current and future participants in our test and evaluation program, intend to test and evaluate the B-TRAN™ for use in their applications. We expect to incorporate the feedback from these customers into our future commercial products. We began B-TRAN™ customer shipments to program participants in mid-2023.

Public Offering

In March 2024, we issued and sold 1,366,668 shares of our common stock at a price of $7.50 per share and 633,332 pre-funded warrants to purchase shares of our common stock at a price of $7.499 per pre-funded warrant in an underwritten public offering. The pre-funded warrants have an exercise price of $0.001 per share. The underwriter had a 30-day option to purchase up to an additional 300,000 shares of our common stock at the offering price, less the underwriting discounts and commissions. In April 2024, the underwriter exercised this option in full. The net proceeds to us from the public offering were $15.7 million, inclusive of the underwriter's exercise of its option to purchase additional shares in full. We intend to use the net proceeds from the public offering to fund further commercialization and development of our B-TRAN™ technology and general corporate and working capital purposes.

**Results of Operations**

**Comparison of the three months ended June 30, 2024 to the three months ended June 30, 2023**

*Commercial Revenue.* Commercial revenue was $1,331 for the three months ended June 30, 2024, compared to $98,443 in the three months ended June 30, 2023. Commercial revenue in the three months ended June 30, 2024 related to initial orders from customers evaluating our technology. Commercial revenue in the three months ended June 30, 2023 related to Phase 1 of our development agreement with Stellantis. We expect product revenue to increase modestly over the remainder of 2024 and development revenue to resume once Phase 3 of our development agreement with Stellantis is underway. We may also generate development revenue from other customers.

*Grant Revenue.* We did not generate grant revenue in the three months ended June 30, 2024. We generated $36,724 in grant revenue in the three months ended June 30, 2023. We expect to pursue additional government funding that may result in additional grant revenues in the future.

*Cost of Commercial Revenue.* Cost of commercial revenue was $17,474 for the three months ended June 30, 2024, compared to $74,013 in the three months ended June 30, 2023. Cost of commercial revenue in the three months ended June 30, 2024 related to initial low volume shipments of our products. Cost of commercial revenue in the three months ended June 30, 2023 related to Phase 1 or our development agreement with Stellantis. We expect significant improvement in gross margins as we commence higher volume production and shipments in the future.

*Cost of Grant Revenue.* Cost of grant revenue was $0 for the three months ended June 30, 2024 as we did not have any active grant programs. Cost of grant revenue was $36,724 in the three months ended June 30, 2023. Cost of grant revenue for the three months ended June 30, 2023 was equal to the associated grant revenue resulting in no gross profit. We expect no gross profit from other grants that we are pursuing or may pursue in the remainder of 2024.

*Research and Development Expenses.* Research and development expenses increased by $356,059, or 30%, to $1,562,747 in the three months ended June 30, 2024 from $1,206,688 in the three months ended June 30, 2023. The increase was due to higher semiconductor fabrication costs of $331,660, personnel costs of $130,893 and placement fees and expenses of $85,478, partly offset by lower stock-based compensation expense of $181,827 and other B-TRAN™ development spending of $10,145. We expect higher research and development expenses in the remainder of 2024 as compared to 2023, partly due to the addition of engineering personnel, as we continue development of our B-TRAN™ technology.

*General and Administrative Expenses.* General and administrative expenses increased by $13,391, or 1%, to $947,384 in the three months ended June 30, 2024 from $933,993 in the three months ended June 30, 2023. We expect slightly to moderately higher general and administrative expenses, exclusive of stock-based compensation, in the remainder of 2024 as compared to 2023.

Table of Contents

*Sales and Marketing Expenses.* Sales and marketing expenses increased by $87,839, or 32%, to $359,739 in the three months ended June 30, 2024 from $271,900 in the three months ended June 30, 2023. The increase was due to higher personnel costs of $73,855 and search and placement fees of $32,243, partly offset by lower other spending of $18,259. We expect higher sales and marketing expenses in the remainder of 2024 as compared to 2023, partly due to the addition of sales personnel, as we further commercialize our B-TRAN™ technology.

*Loss from Operations.* Our loss from operations for the three months ended June 30, 2024 was $2,886,013, or 21% higher, as compared to the $2,388,151 loss from operations for the three months ended June 30, 2023, for the reasons discussed above.

*Interest Income, Net.* Net interest income was $223,948 for the three months ended June 30, 2024 compared to $108,345 for the three months ended June 30, 2023 due to the impact of a higher cash balance post-public offering on interest earned from our money market account.

*Net Loss.* Our net loss for the three months ended June 30, 2024 was $2,662,065, or 17% higher, as compared to a net loss of $2,279,806 for the three months ended June 30, 2023, for the reasons discussed above.

**Comparison of the six months ended June 30, 2024 to the six months ended June 30, 2023**

*Commercial Revenue.* Commercial revenue was $80,070 for the six months ended June 30, 2024, compared to $98,443 in the six months ended June 30, 2023. Commercial revenue related primarily to our development agreement with Stellantis.

*Grant Revenue.* We did not generate grant revenue in the six months ended June 30, 2024. We generated $37,388 in grant revenue in the six months ended June 30, 2023.

*Cost of Commercial Revenue.* Cost of commercial revenue was $85,972 for the six months ended June 30, 2024, compared to $74,013 in the six months ended June 30, 2023. Cost of commercial revenue related primarily to our development agreement with Stellantis.

*Cost of Grant Revenue.* Cost of grant revenue was $0 for the six months ended June 30, 2024 as we did not have any active grant programs. Cost of grant revenue was $37,388 in the six months ended June 30, 2023. Cost of grant revenue for the six months ended June 30, 2023 was equal to the associated grant revenue resulting in no gross profit.

*Research and Development Expenses.* Research and development expenses increased by $282,924, or 11%, to $2,929,640 in the six months ended June 30, 2024 from $2,646,716 in the six months ended June 30, 2023. The increase was due to higher semiconductor fabrication costs of $291,933, personnel costs of $209,757, placement fees and expenses of $86,941 and other B-TRAN™ development spending of $44,732, partly offset by lower stock-based compensation expense of $350,439.

*General and Administrative Expenses.* General and administrative expenses decreased by $27,854, or 2%, to $1,801,072 in the six months ended June 30, 2024 from $1,828,926 in the six months ended June 30, 2023.

*Sales and Marketing Expenses.* Sales and marketing expenses increased by $100,124, or 17%, to $676,350 in the six months ended June 30, 2024 from $576,226 in the six months ended June 30, 2023. The increase was due to higher personnel costs of $129,129, partly offset by lower consulting fees of $23,720 and other spending of $5,285.

*Loss from Operations.* Our loss from operations for the six months ended June 30, 2024 was $5,412,964, or 8% higher, as compared to the $5,027,438 loss from operations for the six months ended June 30, 2023, for the reasons discussed above.

*Interest Income, Net.* Net interest income was $281,273 for the six months ended June 30, 2024 compared to $219,647 for the six months ended June 30, 2023 due to the impact of a higher cash balance post-public offering on interest earned from our money market account.

*Net Loss.* Our net loss for the six months ended June 30, 2024 was $5,131,691, or 7% higher, as compared to a net loss of $4,807,791 for the six months ended June 30, 2023, for the reasons discussed above.

**Liquidity and Capital Resources**

We currently generate commercial revenue only. We have incurred losses since inception. We have funded our operations to date primarily through the sale of common stock and pre-funded warrants.

At June 30, 2024, we had cash and cash equivalents of $20.1 million. Our net working capital at June 30, 2024 was also $19.6 million. We had no outstanding debt at June 30, 2024.

Table of Contents

We believe that our cash and cash equivalents on hand will be sufficient to meet our ongoing liquidity needs for at least the next twelve months from the date of filing this Quarterly Report on Form 10-Q; however, we may require additional funds in the future to fully implement our plan of operation and there can be no assurance that, if needed, we will be able to secure additional debt or equity financing on terms acceptable to us or at all. Although we believe we have adequate sources of liquidity over the long term, the success of our operations, the global economic outlook, and the pace of sustainable growth in our markets could each impact our business and liquidity.

Operating activities in the six months ended June 30, 2024 resulted in cash outflows of $3,970,930 which were due to the net loss for the period of $5,131,691, partly offset by stock-based compensation of $745,600, depreciation and amortization of $163,871, favorable balance sheet timing of $155,129 and other non-cash items of $96,161.

Operating activities in the six months ended June 30, 2023 resulted in cash outflows of $3,408,492, which were due to the net loss for the period of $4,807,791, partly offset by stock-based compensation of $1,233,207, depreciation and amortization of $121,423 and favorable balance sheet timing and other non-cash items of $44,669.

We expect an increase in cash outflows from operating activities in the remainder of 2024 as we further develop and commercialize our B-TRAN™ technology.

Investing activities in the six months ended June 30, 2024 and 2023 resulted in cash outflows of $239,004 and $253,863, respectively, for the acquisition of intangible assets and fixed assets.

Financing activities in the six months ended June 30, 2024 resulted in cash inflows of $15,724,818 in net proceeds from the public offering of our common stock and pre-funded warrants and $86,757 from the exercise of stock options, slightly offset by $11,579 in tax payments related to the vesting of restricted stock units.

**Critical Accounting Estimates**

There have been no significant changes during the six months ended June 30, 2024 to the critical accounting estimates disclosed in Management’s Discussion and Analysis of Financial Condition and Results of Operations in our Annual Report on Form 10-K for the fiscal year ended December 31, 2023.

**Trends, Events and Uncertainties**

There are no material changes from trends, events or uncertainties disclosed in our Annual Report on Form 10-K for the fiscal year ended December 31, 2023.

## ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

As a smaller reporting company, we are not required to provide this information.

## ITEM 4. CONTROLS AND PROCEDURES

**Evaluation of Disclosure Controls and Procedures**

Disclosure controls and procedures (as defined in Rule 13a-15(e) under the Exchange Act) include, without limitation, controls and procedures designed to ensure that information required to be disclosed in the Company’s reports that it files or submits under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the Securities and Exchange Commission’s rules and forms. The Company’s disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that this information is accumulated and communicated to management, including the principal executive and principal financial officers, or persons performing similar functions, as appropriate to allow timely decisions regarding required disclosure. The Company conducted an evaluation (pursuant to Rule 13a-15(b) of the Exchange Act), under the supervision and with the participation of its Chief Executive Officer (principal executive officer) and its Chief Financial Officer (principal financial and accounting officer) of the effectiveness of the Company’s disclosure controls and procedures as of June 30, 2024 and has concluded that, as of June 30, 2024, the Company’s disclosure controls and procedures are effective.

**Changes in Internal Control over Financial Reporting**

There have been no material changes in our internal controls over financial reporting that occurred during the quarter ended June 30, 2024 that have materially affected, or are reasonably likely to materially affect, our internal controls over financial reporting.

Table of Contents

**Limitations on the Effectiveness of Controls**

Control systems, no matter how well designed and operated, can provide only reasonable, not absolute, assurance that the control systems' objectives are being met. Further, the design of any system of controls must reflect the fact that there are resource constraints, and the benefits of all controls must be considered relative to their costs. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within the Company have been detected. These inherent limitations include the realities that judgments in decision-making can be faulty and that breakdowns can occur because of error or mistake. Control systems can also be circumvented by the individual acts of some persons, by collusion of two or more people, or by management override of the controls. The design of any system of controls is also based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Over time, controls may become inadequate because of changes in conditions or deterioration in the degree of compliance with policies or procedures.

## PART II-OTHER INFORMATION

### ITEM 1. LEGAL PROCEEDINGS

We may be subject to litigation from time to time in the ordinary course of business. We are not currently party to any legal proceedings.

### ITEM 1A. RISK FACTORS

There are no material changes from the risk factors disclosed in our Annual Report on Form 10-K for the year ended December 31, 2023.

### ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS

None.

### ITEM 3. DEFAULTS UPON SENIOR SECURITIES

Not applicable.

### ITEM 4. MINE SAFETY DISCLOSURES

Not applicable.

### ITEM 5. OTHER INFORMATION

During the three months ended June 30, 2024, no director or officer of the Company adopted or terminated a "Rule 10b5-1 trading arrangement" or non-Rule 10b5-1 trading arrangement," as each term is defined in Item 408(a) of Regulation S-K.

Table of Contents

**ITEM 6. EXHIBITS**

| Exhibit Number | Document |
|---|---|
| 31.1* | Certification of Principal Executive Officer pursuant to Exchange Act Rule, 13a-14(a) and 15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 31.2* | Certification of Principal Financial Officer pursuant to Exchange Act Rule, 13a-14(a) and 15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32.1** | Certification pursuant to 18 U.S.C. 1350, adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 101.INS* | Inline XBRL Instance Document - the instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document |
| 101.SCH* | Inline XBRL Taxonomy Extension Schema Document |
| 101.CAL* | Inline XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.DEF* | Inline XBRL Taxonomy Extension Definition Linkbase Document |
| 10.LAB* | Inline XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE* | Inline XBRL Taxonomy Extension Presentation Linkbase Document |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document and contained in Exhibit 101). |

* Filed herewith
** Furnished herewith

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Dated: August 14, 2024

**IDEAL POWER INC.**

By: /s/ R. Daniel Brdar
R. Daniel Brdar
Chief Executive Officer

By: /s/ Timothy W. Burns
Timothy W. Burns
Chief Financial Officer

**Exhibit 31.1**

**CERTIFICATION OF PRINCIPAL EXECUTIVE OFFICER**
**PURSUANT TO SECTION 302(a) OF THE SARBANES-OXLEY ACT OF 2002**

I, R. Daniel Brdar, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Ideal Power Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15-d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 14, 2024

/s/ R. Daniel Brdar
R. Daniel Brdar
Chief Executive Officer (Principal Executive Officer)

**Exhibit 31.2**

**CERTIFICATION OF PRINCIPAL FINANCIAL OFFICER**
**PURSUANT TO SECTION 302(a) OF THE SARBANES-OXLEY ACT OF 2002**

I, Timothy W. Burns, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Ideal Power Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15-d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 14, 2024

/s/ Timothy W. Burns

Timothy W. Burns
Chief Financial Officer (Principal Financial and
Accounting Officer)

**Exhibit 32.1**

**CERTIFICATION PURSUANT TO 18 U.S.C. SECTION 1350
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the periodic report of Ideal Power Inc. (the "Company") on Form 10-Q for the quarter ended June 30, 2024 as filed with the Securities and Exchange Commission (the "Report"), we, R. Daniel Brdar, Chief Executive Officer (Principal Executive Officer) and Timothy W. Burns, Chief Financial Officer (Principal Financial and Accounting Officer) of the Company, hereby certify as of the date hereof, solely for purposes of Title 18, Chapter 63, Section 1350 of the United States Code, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that to the best of our knowledge:

(1) The Report fully complies with the requirements of Section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934, and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company at the dates and for the periods indicated.

Date: August 14, 2024

/s/ R. Daniel Brdar
R. Daniel Brdar
Chief Executive Officer (Principal Executive Officer)

/s/ Timothy W. Burns
Timothy W. Burns
Chief Financial Officer (Principal Financial and
Accounting Officer)

# EXHIBIT 2

S&P Global
Market Intelligence

# Ideal Power Inc. NasdaqCM:IPWR

# FQ2 2025 Earnings Call Transcripts

## Thursday, August 14, 2025 2:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ2 2025- | | | -FQ3 2025- | -FY 2025- | -FY 2026- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS (GAAP) | (0.25) | (0.33) | NM | (0.34) | (1.32) | NA |
| Revenue (mm) | 0.02 | 0.00 | ▼ (100.00 %) | 0.00 | 0.01 | NA |

Currency: USD
Consensus as of Aug-15-2025 1:39 PM GMT




- EPS (GAAP) -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ4 2024 | NA | (0.29) | NM |
| FQ1 2025 | (0.30) | (0.30) | NM |
| FQ2 2025 | (0.25) | (0.33) | NM |

COPYRIGHT © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Case 1:26-cv-01557-RP Document 20-1 Filed 09/25/26 Page 28 of 215

# Table of Contents

Call Participants ........................................................................... 3
Presentation ........................................................................... 4
Question and Answer ........................................................................... 9

COPYRIGHT © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

EXECUTIVES

**R. Daniel Brdar**

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

ANALYSTS

**Casey Ryan**
*WestPark Capital, Inc., Research Division*

ATTENDEES

**Jeff Christensen**

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

### Operator

Good morning, ladies and gentlemen, and welcome to the Ideal Power Second Quarter 2025 Results Conference Call. [Operator Instructions] As a reminder, this event is being recorded.

I would now like to turn the conference over to Jeff Christensen. Please go ahead.

### Jeff Christensen

Thank you, Kelly. And good morning, everyone. Thank you for joining the Ideal Power's Second Quarter 2025 Results Conference Call. With me on the call are Dan Brdar, President and Chief Executive Officer; and Tim Burns, Chief Financial Officer.

Ideal Power's second quarter 2025 financial results press release is available on the company's website at idealpower.com. Before we begin, I'd like to remind everyone that statements made on the call and webcast, including those regarding future financial results and company prospects, are forward-looking and may be subject to a number of risks and uncertainties that could cause actual results to differ materially from those described in the call. Please refer to the company's SEC filings for a list of associated risks.

We would also refer you to the company's website for more supporting company information.

Now I'd like to turn the call over to Ideal Power's President and CEO, Dan Brdar. Dan?

### R. Daniel Brdar

Thank you, Jeff. I appreciate everyone joining us today. I'm eager to share an update on our progress since the start of the second quarter. I'll begin with the key highlights since the beginning of the second quarter and discuss the most significant developments with additional context to highlight their significance. Afterwards, I'll turn things over to Tim to discuss our financial results. We look forward to your questions after our prepared remarks.

First, we shipped updated solid-state circuit breaker prototypes to our first design win customer. These updated prototypes incorporate additional capabilities into the device driver that were requested by the customer to further differentiate their product offering. The customer is completing their prototype testing, and we'll soon begin gathering feedback on this new product from their targeted end customers ahead of the product launch of their first B-TRAN-enabled solid-state circuit breaker product planned for later this year.

Second, we entered into a collaboration with a fourth global Tier 1 automotive supplier. We shipped them packaged devices, a reference design, and driver to enable them to evaluate B-TRAN, and our understanding is that they plan to launch a formal solid-state EV contactor program within the next few months. Third, one of our distributors introduced our products to a fourth global automaker and the automakers' preferred Tier 1 supplier. They ordered numerous packaged B-TRAN devices, SymCool power modules, solid-state circuit breaker reference design boards, and drivers. The customer will evaluate B-TRAN as part of their innovative solid-state EV contactor design implementation.

The same distributor also introduced our products to a fifth automotive OEM for a potential EV contactor program. We're now collaborating with a total of 5 automakers, including 4 of the top 10 global automakers.

Fourth, Stellantis formally informed us that they are issuing a purchase order to us for custom development and package devices targeting multiple EV applications, broadening our collaboration with one of the world's largest automakers prior to the launch of the EV contactor program.

Fifth, we added a partnership with Kaimei Electronic Corp. to distribute Ideal Power's products to their existing and prospective customers throughout Asia alongside their own product portfolio. Asia is the world's largest market for power electronics, and Asian companies typically adopt new technologies faster than their European and U.S. counterparts. They started introducing B-TRAN to their customer base.

Sixth, we shipped solid-state circuit breaker reference designs to several large companies currently evaluating our technology for solid-state circuit breakers or EV contactor applications. This includes 2 previously announced Forbes Global 500 power management market leaders, as well as our fourth and fifth global Tier 1 automotive suppliers that we added in late June.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And seventh, we successfully completed the third-party automotive prequalification and reliability testing of B-TRAN devices with 0 failures. We expect to complete full third-party automotive qualification and reliability testing later this year.

Let's briefly turn to what we've repeatedly been hearing and seeing from current and prospective customers. There's a growing interest in our B-TRAN technology, both for industrial and automotive applications, particularly for circuit protection applications such as solid-state circuit breakers, transfer switches, and EV contactors, where ultra-low conduction losses are enabling for the applications. For these applications, we're typically competing against silicon carbide devices, and the consistent message we are hearing from prospective customers at the cost and conduction losses of solid-state solutions using silicon carbide are too high.

A recent example of this is our first design win customer. This customer is one of the largest circuit protection equipment manufacturers in Asia, targeting data centers, industrial and utility markets, and renewable energy applications. This customer sent us their 20-amp unidirectional silicon carbide breaker prototypes that did not meet their cost and performance requirements. We reworked them and sent them back a 63-amp bidirectional B-TRAN breaker with a 60% reduction in losses compared to the silicon carbide prototypes. Obviously, this is a significant performance improvement with much higher power density while achieving lower total losses using silicon devices that are at a lower price point than silicon carbide devices.

Since then, we provided the customer with updated prototype breakers, incorporating additional capabilities they requested to be put into the device drivers to accommodate some innovative ideas on the capabilities they want to add to their breaker product. The customer is testing the updated prototypes now, and they'll be soliciting feedback from their customers on these prototypes in the near term with a particular focus on data center customers.

Following this feedback cycle, they plan to move forward with a product launch of their first B-TRAN-enabled solid-state circuit breaker this year, and we're excited to collaborate with this customer and launching additional B-TRAN-enabled breakers across various power ratings in the future.

As we previously mentioned, and based on the first design win customers' projections, the initial product from this customer could translate to several hundred thousand dollars of revenue for Ideal Power in its first year of sales, with the opportunity to exceed millions of dollars in revenue for us in the second year of sales. Importantly, this is just the beginning. Its initial product -- this initial product is anticipated to be the first of several products from this customer that will incorporate B-TRAN into solid-state circuit breakers. This customer provides a variety of circuit breaker products across various power ratings, and it's expected that they could add a full family of solid-state circuit breakers at ratings similar to their current family of electromechanical breakers.

Importantly, our development agreement with this customer does not constrain us in any way from working with other companies interested in our technology for solid-state circuit breaker solutions. In fact, the work that we've done with this customer can be leveraged to benefit current and future customers, aiming to bring solid-state circuit breaker products to market.

Due to the increased customer engagement from Asia and the magnitude of the opportunity for the region for industrial applications beyond our first design win customer, we're in the process of adding a sales director and field applications engineer for the region. We're seeing increased interest in B-TRAN for circuit breakers and static transfer switches for data centers. In both circuit breakers and transfer switches, a smaller solid-state solution would replace bulky, slower-acting electromechanical solutions.

Solid-state circuit breakers and data centers protect against faults and offer the same advantages as solid-state circuit breakers and utility and other industrial applications. Transfer switches for data centers are used to minimize or eliminate server downtime by quickly switching the power source to backup power when needed. Transfer switches are critical as data centers strive for better than 9 or better than 99.999% uptime. It's also important to note that waste heat is a critical issue for data centers, and the B-TRAN-enabled switchgear, like circuit breakers and transfer switches, have ultra-low conduction losses and generate significantly less waste heat relative to competing solid-state solutions.

We're excited that our B-TRAN is an enabler for customers seeking solutions for solid-state switchgear in data centers.

Moving on to another exciting market for B-TRAN, electric and hybrid electric vehicles, including EV contactors. For those of you unfamiliar with EV contactors, a contactor can be thought of similarly to a solid-state circuit breaker for an electric vehicle that isolates the battery from electrical subsystems during both fault conditions and planned maintenance for improved safety. Traditional electromechanical contactors aren't fast enough and do not offer programmability or diagnostic capabilities. Also, auto OEMs need a solution that is very fast-acting to protect the batteries and the systems connected to the battery to prevent a runaway event, injury, or other damage.

Stellantis and multiple other global automakers, as well as numerous Tier 1 automotive suppliers, are already looking at B-TRAN for solid-state EV contactor applications. They, along with others in the industry, appear to have uniformly decided that an

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

electromechanical contactor is not the right solution for electric vehicles due to the slow speed of electromechanical devices and the need for enhanced safety, programmability, and diagnostic capabilities.

The application of B-TRAN and EVs is exemplified by our expected purchase order from Stellantis, encompassing custom development and package devices aimed at multiple EV applications. The order has been approved by Stellantis internally, and we expect to receive their purchase order in the near term. The primary deliverables under this order are a nontraditional double-sided custom semiconductor package design, numerous B-TRAN dies in this custom package, and related drive circuitry. The custom package is required by the unique thermal management design Stellantis intends to adopt for its next-generation electric vehicle platforms.

The combination of B-TRAN and Stellantis' thermal management design allows for commonality of parts in multiple locations within its EV, including the drivetrain, contactors, and other high-power EV applications, and across its EV platforms. This new order is intended to form the basis for a common power semiconductor and packaging design for both the drivetrain and contactor programs. The order will represent significant and continued progress for Stellantis as they implement their EV strategy. As this order will enable multiple uses of B-TRAN and Stellantis' EV platforms, we're excited about our broadening collaboration and the customer validation of the benefits B-TRAN can provide to high-power EV applications.

We remain actively engaged with Stellantis, meeting regularly with them and their program partners on both the planned EV contactor and current drivetrain inverter programs and collaborating with them on automotive qualification and related requirements.

Turning to other automotive customers. We added our fourth and fifth global Tier 1 automotive suppliers to our roster of engagements. For the fourth global Tier 1 automotive supplier, we're engaged with our engineering teams from both the U.S. and Asia. They have B-TRAN devices in their lab, and we'll be evaluating B-TRAN in the near term. Our understanding is that they expect to launch a formal solid-state EV contactor program within the next few months.

For the fifth global Tier 1 supplier, we've begun shipping the numerous packaged B-TRAN devices, SymCool power modules, solid-state circuit breaker reference design boards, and drivers that they'll evaluate for an innovative solid-state EV contactor design. Both these Tier 1 suppliers serve several top 10 global automotive OEMs.

Moving on to the macroeconomic level. Investors have asked about tariffs and evolving trade policies. While the tariff situation is very fluid, we continue to expect minimal impact on our operations from tariffs in place today. Importantly, power semiconductors are exempt from many tariff locations currently in effect or in some cases, are capped at a low tariff rate. This limits the potential impact on us. Although the situation remains dynamic, as evidenced by recent tariff adjustments with China, we're well-positioned to mitigate the impact of future changes in tariffs and trade policies and other supply chain risks.

Our asset-light outsourced business model, leveraging the large investment already made in silicon wafer processing and packaging, enables flexibility. Additionally, our dual sourcing approach in different geographic regions strengthens our supply chain resilience and optionality with wafer fabrication and packaging in different parts of the world. Importantly, our supply chain strategy is entirely independent of China, further insulating us from regional geopolitical and trade uncertainties and any potential trade conflicts between the U.S. and China.

Looking briefly at innovation, we intend to increase the power rating of our product later this year, and updated data sheets will be issued accordingly. We've been conservative in how we've rated our technology, which customers have told us they appreciate as we're introducing a new technology to their markets and applications. As we get more and more testing hours and go through reliability testing, including third-party automotive prequalification testing, we're finding that we have more than ample margin in our design to increase the power rating of our products. Higher product ratings will allow customers to design their products to perform at higher ratings with the same number of devices or to hold their product ratings constant but potentially utilize fewer B-TRAN devices in their application, either of which make their product even more competitive in the marketplace.

The work to complete the testing and release new data sheets for the upgraded products is in progress and on track. As I mentioned earlier, we successfully completed the third-party automotive prequalification and reliability testing of B-TRAN discrete die last month, achieving 0 die failures. Test results indicate the double-sided cool packaging utilized for B-TRAN devices is much more robust than semiconductor packages utilizing wire bonding, as wire bonding is a common point of failure in semiconductor packaging.

For example, to meet automotive qualification standards, packaged devices must withstand 15,000 power cycles without failure. Our devices recently passed 50,000 power cycles without any failures. In addition, the prequalification allowed us to identify and implement packaging improvements to optimize the design for easier assembly for high-volume manufacturing and to reduce cost. The production of multiple wafer runs required for high-volume automotive qualification testing is nearing completion. The gating

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

item for completing the device packaging is the tooling for the encapsulation of the packaged devices, which has been ordered, and our packaging supplier is expecting its delivery in the next few weeks.

We previously mentioned orders this year are not dependent on the successful completion of automotive qualification. However, achieving third-party automotive qualification would provide additional confidence to industrial customers regarding B-TRAN's long-term reliability. It also provides evidence of reliability under conditions, including extremes of humidity and temperature that surpass those needed for industrial applications. And since engineers tend to be conservative when adopting new technologies, automotive qualification would potentially speed up the rollout of B-TRAN-based products by early adopters in our initial target industrial markets.

Our B-TRAN patent estate continues to grow. Currently, we have 96 issued B-TRAN patents, with 47 of those issued outside of the United States. Our patent coverage spans North America, China, Taiwan, Japan, South Korea, India, and Europe, all representing our high-priority patent coverage geographies. As a result of our continued innovation, our list of pending B-TRAN patents is now at 74. To safeguard our intellectual property further, we treat the proven double-sided wafer process flow we develop to make our devices as a trade secret and do not disclose the identity of and work under strict confidentiality with our wafer fabrication partners. So even if a competitor studied our patents, they wouldn't have the know-how to fabricate the device.

In summary, we're excited about the expected purchase order from Stellantis, which targets multiple EV applications and will precede the new EV contactor program with Stellantis. Our first design win customer is completing their solid-state circuit breaker prototype testing in advance of their planned B-TRAN-enabled product launch later this year. We anticipate that following their initial product rollout, this OEM will broaden its product lineup to include a variety of B-TRAN-enabled solid-state circuit breakers across multiple power ratings, which could lead to significant revenue growth for us.

We view solid-state switchgear for data centers and other industrial facilities and grid infrastructure, including solid-state circuit breakers from this first design win customer, as our path to significant revenue growth and profitability. Additionally, we're now collaborating with our fourth and fifth global Tier 1 automotive suppliers and additional top 10 global automakers as the automotive industry is seeking low-loss solid-state solutions for EV contactors.

Looking forward, we're confident we'll deliver against all our milestones for 2025. This year, in addition to the current program with Stellantis, we're expecting a second development program with them, additional design wins and/or customer development agreements for circuit protection applications with global companies, the start of our revenue ramp, an increase in the power rating of our products, and the completion of third-party automotive qualification.

Now I'd like to hand the call over to Tim Burns to review our financials. Tim?

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

Thank you, Dan, and good morning, everyone. Our second quarter 2025 cash burn from operating and investing activities was $2.5 million, up from $2.2 million in the second quarter of 2024 and up from $2.1 million in the first quarter of 2024. Our Q2 cash burn was at the lower end of our guidance of $2.5 million to $2.7 million. Our cash burn from operating and investing activities for the first half of 2025 was $4.6 million, up from $4.2 million in the first half of 2024.

We continue to manage expenses prudently and aggressively.

We expect third quarter 2025 cash burn to increase to approximately $2.7 million to $2.9 million, with a full year 2025 cash burn just over $10 million, with the increase primarily due to the hiring of additional sales and engineering personnel. This compares to a 2024 cash burn of $9.2 million, excluding the benefit of warrant proceeds.

Cash and cash equivalents totaled $11.1 million at June 30, 2025. We have no debt and a clean capital structure. We recorded modest revenue for the second quarter of 2025 as customers continue to evaluate our technology. While initial orders from large companies evaluating our products for potential inclusion in their OEM products will be small, we expect order sizes to increase as customers start to prototype their OEM products and progress through their design cycles and roll out B-TRAN-based products.

Looking at the balance of 2025, we expect to see the start of our sales ramp with revenue from product development activities, the launch of the first B-TRAN-enabled breaker by our first design win customer, and other product sales. Operating expenses were $3.1 million in the second quarter of 2025 compared to $2.9 million in the second quarter of 2024, with the increase due to higher wafer fabrication and engineering personnel costs.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We expect both research and development and sales and marketing spending to increase modestly in the coming quarters due to recent and future hiring and costs associated with our development and commercialization efforts. We also continue to expect some quarter-to-quarter variability in operating expenses, particularly our research and development spending due to the timing of semiconductor fabrication runs, product development, other research and development activities and hiring. The timing of equity grants and related stock-based compensation expense recognition will also cause variability in our quarterly operating expenses.

Net loss in the second quarter of 2025 was $3 million compared to $2.7 million in the second quarter of 2024. Considering our asset-light business model, no debt, and modest planned cash burn, we have sufficient liquidity on our balance sheet to fund operations through at least mid-2026. We'll potentially see several sources of funds over the next year, such as product sales, development agreements, and other commercial agreements with upfront payments. Additionally, we're exploring strategic relationships with our well-capitalized and large global partners, with these opportunities strengthening as we further advance these customer relationships. As a publicly traded company, we also have access to the capital markets, if necessary, providing us with additional financial flexibility.

At the end of June, we had 8,498,014 shares outstanding, 945,318 options and stock units outstanding, 6,827 prefunded warrants outstanding, and 342,240 warrants outstanding. At June 30, 2025, our fully diluted share count was 10,439,399 shares. The 342,240 warrants outstanding at June 30, 2025, expired unexercised earlier this month, so there are no warrants remaining in our fully diluted share count.
At this time, I'd like to open up the call for questions. Operator?

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

# Question and Answer

**Operator**

[Operator Instructions] You have a question coming from Casey Ryan with WestPark Capital.

**Casey Ryan**
*WestPark Capital, Inc., Research Division*

This is an exciting update. I did spur some questions, particularly around Stellantis. I think how do we think about the opportunity with them? I think you're mentioning platform, which is helpful. But to sort of boil it down for us in the public, I think Stellantis has 16 brands, but you mentioned it's maybe for an EV vehicle, but what's the right way to think about your exposure? Like could you be exposed to all 16 brands? Are you exposed to all EVs within the 16 brands? Or is there some other way to sort of simplify what the opportunity there is?

**R. Daniel Brdar**

Yes. I mean our understanding from discussions with them is they want commonality across their brands and their EV platform. So you would see us in multiple brands that people would recognize. There will be some brands like Maserati, where they will probably go with higher cost solutions like silicon carbide, where cost is not an issue, and people aren't worried so much about range because it's a different application. But they really want to have a common EV platform since they've got to continue to support their combustion vehicles, they don't want to have multiple iterations for every brand of what their new EV products are going to look like.

So it gives us a pretty broad opportunity across a broad range of mid-sized vehicles for new brands.

**Casey Ryan**
*WestPark Capital, Inc., Research Division*

So it's certainly fair for us to think it may be multiple brands, maybe not all 16, but certainly more than 1, and then multiple vehicles possibly.

**R. Daniel Brdar**

They clearly plan on it being multiple brands. They've made that very clear to us. And part of this work that they're -- they've told us that we're getting a purchase order for is to also start to drive some commonality even within the EV. Originally, the drivetrain and EV contactor programs were very separate. They were going separate paths. And this work is to actually converge on the semiconductor and packaging design prior to getting the contactor program awarded, because they really want to have that same solution in both of those parts of the vehicle. So it gives us commonality in what we are going to provide for multiple applications within the EV.

**Casey Ryan**
*WestPark Capital, Inc., Research Division*

I think in the past, we've talked about the contactors potentially being in the hundreds of dollars of content per vehicle. If you were in the -- like total vehicle across all these opportunities, I mean, would that number sort of move higher to sort of closer to 4 figures? Or would it still be in the hundreds, but possibly higher than the contactors alone, I guess?

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

Yes. So we estimate the total power semiconductor content in the EV about $1,100. The biggest part of that actually is the drivetrain inverter itself. EV contactor to maybe $300 of that content. So it's most of the content. The other content you're looking at is things like the onboard charger, which may use lower-power devices or MOSFETs. But for us, it's really the drivetrain inverter. I think I heard Onsemi at one point say they had about $750 of content in the drivetrain inverter for power semiconductors. So I've heard that number out there, but it's several hundred dollars for the inverter.

**Casey Ryan**
*WestPark Capital, Inc., Research Division*

One thing that we've talked about, and like I think moving to commercial revenue is a very exciting thing for the second half of '25. But I'm curious, in terms of your design win opportunities and how they come to you, how would you classify those in terms of

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

volume of opportunities? Just as we're curious about all the applications of your technology, would you say that known design win opportunities for you sort of number in the like 10, because we're sort of talking about automotive people primarily? Or are they potentially in the hundreds of thousands in terms of where you guys could be consumed or sort of considered as an upgrade solution?

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

Could you clarify that a little bit, Casey, on…

**Casey Ryan**
*WestPark Capital, Inc., Research Division*

We'll know. I'm just saying how many design opportunities are you guys seeing out there in the marketplace separate from what you've talked about already, to sort of what's on your sales pipeline board, essentially? Like how big is that funnel is what I'm sort of curious about.

**R. Daniel Brdar**

Yes. I mean it continues to grow. I mean if you look at the automotive side, it's more discrete because there are just less players there. So there's 5 global auto OEMs, 4 of which are in the top 10, and 5 Tier 1 suppliers. Now if we look at the industrial side, there's many, many more because there are a lot of companies that we are working with that are interested in solid-state circuit breakers. They range in size from very large companies that people would recognize of -- and I'm not saying these are them by name, but they would be companies like a Siemens or an Eaton or Schneider, to some midsized companies that are also looking to try and find a way to take market share from the big folks.

So our earlier design wins are clearly going to be on the industrial side. We'll get funded programs through the Tier 1s and the automotive companies since their design cycles are longer. But a lot of our effort right now is really focusing on the industrial applications where we'll have our first wins.

**Casey Ryan**
*WestPark Capital, Inc., Research Division*

And then you mentioned silicon carbide and the cost issue. I'm just curious, technically, and how you guys feel about this, would customers prefer silicon carbide cost not being an issue? Or is that not always the case? And not that silicon carbide will ever get the cost parity with your solution, but I'm just curious how customers think about that.

**R. Daniel Brdar**

I'll use our first design win customer as the example. The breaker that they sent to us that was silicon carbide, cost was a problem, but the biggest issue was it got too hot. It wouldn't meet the standards even at 20-amp unidirectional applications. So we were actually to give them breakers back that had 3x the power density. They were 63 amp breakers that we sent them back, and they were bidirectional, which is what they need, particularly on DC applications. The temperature rise in them meets the codes and standards.

So it's heat is the big problem because the conduction losses are high in silicon carbide.

**Casey Ryan**
*WestPark Capital, Inc., Research Division*

And then kind of the last question. You guys also mentioned in the script data center opportunities. Can your products be integrated into an environment, say, a data center, as a hybrid solution? Like can some of your products be consumed, but also be in a mixed environment with older technology as well?

**R. Daniel Brdar**

Yes. What we're seeing is they're prioritizing where there's really a need for speed that impacts the quality of the power on the data center. So speed of transfer switches, speed of breakers. We don't expect that a given data center is going to swap out every breaker all at once. They'll do that in kind of a staged fashion. So you'll just have one part of the data center that will perform at a different level and have different diagnostic capabilities than what it may have been built with 5, 10 years ago.

**Casey Ryan**
*WestPark Capital, Inc., Research Division*

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So there's ample opportunity in existing markets and not just in greenfield builds, essentially. That's what I was curious about.

**R. Daniel Brdar**

Yes. I mean for data centers, the big issue for them is electricity is the biggest operating cost. So while they want to have faster-acting solutions to enable them to maximize their uptime, waste heat that comes from some of the solutions that are out there that are silicon carbide-based doesn't help them because it raises their electricity usage, which works against their business model. So I think there's a great opportunity for us as people look to modernize the data centers to actually replace things that are existing as well as be in the new builds.

**Casey Ryan**
*WestPark Capital, Inc., Research Division*

Well, that's another great market for your technology. I think that's it for me. But look, this is a very exciting update. I think we're getting to sort of an important demarcation line as you get closer to commercial revenue.

**Operator**

I would now like to turn the floor over to Jeff Christensen to take any questions from the webcast. Jeff?

**Jeff Christensen**

Thank you, Kelly. Our first question is a lot of that was submitted by investors is a lot of semiconductor specialists agree that the technology is excellent, and it's a game changer for niche solid-state circuit breakers, EV hybrid applications and more. What are the challenge to closing sales? Are there any technical challenges? And are there any -- are there 1 or 2 issues the company needs to overcome? Or are there issues more individual for each company?

**R. Daniel Brdar**

There's -- there haven't really been any technical challenges. The biggest issue really is just the education process. You think about things like silicon carbide MOSFETs, they've been around for 25 years. So engineers learned about them in school. They've worked with them previously. Our technology is new. So you've got to get the engineering community through that education process. You got to get devices in their hands, get them in the lab, working with them, get comfortable with them. It's also part of why we do things like present papers at the Applied Power Electronics Conference every year. We've got an article coming out in the IEEE magazine this year to really help discontinue that education to the technical community to get them through that learning process, so they're comfortable adopting a new technology.

**Jeff Christensen**

Thank you. Our next submitted question is, what is Ideal Power doing to drive sales ramp and increase product awareness?

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

Yes. So for us, we're taking really several paths to market. We have our own internal sales team. We have distributor relationships. We have sales reps. We have a new partnership with Kaimei, where they'll actually be selling our products alongside their own. We're also continuing to increase awareness in the technical community. Dan had mentioned there's going to be an article about B-TRAN and solid-state circuit breaker applications in the next issue of IEEE magazine. We also actively attend trade shows. We've been to APEC and PCIM earlier this year. We'll be at the upcoming ECCE conference in Philadelphia. And we also recently launched a global solid-state circuit breaker campaign that incorporates the test results that Dan had mentioned related to our first design win that show that B-TRAN significantly outperforms silicon carbide MOSFETs in breakers.

So this advantage really carries over to other solid-state switchgear applications like EV contactors, another application we're targeting. So we're really taking a multipronged approach in terms of getting B-TRAN into the trade press and also just really increase awareness.

**Jeff Christensen**

Thank you. The next submitted question is, I'm new to Ideal Power. In simple terms, what is an IGBT and what are the advantages of Ideal Power's B-TRAN compared to an IGBT?

**R. Daniel Brdar**

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

An IGBT, it's a unidirectional semiconductor device that functions as an electronic switch that controls the flow of energy for various applications. IGBTs are used for high voltage, high current applications like power converters for electric vehicles or EV charging or energy storage and renewable energy, industrial motor drives and other industrial and utility applications. IGBTs are a big market. It's about a $10 billion market today with a lot of growth expected over the coming decades just due to the increasing electrification of society.

The primary advantage of B-TRAN over an IGBT is that B-TRAN offers improved performance and bidirectionality. And bidirectionality is increasingly important as we use batteries more and more because you need to control the flow of energy during charging and discharging of the battery. So you see solar coupled with energy storage, you see electric vehicles, you see EV charging with backup batteries for buffer capability. So in terms of performance, B-TRAN has significantly lower conduction losses and it's more efficient. So it produces less heat than IGBTs. That allows OEM products to be smaller and more efficient because the size of a lot of power electronics, like a power converter, are driven by the need to dissipate waste heat. So it really comes down to being able to provide a high-level performance.

And the big issue really for a lot of these bidirectional applications is any time you're using an IGBT, you need 4 devices to make a bidirectional switch. You need pairs of IGBTs and diodes to control the flow in either direction. So there's more parts that will fail, there's more cost, and there's significantly higher loss, about 5x higher conduction loss for bidirectional switch using conventional things like IGBTs.

So you end up with a more efficient solution using B-TRAN and one that can actually be lower cost because it's a lower cost bidirectional switch and lower lifetime cost for the OEMs.

**Jeff Christensen**

The next question is, when will Ideal Power get to cash flow breakeven?

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

Yes. So for us, it really depends on product and customer mix. Obviously, the pace of adoption is going to influence that. But what it really comes down to is it only takes a few key design wins for us to get to cash flow breakeven. We're engaged with large global companies that are evaluating our technology for their applications. And landing even a single design win can generate millions or even in excess of $10 million in revenue annually for Ideal Power. So it just comes down to, again, which design wins happen at what time, and just really the pace of adoption, but it will not take us much to get there. We can do it with just solid-state circuit breakers. Obviously, we'll have contributions from development programs around electric vehicles, but it's really the industrial markets will get us there.

**Jeff Christensen**

So I'll ask the next question. It's about the auto qualification. So I'm going to combine some questions that were asked by a couple of different people. But what can you repeat and clarify -- can you repeat and clarify results on automotive testing? What does prequalification mean? And how are you able to make modifications during the testing?

**R. Daniel Brdar**

Sure. Good question. When you go through automotive qualification, you have to submit many packaged devices from multiple wafer runs. So it can't just be you cherry-picked the best devices from a particular run. You have to show that you've got commonality performance across several wafer runs and many devices from each of those runs. So what is a good practice is to actually take devices and take them through those test cycles before you actually do all the runs for official qualification. You can do with a smaller number of devices. It helps you find out, are there any issues with your packaging design that can't withstand maybe humidity or temperature, because auto qualification testing is fairly expensive, and it takes many, many, many, many devices, hundreds or a couple of thousand devices to get through it all.

So it's really -- prequalification is to make sure are there any design issues you need to be aware of for the devices? Or are there any areas with the packaging? And the one thing that we saw that we want to improve was are the devices that we've had packaged so far have not had tooling for encapsulation, and we think that would be a thing that would make the package even more robust. So we did some things that actually also will help us with a design that will be better suited for -- on the packaging side for high-volume production in terms of making it easier to assemble. So prequalification just gives you that early look into any issues you might have, so that before you run all the wafers and do all the packaging for the hundreds of devices that go into testing, you've already addressed those issues and you know you can pass with a good degree of confidence.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Jeff Christensen**

And then another question regarding the qualification is, does the process, as we move to finalize that qualification, including the prequalifications, is that -- any comment you can make about the inflow from industrial -- other industrial automotive customers that were previously hesitant to jump into the new technology?

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

Yes. So I think overall, the more test data that you have that you can share with customers, the easier it is to get them to adopt the technology. So obviously, we've generated a lot of test data through our works with Stellantis to date. It's similar here with our first design win customer. We have some really great data now we can share for solid-state circuit breaker applications. We have -- we had no die failures through prequalification. We can share that data with industrial customers. So we think all of these things will help adoption. And then when you get to actual auto qualification, I mean, that should certainly help because the automotive standards are much more stringent than industrial standards, has extremes of median temperature, you just don't have the industrial test. So all of those things should act to really help with adoption.

**R. Daniel Brdar**

And just one comment on that. Part of why we did this is to generate some of this data because when you do have a new technology, there is a -- I won't say reluctance, but customers are conservative. And people that understand IGBTs, for example, understand that the most common reason that IGBTs fail is a fail of the wire bonding that's used to bond the die to the package. Since we don't use wire bonding, we have a different approach in terms of how our package comes together. We wanted to generate the data that showed that not only do we pass the 15,000 power cycles needed to meet auto qualification, we kept running them. And to be able to go to those customers and say, not only do we pass that criteria, we've passed 50,000 power cycles without a failure. It really helps with the technical customers that you're working with to be comfortable that the device is actually ready for adoption for their application.

**Jeff Christensen**

Thank you. There are many submitted questions from investors, and thanks for that. [Operator Instructions]. The next question is that was submitted is you've definitely shown a lot of the commercial progress. The stock price seems to be lagging the progress you made. What do you think the Street is underappreciating or overlooking at this point?

**R. Daniel Brdar**

Yes. I would say, given the macro trends that are out there, things like renewable energy, EV adoption, proliferation of data centers, I mean they're really driving the increasing use of power semiconductors. So we think we're commercializing our technology at a great time. We certainly have near-term opportunities to secure agreements with multiple large global companies beyond just our first design win customer in Stellantis. We bring a solution in silicon that provides significant performance advantages over conventional technologies. It's enabling for applications like solid-state circuit breakers and EV contactors.

So while we're not going to sit here and speculate on why the Street is not valuing -- really valuing the enormous opportunity ahead of us, we would expect that to change as we continue to announce some of these design wins, some more custom development agreements, and we start showing revenue here in the coming quarters. So for us, we can't focus on what our specific stock price is on a given day or what the market is -- what's in favor or not with the market. It's really focusing on executing and getting those commercial announcements out, and we expect that it will take care of itself.

**Jeff Christensen**

The next submitted question is, which market do you see that will contribute the most to the company's initial revenue ramp?

**R. Daniel Brdar**

It's clearly going to be the solid-state circuit breaker market. We've got so many companies that are engaged with us now. We've got the first design win with the customer. We know that they've got other plans for other products. And fortunately, the design cycles on industrial products are significantly shorter than what you see for getting through the long design cycles on the automotive side. So our focus is really going to remain driving the opportunities in the solid-state circuit breaker market, the closure, because once the first company moves forward, you're no longer the first person to do something. So I think it kind of takes some of the pressure off some of the other customer teams to say, okay, people have already been through this evaluation. I'm not missing anything, and I'm comfortable with making sure I've got a competing product.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Jeff Christensen**

Do you think -- the next submitted question is, do you think we will be -- our most successful markets could be outside the United States, especially given the recent shift in the administration away from EVs?

**R. Daniel Brdar**

I think that's certainly shaping up to be the case here. Asia, in particular, tends to adopt new technologies quicker. The first design win that we've got is an Asian customer. We're seeing multiple Asian customers that we're working with, even in the Tier 1s that we're working with now. EVs -- I mean, it's a global opportunity, but I think we will see much of what we are doing on the circuit breaker side and on the EV side start to materialize in opportunities outside of the U.S. first. And then in general, U.S. companies seem to move more slowly than what we see for a lot of the Asian companies we're working with, which is fine. It will just they'll come in behind it with their own version of the products. But it's a good insightful question there. I think we will see the growth first outside of the U.S.

**Jeff Christensen**

Okay. What is the cost of -- the next submitted question is, what are the cost of 4 devices in a traditional IGBT that B-TRAN replaces versus the cost of the B-TRAN?

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

Yes. So at scale of B-TRAN, a single B-TRAN should be at about a 10% or 20% premium to a single IGBT. So if you're looking at a bidirectional application, I mean, it's significant cost savings because you need to include 2 IGBTs and also have 2 blocking diodes in that solution. So B-TRAN is actually a much less expensive alternative in terms of first cost. And also, if you look at lifetime cost, it's also obviously going to help because you're going to have smaller OEM products, you can have less surface area to dissipate heat, less complex thermal management systems, overall smaller OEM product designs, just because there's lower losses. So it's really both not just a first cost advantage when you're talking about bidirectional applications, but it's also a lifetime cost advantage as well.

**Jeff Christensen**

The next submitted question is, of the companies you're currently working with, how many of you are you continuing to have engagement with in the last 6 months, and the other in the last 12 months. So any one of those time frames?

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

Jeff, can you repeat that? It's unclear what you're asking there.

**Jeff Christensen**

Yes. So of the companies that you've said you're currently working -- you're working with, you've worked with, how many have you engaged with in the last 6 months or 12 months? I guess the question is it all of them? Or the question I think is, is it all of them or any of them missing now?

**R. Daniel Brdar**

No one's missing there. Some of them, particularly large companies, move slowly, but all the companies that we have been engaged with, we continue to be engaged with.

**Jeff Christensen**

And then there are -- the next submitted question is there a recent marketing literature about a new technology called an insulated gate transistor oscillator, or IGTO. Would this technology be directly competitive to B-TRAN?

**R. Daniel Brdar**

I did look at that. We had our guys look at it, too. There's really not much technical data available. There's no data sheets or anything for the product. But based on our review, it looks like it's an incremental improvement to a unidirectional IGBT. It's also not clear how it would apply to the overall IGBT market because the things that were done there will certainly create challenges to be able to reach

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

both high voltage and high current. It's part of why you don't see MOSFETs used for high voltage and high current. It incorporates some of the same technology that limits where MOSFETs can go.

But at the end of the day, it's a variant of an IGBT. So you would still need 4 devices, pairs of this improved IGBT and diodes to make a bidirectional switch. And as a result, the conduction losses would be much higher than what you would get using a single B-TRAN.

**Jeff Christensen**

The next submitted question is, please update us on the future expectations with large power global management companies that you're working with.

**R. Daniel Brdar**

So again, I'm not sure I understand the question, but on the companies that we're looking at power management market leaders, I mean, they're really looking at things right now like solid-state circuit breakers, right? So there hasn't been a change necessarily in the last few months. I mean it's obviously -- we're continuing to educate some of those companies. They're evaluating our technology. They have it in the lab. So we're continuing to make progress, but their expectations haven't changed. I would say the one thing, maybe in that regard, is we've had some potential customers that are a little bit surprised that silicon carbide doesn't perform as well in that application as they may have expected it to, because it's considered a high-performance product. But -- the reality is conduction losses are not the strength of silicon carbide MOSFET. So that's where our technology has a significant advantage at a lower cost point than silicon carbide, because it's not just that silicon is cheaper than silicon carbide, it's also that we really outperform silicon carbide in that application significantly.

**Jeff Christensen**

Thank you. That concludes our question-and-answer session. I would now like to hand the call back over to Dan Brdar for closing remarks.

**R. Daniel Brdar**

I just want to thank everybody for participating in today's call and for the really good questions. We look forward to sharing B-TRAN commercial announcements before our next update call. Operator, you may end the call.

**Operator**

Thank you. This concludes today's conference. All parties may disconnect, and have a great day.

Copyright © 2025 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2025 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2025 S&P Global Market Intelligence.

# EXHIBIT 3

S&P Global
Market Intelligence

# Ideal Power Inc. NasdaqCM:IPWR

# FQ4 2022 Earnings Call Transcripts

## Thursday, March 2, 2023 9:30 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ4 2022- | | | -FQ1 2023- | -FY 2022- | | | -FY 2023- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS (GAAP)** | (0.33) | (0.31) | NM | (0.36) | (1.19) | (1.17) | NM | (1.62) |
| **Revenue (mm)** | 0.00 | 0.02 | NA | 0.00 | 0.20 | 0.20 | 0.00 | 0.00 |

Currency: USD
Consensus as of Nov-17-2022 11:10 AM GMT




- EPS (GAAP) -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2022** | (0.25) | (0.31) | NM |
| **FQ2 2022** | (0.29) | (0.27) | NM |
| **FQ3 2022** | (0.29) | (0.28) | NM |
| **FQ4 2022** | (0.33) | (0.31) | NM |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Case 1:26-cv-01557-RP Document 20-1 Filed 09/25/26 Page 45 of 215

# Table of Contents

Call Participants .................................................................................. 3
Presentation .................................................................................. 4
Question and Answer .................................................................................. 7

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

EXECUTIVES

**R. Daniel Brdar**
*CEO, President & Director*

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

ANALYSTS

**David Neil Williams**
*The Benchmark Company, LLC, Research Division*

ATTENDEES

**Jeff Christensen**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, ladies and gentlemen, and welcome to the Ideal Power Fourth Quarter and Full Year 2022 Results Call. [Operator Instructions] As a reminder, this event is being recorded. I would now like to turn the conference over to Jeff Christensen. Please go ahead.

**Jeff Christensen**

Thank you, Sarah, and good afternoon, everyone. Thank you for joining Ideal Power's Fourth Quarter and Full Year 2022 Conference Call. With me on the call today are Dan Brdar, President and Chief Executive Officer; and Tim Burns, Chief Financial Officer. Ideal Power's fourth quarter and full year 2022 financial results press release is available on the company's website at idealpower.com. Before we begin, I'd like to remind everyone that statements made on the call and webcast, including those regarding future financial results and industry prospects are forward-looking and may be subject to a number of risks and uncertainties that could cause actual results to differ materially from those described in the call. Please refer to the company's SEC filings for a list of associated risks, and we would also refer you to the company's website for more supporting industry information. Now I'll turn the call over to Ideal Power's President and CEO, Dan Brdar. Dan?

**R. Daniel Brdar**
*CEO, President & Director*

Thank you, Jeff. Good afternoon, everyone, and welcome to our fourth quarter and full year 2022 financial results conference call. I'll first give you an update on our progress since the start of the fourth quarter and priorities for 2023 to commercialize our B-TRAN semiconductor technology. And then Tim Burns, our CFO, will take you through the numbers, after which we'll take your questions. So let's begin. We're excited to have announced the introduction of our first commercial product, The SymCool power module. The SymCool is a multi-die B-TRAN module targeted primarily for the solid-state circuit breaker market. Since the announcement of our DoD funded project with the U.S. Navy and NAVC for a B-TRAN-enabled solid-state circuit breaker, we've had an increasing number of companies looking to learn more about our technology. Offering the initial shipment of working devices to our partner on the project, DTI, we've been approached by multiple industrial companies looking to participate in our technology evaluation program, we are focused on bringing low-loss circuit breakers to the utility and industrial markets.

This strong market pull for our technology, where we can be an enabling technology for solid-state circuit breakers drove our decision to make this our first commercial product. Speaking of solid-state circuit breakers, let's turn to our work with the U.S. Navy and our partner diversified technologies. In the fourth quarter, we shipped additional B-TRAN devices to DTI in preparation for a full-scale medium voltage direct current or MVDC circuit breaker demonstration. Additional wafers are now being fabricated at both of our development wafer fabrication partners. The first of these runs is nearing completion, and these wafers will be diced and packaged into devices and then tested prior to further deliveries to DTI. We expect to deliver packaged B-TRAN to DTI for inclusion in the MVDC circuit breaker in the first half of 2023 and will continue to support the program throughout the demonstration of the B-TRAN-enabled circuit breaker.

The objective of this program post demonstration is for DTI to introduce a family of circuit breakers, incorporating B-TRAN for sales to military, industrial and utility markets. As we mentioned on our last call, during the fourth quarter, we entered into a development agreement with a global top 10 automotive OEM. This is the second global top 10 automaker working with us as we previously announced a different top-down automaker participating in our customer technology evaluation program. We're partnering with this automaker's advanced technology development team to develop a custom B-TRAN power module for use in electric vehicle drivetrain inverters in the automakers next-generation electric vehicle platform. We expect to complete Phase 1 of that development program in the second quarter. Progress to date has been very good. And as a result, we're already in discussions with the automaker on the scope for Phase 2 of the program.

Phase 2 will focus on the integration of B-TRAN dies into the power module as we collaborate with an innovative packaging company also selected by this automaker. We went through a considerable technology competition to be selected for the program, and we'll need to continue to meet program milestones and performance expectations as the program progresses. What we've learned during the technology competition and our ongoing discussions with the automaker to date reinforce the competitive advantages we knew we could bring to electric vehicles. The 2 primary issues automakers are facing are high electric vehicle costs and continued range anxiety from customers due to the early stage of our charging infrastructure build-out. The EV cost challenge has been compounded a rising battery costs due to fivefold increase in lithium since mid-2020.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Semiconductor technology that can improve vehicle drivetrain efficiency can play a significant role in improving EV range. Unfortunately, improving traditional semiconductor performance has focused on moving to wide bandgap materials such as silicon carbide, which only exacerbates the cost problem. The silicon carbide devices are much more expensive than silicon devices. With B-TRAN moving into commercialization, automakers are finding there's a lower-cost path to improved vehicle range. In addition, since Brad is an architecture, it too can move to silicon carbide as wafer cost, processing and quality improve over time. As we look forward for 2023, there are several key objectives we're focused on that will enable you to track our product development and commercialization progress.

This year, we expect to: one, complete the full process flow run at a high-volume wafer fabricator to prepare for ramping our commercial product sales; 2, ship packaged devices under the NAPS program for incorporation into a medium voltage DC circuit breaker for the demonstration. 3, complete Phase I and win Phase 2 of the custom module development program with a global top 10 automaker; 4, complete fabrication and begin sales of our first commercial product, the The SymCool Power module. 5, complete the design and introduce our second commercial product, an intelligent power module. 6, add additional potential high-volume customers to our B-TRAN test and evaluation program and 7, deliver the customer kits inclusive of a packaged B-TRAM device, driver, test board and safety enclosure to participants in our B-TRAM test and evaluation program.

While we've already discussed the Navy program and the global automaker custom module, let's look at the additional 2023 objectives in more detail. Moving from development wafer fabs to production fabs is a critical next step. As part of our commercialization strategy, we need to have fabrication capacity in place to support our customers' needs. We also need to make sure that our customers are protected to the extent we can from supply chain shocks and disruptions as well as exposure to regions of the world that do not operate under the same guidelines we do with respect to intellectual property. The prepared for commercial product shipments earlier this year, we started a full process flow engineering run at a wafer fabrication partner with high-volume production capability. This run is proceeding very well, and we expect to complete the engineering run in the second quarter.

Upon successful qualification, this fabrication partner will be able to support our sales as we ramp to higher volumes in 2024. Also, we're about to engage a second high-volume wafer fabrication partner to complete a similar full process flow run. The second wafer fab is very experienced in manufacturing bipolar devices such as IGBTs. These 2 sources are in very different parts of the world with world-class experience and capabilities and are eager to be engaged in a new technology such as B-TRAM. Dual sourcing for wafer fabrication with no exposure to China will provide us with sufficient supply capacity from the large customers we're engaging. Our dual sourcing strategy will allow us to proactively secure necessary production capacity, components and services from partners in disparate geographies, mitigating supply chain risk.

Looking to commercial products. We plan to introduce our second commercial product this year, which will build on the multi-die packaging design of SymCool, and the bidirectional driver we designed for our customer technology evaluation program. This product will be an intelligent power module that will add a multi-die driver to the The SymCool power module design. This product will target renewables, particularly renewables such as solar and wind, coupled with energy storage, stand-alone energy storage and other industrial end markets. The driver and packaging for this product are already in design, and we're on track to launch our second commercial product in the third quarter.

Moving on to our evaluation program. We are now collaborating with a global Tier 1 automotive supplier as part of our technology evaluation program. This Tier 1 supplier will evaluate B-TRAN for use in its electric vehicle inverter, bidirectional charging and circuit protection applications. Their interest was sparked by the announcement of our custom module development agreement with a global top 10 automaker. Our technical and business development teams are meeting on a regular basis as we plan to deliver B-TRAN samples for evaluation to the Tier 1 automotive supplier in the second half of 2023.

We're fabricating additional customer kits inclusive of a packaged B-TRAN, device driver, test board and safety enclosure to facilitate and accelerate the evaluation process. After delivery of the kits and completion of testing and evaluation by prospective customers, we'll gather valuable feedback on their product requirements and potentially secure product development or other commercial agreements. We'll then use this feedback to determine the requirements for the various customers' applications and to drive our development road map for future B-TRAN products.

As you know, our test and evaluation program will remain an embedded process in our sales and marketing effort and a source of input to our next generation of products. We'll continue to add additional potential customers to the program. Since the start of the fourth quarter, we submitted proposals and concept papers for government funding opportunities with the Army, the Department of Defense, DoD's Defense Innovation Unit and established collaborations with universities and commercial activities to pursue additional government funding solicitations as they're released. We're also preparing submissions through the Department of Energy, Department of Defense, Air Force and NASA and collaborating with wafer fabrication partners and commercial entities to explore funding opportunities under the CHIPS Act as the programs are defined and open for the solicitation.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

With the completion -- the competition for these programs is high, they provide us an opportunity to collaborate with current fabrication partners and prospective customers, both to advance the state of our technology and pursue additional application-specific demonstrations of B-TRAN. Looking at our expanded B-TRAN patent estate, we currently have 72 issued B-TRAN patents, with 31 of those issued outside of the United States and 24 pending B-TRAN patents. Our current geographic coverage on our patents includes North America, China, Japan, South Korea, India and Europe, all of which represent our high-priority geographies for patent coverage. As part of our product development and introductions, we're expanding our patterning efforts to include what we believe to be high-value patents on our driver and packaging designs as both are unique due to the bidirectional nature of our technology.

Moving on, we recently issued a new B-TRAN white paper. This white paper includes recent testing results using our newly designed driver and devices using our double-sided packaging. It shows switching characteristics and wave forms using bidirectional double pulse testing, which is important for pet and customer technical teams. A link to the new white paper is available in the press release we issued early this week. We will attend this year's Applied Power Electronics Conference, or APAC, in Orlando, Florida from March 19 through 23rd. Our technical paper, B-TRAN optimization and performance characterization was selected for presentation at the conference. As you may recall, last year, our paper was selected by the Pentacle community for an award as one of the best technical presentations. So we expect considerable interest in this year's paper and our progress.

In summary, we're thrilled that we introduced our first commercial product. We're selected for a custom module development program with a top 10 global automaker and are now collaborating with a Tier 1 automotive supplier. We're also very much on track to meet the key milestones and objectives for this year that I outlined earlier. B-TRAN'S unique architecture offers the advantages of inherent bidirectional switching capability, reduced switching and conduction losses and improved the more compact thermal management requirements, potentially leading to lower user costs for OEM products, incorporating B-TRAN and high-growth and B-TRAN-enabled applications. B-TRAN has the potential to displace conventional power semiconductor solutions in many applications, including electric vehicles, renewable energy, energy storage, solid-state circuit breakers and motor drives. Now I'd like to hand the call over to Chief Financial Officer, Tim Burns, to review our fourth quarter financial results. Tim?

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

Thank you, Dan. I will review the fourth quarter and full year 2022 financial results. We recorded $17,000 in grant revenue for the fourth quarter and $203,000 in grant revenue for the full year with offsetting cost of brand revenue as we continued our work on the Navy funded NAVC program. On December 31, grant revenue of $37,000 remain to be recognized under this program. Operating expenses were $2 million in the fourth quarter of 2022 compared to $1.4 million in the fourth quarter of 2021, driven primarily by higher research and development expenses due to additional semiconductor fab runs and costs related to the development of our driver, packaging and recently launched The SymCool power module. Operating expenses also reflect higher stock-based compensation expense.

Although we expect higher research and development spending in 2023, we continue to expect some quarter-to-quarter variability in operating expenses, particularly our research and development spending due to the timing of semiconductor fabrication runs and other development activities and hiring as well as the potential impact of additional government funding. We expect to keep general and administrative expenses in 2023, close to 2022 levels, excluding the impact of stock-based compensation expense, despite the impact of inflation on the cost of services. Sales and marketing spending is expected to increase modestly in 2023 due to hiring and costs associated with commercialization efforts, including new product launches. Net loss in the fourth quarter of 2022 was $1.9 million compared to $1.4 million in the fourth quarter of 2021. Full year 2022 net loss was $7.2 million compared to $4.8 million in full year 2021.

Fourth quarter 2022 cash burn was $2.1 million, consistent with our guidance of approximately $2 million to $2.1 million. Full year 2022 cash burn was $6.8 million, again consistent with our guidance of approximately $6.7 million to $6.8 million. We expect first quarter 2023 cash burn of approximately $1.8 million to $2 million and full year 2023 cash burn of $8 million to $8.5 million. Cash and cash equivalents totaled $16.3 million at December 31, 2022. Given our planned cash burn, which remains modest, we have ample liquidity on our balance sheet to fund operations through 2024 as we commercialize our technology and also to be a well-capitalized partner for the broad spectrum of companies that are either already participating or that we expect to participate in the testing and evaluation of our B-TRAN technology as well as the global top 10 automaker that has engaged us for a development program.

At December 31, we had 5,924,680 shares outstanding, up slightly from the end of September and 104,248 warrants outstanding, unchanged from the end of September. Including 811,614 stock options, restricted stock units and performance stock units outstanding, we had 7,776,542 diluted shares outstanding at December 31. At this time, I'd like to open up the call for questions. Operator?

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from David Williams with Benchmark.

**David Neil Williams**
*The Benchmark Company, LLC, Research Division*

Congrats on the progress you guys are definitely making a lot of headway and it's fantastic to see so congrats there. I guess then, maybe one of my first question is just kind of around some of the comments that were made this week from Tesla and just discussing the silicon carbide cost and the reduction that we're able to make there. Do you think as you kind of look out across your product and your capabilities and kind of what you're seeing, do you think that you're silicon alternative in the silicon carbide is part of that discussion? Or just kind of thinking about your content there, your capabilities? Any color would be very helpful.

**R. Daniel Brdar**
*CEO, President & Director*

Yes. Sure. Great question, David. For those of us that don't know, Tesla had come out earlier and said they wanted to reduce the silicon carbide in their next generation of vehicles by 75%. And it's all about cost. It goes to the comments I made earlier, EVs have a significant cost problem. The semiconductors and electric vehicles are the second highest cost component after the battery. So when you're dealing with things like silicon carbide, which are in order of magnitude more expensive, you get improved performance at a very high cost. So you get some improvement in range, but you pay for it in cost. We think that presents a great opportunity for us because we can bring a really high level of performance beyond what you can get with a traditional silicon device without incurring the cost of silicon carbide.

When we went through the technology evaluation with the Patton automaker that we're doing a custom module for there were silicon carbide devices that we were competing against. And because they -- this automaker is not focused on bringing out 100,000 vehicles, we want. I think the automakers is they really want to get broad adoption are becoming more and more focused on cost and it creates an opportunity for high-performance technologies like ours that can be done in silicon. And then as silicon carbide matures as the quality and cost of wafers come down and processing costs come down, the transit architecture. So we can move to silicon carbide as well. But for now, I think we present an alternative that the automakers are looking for just because silicon carbide is a big cost burden on products that are still made in relatively small volumes when you look at electric vehicles.

**David Neil Williams**
*The Benchmark Company, LLC, Research Division*

That's very, very helpful. And then maybe just on the -- since you released the first product, just can you discuss a little bit of the traction that you've seen? And anything that maybe surprised you or new customers or any applications that you've seen that have come in?

**R. Daniel Brdar**
*CEO, President & Director*

Well, it's really targeting the solid-state circuit breaker market, and it was really driven by the discussions that we were having with the large industrial players that wanted to also focus on for consolidated circuit breakers. The project we're doing with the Navy are all discrete devices that are packaged individually and they're putting a series parallel configuration to make the 12-kilowatt rating for the breaker. And the feedback we got was that the industrial companies were looking for something that had a higher rating, a multi-die approach where we parallel multiple die and gave them a building block, so they can make whatever size they want without needing to make so many connections if they were individual devices. So it was really driven by the feedback that we were already getting from the players that want to make solid-state circuit breakers.

**David Neil Williams**
*The Benchmark Company, LLC, Research Division*

Great. And maybe just from a geographical standpoint, it sounds like you made a lot of progress in terms of the sampling and new customers. Can you talk maybe from a geographical perspective where you're seeing the greatest interest in demand? Is this Asia-based or European or maybe even North American-based?

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**R. Daniel Brdar**
*CEO, President & Director*

Most of the companies that we are working with are global. So they have a presence in the U.S., Europe and Asia. So we're really looking -- because our team is small, and we are concerned about bandwidth as more and more people learn about the technology, we're really not spending much time on small companies because it takes almost as much time to support a small company on the technology it does someone new. So we are really focusing our partnering on players that are names that people would recognize in terms of the companies and that are global in the products that they bring to market.

**David Neil Williams**
*The Benchmark Company, LLC, Research Division*

Okay. And one last one for me, if you don't mind. Just kind of thinking about the time line to revenue on some of the automotive stuff that you discussed and some of the other programs that are in place. When do you think we should start beginning to see some real revenue ramp? Is that this year? Or should we expect that maybe later into next year?

**R. Daniel Brdar**
*CEO, President & Director*

You'll see revenue on the industrial segments, things like renewables and motor drives, those sort of things in 2024. You'll see some modest revenue later in 2023. But when you think about it and customers have to go through a design cycle to incorporate any new semiconductor device. So once they're through that process, it will -- the revenue will start to ramp in 2024. On the automobile side, the stated objective of the program with the global automaker is a production-ready product by mid-2025. So I would expect that real revenue from them would follow shortly after that. And they actually consume a lot of parts just to go through all their certification and testing and qualification. So we'll actually even see some preproduction revenue on the automobile side starting probably in the second half of 2025.

**Operator**

I will now turn the call back to Jeff Christensen to read questions submitted through the webcast.

**Jeff Christensen**

Thank you, Sarah. First question that's been posted to the Q&A button is, could you describe the development agreement with a top 10 global automaker in more detail, including the phases of the program?

**R. Daniel Brdar**
*CEO, President & Director*

Sure. We were selected from several competing technologies. And so folks that know us know that we were getting pretty frustrated because it was just a very long evaluation process took over a year. As you can imagine, the automakers are looking at all the technologies that are out there as they think about how are they going to bring out products that are differentiated from what's already in the market, how are they going to manage costs, how are they going to improve range. So we were competing against a whole variety of technologies, including some self-care technologies. We were selected for that program. They also selected an innovative packaging company that was -- packaging was also going through its own selection of technologies and innovation. And then we're going to be married together. The way the program itself works, Phase 1 is really up doing our part and the packaging firm doing their part independently, where we provide them test data, we provide them devices, and we provide them a bunch of technical documentation as it relates to the technology itself.

Then Phase 2, which we expect to move into here in the not-too-distant future, will be us providing devices to the innovative packaging company who will incorporate those into the packaging design that they have come up with. And then Phase 3 will be that module with B-TRAN devices being extensively tested to meet the auto certification standards, which are pretty substantial. The program is really on a pretty fast time line to try and get this thing to the point where it is production ready by 2025. That is the stated goal of this program. So it's really us and the packaging company working independently in Phase 1 and us providing devices to them for incorporation into the module in Phase 2 and then Phase 3 is really all about the testing and certification of the module itself.

**Jeff Christensen**

Our next question is about the target markets and more information about it. When do you expect each of your target markets to generate revenue? And how do you foresee the revenue opportunity and ramp for each market?

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

I'll just to expand a little bit on what Dan shared for David's question earlier, the longest path to revenue is the EV segment, but it's also the largest opportunity. As Dan had mentioned in that development program with the top 10 global automaker, the target is a production-ready module in 2025. So it's still a couple of years out. If you look at our SymCool power module, that's targeted at solid-state circuit breaker market. So we expect initial sales of that product here in the second half of the year, and we expect that revenue to start ramping in 2024. When you look at other target markets, renewables, renewables with storage, EV charging, we think those would be a logical fit for our second commercial product, the intelligent power module that we expect to launch here in the third quarter of this year. So that revenue would start to ramp and likely in 2024 as well as it gets through that design cycle.

So we'll provide some more specific revenue expectations and we get a little bit further along with these prospective customers. But I assume through the test and evaluation program, we'll really get a good handle on their technology evaluation processes, their product design cycles as well as their commercial plans, and we'll look to be able to provide more specific guidance here in the future.

**Jeff Christensen**

Now that you've introduced your first product, do you still foresee government funding to be part of your go-forward commercialization strategy? And how is the company impacted by the chip act?

**R. Daniel Brdar**
*CEO, President & Director*

I'll do this one. Yes, we actually think that government programs are a good opportunity for us. It helps cover some costs that we would spend on development in our own. It gives us the ability to partner with other technology companies and customers, particularly for things that are application-specific opportunities so that we can turn those into some longer-term relationships and really helps us stay connected with where some of the major players are going, whether it be on the application side or on the technology development side, and we see the government continuing to want to spend quite a bit of money on energy technologies and now semiconductors with the Chips Act. We think the Cytec is going to be favorable for us. It's still taking shape.

What is going to happen first from our understanding of discussions we had as recently as this week is the government is going to form regional hubs that are really sort of anchored by wafer fabricators. And then people will be associated with those hubs, whether they're universities, technology providers or semiconductor companies like ourselves. And then we expect to submit proposals related to target applications as well as some longer-term silicon carbide development under the Chip Act as the funding programs get put in place and they start to roll out some other solicitations connected to the chips Act through DoD and DOE.

**Jeff Christensen**

We received some really good questions. We have more coming. And in the meantime, if investors, you can submit your questions anytime within the meeting webcast by typing them into the Q&A button on the right side of reviewing screen. The next question is, how has semiconductor -- how is the semiconductor supply chain disruptions impacted the company to date?

**R. Daniel Brdar**
*CEO, President & Director*

And what will be the impact as you commercialize the technology and start to ramp volume.

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

Yes. So on the supply chain side, I mean, the disruptions have had little impact actually on us to date. So we've intentionally made sure that we're dual sourced, not tied to a specific geography. And we also have things like wafers. We ordered wafers well in advance, so there wouldn't be any disruption to our wafer fabrication runs. I would say the bigger impact in the semiconductor supply chain disruption is really consumer electronics. So that's where you probably saw the greatest impact. But for a company like us, it's in power, and we're still operating in relatively low volumes in terms of number of wafers we're processing, there really wasn't a significant impact. I guess looking forward as we start to ramp volumes in 2024, we don't expect our commercialization efforts to really be impacted by the semiconductor supply chain disruption that's really working itself out as we speak. And we'll continue to make sure we have a dual-source strategy, continue to make sure that we have suppliers in different geographies, just for geopolitical risk. And we'll just keep dual sourcing as a key part of our overall strategy.

**Jeff Christensen**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

This comment and question was posted to the portal. In my discussions with Ideal Power shareholders, the investing public is fixated on automotive only, even though your technology will span multiple economic sectors and industries. What can you tell us that will help appreciate the broad economic potential of B-TRAN?

**R. Daniel Brdar**
*CEO, President & Director*

So yes, electric vehicles are obviously getting a lot of buzz just because it's one of probably the 2 macro trends that are really driving growth in power semiconductors. But right now, renewables is already over $1 billion IGBT market. It's already enormous market. Energy storage is becoming more and more prevalent, and that will be paired with renewables. So that's a very large opportunity. The circuit breaker market itself is enormous. Now solid-state circuit breakers were really the enabling technology. So we'll have to see what we can displace in that market. The filler circuit breaker markets over $25 billion in total. There's the EV charging infrastructure that's going to be put in place. So there's a lot of significant opportunities for the technology. It's really any application that requires power semiconductor devices, and we expect to generate significant revenue from areas other than electric vehicles and earlier than we will for electric vehicles, even though EVs is obviously a great long-term opportunity.

**Jeff Christensen**

Will the phases essentially be the same for all automotive OEMs, please provide additional information on the definition of Phase 1. And would milestone payments be triggered after Phase 1 or Phase 2?

**R. Daniel Brdar**
*CEO, President & Director*

Yes. The automakers are each approaching things a little bit differently. Some are doing the packaging design for modules, for example, in-house. Some are relying on third parties. So they each are going to preach us a little bit differently, but what we're seeing pretty consistently is rather than relying solely on the Tier 1 suppliers. They've all seemed to have created some very substantial technical themes internally to assess technology and to do design work, particularly as it relates to high power sections of the EV like the drivetrain, all really focused on how to shorten the design cycle because they really don't want to get into the 5-year traditional design cycles. They're really looking to take a couple of years out of that. So it gives us some opportunities to, I think, really collaborate with some pretty innovative companies and approaches.

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

And then on the milestone payment side, so there's relatively modest revenue associated with the first couple of phases of the program, but it is based on one or more milestone payments for each phase. That's still a negotiation for Phase 2, but likely for Phase 1, it will be a single milestone payment.

**Jeff Christensen**

What do you estimate your tax loss carryforward will be at the end of fiscal 2023?

**R. Daniel Brdar**
*CEO, President & Director*

So we're still doing our taxes here for this year that just ended. But I think we had a carryforward of in excess of $40 million in growing. So it's pretty substantial. We have not done any kind of analysis to see under the tax code, whether we've ever triggered as a company a change of control with capital raises, which is an analysis we would have to do to really confirm that full carryforward, but it is pretty sizable.

**Jeff Christensen**

How do you define top 10 automaker? Unit sold market cap revenue?

**R. Daniel Brdar**
*CEO, President & Director*

Units sold because that's what really matters to us is, how many vehicles are they selling because that really drives the size of the opportunity for us as a supplier to them?

**Jeff Christensen**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Any update on the circuit breaker project for DOE you were mentioning a while ago with DTI.

**R. Daniel Brdar**
*CEO, President & Director*

The circuit breaker that we were doing with BTI for the Department of Energy, we won the Phase 1 award, successfully completed that. DTI submitted the proposal for Phase 2, but Phase 2 actually didn't get selected. And the only negative feedback that they got was there was concern on DTI's ability to be a significant supplier to the utility sector because they're not traditionally a big supplier to them. They're really more successful in terms of the government marketplace. And since there's so much competition for these, just that one negative was enough to result in us not getting selected for Phase 2. Now for us, what we're providing and what we're doing, whether it is a DC circuit page for the military or whether it's an AC circuit breaker for the Department of Energy for us, the work is exactly the same.

**Jeff Christensen**

My understanding is Enphase researchers have started using gallium nitrate to improve power electronics. Is this conceivable that this material could be used for Ideal Power's Power Switch in addition to silicon and silicon carbide? Has any test been done in that regard?

**R. Daniel Brdar**
*CEO, President & Director*

Yes, gallium nitride will take quite a while for a couple of reasons. One is gallium nitride is -- does it really well in terms of very fast switching for lower voltage, lower power applications, things like power supplies for consumer electronics and low-power applications like microinverters, like what Enphase is doing. It's going to be a while before that, that technology has advanced enough that it can really be used in high-power applications. And there's also a challenge in making vertical structures in GaN, the ability to figure that out from a fabrication standpoint is something that people haven't been successfully doing that yet. So I think for us, GaN, for us or for any high-power application is quite a ways off in the future, and it has its own set of cost issues also as a wideband gap material.

**Jeff Christensen**

We do not have any other questions. Dan, do you have any closing remarks?

**R. Daniel Brdar**
*CEO, President & Director*

I just want to thank everybody for joining us on the call today. We made great progress last year in our path to commercializing our technology. And our talented team is on track for a very successful 2023. We'll continue to actively share our story with the investment community as we move forward in executing our milestones for this year. We'll be participating in 4 investor conferences in March. Information about each of those conferences available in our press release today, and we hope to speak further with those of you within the conferences. So at that point, I'd like to thank people for joining us, and we will talk to you again next quarter.

**Operator**
This concludes today's conference. All parties may disconnect and have a great day.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2023 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2023 S&P Global Market Intelligence.

# EXHIBIT 4

S&P Global
Market Intelligence

# Ideal Power Inc. NasdaqCM:IPWR

# FQ1 2023 Earnings Call Transcripts

## Thursday, May 4, 2023 8:30 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ1 2023- | | | -FQ2 2023- | -FY 2023- | -FY 2024- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS (GAAP) | (0.35) | (0.41) | NM | (0.32) | (1.41) | NA |
| Revenue (mm) | 0.10 | 0.00 | ▼(100.00 %) | 0.10 | 0.50 | NA |

Currency: USD
Consensus as of Mar-09-2023 11:15 AM GMT




- EPS (GAAP) -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ2 2022 | (0.29) | (0.27) | NM |
| FQ3 2022 | (0.29) | (0.28) | NM |
| FQ4 2022 | (0.33) | (0.31) | NM |
| FQ1 2023 | (0.35) | (0.41) | NM |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents


| | | |
|---|---|---|
| Call Participants | .................................................................................. | 3 |
| Presentation | .................................................................................. | 4 |
| Question and Answer | .................................................................................. | 8 |


COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

EXECUTIVES

**R. Daniel Brdar**
*CEO, President & Director*

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

ATTENDEES

**Jeff Christensen**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

### Operator

Good afternoon, ladies and gentlemen, and welcome to the Ideal Power First Quarter 2023 Results Call. [Operator Instructions] As a reminder, this conference is being recorded. I would now like to turn the conference over to Jeff Christensen. Please go ahead.

### Jeff Christensen

Thank you, operator, and good afternoon, everyone. Thank you for joining Ideal Power's First Quarter 2023 Conference Call. With me on the call are Dan Brdar, President and Chief Executive Officer; Tim Burns, Chief Financial Officer.

Ideal Power's first quarter 2023 financial results press release is available on the company's website at idealpower.com. Before we begin, I'd like to remind everyone that statements made on the call and webcast, including those regarding future financial results and industry prospects are forward-looking and may be subject to a number of risks and uncertainties that could cause actual results to differ materially as those described in the call. Please refer to the company's SEC filings for the list of associated risks, and we would also refer you to the company's website for more supporting industry information. Now I'll turn the call over to Ideal Power's President and CEO, Dan Brdar. Dan?

### R. Daniel Brdar
*CEO, President & Director*

Thank you, Jeff. Good afternoon, everyone, and welcome to our first quarter 2023 financial results conference Call. I'll update you on our progress since the start of the first quarter and priorities for 2023 to commercialize our B-TRAN semiconductor technology. And then Tim Burns, our CFO, will take you through the numbers, after which we'll take your questions. This is an exciting year for us. We are really getting engaged with customers as we look to commercialize our technology. Our 2023 milestones are in our press release today and in the online webcast portal for this conference call.

For those not familiar with them, our objectives for this year are: first, to launch our first commercial product, the SIM cool power module, which is a multi-die B-TRAN module. Next, complete Phase 1 of the multi-year development program with a top 10 global automaker in the second quarter of this year. complete first engineering run with a production fab in the second quarter of this year, deliver package B-TRAN to DTI under the NAVSEA program in the first half of this year, introduce our second commercial product, an intelligent power module in Q3 and delivered B-TRAN samples for test and evaluation for our potential customers in the second half of the year.

We're on track and remain confident we'll deliver on these milestones as we continue to execute our B-TRAN commercialization road map. I'll discuss each of the expected milestones and our progress on them along with other developments. We're excited to have announced the introduction of our first commercial product, the SymCool Power Module. Our SymCool is a multi-die B-TRAN module, well suited for the large growing solid-state circuit breaker market.

This market is projected to grow at a compound annual growth rate of over 6% to approximately $26 billion by 2027. With the clear advantages of our electromechanical breakers and IGBT-based solid-state circuit breakers, B-TRAN enabled solid-state circuit breakers are ideal for a range of utility, industrial power control and military high-power applications from 600 volts to many thousands of volts. We've targeted our initial product for the solid-state circuit market because B-TRAN can be an enabling technology for the application into its very low conduction losses, and we continue to see significant customer interest as a result of our program with the U.S. Navy.

Also, similar to other industrial and renewable energy applications, the solid-state circuit breaker application has a design cycle that's closer to a year, much faster than the multiyear automotive design cycle. We expect initial low volume sales of SymCool to begin later this year and revenue starting to ramp up in 2024 as customers complete their solid-state circuit breaker product designs. Moving on to the second upcoming milestone. Late last year, we entered into a development agreement with a global top 10 automotive OEM. We're partnering with his automakers advanced technology development team to develop a custom B-TRAN power module in collaboration with an innovative packaging company also selected by the automaker. This custom B-TRAN module is targeted for use in electric vehicle drivetrains in the automakers next-generation electric vehicle platform. This represents our second engagement with the world's leading auto manufacturers as another top 10 global automaker is in our test and evaluation program.

This program is on an accelerated time line to get the custom module production ready by 2025. That's the stated goal of the program. We're making excellent progress, having completed almost all the Phase I deliverables and expect to complete Phase I of this multi-

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

year development program later this quarter. Working closely with the automaker, we've already agreed on the scope of work and adapters for Phase I of the program with their engineering team and await final approval of the Phase II purchase order.

In Phase II, we'll work closely with the automakers innovative packaging company to integrate B-TRAN buys into the power module design. Phase III will be an extensive testing of the custom module incorporating B-TRAN devices to meet automotive certification standards, which are pretty substantial. So it's really us in the packaging company working independently in Phase I, and then Ideal Power providing devices to the packaging company from corporation into the module in Phase II and then Phase III is all about the testing and certification of the module itself, so it can be the core of the powertrain inverter for their next-generation electric vehicles.

We went through a considerable technology competition to be chosen for the program, and we'll need to continue to meet the program milestones and performance expectations as the program progresses. What we've learned during the technology selection process and Phase I to date reinforces the competitive advantage we knew we could bring to electric vehicles as automakers innovate to find ways to reduce electric vehicle cost while simultaneously improving vehicle range. Let's turn to the supply chain necessary to support our sales as we start to ramp volumes in 2024 as customers complete their product design cycles. We're nearing the completion of a full process flow engineering run at a wafer fabricator with high-volume production capability.

Testing results for in-process wafers have proceeded very well, and we're pleased with both the performance and overall quality of the wafer fabrication and the technical capability of the wafer foundries manufacturing team. This run is expected to be completed later this month, and they are ready to immediately begin a run to support our SymCool first builds and the next phase of our automotive custom module program.

This wafer fabricator is also already certified through automotive standards, which make them a qualified supplier for our automotive program and reflects the high standards, capabilities and quality of their wafer fabrication. Also, we've engaged a second high-volume wafer fabrication partner to complete a similar full process flow run. The second wafer fab is very experienced in manufacturing bipolar devices such as IGBTs and a detailed review of our process flow went very well. We're now ready to begin an actual wafer run at their production facility.

These 2 sources are in very different parts of the world with world-class experience and capabilities and they're eager to be engaged in new technologies such as B-TRAN. Full sourcing for wafer fabrication with no exposure to China will provide us with sufficient supply capacity for the large customers we're engaging. Our dual sourcing strategy will allow us to proactively secure the necessary production capacity components and services for partners in disparate geographies, mitigating supply chain risk.

Let's turn to our DSB funded NAVSEA program with the U.S. Navy of B-TRAN enabled solid-state circuit breaker. We're excited to have completed our first volume shipments of packaged and tested B-TRAN devices to our partner on the project, Diversified Technologies, or DTI. We also provided DTI, one of our customer evaluation kits that includes our driver to assist them in the completion of their driver design for the medium voltage direct current circuit breaker demonstration. We expect our second volume shipment to DTI in the next couple of days. And as we finish the current wafer runs, pricing, acting and testing will provide the remaining deliveries in the next couple of weeks. We'll continue to support the program throughout the demonstration of the Branded circuit breaker.

In the meantime, DTI has identified another circuit breaker opportunity that they want to pursue with us, building on the work we're doing together for the Navy. On the technology development front, the testing we've been doing in our lab on the devices we shipped to the Navy enabled our team to identify and implement what we believe is a patentable innovation in how we drive and control B-TRAN that's enabled us to realize an additional 20% improvement in connection losses. This change does not require any changes to our B-TRAN die design or packaging is being implemented in the driver that we're using in our customer evaluation program and subsequent intelligent power module products.

This latest improvement means B-TRAN conduction losses can be more than 5x better than bidirectional circuits using IGBTs with diodes. We're in the process of now incorporating this improvement in our driver and capturing the innovation in a patent application. Our B-TRAN is moving at the commercialization at a great time when renewables, energy storage and electric vehicles are in the early stages of their adoption.

They still have the largest part of their growth curve ahead of them. Automotive manufacturers are finding that with B-TRAN, there's a path to reduce power semiconductor costs, the second largest production cost in electric vehicles and improved vehicle range to mitigate driver range anxiety. The inherent bidirectionality and lower losses of B-TRAN are also well suited to renewables, coupled with energy storage, making renewable energy a dispatchable resource and improving the usable kilowatt hours from these systems.

Moving on, we're on track to launch our second commercial product in the third quarter, which will build on the multi-buy packaging design of SymCool and add a bidirectional intelligent driver. This product will target renewables, particularly renewables such as

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

solar and wind, coupled with energy storage, stand-alone energy storage, EV charging and other industrial end markets. This product revenue will start in 2024 and ramp up in late 2024 and into 2025 as it gets through customers' OEM product designs.

Moving on to our test and evaluation program. Since the announcement of our custom module development program was a top 10 global automaker and achievement of several of our milestones under the Navy program, we've had an increasing number of companies engaging with us to learn more about our technology and to participate in our B-TRAN test and evaluation program. The participants in the program include another top 10 global automaker, the EV charging company, commercial electric vehicle company, the leading provider to the solar industry, affords a Global 500 power management company and several others covering each of our target market segments.

This quarter, we added a Global Tier 1 automotive supplier as part of this program. This Tier 1 supplier is evaluating B-TRAN for use in its electric vehicle inverter, bidirectional charging and circuit protection applications. Their interest resulted from the announcement of our custom module development agreement with a global top 10 automaker. We also added a second Forbes Global 500 leader in diverse power management markets to the program roster. This company will evaluate B-TRAN initially for use in solid-state circuit breakers in its smart infrastructure division.

We plan to deliver B-TRAN customer kits for evaluation to the testing evaluation program participants in the second half of this year following the completion of our deliveries to the Navy. These customer kits will include the improvements to our B-TRAN driver as I discussed earlier and will consist of a packaged B-TRAN, device driver, test board and safety enclosure to facilitate and accelerate the evaluation process. As you know, our test and evaluation program will remain an embedded process in our sales and marketing effort and a source of input for our next generation of products.

We'll continue to add additional potential customers to the program. Through the test and evaluation program, we'll gather valuable feedback on their application-specific product requirements and potentially secure product development or other commercial agreements. This engagement will allow us to get a good handle on customers' technology evaluation processes for product design cycles and their commercial plans. Since the start of the year, we've submitted several proposals for government funding opportunities with the Department of Energy, Air Force, NASA and other government entities in collaboration with commercial entities and universities, including other companies in the semiconductor ecosystem. Proposal topics include solid-state circuit breakers, grid applications, renewables and next-generation B-TRAN technology.

We've also established collaborations with universities and commercial entities to pursue funding under the Chips Act as the funding programs are implemented. In addition, we're involved in multiple regional hubs that are being established under the Act. The competition for these programs is high, they provide us an opportunity to collaborate with current fabrication partners and prospective customers, both to advance the state of our technology and pursue additional application-specific demonstrations with B-TRAN. Looking at our expanded B-TRAN patent estate, we currently have 74 issued B-TRAN patents, with 32 of those issued outside the United States and 22 pending B-TRAN patents.

Our current geographic coverage for our patents includes North America, China, Japan, South Korea, India and Europe, all representing our high-priority patent coverage geographies. As part of our product development and introductions, we're expanding our patent efforts to include what we believe to be high-value patents on our packaging designs and driver, including the innovative approach to driving on controlling B-TRAN that I've discussed earlier, as both are unique to the bidirectional nature of our technology.

Moving on, we recently issued a new B-TRAN whitepaper. This white paper includes recent testing results using our driver and devices with our double-sided packaging. It shows switching characteristics and waveforms using bidirectional double pulse testing, which is important for customer technical teams. A link to the new white paper is on our website. We attended this year's Applied Power Electronics Conference in March, our technical whitepaper, B-TRAN optimization and performance characterization was selected for presentation at the conference. Our booth was very well attended and have generated significant new interest from large industrial companies in our test and evaluation program.

In summary, we're thrilled that we introduced our first commercial product, made our first volume shipments to DTI under the NAVSEA program with clear line of sight to completing the remaining volume shipments, made improvements to further reduce B-TRAN conduction losses and are adding new potentially high-volume companies to our test and evaluation program.

We're also very much on track to meet the key milestones and objectives I outlined for this year. B-TRAN's unique architecture offers advantages of inherent bidirectional switching capability, reduced switching and production losses and more compact thermal management requirements, potentially leading to lower cost and improved performance for OEM products. B-TRAN has the potential to displace conventional power semiconductor solutions in many applications, including electric vehicles, renewable energy, energy

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

storage, solid-state circuit breakers and motor drives. Now I'll hand the call over to our Chief Financial Officer, Tim Burns, to review the first quarter financial results. Tim?

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

Thank you, Dan. I will review first quarter 2023 financial results. We recorded minimal revenue for the first quarter. At March 31, current revenue of $36,724 remains to be recognized under the Navy funded NAVSEA program. In the second quarter of 2023, we expect to recognize revenue related to the NAVSEA program as well as revenue from Phase 1 of the custom module development program with the top 10 global automaker. Operating expenses were $2.6 million in the first quarter of 2023 compared to $1.9 million in the first quarter of 2022, driven primarily by higher research and development expenses due to additional semiconductor fab runs and related wafer costs. Operating expenses were also impacted by higher personnel costs and reflect higher stock-based compensation expense.

Although we expect higher research and development spending in the balance of 2023, at or above that seen in the first quarter, we continue to expect some quarter-to-quarter variability in operating expenses, particularly our research and development spending due to the timing of semiconductor fabrication loans and other development activities and hiring as well as the potential impact of additional government funding. We expect to keep general and administrative expenses in 2023, close to 2022 levels, excluding the impact of stock-based compensation expense, despite the impact of inflation on the cost of services. Sales and marketing spending is expected to increase modestly in 2023 from 2022 levels due to hiring and costs associated with commercialization efforts, including new product launches. Net loss in the first quarter of 2023 was $2.5 million compared to $1.9 million in the first quarter of 2022.

The first quarter 2023 cash burn was $1.8 million on the lower end of our guidance of $1.8 million to $2 million and down from $2.1 million in the fourth quarter of 2022. We expect second quarter 2023 cash burn of approximately $1.8 million to $2 million and full year 2023 cash burn of approximately $8 million to $8.5 million. Cash and cash equivalents totaled $14.5 million at March 31, 2023. Given our planned cash burn, which remains modest, we have ample liquidity on our balance sheet to fund operations through 2024 is to commercialize our technology and also to be a well-capitalized partner for the broad spectrum of companies that are either already participating or that we expect to participate in the testing and evaluation of our B-TRAN technology as well as a global Top 10 automaker has engaged us to our development program.
We have an asset-light business model and licensing part of our strategies we've discussed on prior calls. At March 31, we had 5,931,569 shares outstanding, up slightly from December 31 and 5,924,680 shares outstanding, unchanged from year-end. Including 844,375 stock options, restricted stock units and performance stock gains outstanding, we had 7,816,092 diluted shares outstanding at March 31. At this time, I'd like to open up the call for questions. Operator?

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

# Question and Answer

**Operator**

[Operator Instructions] I will hand the call back over to Jeff Christensen to take questions submitted [indiscernible].

**Jeff Christensen**

Thank you. Gentlemen, the first question that was submitted is what differences have you seen in working with the production fab compared to your work with development fabs?

**R. Daniel Brdar**
*CEO, President & Director*

Good question. Quite a bit. There are a few things that are really substantial in terms of the development fabs versus the production fabs. First is the production fabs, we can go to larger wafers and we're running at the development fab. So we can literally produce twice as many devices out of a wafer because of the larger wafer size. Probably one of the biggest difference is the -- the production fabs have a lot of automation, where development fab, there's a lot of things that we've done manually, and that drives 2 things.

It drives very long cycle times to complete a run. And it also drives a lot of scratches as the wafers are handled manually. What we have seen with this first run in the production fab was already better than anything we've done in the development fab in terms of the device performance and just the yield per wafer, even though we're working on a larger wafer than the development tab. So pretty substantial improvement across the board in terms of volume, cycle time and quality.

**Jeff Christensen**

Our next question submitted is, you mentioned Forbes Global 500 power management market leaders. What kind of products do those companies make? And what are some examples of those types of companies.

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

The account management companies are companies that make things like protective relays for utilities, circuit breakers, they make power converters for renewable energy, a whole variety of power electronics equipment for high-power applications. The companies that you typically think of that are in that group are companies like Siemens, Eaton, ABB, Schneider, very large, well-recognized companies in the power space.

**Jeff Christensen**

Thank you. Our next question submitted. And you referenced you will have 2 high-volume fab partners. Can you quantify their volume capacity?

**R. Daniel Brdar**
*CEO, President & Director*

Yes. Let me answer that just a little bit differently. Let's talk about their available volume capacity because they're all running other products as well. The one that we have just finished, they are a very deliberate kind of firm. Right now, they have available that we could tap into capacity to make about 250,000 units a year. The other one that we are starting has the capacity to do well over $1 million a year of actual available capacity that we can tap into. So between the 2 of them, we think we've got plenty of capacity for the near term and hopefully have the opportunity to get them to sort of compete against each other a little bit for our business, both in terms of cost and quality.

**Jeff Christensen**

Yes, investors, we appreciate your questions, and you could submit your questions by clicking on a button in the webcast portal. Our next question that was submitted is, you mentioned that you realized an additional 20% improvement in conduction losses. Are there specific applications or target markets that will benefit most from this impairment?

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. One where you're continuously conducting things like circuit breakers in particular, will benefit. But even though the applications where you're doing a lot of switching, like energy storage coupled with solar will benefit from it as well. And just to give people with some context, improvements and losses in semiconductors are usually pretty hard to come by. So when we discovered that we could do something that really didn't affect the need to change what we are making in the fabs at all and get a 20% improvement. It was a pretty exciting day around here for sure.

**Jeff Christensen**

Next question, EDs and renewables are 2 markets that garner most of the attention, but your SymCool is targeting solid-state circuit breakers, where B-TRAN is enabling technology. Could you provide additional color on this specific market opportunity, why you chose the SymCool as your first product and why it should excite investors.

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

Yes. One of the reasons is when you look at industrial products like circuit breakers, the design cycle is a lot shorter, typically an industrial company can design a new product in a year or sometimes even less versus the automobile cycle, I think most people realize is a long design cycle to get through that whole process. It's 3 to 5 years depending on the company. So we chose it partly because it's a faster path to revenue, it will be our early revenue while we go through these automotive qualification programs, but it's also one where we are truly an enabling technology. Solid-state circuit breakers have been made before with traditional semiconductors like IGBTs, but if you can bring something that has dramatically lower losses, it results in a solution that really becomes viable for the marketplace versus something that's more of a technical curiosity, which is what's been done to date with conventional semiconductors.

**Jeff Christensen**

Thank you. There are no other questions at this time. Dan, do you have any closing remarks?

**R. Daniel Brdar**
*CEO, President & Director*
Excellent thank everybody for joining our call today. We've made great progress over the first few months of the year and on our path to commercialize our technology. And our talented team is on track for a successful 2023 and hitting the milestones that we've laid out there for people to monitor our progress. So we appreciate the opportunity to share our progress and we look forward to speaking with you again on the next call.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2023 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2023 S&P Global Market Intelligence.

# EXHIBIT 5

S&P Global
Market Intelligence

# Ideal Power Inc. NasdaqCM:IPWR

# FQ2 2023 Earnings Call Transcripts

## Thursday, August 10, 2023 2:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ2 2023- | | | -FQ3 2023- | -FY 2023- | -FY 2024- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS (GAAP) | (0.42) | (0.37) | NM | (0.47) | (1.80) | NA |
| Revenue (mm) | 0.10 | 0.14 | ▲40.00 | 0.12 | 0.50 | NA |

Currency: USD
Consensus as of May-15-2023 11:08 AM GMT




- EPS (GAAP) -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ3 2022 | (0.29) | (0.28) | NM |
| FQ4 2022 | (0.33) | (0.31) | NM |
| FQ1 2023 | (0.35) | (0.41) | NM |
| FQ2 2023 | (0.42) | (0.37) | NM |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Case 1:26-cv-01557-RP Document 20-1 Filed 09/25/26 Page 69 of 215

# Table of Contents


| | | |
|---|---|---|
| Call Participants | ........................................................................... | 3 |
| Presentation | ........................................................................... | 4 |
| Question and Answer | ........................................................................... | 9 |


COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

EXECUTIVES

**R. Daniel Brdar**
*CEO, President & Director*

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

ANALYSTS

**David Neil Williams**
*The Benchmark Company, LLC, Research Division*

**Jeffrey Scott Grampp**
*Alliance Global Partners, Research Division*

ATTENDEES

**Jeff Christensen**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

### Operator

Good morning, ladies and gentlemen, and welcome to the Ideal Power Second Quarter 2023 Results Call. [Operator Instructions] As a reminder, this event is being recorded. I would now like to turn the conference over to Jeff Christensen. Please go ahead.

### Jeff Christensen

Thank you, operator, and good morning, everyone. Thank you for joining Ideal Power's Second Quarter 2023 Conference Call. With me on the call are Dan Brdar, President and Chief Executive Officer; and Tim Burns, Chief Financial Officer. Ideal Power's second quarter 2023 financial press release is available on the company's website at idealpower.com.

Before we begin, I'd like to remind everyone that statements made on the call and webcast, including those regarding future financial results and industry prospects, are forward-looking and may be subject to a number of risks and uncertainties that could cause actual results to differ materially from those described in the call. Please refer to the company's SEC filings for a list of associated risks. And we will also refer you to the company's website for more supporting industry information.

Now I'll turn the call over to Ideal Power's President and CEO, Dan Brdar. Dan?

### R. Daniel Brdar
*CEO, President & Director*

Thank you, Jeff. Good morning, everyone, and welcome to our second quarter 2023 financial results conference call. I'll update you on our progress since the start of the second quarter, including the successful completion of all of our first half 2023 milestones as well as our priorities for the balance of the year to commercialize our B-TRAN semiconductor technology. And then Tim Burns, our CFO, will take you through the numbers, after which we'll take your questions.

The second quarter and all of 2023 thus far were transformative in our transition from a technology development company to a commercial company, included some of the most significant accomplishments in the company's history as we continue to advance our aggressive B-TRAN commercialization road map. We're thrilled about our recent success in five major areas. First, we successfully completed the full process flow engineering run as we proved that our B-TRAN device was manufacturable at our high-volume wafer fabrication supplier with high yield and excellent device performance.

This cleared the last and by far, the biggest technical risk for B-TRAN development and commercialization. This was a pivotal accomplishment and a prerequisite for commercialization; second, we delivered hundreds of B-TRAN devices to diversify technologies to complete our work under the NAVSEA solid-state circuit breaker program. Third, we implemented an innovation in how we drive and control B-TRAN. Subsequent testing validated an additional 20% improvement in conduction losses, making B-TRAN conduction losses 5x better than conventional bidirectional circuits utilizing two IGBTs and two diodes.

This improvement was incorporated into all the B-TRAN customer kits we delivered to test and evaluation program participants; fourth, we completed shipments to the large companies in our customer test and evaluation program; and fifth, we successfully completed all the Phase 1 deliverables under our development agreement with a top 10 global automaker.

We're actively engaged with multiple customers in each of our key target markets, and I couldn't be more pleased or excited about our progress. I'll now discuss each of our 2023 milestones along with other key developments. We were excited to announce the introduction of our first commercial product, the SymCool Power Module earlier this year. Our SymCool product is a multi-die B-TRAN module well suited for the large growing solid-state circuit breaker market.

The global solid-state switching equipment market is projected to grow at a compound annual growth rate of 7.6% to approximately $9.3 billion by 2028, with semiconductors comprising a significant portion of the switching equipment cost. solid state circuit breakers are of great interest to utility, industrial and military customers since they can act orders of magnitude faster than traditional electromechanical breakers, thereby eliminating electrical arching and its associated maintenance due to contact wear as well as the fire hazard associated with arching.

The downside of solid-state circuit breakers has been the high conduction losses of traditional semiconductors, such as IGBTs. Since circuit breakers are continuously conducting devices, high losses from traditional semiconductors results in a significant loss of useful energy and the generation of a large amount of waste heat that must be removed from the breaker, which increases the breaker cost and size.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

With clear advantages over electromechanical breakers and IGBT-based solid-state circuit breakers, B-TRAN enabled solid-state circuit breakers are ideal for a range of utility, industrial power control and military high-power applications from 600 volts to tens of thousands of volts. We targeted our initial product for the solid-state circuit breaker market because B-TRAN can be an enabling technology for the application due to its very low conduction losses. We continue to see significant customer interest in our SymCool product and the solid-state circuit breaker application as a result of our recently completed program with the U.S. Navy.

This interest includes the participation of two Forbes Global 500 power management market leaders in our test and evaluation program. In addition, we recently conducted switching tests on discrete packaged devices up to 150 amps. This compares to the 50-amp rating shown in our B-TRAN discrete data sheet, we're testing at a level of 3x higher than the published device rating. As a result of this testing, the planned 100-amp rating of our multi-die SymCool module will be increased prior to first sales, exceeding the power handling expectations set earlier this year with respective SymCool customers.

We've begun fabrication of initial SymCool power modules and continue to expect low volume sales of SymCool to start later this year. The design cycles for industrial applications such as solid-state circuit breakers, varies, it's relatively short, typically about a year. Revenue for SymCool is expected to ramp up in the second half of 2024 as initial customers complete their solid-state circuit breaker product designs. Let's turn to the supply chain necessary to support our sales ramp beginning in the second half of next year.

During the second quarter, we qualified a wafer fabrication supplier in Asia with high-volume capability. Test results from the first flow engineering run with this wafer fabricator demonstrated the manufacturability of B-TRAN with high yields and excellent device performance, clearing the last and by far, the biggest technical risk for B-TRAN development and commercialization. This successful fabrication run was accomplished in the wafer foundry's existing silicon fabrication line without the need for any special equipment or capital investment to produce high-quality wafers fabricated on both sides. This was a pivotal accomplishment and was a prerequisite for commercialization.

Wafer and device testing results displayed high-yield, minimal die-to-die variability and excellent performance characteristics. While it's reasonable to expect some improvement in results when you transition from a development fab to a production fab, the first run at a wafer foundry is often called the pipe cleaner lot as every production facility has different equipment and established process recipes and there's an expectation that process flow adjustments will be necessary in future lots.

Even though it was the first run, and we were working on larger diameter wafers than we used in development, results from this engineering run exceeded expectations and really validated the strength of the full process flow for B-TRAN that we developed over several years working with development fabrication partners. We now have multiple runs ongoing with this high-volume wafer foundry with the first of these runs expected to be completed later this month.

These runs will provide ample devices for additional 2023 deliveries under our test and evaluation program, SymCool production in support of our development program with a top 10 global automaker as well as initial internal and third-party discrete device and SymCool testing. We're pleased with both the performance and overall quality of the wafer fabrication and the technical capability of the wafer foundries manufacturing team.

This wafer foundry is also already certified to automotive standards, making them a quality supplier for our automotive programs and reflects the high standards capabilities and quality of their wafer fabrication. Also, as I mentioned last quarter, we're working with a second high-volume wafer foundry in Europe and expect to complete a similar full process flow run with them. The second wafer foundry is very experienced in manufacturing bipolar devices such as IGBTs and the detailed review of the process flow went well.

We're in the process of qualifying this wafer foundry and expect to begin a wafer run at their production facility later this year. With these two wafer foundry partners on board, we'll have dual sourcing for wafer fabrication in different parts of the world with no exposure to China. This dual sourcing will provide us with sufficient supply capacity for the large customers we're engaging. Both wafer foundries have world-class experience, facilities and capabilities and are eager to be engaged in a new high-performance technology such as B-TRAN. Overall, our dual sourcing strategy will allow us to proactively secure not only the necessary production capacity but also the ability to source components and services from partners in disparate geographies as part of our strategy to mitigate supply chain risk.

Now let's turn to our DOD-funded NAVSEA program with the U.S. Navy. We're excited to have shipped hundreds of packaged and tested devices through our partner on the project Diversified Technologies, or DTI completing our work under this program. The medium voltage solid-state circuit breaker designed by DTI for this project will have direct applicability to military applications and commercial markets where circuit breakers are in wide use, such as electric utility, solar, wind and energy storage installations.

As I mentioned, our participation in this highly visible NAVSEA program resulted in the expansion of companies participating in our test and evaluation program. As part of its final deliverables to the Navy, DTI will introduce a family of solid-state circuit breakers for

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

potential sales to the Navy as part of its future ship electrification program. Our objective is to continue to build on our work for the Navy we're pursuing other solid-state circuit breaker opportunities with DTI while commercializing B-TRAN for utility and industrial solid-state circuit breaker applications, a process that started earlier this year with the launch of our SymCool product.

On the technology development front, the testing we conducted in our lab on the devices we shipped to DTI, enabled our technical team to realize an additional 20% improvement in conduction losses, making B-TRAN conduction losses of 5x better than conventional bidirectional circuits utilizing two IGBTs and two diodes. This improvement did not require any changes to the B-TRAN die design or packaging and was incorporated into the driver provided to participants in our test evaluation program. It will also be used in the company's intelligent power module product we'll be introducing later this year and is the basis for one of several new patent applications we filed in the quarter.

Following the completion of our deliveries to DTI for the NAVSEA program, we completed B-TRAN customer shipments to the large companies in our test and evaluation program utilizing package devices from our newly qualified fabrication partner. The response from customers in the program has been overwhelmingly positive as they appreciate an innovative, very low loss new semiconductor and the advantages it could bring to the OEM products. This quarter, and as previously announced, we also added a second Forbes Global 500 leader in diverse power management markets to the B-TRAN test and evaluation program roster.

This company will evaluate B-TRAN initially for use in solid-state circuit breakers in its smart infrastructure division. Power management companies make things like protective relays for utilities, circuit breakers, power converters for renewable energy and a whole variety of power electronics equipment for high-power applications.

The companies you typically think of as being in that group are companies like Siemens, Eaton, ABB and Schneider, very large, well-recognized equipment providers in the power space. B-TRAN customer shipments to program participants included multiple package B-TRAN devices, advice driver, and a power test board housed in the safety enclosure to facilitate and accelerate the valuation process.

B-TRAN shipments to date for test and evaluation program participants include a top 10 global automaker, a global Tier 1 automotive supplier, a leading provider in the solar industry, two Forbes Global 500 power management companies and a global provider of backup power and energy management solutions with additional kits to follow for current and new program participants.

As you know, our test and evaluation program will remain an embedded process in our sales and marketing effort and a source of input to our next generation of products. We'll continue to add additional potential customers to the program. Through the test and evaluation program, we'll gather valuable feedback on their application-specific product requirements and potentially secure product development or other commercial agreements.

The program will allow us to get a good handle on customers' technology evaluation process, their product design cycles and their commercial plans. Moving on, we entered into a development agreement late last year with a global top 10 automotive OEM. We're partnering with this automaker's advanced technology development team to develop a custom B-TRAN power module in collaboration with an innovative packaging company also selected by the automaker.

This custom B-TRAN-based model module is targeted for use in electric vehicle drivetrain inverters in the automakers next-generation electric vehicle platform. This represents our second engagement with the world's leading automotive manufacturers as another top 10 global automaker is already in our test and evaluation program. This program is on an accelerated time line to get the custom module production ready by 2025 as the customers stated goal for the program. We successfully completed all Phase 1 deliverables of this multiyear program, including the completion of a wafer run, shipment of devices and test boards to both the automaker and the packaging company, they selected. And providing technical support and test data on B-TRAN, its performance and drive circuitry.

Working closely with the automaker, we've already agreed on the scope of work and objectives for Phase II of the program with their engineering team and await final approval of the Phase II purchase order. In Phase II, we'll work closely with the automakers innovative packaging company to integrate B-TRAN dive into the power module design. Phase III will be extensive testing of the custom module incorporating B-TRAN devices to meet automotive certification standards, which are pretty substantial. So it's really us and the packaging company working independently in Phase I and then Ideal Power providing devices to the packaging company for incorporation into the module in Phase II.

And then Phase III is all about testing and certification of the module itself, so we can be the core of the powertrain inverter for their next-generation electric vehicles. Shifting to our upcoming milestones. We're on track to launch our second commercial product in the third quarter which will build upon the multi-die packaging design of SymCool and add a bidirectional intelligent driver. This product will target renewables -- particularly renewables, such as solar and wind, coupled with energy storage, stand-alone energy storage, EV

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

charging and other industrial end markets. Similar to the solid-state circuit breaker market, these markets typically have design cycles closer to a year.

Revenue for the intelligent power module will start in late 2024 and ramp into early 2025 as it gets through OEM product design cycles. Our B-TRAN is moving into commercialization, a great time when renewables, energy storage, electric vehicles, electric vehicle charging are in the early stages of their adoption. These market segments still have the largest part of their growth curve ahead of them. Automotive manufacturers are finding with B-TRAN, there's a path to reduce power semiconductor costs, the second largest production cost on electric vehicles and simultaneously improve vehicle range to mitigate driver range anxiety.

The inherent bidirectionality and lower losses of B-TRAN are well suited to renewables coupled with energy storage, making renewable energy a dispatchable resource and improving the usable kilowatt hours from these systems. Our approach is that we'll be feeding the marketplace with products and incorporating customer feedback into our product planning. In the long term, as large customers such as electric vehicle manufacturers, look for second sources of supply, our objective will be to license our technology to other large players in this space that have production capacity and who've already invested in the front end of the business for sales and service support. This will allow us to stay focused on technology and not be spending capital replicating what's already out there for semiconductor distribution and service to customers.

Looking at our expanding B-TRAN patent estate, we currently have 75 issued B-TRAN patents, with 32 of those issues outside of the United States. Our current geographic coverage for our patents includes North America, China, Japan, South Korea, India and Europe, all representing our high-priority patent coverage geographies. As part of our product development and introductions, we're expanding our patent efforts to include improvements in the architecture itself and what we believe to be high-value patents on our driver and packaging designs as both are unique to the bidirectional nature of our technology.

As a result of our continued innovation, our list of pending patents increased from 22 to 35 since our last report. In addition, we treat our double-sided wafer fabrication process as a trade secret. So even studying our patents, somebody wouldn't have the know-how to be able to fabricate the device. There's an enormous amount of learning that's gone into the fabrication process flow to make high-quality, high-performing double-sided devices for commercial sale. In summary, the second quarter was transformative for the company as we prove that our double-sided B-TRAN device was manufacturable at a high-volume wafer foundry with high yield and without the need for capital investment.

The fabricated devices improved upon the already high expectations for B-TRAN performance as demonstrated through the testing of hundreds of packaged devices. Market interest is strong and we remain focused on executing on our B-TRAN commercialization road map. We're thrilled that we are successfully executing to plan, having already met all our milestones for the first half of the year and being on track to meet the key milestones and objectives I outlined for the remainder of 2023.

We're confident B-TRAN will displace conventional power semiconductors in many applications within the electric vehicle, renewable energy, energy storage solid-state circuit breaker and motor drive markets. Now I'd like to hand the call over to our Chief Financial Officer, Tim Burns, to review our second quarter financial results. Tim?

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

Thank you, Dan. I will review the second quarter 2023 financial results. In the second quarter, we recorded development revenue of $98,000 and grant revenue of $37,000. We completed our work on the subcontract with DTI and will not recognize any additional grant revenue for the NAVSEA program. As a result, we do not expect grant revenue in the third quarter. Development revenue in the third quarter is dependent on the timing of the Phase II work under our development agreement with a top 10 global automaker.

Operating expenses were $2.4 million in the second quarter of 2023, compared to $1.7 million in the second quarter of 2022, driven primarily by higher research and development expenses and part weighted packaging costs associated with devices shipped to DTI the top 10 global automaker under Phase 1 of the program and with the large companies in our test and evaluation program. Operating expenses were also impacted by higher personnel costs as we added head count over the last year, and reflected higher stock-based compensation expense on performance stock unit and new hire grants.

Although we expect higher research and development spending in the balance of 2023 at or above that seen in the second quarter, we continue to expect some quarter-to-quarter variability in operating expenses, particularly our research and development spending due to the timing of semiconductor fabrication runs and other development activities and hiring as well as the potential impact of additional government funding.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We expect to keep general and administrative expenses in 2023 close to 2022 levels, excluding the impact of stock-based compensation expense despite the impact of inflation on the cost of services. Sales and marketing spending is expected to increase modestly in 2023 from 2022 levels due to hiring and cost associated with commercialization efforts, including new product launches. Net loss in the second quarter of 2023 was $2.3 million compared to $1.7 million in the second quarter of 2022. Second quarter 2023 cash burn was $1.8 million on the lower end of our guidance of $1.8 million to $2 million. Cash burn in the second quarter was unchanged from the first quarter of 2023. Cash burn was $3.7 million in the first half of 2023. We expect third quarter 2023 cash burn of approximately $1.9 million to $2.1 million and full year 2023 cash burn of $8 to $8.5 million. Cash and cash equivalents totaled $12.7 million at June 30, 2023.

Given our planned cash burn, which remains modest, we have ample liquidity on our balance sheet to fund operations through 2024 as we commercialize our technology and also to be a well-capitalized partner for the broad spectrum of companies that are either already participating or that we expect to participate in the testing and evaluation of our B-TRAN technology as well as the global top 10 automakers that has engaged us for development program.
We have no debt, a clean capital structure and an asset-light business model. At June 30, we had 5,938,458 shares outstanding up slightly from the 5,931,569 shares outstanding at the end of March and 1,040,248 warrants outstanding, unchanged from the end of March. Including 849,586 stock options, restricted stock units and performance stock units outstanding, we had 7,828,292 diluted shares outstanding at June 30. At this time, I'd like to open up the call for questions. Operator?

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

# Question and Answer

**Operator**

[Operator Instructions] Our first question is coming from David Williams.

**David Neil Williams**
*The Benchmark Company, LLC, Research Division*

Congrats on the progress, and it's really come a long way this year. So definitely a deserving congratulations there. Just a couple of quick things. But one I wanted to see if you could touch on just the importance of the initial T&E customer shipments. And maybe talk a little bit about the early feedback that you received.

**R. Daniel Brdar**
*CEO, President & Director*

Yes. Part of what we're going through is an education process because it is a new semiconductor architecture. So getting devices in people's hands on the technical teams of our customers is really key to just get them comfortable with it. The feedback that we've been getting has been really positive because we position this with educating about the technology before we ships, getting to the data sheet. And what they're finding is that the devices that we gave them are performing better than we said they would.

So engineers, I think kind of engineers, because I am one, we get excited when we get new technology and that does better than it was supposed to. So what they saw were the devices that we shipped them have lower losses. The switching was better than, I think, what they were expecting and they got this kit that's already just ready for them to hook up instrumentation and made it really easy for them to start exercising devices. So we've got a lot of excitement from people that have received their kits and are starting to exercise them.

**David Neil Williams**
*The Benchmark Company, LLC, Research Division*

Yes, fantastic. I just want to see if you could provide a little more color maybe on the performance improvements that you realized on the production units versus what was observed in the lab or on the development devices. What led to that and is this something you think you can further expand on? Or have we reached some kind of theoretical threshold in terms of performance advantages?

**R. Daniel Brdar**
*CEO, President & Director*

We don't think we're at the theoretical threshold. In fact, our team has already got sort of the next generation that they've been doing simulations on. There's a couple of things that really led to it. On a lesser level, at the die level as we transitioned from the development fab to the production level fab, we incorporated some of the last changes that we learned in the development process into the die design itself.

But the bigger change really happened on the driver and how we were choosing to drive the device itself. Once we -- once the technical team actually had a whole bunch of devices that could go in the lab and really start to test and forced to failure and really explore the margins in terms of the design. What they discovered were there are some pretty innovative ideas of what we can incorporate into the driver itself that allowed us to drive the device even more efficiently, that gave us the lower conduction losses and ultimately, the subject of a patent that we've submitted.

**David Neil Williams**
*The Benchmark Company, LLC, Research Division*

Is that also what has helped you achieve the 3x increase in the -- both the tested amperage. I know you talked about 150 amps. Is that right?

**R. Daniel Brdar**
*CEO, President & Director*

It's not. But our focus here has been with a new technology under promise and over deliver. So we were very conservative in terms of what we rated the initial devices at in terms of what was in our data sheet and what we're sharing with customers. Because the last thing you want is for customers to find out that there's either no margin in your design or even worse, it doesn't meet the specs that you

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

gave them. So it was really us just being conservative in terms of how we were introducing the technologies to customers because we wanted to continue to be excited in a good way, not excited because it didn't do what they was supposed to do.

**David Neil Williams**
*The Benchmark Company, LLC, Research Division*

Does that open up additional TAM, do you think with the increased power level?

**R. Daniel Brdar**
*CEO, President & Director*

Yes, it does because -- and some of the folks that we're talking to, for example, with circuit breakers, the way people are going to make solid-state circuit breakers is they're going to parallel devices. And if your current rating is significantly higher, it just means you need less devices to get to the power levels that you ultimately want to size the breaker for. So it makes the breaker even more cost effective if you have to use fewer semiconductors because there's more current carrying capability in them.

**David Neil Williams**
*The Benchmark Company, LLC, Research Division*

And then lastly, just wanted to see if you've seen an acceleration in the inbound calls or maybe customer activity after the recent announcements that clearly point to the progression towards commercial availability here and just is the activity picked up any, I guess?

**R. Daniel Brdar**
*CEO, President & Director*

Yes. What we're really starting to see is we worked pretty early on to get some really high-quality names. But now as we're starting to approach other customers, we're finding these customers already know who we are. So clearly, we're seeing technical teams that are going to do background work on the technology. We're finding -- when we're talking to these large customers, we're not starting from ground 0 of what is a B-TRAN. They're diving right into very deep technology questions that indicate that they've already been doing their homework in the technology. So it's all part of that missionary work that we need to do to raise the awareness in the technical community.

**Operator**

[Operator Instructions] Our next question is coming from Jeff Grampp.

**Jeffrey Scott Grampp**
*Alliance Global Partners, Research Division*

Curious on SymCool, what would you guys kind of characterize as the biggest risk to achieving the first commercial sales later this year? And maybe just taking a step back, if you guys kind of had to do a postmortem on where you are today versus where you thought you'd be at the start of the year here? Are we kind of on track, ahead of schedule, behind schedule? Just kind of qualitatively, directionally, how would you kind of characterize the progress year-to-date there?

**R. Daniel Brdar**
*CEO, President & Director*

Year-to-date, we're tracking to exactly what we said we were going to do this year. So we're actually -- which when you're doing a new technology, new products, there's always surprises that come along, but our team has been really, I think, just diligent and just very countered hard-working group of people. When we get a surprise, we all get together and we figure out what to do about it and get corrective action in place and move forward.

So we are very much on schedule for everything we said we were going to do this year and our team just gets kind of more and more excited as we go along here because it's becoming very, very real for them. On the SymCool module itself, part of it is, it is a device that doesn't have a long operating history. So I think it's going to take us doing some independent reliability testing, which we have planned to start here a little bit later this year.

And the customers deliberately breaking some devices themselves to find out how much margin is in the design to make themselves comfortable. So I think it's really getting everybody comfortable that you're not looking at a product that's got tens of thousands of

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

operating hours in the field on it. But we see that all the time. I mean, silicon carbide had to go through that, GaN devices have had to go through that.

Even new designs of IGBTs kind of have to go through that. It's just the natural course of convincing the technical community that the device will do what it's supposed to do. And the fact that we've been conservative in how we've approached the rating, I think gives the technical community that we've been talking to, a lot of confidence that we're not hiking what the device will do.

**Jeffrey Scott Grampp**
*Alliance Global Partners, Research Division*

And for my follow-up, you guys should have two commercial products in the market as we look into '24. I think you guys had mentioned maybe some change to the OpEx profile as it relates to having those products in the market. But like philosophically, how do you guys think about balancing conserving the burn rate, conserving the capital versus making sure you put enough kind of proverbial kindling wood to make sure your products have the best chance to succeed. How do you strike that balance?

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

Yes. So for us, I mean, that's what it is. It's a balance. We try to be very judicious in our cash use. And as we look forward, we try to plan for the major expenditures and also see where we can potentially cut back a little bit. So we'll still have a modest increase in cash burn as we look at 2024. But if you look at even 2022 versus 2023, we were at 6.8 in 2022 for cash burn. We'll probably be in the low 8s here coming out this year. They'll probably be somewhat close to a similar increase next year. .

Because we'll continue to make sure we leverage the resources we have, leverage our internal capabilities, the silicon infrastructure that's out there. And then for the things we can control, like G&A, for instance, where we won't be adding people, and we'll be keeping a really tight rate on that kind of spend as well. So it is a balancing act, but it's one that I think we can do pretty well here as we commercialize the technology.

**R. Daniel Brdar**
*CEO, President & Director*

One of the things we do, too, Jeff, is we've been able to build a great network of partners and folks that we collaborate with. So for example, we need to do high-power testing of our SymCool module. While we'd like to do it in our lab, we have to spend money on capital to go do that. So we'll go do it at UT Austin, if there are semiconductor center. So having access to places where we can avoid or defer any capital investment on our own by working with some of the development partners we have really helps us be pretty aggressive in keeping the cost side of this as low as possible.

**Jeffrey Scott Grampp**
*Alliance Global Partners, Research Division*

Is there an argument to be made that maybe in '24, you might reallocate R&D investments into kind of sales and marketing? Or is the R&D just too important, a lifeblood of the company to view that way?

**R. Daniel Brdar**
*CEO, President & Director*

I think the competition is always getting better. So if you're not continuing to invest in your technology and bring products out that really give you a competitive advantage in the market segments you're going after, you're putting the company at risk.

**Operator**

I will now turn this call back to Jeff Christensen to read any submitted questions through the webcast. Thank you.

**Jeff Christensen**

Thank you, operator. And I wanted to -- those questions that were asked there were asked by David Williams. They're both analysts, sell-side analysts, David Williams, of benchmark and Jeff Grampp of Alliance Group Partners. We have several questions that have been posted into the ask a question in the webcast portal. Our first question is, where do you see the sales of products and markets that will contribute to revenue the most over the next 24 months?

**R. Daniel Brdar**
*CEO, President & Director*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. It's clearly going to be how we're switching activities like solid-state circuit breakers, protective relays, that will be sort of where the first revenue is. And then things that will take advantage of our intelligent power module that's coming out later this year that are really going to be things like solar coupled with energy storage. Variety of power converter applications that can use bidirectionality because they incorporate batteries. So really more industrial kind of applications while we get through the longer design cycle and certification requirements for the automobile sector.

**Jeff Christensen**

Thank you. What reception and traction have you seen from B-TRAN devices released to participants in the test and evaluation program, anything that surprised you?

**R. Daniel Brdar**
*CEO, President & Director*

We were a little surprised that just how excited some of the things were when they actually -- they wanted to make sure that they were using the kit correctly because the data they were getting was better than what we told them in the initial data sheet. So it's energizing for our team, too, to see that the customers are excited about what they're getting, and they're actually really starting to dig pretty deeply into the device and now starting to share with us their thoughts on how they might want to use it.

For example, one of the Fortune 500 -- Fortune Global 500 companies that's in our test and evaluation program, they want to start with solid-state circuit breaker. But as we talk to them, we realize that they're thinking about this for a bunch of other things that are in their smart infrastructure division like protective relays and power converters and a few other things. So it's just nice to see the technical community really responding in such a positive way now that they have got devices in their hands.

**Jeff Christensen**

Our next question that was posted is, are you still pursuing the data center market? This appears to be a promising opportunity.

**R. Daniel Brdar**
*CEO, President & Director*

Yes. In fact, one of the companies that's in our test and evaluation program, they make UPS systems. That's one of their main product lines. So we actually had our technical teams meet together here, when was it? About 2 weeks ago. Just taking them through the test and evaluation kit, and they're talking about issuing a solicitation to us to get us to do some co-development work for them. So it looks like it's still going to be a pretty nice market for us in the long term.

**Jeff Christensen**

[Operator Instructions]

Our next question is has B-TRAN been tested for reliability or failure rate compared to conventional solutions? Does any improvement simply correlate to lower compact count, subcomponent count? Or does the B-TRAN technology have an additional reliability benefit compared to conventional solutions.

**R. Daniel Brdar**
*CEO, President & Director*

Well, we've done some of our own reliability testing here in-house, but we're actually going to go to a third party to be in reliability testing here later this year, now that we've got many devices. Because when you do third-party reliability testing, you actually need a lot of devices, hundreds and hundreds of devices, and they need to come from multiple fabrication lots, so they can make sure that there's no lot-to-lot variability issues. .

What we are seeing is there are things that are inherently indicative of higher reliability for B-TRAN for two reasons. One is, if you look at a typical IGBT, they use wire bonding as part of the process. And if you look at -- in IGBT failure modes, one of the things that is a high area for failure are the wire bonds that are used within the package to connect dies electrically to the IGBT.

Our design deliberately does not use any wire bonding. It is what's called the flip chip design, where everything is soldered to conductive surfaces. So there's not a wire bond that can fatigue and fail. The other key contributor that we're seeing, that looks like it's going to be a major factor in reliability is the fact that we just generate less heat and heat is the killer of electronics.

So if you're producing less heat and if you have less heat, you've got to take out of the package you inherently should expect longer life from that. But we'll get that all validated because the reliability testing we'll do it to third party. We'll have temperature extremes

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and cycling at a whole bunch of other stuff. But so far, it's looking pretty encouraging in terms of some of the design choices that we made that will really drive high reliability for the package.

**Jeff Christensen**

Another question that was posted was Onsemi CEO recently stated that drivetrain content for ICE is $50 per vehicle versus $750 per vehicle for EVs. How are you positioned to compete against that what I think is the silicon carbide products that companies like On have?

**R. Daniel Brdar**
*CEO, President & Director*

Well, I think Tesla put a pretty good stake in the ground here a couple of months ago where they said they're going to reduce their amount of silicon carbide by 75%. The challenge is it's a cost issue. I mean, silicon carbide is a much more expensive material. It's harder to process. We know from our own work in wafer supply. If we go buy a silicon wafer, it costs us about $60. If you want to buy a silicon carbide wafer, it's $800.

And you take that coupled with the fact that it's a much harder material to polish, to process. You can see why silicon carbide devices are much more expensive. Now, silicon carbide will get better in terms of cost and quality over time. But for now, part of what we're seeing directly from the OEMs in the automobile side is they're looking for lower-cost solutions that help them improve range because of the fact that silicon carbide is just -- it really is a challenge for the EV makers because cost is one of their big impediments right now to broad-scale adoption.

**Jeff Christensen**

Congratulations on removing the manufacturing risk. Now the remaining risk seems to be adoption. How should we think about the speed and breadth of adoption in the corresponding TAMs associated with the markets you are targeting?

**R. Daniel Brdar**
*CEO, President & Director*

Yes. If you take a look at our website, we have a presentation that gives you some idea of the TAM. The IGBT market is really the market that we are pursuing because it's the high-power semiconductor market, which is really where our technology fits best. And that is, what? $11 billion by 2026, I think, is the targeted market. What's interesting is things like the solid-state circuit breaker market are incremental to that because IGBTs haven't made much progress in those kind of markets.

So we think the addressable market is going to be pretty substantial for us. The adoption really varies a lot by industry. Obviously, automotive is the most challenging due to long design cycle certification standards, products have to withstand shock and vibration. So that's why we're targeting things in the industrial space that are less demanding in terms of certifications, things like solid-state circuit breakers, protective relays, power converters for renewable energy.

Their design cycles are lower, their risk profiles are lower, and that will be where the early adoption is. And that all helps us build volume to really satisfy the data and the operating time that's going to be needed for the automobile sector. So they really fit together pretty nicely. And they both have these two large macro trends behind them, the adoption of renewable energy and electric vehicles.

**Jeff Christensen**

We've had several questions posted, continue to post them, please, and look forward to answering them. What are the specific opportunities you see as a result of the massive tailwinds we expect for Greentech from thereon the Inflation Reduction Act and the CHIPS Act?

**R. Daniel Brdar**
*CEO, President & Director*

Yes. Let me start with the CHIPS Act. The CHIPS Act, is initially focused on wafer fabrication, where a lot of investment is going to go. And then there's going to be programs that come out after that relate to R&D. We will certainly be pursuing some of the R&D kind of activities that come out for funding. But more interestingly for us is it should create the opportunity to have a domestic fab as the investment in wafer production facilities goes into building our capability here on market, which for us is important for markets, particularly like the military, where they want domestic sourcing.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So I think it's going to generally be beneficial. Unfortunately, it's going to just take a while because these government programs take quite a while to get formed, to get funded, and to go through their solicitation process. But in the long term, I think we'll see opportunities both on the R&D side and future wafer fab collaboration.

On the push for Greentech, it really fits into our sweet spot because what we're going to see here as more and more solar and wind are deployed, you really need to start coupling energy storage with them because of their intermittency. It makes them a more valuable resource and as battery costs continue to decline, it creates the need for fast-switching bidirectional devices that can operate as efficiently as possible, and that really is what we do very, very well. So I think it's going to create a really great global opportunity for us as we bring the particular intelligent power module to the marketplace.

**Jeff Christensen**

For the [indiscernible] for Dan and Tim in the second quarter, were those open market buys?

**R. Daniel Brdar**
*CEO, President & Director*

Yes, they were. They're all open market buys.

**Jeff Christensen**

When do you expect being able to disclose who some of your development partners are?

**R. Daniel Brdar**
*CEO, President & Director*

That's a good question. We're hoping on the automobile side that we can start to put some pressure on them that it's material relationship for us, particularly as they start to ramp up their spending with us for development. For the rest of them, it's kind of case by case. I think most of them, they don't want their competitors to know what they're doing.

But I think at some point, when they're far enough along, we'll be able to start naming who they are. In my written comments, I mentioned some companies, for example, that are in like the power management markets. Obviously, I won't say which ones, but some of the companies I named are in our test and evaluation program. So we hope to be able to be more specific about that as some of these companies get further along and start to actually buy product from us.

**Jeff Christensen**

How should we think about your revenue model and expect to implement across your offerings, whether it's SymCool or the custom drivetrain modules for the top auto OEMs or other offerings?

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

So for the revenue model overall, so initially, there will be some development revenue, probably relatively modest with product sales. So our initial focus will be on product sales. But longer term, we are open and part of our overall strategy is to start licensing the technology as well to some of the large semiconductor players that are out there that already have the infrastructure in place to expand the sales of the B-TRAN product offering.

For the SymCool, again, we're going to have initial sales here later this year due to the timing and design cycles with those OEMs, it will really be the second half of 2024 until we see the revenue ramp and the intelligent power module is probably 3 to 6 months behind that in terms of the overall ramp. And then the EV revenue really will start probably in '25, but it will be after that when you really start to see the ramp as it's incorporated into production models for sale.

**Jeff Christensen**

If the automaker is expecting to include B-TRAN in its 2025 EV models, when would the company expect to deliver product to the automaker and realize revenue?

**R. Daniel Brdar**
*CEO, President & Director*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We'll actually start to see revenue in '25 because to get through that certification process, it's not a matter of tens of thousands of dollars. They've got to spend quite a bit to get all the modules built that they need to take through automotive certification and all the reliability testing they're going to need to do. So while we won't in the production vehicle yet, we'll start to see revenue from it in 2025 to support their plan to actually have a production ready in the design of cars that will be coming out in subsequent years.

**Jeff Christensen**

What is the revenue range per electric vehicle that Ideal Power will recognize?

**R. Daniel Brdar**
*CEO, President & Director*

It's going to vary somewhat based on the vehicle. We've been targeting the drivetrain inverter as the first point of this. But there's also other places in the vehicle where our technology applies. Some of the circuit protection that's in vehicles, the onboard chargers, DC to DC converters and so forth. If you look at what's been published, the semiconductors that are in an electric vehicle tend to make up about 8% to 10% of the full production cost of the vehicle.

So if you think about cars that are in the $80,000 to $100,000 range, which is where they are now, that would tell you it's going to be in the range of $800 to $1,000. So it's really going to be a function of how do they use semiconductors, how do they drive cost out of the products. But for us, the per vehicle cost is pretty substantial. I think most people are surprised that after the batteries, the semiconductors are the second highest cost component.

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

And I'm sure it will decrease over time somewhat. But right now, we estimate based on some data that's out there, that it's about $2,000 to $3,000 per vehicle for power semiconductor devices in your average EV.

**Jeff Christensen**

What does production ready in 2025 mean for the automotive OEM. Does that mean that they'd have in their vehicles in 2025?

**R. Daniel Brdar**
*CEO, President & Director*

No. That means that there is a design that has been completed. It's been tested. It's been through certifications automobile standards, and it's been proven that it can be made in sufficient volumes at sufficient costs so that the rest of the vehicle design is already incorporating it, and you would expect to see it coming into the vehicle probably in the subsequent model year.

**Jeff Christensen**

The warrants that are outstanding. When those are exercised, will they bring cash into the company?

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

Yes, they will. So there's a couple of different tranches of those warrants. All of them are highly in the money. There's some $2.32 warrants and some at $8.59 as well. The first warrants expire actually in November of 2024. So we're forecasting cash coming in for those warrants, again in November '24. The other large tranche of warrants is in -- I believe it's August of 2025. So overall, there's over $4 million of exercise price out there that we'd anticipate over that period.

**Jeff Christensen**

How should we think about your margin profile?

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

So at volume, we're expecting margins in roughly the 50% range. So if you look at gross margin. So in lower volumes, obviously, we're going to have to work up to that number. Initially, I would even probably say we shouldn't be expecting gross profit on initial very well volume sales just because of the volume number. But the B-TRAN technology, if we start to scale it here, we think 50% is probably the right target longer term.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**R. Daniel Brdar**
*CEO, President & Director*

And as you think about particularly the automakers who are going to want a second source, that will ultimately be a licensing arrangement that we put in place with another semiconductor company and licensing revenue is essentially 100% gross margin.

**Jeff Christensen**

The Ideal shareholder -- as an Ideal shareholder-friendly company that is committed to maximizing future dilution to the benefit of shareholders and rewarding long-term shareholders commencement with the company's growth?

**Timothy W. Burns**
*CFO, Secretary & Treasurer*

Yes. So Jeff, first, I'd say it would be minimizing future dilution would be our goal. So yes, we're very considered of how and when we raise money and the impact that, that will have on our investors. That's why we take the approach when we can, you don't want to try to raise money when you need money because that's -- those deal terms just don't look as good to the current existing shareholder base. So we evaluate the impact on the existing shareholder base anytime we consider anything involving capital.

**Jeff Christensen**

Do you anticipate or are interested in entering into any exclusivity agreements with customers such as automakers?

**R. Daniel Brdar**
*CEO, President & Director*

Me personally, no. I don't like exclusive agreements. But typically what you get for them, particularly if you're an early-stage company, you give up an awful lot. And I think it's too early to really know who are going to be the volume customers for us in the long term. So our objective is really going to be, let's get as many customers engaged as possible. It helps drive volume and drive cost down, it just opens more markets. So we would not be terribly interested in exclusivity, particularly at such an early stage in the company.

**Jeff Christensen**

Can you talk about other companies developing this bidirectional power switch? Who are your competitors?

**R. Daniel Brdar**
*CEO, President & Director*

Yes, there's a lot of interest in bidirectional switching just a result of the fact that energy storage is going into so many applications. But what we've seen are approaches that are out there that are basically using existing topologies and just putting devices back to back and doubling their losses.

Our technical team -- and in fact, some of them were at a conference this week. And so we scan pretty routinely to see what's being done out there for bidirectional switching. And we haven't seen anything that is really terribly innovative that is going to dramatically impact the losses the way B-TRAN can. It's just these repackaging of multiple MOSFETs or multiple IGBTs as a way to make a bidirectional switch that might be convenient for electrical connection, but doesn't bring any significant improvement in terms of losses.

**Jeff Christensen**

Do you have any specific opportunities in EV charging? Can you comment about those?

**R. Daniel Brdar**
*CEO, President & Director*

Yes. In fact, we have some folks that are involved in EV charging in our test and evaluation program. EV charging really is focused on a couple of things. One is faster charging. So if you can push more power into a battery, you're charging it, you can charge it in a lower amount of time. The other thing we're seeing is some of the business models that are coming out for the EV charging folks are actually incorporating buffer batteries with the EV chargers because what they're finding is for a lot of people, they're charging their electric vehicles on their way home from work, if they stop at the grocery store or stop to run errands.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So the electric vehicles are being charged during the peak demand of the day and the highest rates if they couple backup batteries with them, they can charge those batteries from the grid at night and then use those to charge vehicles. So there's an interest in the bidirectionality that we're seeing and EV charging as people get more sophisticated business models out there. So I think there's going to be some pretty good opportunities for us in that marketplace because those business models are certainly evolving and looking to innovate so that they have something that helps them get more useful kilowatt hours into the vehicles.

**Jeff Christensen**

What about garnering capital support from some of these major players you are dealing with?

**R. Daniel Brdar**
*CEO, President & Director*

I think if there is an opportunity to particularly form a little more strategic relationship with some of them, we would certainly be open to that discussion because it certainly gives you validation, among others in the customer base. I think we have to get a little bit further along in terms of our engagement with some of them where they're actually starting to incorporate actual finished product into their OEM products, but I think it's something that could be pretty important for us in terms of just the strategic relationships and how we access capital and how we grow the market.

**Jeff Christensen**

How is semiconductor supply, chain disruptions impacted the company to date? And what will be the impact as you commercialize the technology and start to ramp volumes?

**R. Daniel Brdar**
*CEO, President & Director*

Well, as we were going through the development work, we use development fabs in the U.S. So we didn't really see any disruption in what we were doing. As we were working on our driver, we saw some issues with parts availability. But generally, when you're designing a circuit board, if there's not a certain resistor that you're looking for, there's one that is close to it that you can get as an alternative. But it's been very much our focus in terms of where should our wafer fabs be, who should they be, who are we partnering with for packaging.

So I think the disruptions that the industry saw as a result of COVID figure very prominently in our thinking in terms of who we work with and what those arrangements look like. Fortunately, since we are working in silicon, the wafers that we use are commonly available, they're typically the same kind of specs you would make in IGBT with. So they're made in high volume in many places around the world. So it's really who's fabricating your wafers and who's doing your packaging that we focus on making sure that we've got diversity in terms of capability and geography. So if there is another global disruption in supply chains, we've done the best that we can do to insulate ourselves from interrupting the business.

**Jeff Christensen**

It looks like we're all out of time. Dan, do you have any closing remarks?

**R. Daniel Brdar**
*CEO, President & Director*

I just want to thank everybody for joining our call. We've made great progress on our path to commercialize our technology, our talented team is on track for a very successful 2023. We look forward to some commercial announcements in advance of our next update call and also our introduction of our next product to the marketplace, and we'll continue to actively share our story with the investment community. So at this point, I'd like to thank everybody for joining us. And operator, you may end the call.

**Operator**
Thank you. Ladies and gentlemen, this concludes today's conference, and you may disconnect your lines at this time. We thank you for your participation.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2023 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2023 S&P Global Market Intelligence.

# EXHIBIT 6

# Ideal Power Secures Multi-Unit Order for SymCool IQ

**Title:** Ideal Power Secures Multi-Unit Order for SymCool IQ
**Interview Date:** Not identified
**Publication Date:** Not identified
**Source:** Proactive
**Host/Interviewer:** Steve
**Guest(s):** Daniel Brdar, CEO of Ideal Power
**Event:** Not identified
**Location:** Not identified
**Video Link:** Watch the interview on YouTube

---

[00:00] **Daniel Brdar:**

They have previously ordered our SymCool power module, and they have now ordered our SymCool IQ, which basically takes a multi die module, with the semiconductor devices in it, and adds a localized controller to tell it what to do.

[00:14] **Daniel Brdar:**

That really opens up some new applications that really want to have localized control of the semiconductor devices.

[00:22] **Steve:**

Welcome back inside our proactive newsroom. Joining me now is Daniel Brdar. He is the CEO of Ideal Power. And Dan, it's great to have you back again. How are you?

[00:29] **Daniel Brdar:**

I'm doing just fine, Steve. Good to see you again.

[00:32] **Steve:**

Yeah. Coming out with some pretty significant news today, and we'll get to that in just a second. All around your technology in the SymCool. So why don't you remind everyone a little bit about the company and more importantly, this technology?

[00:43] **Daniel Brdar:**

Sure. What I do power has come up with is a very low loss power semiconductor switch that's used in a whole variety of applications. It's used in renewable energy, circuit

protection, electric vehicles, electric vehicle charging, data centers where you really want to be able to control the flow of energy in either direction because it's a bi directional device with as low as Los as possible, because that means more useful energy. So things like, solar installation get more useful kilowatt hours, things like electric vehicles get more range out of the batteries. So it really helps all of these technologies be more efficient.

[01:18] **Steve:**

And today you've announced that a multi unit order for for the SymCool Tell me if this is a client you've been working with already.

[01:24] **Daniel Brdar:**

Correct. Yeah. This is a company that is involved in a lot of, products for circuit protection and power converters for things like renewable energy. They're involved in EV charging. They have previously ordered our SymCool power module, and they have now, ordered our SymCool IQ, which basically takes a multi die module. With the semiconductor devices in it and adds a localized controller to tell it what to do. And that really opens up some new applications that really want to have localized control of the semiconductor devices.

[01:56] **Steve:**

And then the key to this also is the fact that they're going to take these units and use them in a lot of different, things. And that will give you more data in order to, to, to sort of move the product and go approach other customers with as well.

[02:08] **Daniel Brdar:**

It does, you know, when you get a new technology, there's a lot of companies that are very interested in what you're doing. They're interested in exploring your technology. But the bigger the company, the less likely they are to want to go first. They always want to have somebody else go first. So it's great to have a company that's taking that first step that's, comfortable with the technology. They've worked with us enough to be really comfortable that our data sheets are an accurate representation of the product, and gives them the opportunity to be a first mover in bringing out a differentiated product of their own that incorporates our technology.

[02:37] **Steve:**

And lastly, what is, an announcement like this do for for the company as you finish off, you know, the rest of December and into 2025, this is a great launching pad. I would think for 2025.

[02:48] **Daniel Brdar:**

It is, you know, as we look at 2025, we want to get through this design win process so that we can start to ramp our revenue and sales of products. You know, we put out the fact that selling our simple, like getting those first sales of it was one of our key milestones for 2024. So it really helps build the platform for what we plan to accomplish in 2025 as we start to bring more and more customers in and use the diversity of products that we're starting to offer.

[03:12] **Steve:**

Well, Dan congratulations on this exciting news and I really appreciate your time.

[03:15] **Daniel Brdar:**

Thanks very much. And thanks for having me.

[03:17] **Steve:**

All right. There's Dan Brdar. He's the CEO of Ideal Power.

**End of Transcript**

# EXHIBIT 7

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-Q

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended March 31, 2025**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from ______________ to _______________**

**Commission File Number 001-36216**

## IDEAL POWER INC.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware**<br>(State or other jurisdiction of incorporation or organization) | **14-1999058**<br>(I.R.S. Employer Identification No.) |

**5508 Highway 290 West, Suite 120**
**Austin, Texas 78735**
(Address of principal executive offices)
(Zip Code)

**(512) 264-1542**
(Registrant's telephone number, including area code)

(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | IPWR | The Nasdaq Capital Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☐ |
| Non-accelerated filer ☒ | Smaller reporting company ☒ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark whether the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the issuer is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of May 12, 2025, the issuer had 8,348,420 shares of common stock, par value $0.001, outstanding.

Table of Contents

**TABLE OF CONTENTS**


| | | |
|---|---|---|
| **PART I** | FINANCIAL INFORMATION | 3 |
| **Item 1.** | Unaudited Condensed Financial Statements | 3 |
| | Balance Sheets at March 31, 2025 and December 31, 2024 | 3 |
| | Statements of Operations for the three months ended March 31, 2025 and 2024 | 4 |
| | Statements of Cash Flows for the three months ended March 31, 2025 and 2024 | 5 |
| | Statements of Stockholders' Equity for the three months ended March 31, 2025 and 2024 | 6 |
| | Notes to Unaudited Financial Statements | 7 |
| **Item 2.** | Management's Discussion and Analysis of Financial Condition and Results of Operations | 11 |
| **Item 3.** | Quantitative and Qualitative Disclosures About Market Risk | 13 |
| **Item 4.** | Controls and Procedures | 13 |
| **PART II** | OTHER INFORMATION | 14 |
| **Item 1.** | Legal Proceedings | 14 |
| **Item 1A.** | Risk Factors | 14 |
| **Item 2.** | Unregistered Sales of Equity Securities and Use of Proceeds | 14 |
| **Item 3.** | Defaults Upon Senior Securities | 14 |
| **Item 4.** | Mine Safety Disclosures | 14 |
| **Item 5.** | Other Information | 14 |
| **Item 6.** | Exhibits | 15 |
| **SIGNATURES** | | 16 |

Table of Contents

## PART I-FINANCIAL INFORMATION

### ITEM 1. CONDENSED FINANCIAL STATEMENTS

**IDEAL POWER INC.**
**Balance Sheets**
**(unaudited)**

| | March 31, 2025 | December 31, 2024 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 13,696,852 | $ 15,842,850 |
| Accounts receivable, net | 8,535 | 692 |
| Inventory | 89,337 | 96,406 |
| Prepayments and other current assets | 313,034 | 356,658 |
| Total current assets | 14,107,758 | 16,296,606 |
| | | |
| Property and equipment, net | 389,579 | 415,232 |
| Intangible assets, net | 2,615,852 | 2,611,998 |
| Right of use asset | 462,621 | 483,497 |
| Other assets | 18,570 | 19,351 |
| Total assets | $ 17,594,380 | $ 19,826,684 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 155,707 | $ 104,117 |
| Accrued expenses | 455,219 | 374,012 |
| Current portion of lease liability | 85,270 | 82,681 |
| Total current liabilities | 696,196 | 560,810 |
| | | |
| Long-term lease liability | 381,128 | 403,335 |
| Other long-term liabilities | 989,667 | 1,007,375 |
| Total liabilities | 2,066,991 | 1,971,520 |
| | | |
| Commitments and contingencies (Note 5) | | |
| | | |
| Stockholders' equity: | | |
| Common stock, $0.001 par value; 50,000,000 shares authorized; 8,349,291 shares issued and 8,347,970 shares outstanding at March 31, 2025 and 8,336,812 shares issued and 8,335,491 shares outstanding at December 31, 2024 | 8,349 | 8,337 |
| Additional paid-in capital | 125,702,537 | 125,327,300 |
| Treasury stock, at cost, 1,321 shares at March 31, 2025 and December 31, 2024 | (13,210) | (13,210) |
| Accumulated deficit | (110,170,287) | (107,467,263) |
| Total stockholders' equity | 15,527,389 | 17,855,164 |
| Total liabilities and stockholders' equity | $ 17,594,380 | $ 19,826,684 |

The accompanying notes are an integral part of these condensed financial statements.

Table of Contents

**IDEAL POWER INC.**
**Statements of Operations**
**(unaudited)**

| | Three Months Ended March 31, 2025 | Three Months Ended March 31, 2024 |
|---|---|---|
| Revenue | $ 12,003 | $ 78,739 |
| Cost of revenue | 30,862 | 68,498 |
| Gross profit (loss) | (18,859) | 10,241 |
| Operating expenses: | | |
| Research and development | 1,567,992 | 1,366,893 |
| General and administrative | 899,821 | 853,688 |
| Sales and marketing | 338,160 | 316,611 |
| Total operating expenses | 2,805,973 | 2,537,192 |
| Loss from operations | (2,824,832) | (2,526,951) |
| Interest income, net | 121,808 | 57,325 |
| Net loss | $ (2,703,024) | $ (2,469,626) |
| Net loss per share - basic and diluted | $ (0.30) | $ (0.39) |
| Weighted average number of shares outstanding - basic and diluted | 9,101,851 | 6,319,939 |

The accompanying notes are an integral part of these condensed financial statements.

Table of Contents

**IDEAL POWER INC.**
**Statements of Cash Flows**
**(unaudited)**

| | Three Months Ended March 31, | |
|---|---|---|
| | **2025** | **2024** |
| Cash flows from operating activities: | | |
| Net loss | $ (2,703,024) | $ (2,469,626) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization | 90,476 | 81,121 |
| Amortization of right of use asset | 20,876 | 16,157 |
| Write-off of property and equipment | 1,201 | 10,217 |
| Stock-based compensation | 384,595 | 381,019 |
| Decrease (increase) in operating assets: | | |
| Accounts receivable | (7,843) | (70,000) |
| Inventory | 7,069 | (27,912) |
| Prepaid expenses and other assets | 44,405 | 211,438 |
| Increase (decrease) in operating liabilities: | | |
| Accounts payable | 51,590 | (23,086) |
| Accrued expenses and other liabilities | 63,499 | 32,357 |
| Lease liability | (19,618) | (16,980) |
| Net cash used in operating activities | (2,066,774) | (1,875,295) |
| | | |
| Cash flows from investing activities: | | |
| Purchase of property and equipment | (11,324) | (29,611) |
| Acquisition of intangible assets | (58,554) | (73,939) |
| Net cash used in investing activities | (69,878) | (103,550) |
| | | |
| Cash flows from financing activities: | | |
| Payment of taxes upon vesting of restricted stock units | (9,346) | - |
| Net proceeds from issuance of common stock and pre-funded warrants | - | 13,652,663 |
| Exercise of options | - | 86,757 |
| Net cash provided by (used in) financing activities | (9,346) | 13,739,420 |
| | | |
| Net increase (decrease) in cash and cash equivalents | (2,145,998) | 11,760,575 |
| Cash and cash equivalents at beginning of period | 15,842,850 | 8,474,835 |
| Cash and cash equivalents at end of period | $ 13,696,852 | $ 20,235,410 |

The accompanying notes are an integral part of these condensed financial statements.

Table of Contents

**IDEAL POWER INC.**
**Statements of Stockholders' Equity**
**For the Three Months Ended March 31, 2025 and 2024**
**(unaudited)**

| | Common Stock | | Additional Paid-In | Treasury Stock | | Accumulated | Total Stockholders' |
|---|---|---|---|---|---|---|---|
| | Shares | Amount | Capital | Shares | Amount | Deficit | Equity |
| Balances at December 31, 2023 | 5,998,018 | $ 5,998 | $ 107,116,362 | 1,321 | $ (13,210) | $ (97,049,450) | $ 10,059,700 |
| Issuance of common stock and pre-funded warrants | 1,366,668 | 1,367 | 13,651,296 | - | - | - | 13,652,663 |
| Exercise of options | 8,334 | 8 | 86,749 | - | - | - | 86,757 |
| Vesting of restricted stock units | 9,679 | 10 | (10) | - | - | - | - |
| Stock-based compensation | - | - | 381,019 | - | - | - | 381,019 |
| Net loss for the three months ended March 31, 2024 | - | - | - | - | - | (2,469,626) | (2,469,626) |
| Balances at March 31, 2024 | 7,382,699 | $ 7,383 | $ 121,235,416 | 1,321 | $ (13,210) | $ (99,519,076) | $ 21,710,513 |
| | | | | | | | |
| Balances at December 31, 2024 | 8,336,812 | $ 8,337 | $ 125,327,300 | 1,321 | $ (13,210) | $ (107,467,263) | $ 17,855,164 |
| Vesting of restricted stock units | 12,479 | 12 | (9,358) | - | - | - | (9,346) |
| Stock-based compensation | - | - | 384,595 | - | - | - | 384,595 |
| Net loss for the three months ended March 31, 2025 | - | - | - | - | - | (2,703,024) | (2,703,024) |
| Balances at March 31, 2025 | 8,349,291 | $ 8,349 | $ 125,702,537 | 1,321 | $ (13,210) | $ (110,170,287) | $ 15,527,389 |

The accompanying notes are an integral part of these condensed financial statements.

Table of Contents

**IDEAL POWER INC.**
**Notes to Condensed Financial Statements**
**(unaudited)**

**Note 1 - Organization and Description of Business**

Ideal Power Inc. (the "Company") was incorporated in Texas in May 2007 under the name Ideal Power Converters, Inc. The Company changed its name to Ideal Power Inc. and re-incorporated in Delaware in July 2013. With headquarters in Austin, Texas, the Company is focused on the further development and commercialization of its Bidirectional bipolar junction TRANsistor (B-TRAN®) solid-state switch technology.

Since its inception, the Company has financed its research and development efforts and operations primarily through the sale of common stock and pre-funded warrants. The Company's continued operations are dependent upon, among other things, its ability to obtain adequate sources of funding through future revenues, follow-on stock offerings, issuances of warrants, debt financing, co-development agreements, government grants, sale or licensing of developed intellectual property or other alternatives.

**Note 2 - Summary of Significant Accounting Policies**

Basis of Presentation

The accompanying unaudited condensed financial statements have been prepared in accordance with the rules and regulations of the Securities and Exchange Commission (the "SEC") for Form 10-Q. Accordingly, certain information and footnote disclosures normally included in financial statements prepared in accordance with generally accepted accounting principles have been condensed or omitted pursuant to such rules and regulations. The balance sheet at December 31, 2024 has been derived from the Company's audited financial statements included in its Annual Report on Form 10-K filed with the SEC on March 28, 2025.

In the opinion of management, these financial statements reflect all normal recurring, and other adjustments, necessary for a fair presentation. These condensed financial statements should be read in conjunction with the audited financial statements included in the Company's Annual Report on Form 10-K for the year ended December 31, 2024. Operating results for interim periods are not necessarily indicative of operating results for an entire fiscal year or any other future periods.

Segment Information

Operating segments are defined as components of an entity for which separate financial information is available and that is regularly reviewed by the Chief Operating Decision Maker ("CODM") in deciding how to allocate resources to an individual segment and in assessing performance. The Company's Chief Executive Officer is the Company's CODM. The CODM reviews financial information presented on a company-wide basis for purposes of making operating decisions, allocating resources, and evaluating financial performance. As such, the Company has determined that it operates as one operating segment. The Company has concluded that net income (loss) is the measure of segment profitability. The CODM assesses performance for the Company, monitors budget versus actual results, and determines how to allocate resources based on net income (loss) as reported in the statements of operations. There are no other expense categories regularly provided to the CODM that are not already included in the financial statements herein.

During the three months ended March 31, 2025 and 2024, the Company did not generate material international revenues and as of March 31, 2025 and December 31, 2024, the Company did not have material assets located outside of the United States.

Net Loss Per Share

In accordance with Accounting Standards Codification 260, shares issuable for little or no cash consideration are considered outstanding common shares and included in the computation of basic net loss per share. As such, for the three months ended March 31, 2025 and 2024, the Company included pre-funded warrants to purchase shares of common stock in its computation of net loss per share. The pre-funded warrants were issued in March 2024 and November 2019 with an exercise price of $0.001. See Note 7.

In periods with a net loss, no common share equivalents are included in the computation of diluted net loss per share because their effect would be anti-dilutive. At March 31, 2025 and 2024, potentially dilutive shares outstanding amounted to 1,330,380 and 1,630,595 shares, respectively, and exclude pre-funded warrants to purchase shares of common stock.

Recent Accounting Pronouncements

Management does not believe that any recently issued, but not yet effective, accounting standard, if adopted, would have a material impact on the Company's financial statements.

Table of Contents

**Note 3 - Intangible Assets**

Intangible assets, net consisted of the following:

| | March 31, 2025 | December 31, 2024 |
|---|---|---|
| Patents | $ 1,828,834 | $ 1,770,374 |
| Trademarks | 22,861 | 22,767 |
| Other intangible assets | 1,843,036 | 1,843,036 |
| | 3,694,731 | 3,636,177 |
| Accumulated amortization - patents | (369,291) | (349,279) |
| Accumulated amortization - other intangible assets | (709,588) | (674,900) |
| | $ 2,615,852 | $ 2,611,998 |

At March 31, 2025 and December 31, 2024, the Company capitalized $586,649 and $541,081, respectively, for costs related to patents that have not been awarded. Cost related to patents that have not yet been awarded are not amortized until patent issuance.

At March 31, 2025 and December 31, 2024, the Company capitalized $22,861 and $22,767, respectively, for costs related to trademarks. Costs related to indefinite life trademarks are not amortized but are subject to evaluation for potential impairment.

Amortization expense amounted to $
54,700 and $52,697 for the three months ended March 31, 2025 and 2024, respectively. Amortization expense for the succeeding five years and thereafter is $164,099 (remaining nine months of 2025), $218,798 (2026-2029) and $967,051 (thereafter).

**Note 4 - Lease**

In March 2021, the Company entered into a lease agreement (the "Original Lease") for 4,070 square feet of office and laboratory space located in Austin, Texas (the "Original Suite"). The commencement of the lease occurred on June 1, 2021 and the initial term of the lease was 63 months. The actual base rent in the first year of the lease was $56,471 and was net of $18,824 in abated rent over the first three months of the lease term. The annual base rent in the second year of the lease was $77,330 and increased by $2,035 in each succeeding year of the lease. In addition, the Company was required to pay its proportionate share of operating costs for the building under this triple net lease.

In April 2024, the Company entered into a first amendment and relocation agreement (the "Amended Lease") with its landlord. Under the Amended Lease, the Company relocated to another, larger suite in the same office building. The Amended Lease is for 5,775 square feet of office and laboratory space (the "New Suite") and, upon occupancy, replaced the 4,070 square feet of office and laboratory space previously leased by the Company. The term of the Amended Lease expires sixty-two (62) months from July 1, 2024, the commencement date. The annual base rent for the first year of the Amended Lease is $118,388 and the annual base rent increases approximately 2.75% each year during the lease term. The Company is required to pay its proportionate share of operating costs for the building under this triple net lease.

In accordance with ASC 842, the Company accounted for the modification of the lease contract as a separate lease contract. The lease for the Original Suite terminated on June 30, 2024 and the Company recorded a gain on the termination of the lease for the Original Suite of $
15,319 in general and administrative expenses. The Company recognized a right of use asset of $524,025 and a corresponding lease liability for the Amended Lease on the commencement date. For purposes of calculating the right of use asset and lease liability, the Company estimated its incremental borrowing rate at 8.5% per annum.

Future minimum payments under the Amended Lease are as follows:

| For the Year Ended December 31, | |
|---|---|
| 2025 (remaining) | $ 90,407 |
| 2026 | 123,297 |
| 2027 | 126,703 |
| 2028 | 130,197 |
| 2029 | 88,579 |
| Total lease payments | 559,183 |
| Less: imputed interest | (92,785) |
| Total lease liability | 466,398 |
| Less: current portion of lease liability | (85,270) |
| Long-term lease liability | $ 381,128 |

At March 31, 2025, the remaining lease term was 53 months.

For the three months ended March 31, 2025 and 2024, operating cash flows for lease payments totaled $29,597 and $19,841, respectively. For the three months ended March 31, 2025 and 2024, operating lease cost, recognized on a straight-line basis, totaled $30,856 and $19,018, respectively.

Table of Contents

**Note 5 - Commitments and Contingencies**

License Agreements

In 2015, the Company entered into a licensing agreement which expires in February 2033. Per the agreement, the Company has an exclusive royalty-free license, included in intangible assets, associated with semiconductor power switches which enhances its intellectual property portfolio. The Company pays $100,000 annually under this agreement.

In 2023, the Company amended a 2021 license agreement which expires in February 2034. Per the agreement, the Company has an exclusive royalty-free license, included in intangible assets, associated with semiconductor drive circuitry which enhances its intellectual property portfolio. The Company pays $ 50,000 annually under this agreement.

At March 31, 2025, the estimated present value of future payments under the licensing agreements was $1,139,667 with $150,000 due and payable in the next twelve months. The Company is accruing interest for future payments related to these agreements.

Legal Proceedings

The Company may be subject to litigation from time to time in the ordinary course of business. The Company is not currently party to any legal proceedings.

Indemnification Obligations

The employment agreements of Company executives include an indemnification provision whereby the Company shall indemnify and defend, at the Company's expense, its executives so long as an executive's actions were taken in good faith and in furtherance of the Company's business and within the scope of the executive's duties and authority.

**Note 6 - Equity Incentive Plan**

In May 2013, the Company adopted the 2013 Equity Incentive Plan (as amended and restated, the "Plan") and reserved shares of common stock for issuance under the Plan, which was last amended in June 2023. The Plan is administered by the Compensation Committee of the Company's Board of Directors. At March 31, 2025, 210,777 shares of common stock were available for issuance under the Plan.

A summary of the Company's stock option activity and related information is as follows:

| | Stock Options | Weighted Average Exercise Price | Weighted Average Remaining Life (in years) |
|---|---|---|---|
| Outstanding at December 31, 2024 | 509,414 | $ 7.56 | 4.6 |
| Outstanding at March 31, 2025 | 509,414 | $ 7.56 | 4.3 |
| Exercisable at March 31, 2025 | 501,414 | $ 7.48 | 4.3 |

A summary of the Company's restricted stock unit (RSU) and performance stock unit (PSU) activity is as follows:

| | RSUs | PSUs |
|---|---|---|
| Outstanding at December 31, 2024 | 331,715 | 114,000 |
| Granted | 46,676 | - |
| Vested | (13,665) | - |
| Outstanding at March 31, 2025 | 364,726 | 114,000 |

During the three months ended March 31, 2025, the Company granted 38,660 RSUs to Board members and 8,016 RSUs to employees under the Plan. The estimated fair value of these equity grants was $340,001, $75,251 of which was recognized during the three months ended March 31, 2025.

At March 31, 2025, there was $2,238,092 of unrecognized compensation cost related to non-vested equity awards granted under the Plan. That cost is expected to be recognized over a weighted average period of 1.0 years.

**Note 7 - Warrants**

At March 31, 2025 and December 31, 2024, the Company had 342,240 warrants outstanding with a weighted average exercise price of $8.90 per share. At March 31, 2025 and December 31, 2024, the Company had 763,827 pre-funded warrants outstanding, respectively, with an exercise price of $0.001 per share. The weighted average remaining life, excluding the pre-funded warrants with no expiration date, of the outstanding warrants is 0.3 years.

At March 31, 2025, all warrants were exercisable, although the warrants held by certain of the Company's warrant holders may be exercised only to the extent that the total number of shares of common stock then beneficially owned by such warrant holder does not exceed 4.99% (or, at the investor's election, 9.99%) of the outstanding shares of the Company's common stock.

Table of Contents

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS AND OTHER INFORMATION CONTAINED IN THIS REPORT**

This report contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 and the provisions of Section 27A of the Securities Act of 1933, as amended, or the Securities Act, and Section 21E of the Securities Exchange Act of 1934, as amended, or the Exchange Act. These statements include, but are not limited to, statements regarding our future financial performance and expenses,, business condition and results of operations, future business plans, expectations regarding design wins and other business developments, and pursuing additional government funding. Forward-looking statements give our current expectations or forecasts of future events. You can identify these statements by the fact that they do not relate strictly to historical or current facts. You can find many (but not all) of these statements by looking for words such as “approximates,” “believes,” “hopes,” “expects,” “anticipates,” “estimates,” “projects,” “intends,” “plans,” “would,” “should,” “could,” “may” or other similar expressions in this report. In particular, these include statements relating to future actions, prospective products, applications, customers, technologies, future performance or results of anticipated products, expenses, and financial results. These forward-looking statements are subject to certain risks and uncertainties that could cause actual results to differ materially from our historical experience and our present expectations or projections. Factors that could cause actual results to differ from those discussed in the forward-looking statements include, but are not limited to:

- our history of losses;
- our ability to generate revenue;
- our limited operating history;
- the size and growth of markets for our technology;
- regulatory developments that may affect our business;
- our ability to successfully develop new products and the expected performance of those products;
- the performance of third-party consultants and service providers whom we have and will continue to rely on to assist us in development and commercialization of our B-TRAN® and related packaging and drive circuitry;
- the rate and degree of market acceptance for our B-TRAN® and current and future B-TRAN® products;
- the time required for third parties to redesign, test and certify their products incorporating our B-TRAN®;
- our ability to successfully commercialize our B-TRAN® technology;
- our ability to secure strategic partnerships with semiconductor fabricators and others related to our B-TRAN® technology;
- our ability to obtain, maintain, defend and enforce intellectual property rights protecting our technology;
- the success of our efforts to manage cash spending, particularly prior to the commercialization of our B-TRAN® technology at scale;
- trade protectionism, tariffs, and other barriers to trade that impact the availability or cost of the raw materials and components used in our products;
- general economic conditions and events, including inflation, and the impact they may have on us and our potential partners and licensees;
- our dependence on the global supply chain and impacts of supply chain disruptions;
- our ability to obtain adequate financing in the future, if and when we need it;
- the impact of global health pandemics on our business, financial condition and results of operations;
- our success at managing the risks involved in the foregoing items; and
- other factors discussed in this report.

The forward-looking statements are based upon management’s beliefs and assumptions and are made as of the date of this report. We undertake no obligation to publicly update or revise any forward-looking statements included in this report, except as required by applicable law. You should not place undue reliance on these forward-looking statements.

Unless otherwise stated or the context otherwise requires, the terms “Ideal Power,” “we,” “us,” “our” and the “Company” refer to Ideal Power

Inc.

Table of Contents

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

*The following discussion and analysis of our financial condition and results of operations should be read in conjunction with the financial statements and related notes included elsewhere in this Quarterly Report on Form 10-Q as well as our audited 2024 financial statements and related notes included in our Annual Report on Form 10-K for the year ended December 31, 2024. In addition to historical information, the discussion and analysis here and throughout this Form 10-Q contains forward-looking statements that involve risks, uncertainties and assumptions. Our actual results may differ materially from those anticipated in these forward-looking statements as a result of certain factors, including, but not limited, to those set forth under "Risk Factors" in Part I, Item 1A of our Annual Report on Form 10-K for the year ended December 31, 2024.*

**Overview**

Ideal Power Inc. is located in Austin, Texas. We are solely focused on the further development and commercialization of our Bidirectional bipolar junction TRANsistor (B-TRAN®) solid-state switch technology.

To date, operations have been funded primarily through the sale of common stock and pre-funded warrants.

We are in the process of commercializing our B-TRAN® technology and have launched our first two commercial products, the SymCool® Power Module and SymCool® IQ Intelligent Power Module. We generated $12,003 and $78,739 in revenue in the three months ended March 31, 2025 and 2024, respectively.

Product Launches

In early 2023, we launched our first commercial product, the SymCool® Power Module. This multi-die B-TRAN® module is designed to meet the very low conduction loss needs of the solid-state circuit breaker ("SSCB") market. We commenced shipment of SymCool® Power Modules to fulfill customer orders in 2024.

In late 2023, we launched our second commercial product, the SymCool® IQ Intelligent Power Module ("IPM"). The SymCool® IQ IPM builds on the multi-die packaging design of our SymCool® Power Module and adds an integrated intelligent driver optimized for bidirectional operation. This product targets several markets including renewable energy, energy storage, electric vehicle ("EV") charging and other industrial applications. We announced our first order for this product in late 2024.

Upon product launch, we design and build initial prototypes for testing and to solicit customer feedback. Based on the results of testing and customer feedback, we incorporate any necessary changes into the product design, build final prototypes and complete additional testing prior to full commercial release. To date, our customers have purchased prototypes in small quantities for evaluation and provided us feedback that has been incorporated into our final product designs. We expect significantly higher volume orders from customers once we secure a design win from them, and they start to build inventory in advance of launching their OEM product. For the product launches described above, we would expect the time from announcing a design win to the sale of the related OEM product to be roughly one year, although it may vary considerably depending on the customer. We would expect a significantly longer design cycle for automotive applications. Design wins are expected to result in significant revenue growth for us over time as product life cycles tend to be relatively long for power electronics products as changing to another technology would require an OEM to redesign their product. See "First Design Win" below.

Development Agreement

In 2022, we announced, and began the first phase of, a product development agreement with Stellantis, a top 10 global automaker, for a custom B-TRAN® power module for use in the automaker's EV drivetrain inverters in its next generation EV platform. In the first phase of the program, we provided packaged B-TRAN® devices, test kits and technical data to Stellantis for their evaluation. In 2023, we secured, and began the second phase of, this program. In the second phase of the program, we collaborated with Stellantis and the program partners, including both the program's packaging company and the organization building the initial drivetrain inverter, to supply B-TRAN® devices for integration into the custom power module and inverter designs. Also, as part of the second phase of the program, we provided Stellantis a comprehensive test plan for the testing required to achieve certification to automotive standards for B-TRAN®. The test plan was subsequently approved as submitted. In 2024, we successfully completed the second phase of the program. The next phase of the program builds on the completion of deliverables from the prior two program phases and transitions to Stellantis' production team. We are currently finalizing the scope of work for the next phase of the program with Stellantis. This phase is expected to include the extensive testing of the custom B-TRAN® module to meet automotive certification standards enabling B-TRAN® to be the core of the powertrain inverter for the automaker's next-generation EVs.

Customer Engagements

We have announced several engagements and/or initial orders with large companies, including a second top 10 global automaker, a third global automaker, a top 10 global provider of power conversion solutions to the solar industry, two global diverse power management market leaders, three tier 1 automotive suppliers, a global power conversion supplier and others. These companies intend to test and evaluate, or are already in the process of testing and evaluating, our technology for use in their applications. These engagements could lead to future design wins or custom development agreements. We also announced agreements with three distribution partners. We may add other distribution partners in the future.

First Design Win

In late 2024, we announced our first design win for SSCBs with one of the largest circuit protection equipment manufacturers in Asia serving the industrial and utility markets. In connection with this design win, we entered into a joint development agreement for a SSCB product incorporating multiple B-TRAN® devices. The agreement includes the product design, prototype builds and testing of the SSCB, which was targeted for completion in the second quarter of 2025, to be followed by commercial sales later in the year. We completed our deliverables under the agreement in the first quarter of 2025, three months ahead of schedule. We expect to announce additional design wins and/or custom development agreements in 2025.

Table of Contents

**Results of Operations**

**Comparison of the three months ended March 31, 2025 to the three months ended March 31, 2024**

*Revenue.* Revenue was $12,003 for the three months ended March 31, 2025, compared to $78,739 for the three months ended March 31, 2024. For the three months ended March 31, 2025, our revenue included product sales and development revenue related to our first design win. For the three months ended March 31, 2024, our revenue was from the completion of the second phase of our development agreement with Stellantis.

*Cost of Revenue.* Cost of commercial revenue was $30,862 for the three months ended March 31, 2025, compared to $68,498 for the three months ended March 31, 2024. For the three months ended March 31, 2025, our cost of revenue included cost of product sales and development expenses related to our first design win. For the three months ended March 31, 2024, our cost of revenue related to the completion of the second phase of our development agreement with Stellantis.

*Research and Development Expenses.* Research and development expenses increased by $201,099, or 15%, to $1,567,992 in the three months ended March 31, 2025 from $1,366,893 in the three months ended March 31, 2024. The increase was due to higher personnel costs of $160,005 and semiconductor fabrication costs of $51,288, partly offset by lower other B-TRAN® development spending of $10,194. We expect higher quarterly research and development expenses in the remainder of 2025 as compared to the first quarter of 2025 as we continue development of our B-TRAN® technology. There will also be quarter-to-quarterly variability to research and development expenses due to the timing of semiconductor fabrication runs and other development activities.

*General and Administrative Expenses.* General and administrative expenses increased by $46,133, or 5%, to $899,821 in the three months ended March 31, 2025 from $853,688 in the three months ended March 31, 2024. The increase was due to higher personnel costs of $57,394, stock-based compensation expense of $14,076 and other spending of $18,746, partly offset by lower investor relations spending of $44,083. We expect slightly to modestly higher quarterly general and administrative expenses, exclusive of stock-based compensation, in the remainder of 2025 as compared to the first quarter of 2025.

*Sales and Marketing Expenses.* Sales and marketing expenses increased by $21,549, or 7%, to $338,160 in the three months ended March 31, 2025 from $316,611 in the three months ended March 31, 2024. The increase was due to higher personnel costs of $35,896, partly offset by lower stock-based compensation expense of $13,768 and other spending of $579. We expect higher quarterly sales and marketing expenses in the remainder of 2025 as compared to the first quarter of 2025 as we further commercialize our B-TRAN® technology.

*Loss from Operations.* Our loss from operations for the three months ended March 31, 2025 was $2,824,832, or 12% higher, as compared to the $2,526,951 loss from operations for the three months ended March 31, 2024, for the reasons discussed above.

*Interest Income, Net.* Net interest income was $121,808 for the three months ended March 31, 2025, compared to $57,325 for the three months ended March 31, 2024, primarily as a result of the impact of increased interest from a higher cash balance on our money market account.

*Net Loss.* Our net loss for the three months ended March 31, 2025 was $2,703,024, or 9% higher, as compared to a net loss of $2,469,626 for the three months ended March 31, 2024, for the reasons discussed above.

**Liquidity and Capital Resources**

We have incurred losses since inception. We have funded our operations to date primarily through the sale of common stock and pre-funded warrants.

At March 31, 2025, we had cash and cash equivalents of $13.7 million. Our net working capital at March 31, 2025 was $13.4 million. We had no outstanding debt at March 31, 2025.

We believe that our cash and cash equivalents on hand will be sufficient to meet our ongoing liquidity needs for at least the next twelve months from the date of filing this Quarterly Report on Form 10-Q; however, we may require additional funds in the future to fully implement our plan of operation and there can be no assurance that, if needed, we will be able to secure additional debt or equity financing on terms acceptable to us or at all. Although we believe we have adequate sources of liquidity over the long term, the success of our operations, the global economic outlook, and the pace of sustainable growth in our markets could each impact our business and liquidity.

Table of Contents

Operating activities in the three months ended March 31, 2025 resulted in cash outflows of $2,066,774 which were due to the net loss for the period of $2,703,024, partly offset by stock-based compensation of $384,595, favorable balance sheet timing of $139,102 and other non-cash items of $112,553.

Operating activities in the three months ended March 31, 2024 resulted in cash outflows of $1,875,295 which were due to the net loss for the period of $2,469,626, partly offset by stock-based compensation of $381,019, favorable balance sheet timing of $105,817 and other non-cash items of $107,495.

We expect an increase in cash outflows from operating activities in the remainder of 2025 as we further develop and commercialize our B-TRAN® technology.

Investing activities in the three months ended March 31, 2025 and 2024 resulted in cash outflows of $69,878 and $103,550, respectively, for the acquisition of intangible assets and fixed assets.

Financing activities in the three months ended March 31, 2025 resulted in cash outflows of $9,346 from the payment of withholding taxes upon the vesting of restricted stock units.

Financing activities in the three months ended March 31, 2024 resulted in cash inflows of $13,652,663 from issuance of common stock and pre-funded warrants in a public offering and $86,757 from the exercise of stock options.

**Critical Accounting Estimates**

There have been no significant changes during the three months ended March 31, 2025 to the critical accounting estimates disclosed in Management's Discussion and Analysis of Financial Condition and Results of Operations in our Annual Report on Form 10-K for the fiscal year ended December 31, 2024.

**Trends, Events and Uncertainties**

There are no material changes from trends, events or uncertainties disclosed in our Annual Report on Form 10-K for the fiscal year ended December 31, 2024.

## ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

As a smaller reporting company, we are not required to provide this information.

## ITEM 4. CONTROLS AND PROCEDURES

**Evaluation of Disclosure Controls and Procedures**

Disclosure controls and procedures (as defined in Rule 13a-15(e) under the Exchange Act) include, without limitation, controls and procedures designed to ensure that information required to be disclosed in the Company's reports that it files or submits under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the Securities and Exchange Commission's rules and forms. The Company's disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that this information is accumulated and communicated to management, including the principal executive and principal financial officers, or persons performing similar functions, as appropriate to allow timely decisions regarding required disclosure. The Company conducted an evaluation (pursuant to Rule 13a-15(b) of the Exchange Act), under the supervision and with the participation of its Chief Executive Officer (principal executive officer) and its Chief Financial Officer (principal financial and accounting officer) of the effectiveness of the Company's disclosure controls and procedures as of March 31, 2025 and has concluded that, as of March 31, 2025, the Company's disclosure controls and procedures are effective.

**Changes in Internal Control over Financial Reporting**

There have been no material changes in our internal controls over financial reporting that occurred during the quarter ended March 31, 2025 that have materially affected, or are reasonably likely to materially affect, our internal controls over financial reporting.

**Limitations on the Effectiveness of Controls**

Control systems, no matter how well designed and operated, can provide only reasonable, not absolute, assurance that the control systems' objectives are being met. Further, the design of any system of controls must reflect the fact that there are resource constraints, and the benefits of all controls must be considered relative to their costs. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within the Company have been detected. These inherent limitations include the realities that judgments in decision-making can be faulty and that breakdowns can occur because of error or mistake. Control systems can also be circumvented by the individual acts of some persons, by collusion of two or more people, or by management override of the controls. The design of any system of controls is also based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Over time, controls may become inadequate because of changes in conditions or deterioration in the degree of compliance with policies or procedures.

Table of Contents

## PART II-OTHER INFORMATION

### ITEM 1. LEGAL PROCEEDINGS

We may be subject to litigation from time to time in the ordinary course of business. We are not currently party to any legal proceedings.

### ITEM 1A. RISK FACTORS

There are no material changes from the risk factors disclosed in our Annual Report on Form 10-K for the year ended December 31, 2024.

### ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS

None.

### ITEM 3. DEFAULTS UPON SENIOR SECURITIES

Not applicable.

### ITEM 4. MINE SAFETY DISCLOSURES

Not applicable.

### ITEM 5. OTHER INFORMATION

During the three months ended March 31, 2025, no director or officer of the Company adopted or terminated a "Rule 10b5-1 trading arrangement" or non-Rule 10b5-1 trading arrangement," as each term is defined in Item 408(a) of Regulation S-K.

Table of Contents

**ITEM 6. EXHIBITS**

| Exhibit Number | Document |
|---|---|
| 31.1* | Certification of Principal Executive Officer pursuant to Exchange Act Rule, 13a-14(a) and 15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 31.2* | Certification of Principal Financial Officer pursuant to Exchange Act Rule, 13a-14(a) and 15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32.1** | Certification pursuant to 18 U.S.C. 1350, adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 101.INS* | Inline XBRL Instance Document - the instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document |
| 101.SCH* | Inline XBRL Taxonomy Extension Schema Document |
| 101.CAL* | Inline XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.DEF* | Inline XBRL Taxonomy Extension Definition Linkbase Document |
| 10.LAB* | Inline XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE* | Inline XBRL Taxonomy Extension Presentation Linkbase Document |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document and contained in Exhibit 101). |

* Filed herewith
** Furnished herewith

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Dated: May 15, 2025

**IDEAL POWER INC.**

By: /s/ R. Daniel Brdar
R. Daniel Brdar
Chief Executive Officer

By: /s/ Timothy W. Burns
Timothy W. Burns
Chief Financial Officer

**Exhibit 31.1**

**CERTIFICATION OF PRINCIPAL EXECUTIVE OFFICER
PURSUANT TO SECTION 302(a) OF THE SARBANES-OXLEY ACT OF 2002**

I, R. Daniel Brdar, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Ideal Power Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15-d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 15, 2025

/s/ R. Daniel Brdar
R. Daniel Brdar
Chief Executive Officer (Principal Executive Officer)

**Exhibit 31.2**

**CERTIFICATION OF PRINCIPAL FINANCIAL OFFICER**
**PURSUANT TO SECTION 302(a) OF THE SARBANES-OXLEY ACT OF 2002**

I, Timothy W. Burns, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Ideal Power Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15-d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 15, 2025

/s/ Timothy W. Burns
Timothy W. Burns
Chief Financial Officer (Principal Financial Officer)

**Exhibit 32.1**

**CERTIFICATION PURSUANT TO 18 U.S.C. SECTION 1350**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the periodic report of Ideal Power Inc. (the "Company") on Form 10-Q for the quarter ended March 31, 2025 as filed with the Securities and Exchange Commission (the "Report"), we, R. Daniel Brdar, Chief Executive Officer (Principal Executive Officer) and Timothy W. Burns, Chief Financial Officer (Principal Financial Officer) of the Company, hereby certify as of the date hereof, solely for purposes of Title 18, Chapter 63, Section 1350 of the United States Code, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that to the best of our knowledge:

(1) The Report fully complies with the requirements of Section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934, and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company at the dates and for the periods indicated.

Date: May 15, 2025

/s/ R. Daniel Brdar
R. Daniel Brdar
Chief Executive Officer (Principal Executive Officer)

/s/ Timothy W. Burns
Timothy W. Burns
Chief Financial Officer (Principal Financial Officer)

# EXHIBIT 8

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-Q

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2025**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from ______________ to _______________**

**Commission File Number 001-36216**

## IDEAL POWER INC.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware**<br>(State or other jurisdiction of incorporation or organization) | **14-1999058**<br>(I.R.S. Employer Identification No.) |

**5508 Highway 290 West, Suite 120**
**Austin, Texas 78735**
(Address of principal executive offices)
(Zip Code)

**(512) 264-1542**
(Registrant's telephone number, including area code)

(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | IPWR | The Nasdaq Capital Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☐ |
| Non-accelerated filer ☒ | Smaller reporting company ☒ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark whether the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the issuer is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of August 12, 2025, the issuer had 8,498,014 shares of common stock, par value $0.001, outstanding.

## TABLE OF CONTENTS


| | | |
|---|---|---|
| **PART I** | FINANCIAL INFORMATION | 3 |
| **Item 1.** | Unaudited Condensed Financial Statements | 3 |
| | Balance Sheets at June 30, 2025 and December 31, 2024 | 3 |
| | Statements of Operations for the three and six months ended June 30, 2025 and 2024 | 4 |
| | Statements of Cash Flows for the six months ended June 30, 2025 and 2024 | 5 |
| | Statements of Stockholders' Equity for the three-month periods during the six months ended June 30, 2025 and 2024 | 6 |
| | Notes to Unaudited Financial Statements | 7 |
| **Item 2.** | Management's Discussion and Analysis of Financial Condition and Results of Operations | 12 |
| **Item 3.** | Quantitative and Qualitative Disclosures About Market Risk | 15 |
| **Item 4.** | Controls and Procedures | 15 |
| **PART II** | OTHER INFORMATION | 15 |
| **Item 1.** | Legal Proceedings | 15 |
| **Item 1A.** | Risk Factors | 15 |
| **Item 2.** | Unregistered Sales of Equity Securities and Use of Proceeds | 16 |
| **Item 3.** | Defaults Upon Senior Securities | 16 |
| **Item 4.** | Mine Safety Disclosures | 16 |
| **Item 5.** | Other Information | 16 |
| **Item 6.** | Exhibits | 17 |
| **SIGNATURES** | | 18 |

Table of Contents

## PART I-FINANCIAL INFORMATION

### ITEM 1. UNAUDITED CONDENSED FINANCIAL STATEMENTS

**IDEAL POWER INC.**
**Balance Sheets**
**(unaudited)**

| | June 30, 2025 | December 31, 2024 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 11,105,553 | $ 15,842,850 |
| Accounts receivable, net | 8,175 | 692 |
| Inventory | 77,387 | 96,406 |
| Prepayments and other current assets | 233,528 | 356,658 |
| Total current assets | 11,424,643 | 16,296,606 |
| Property and equipment, net | 382,451 | 415,232 |
| Intangible assets, net | 2,681,808 | 2,611,998 |
| Right of use asset | 441,325 | 483,497 |
| Other assets | 17,789 | 19,351 |
| Total assets | $ 14,948,016 | $ 19,826,684 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 152,715 | $ 104,117 |
| Accrued expenses | 663,642 | 374,012 |
| Current portion of lease liability | 87,915 | 82,681 |
| Total current liabilities | 904,272 | 560,810 |
| Long-term lease liability | 358,446 | 403,335 |
| Other long-term liabilities | 946,957 | 1,007,375 |
| Total liabilities | 2,209,675 | 1,971,520 |
| Commitments and contingencies (Note 5) | | |
| Stockholders' equity: | | |
| Common stock, $0.001 par value; 50,000,000 shares authorized; 8,499,335 shares issued and 8,498,014 shares outstanding at June 30, 2025 and 8,336,812 shares issued and 8,335,491 shares outstanding at December 31, 2024 | 8,499 | 8,337 |
| Additional paid-in capital | 125,950,104 | 125,327,300 |
| Treasury stock, at cost, 1,321 shares at June 30, 2025 and December 31, 2024 | (13,210) | (13,210) |
| Accumulated deficit | (113,207,052) | (107,467,263) |
| Total stockholders' equity | 12,738,341 | 17,855,164 |
| Total liabilities and stockholders' equity | $ 14,948,016 | $ 19,826,684 |

The accompanying notes are an integral part of these condensed financial statements.

Table of Contents

**IDEAL POWER INC.**
**Statements of Operations**
**(unaudited)**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2025 | 2024 | 2025 | 2024 |
| Revenue | $ 1,275 | $ 1,331 | $ 13,278 | $ 80,070 |
| Cost of revenue | 3,477 | 17,474 | 34,339 | 85,972 |
| Gross loss | (2,202) | (16,143) | (21,061) | (5,902) |
| Operating expenses: | | | | |
| Research and development | 1,900,019 | 1,562,747 | 3,468,011 | 2,929,640 |
| General and administrative | 897,239 | 947,384 | 1,797,060 | 1,801,072 |
| Sales and marketing | 341,033 | 359,739 | 679,193 | 676,350 |
| Total operating expenses | 3,138,291 | 2,869,870 | 5,944,264 | 5,407,062 |
| Loss from operations | (3,140,493) | (2,886,013) | (5,965,325) | (5,412,964) |
| Interest income, net | 103,728 | 223,948 | 225,536 | 281,273 |
| Net loss | $ (3,036,765) | $ (2,662,065) | $ (5,739,789) | $ (5,131,691) |
| Net loss per share - basic and diluted | $ (0.33) | $ (0.31) | $ (0.63) | $ (0.69) |
| Weighted average number of shares outstanding - basic and diluted | 9,116,519 | 8,514,581 | 9,109,225 | 7,417,260 |

The accompanying notes are an integral part of these condensed financial statements.

Table of Contents

**IDEAL POWER INC.**
**Statements of Cash Flows**
**(unaudited)**

| | Six Months Ended June 30, 2025 | Six Months Ended June 30, 2024 |
|---|---|---|
| Cash flows from operating activities: | | |
| Net loss | $ (5,739,789) | $ (5,131,691) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization | 182,107 | 163,871 |
| Amortization of right of use asset | 42,172 | 34,948 |
| Write-off of capitalized patent | - | 62,073 |
| Write-off of fixed assets | 1,201 | 14,459 |
| Gain on lease termination | - | (15,319) |
| Stock-based compensation | 714,625 | 745,600 |
| Decrease (increase) in operating assets: | | |
| Accounts receivable | (7,483) | 68,669 |
| Inventory | 19,019 | 1,788 |
| Prepaid expenses and other assets | 124,692 | 160,007 |
| Increase (decrease) in operating liabilities: | | |
| Accounts payable | 48,598 | (174,464) |
| Accrued expenses and other liabilities | 229,212 | 135,175 |
| Lease liability | (39,655) | (36,046) |
| Net cash used in operating activities | (4,425,301) | (3,970,930) |
| | | |
| Cash flows from investing activities: | | |
| Purchase of property and equipment | (41,128) | (64,036) |
| Acquisition of intangible assets | (179,209) | (174,968) |
| Net cash used in investing activities | (220,337) | (239,004) |
| | | |
| Cash flows from financing activities: | | |
| Net proceeds from issuance of common stock and pre-funded warrants | - | 15,724,818 |
| Exercise of options and warrants | 110 | 86,757 |
| Payment of taxes related to restricted stock unit vestings | (91,769) | (11,579) |
| Net cash provided by (used in) financing activities | (91,659) | 15,799,996 |
| | | |
| Net increase (decrease) in cash and cash equivalents | (4,737,297) | 11,590,062 |
| Cash and cash equivalents at beginning of period | 15,842,850 | 8,474,835 |
| Cash and cash equivalents at end of period | $ 11,105,553 | $ 20,064,897 |

The accompanying notes are an integral part of these condensed financial statements.

Table of Contents

**IDEAL POWER INC.**
**Statements of Stockholders' Equity**
**For the Three-Month Periods during the Six Months Ended June 30, 2025 and 2024**
**(unaudited)**

| | Common Stock | | Additional Paid-In Capital | Treasury Stock | | Accumulated Deficit | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|
| | Shares | Amount | | Shares | Amount | | |
| Balances at December 31, 2024 | 8,336,812 | $ 8,337 | $125,327,300 | 1,321 | $ (13,210) | $(107,467,263) | $ 17,855,164 |
| Vesting of restricted stock units | 12,479 | 12 | (9,358) | - | - | - | (9,346) |
| Stock-based compensation | - | - | 384,595 | - | - | - | 384,595 |
| Net loss for the three months ended March 31, 2025 | - | - | - | - | - | (2,703,024) | (2,703,024) |
| Balances at March 31, 2025 | 8,349,291 | 8,349 | 125,702,537 | 1,321 | (13,210) | (110,170,287) | 15,527,389 |
| Vesting of restricted stock units | 40,044 | 40 | (82,463) | - | - | - | (82,423) |
| Exercise of pre-funded warrants | 110,000 | 110 | - | - | - | - | 110 |
| Stock-based compensation | - | - | 330,030 | - | - | - | 330,030 |
| Net loss for the three months ended June 30, 2025 | - | - | - | - | - | (3,036,765) | (3,036,765) |
| Balances at June 30, 2025 | 8,499,335 | $ 8,499 | $125,950,104 | 1,321 | $ (13,210) | $ (113,207,052) | $ 12,738,341 |
| | | | | | | | |
| Balances at December 31, 2023 | 5,998,018 | $ 5,998 | $ 107,116,362 | 1,321 | $ (13,210) | $ (97,049,450) | $ 10,059,700 |
| Issuance of common stock and pre-funded warrants | 1,366,668 | 1,367 | 13,651,296 | - | - | - | 13,652,663 |
| Exercise of options | 8,334 | 8 | 86,749 | - | - | - | 86,757 |
| Vesting of restricted stock units | 9,679 | 10 | (10) | - | - | - | - |
| Stock-based compensation | - | - | 381,019 | - | - | - | 381,019 |
| Net loss for the three months ended March 31, 2024 | - | - | - | - | - | (2,469,626) | (2,469,626) |
| Balances at March 31, 2024 | 7,382,699 | 7,383 | 121,235,416 | 1,321 | (13,210) | (99,519,076) | 21,710,513 |
| Issuance of common stock and pre-funded warrants | 300,000 | 300 | 2,071,855 | - | - | - | 2,072,155 |
| Vesting of restricted stock units | 12,539 | 12 | (11,591) | - | - | - | (11,579) |
| Stock-based compensation | - | - | 364,581 | - | - | - | 364,581 |
| Net loss for the three months ended June 30, 2024 | - | - | - | - | - | (2,662,065) | (2,662,065) |
| Balances at June 30, 2024 | 7,695,238 | $ 7,695 | $123,660,261 | 1,321 | $ (13,210) | $(102,181,141) | $ 21,473,605 |

The accompanying notes are an integral part of these condensed financial statements.

Table of Contents

**IDEAL POWER INC.**
**Notes to Financial Statements**
**(unaudited)**

**Note 1 - Organization and Description of Business**

Ideal Power Inc. (the "Company") was incorporated in Texas in May 2007 under the name Ideal Power Converters, Inc. The Company changed its name to Ideal Power Inc. and re-incorporated in Delaware in July 2013. With headquarters in Austin, Texas, the Company is focused on the further development and commercialization of its Bidirectional bipolar junction TRANsistor (B-TRAN®) solid-state switch technology.

Since its inception, the Company has financed its research and development efforts and operations primarily through the sale of common stock and pre-funded warrants. The Company's continued operations are dependent upon, among other things, its ability to obtain adequate sources of funding through future revenues, follow-on stock offerings, issuances of warrants, debt financing, co-development agreements, government grants, sale or licensing of developed intellectual property or other alternatives.

**Note 2 - Summary of Significant Accounting Policies**

Basis of Presentation

The accompanying unaudited condensed financial statements have been prepared in accordance with the rules and regulations of the Securities and Exchange Commission (the "SEC") for Form 10-Q. Accordingly, certain information and footnote disclosures normally included in financial statements prepared in accordance with generally accepted accounting principles have been condensed or omitted pursuant to such rules and regulations. The balance sheet at December 31, 2024 has been derived from the Company's audited financial statements included in its Annual Report on Form 10-K filed with the SEC on March 28, 2025.

In the opinion of management, these financial statements reflect all normal recurring, and other adjustments, necessary for a fair presentation. These financial statements should be read in conjunction with the audited financial statements included in the Company's Annual Report on Form 10-K for the year ended December 31, 2024. Operating results for interim periods are not necessarily indicative of operating results for an entire fiscal year or any other future periods.

Segment Information

Operating segments are defined as components of an entity for which separate financial information is available and that is regularly reviewed by the Chief Operating Decision Maker ("CODM") in deciding how to allocate resources to an individual segment and in assessing performance. The Company's Chief Executive Officer is the Company's CODM. The CODM reviews financial information presented on a company-wide basis for purposes of making operating decisions, allocating resources, and evaluating financial performance. As such, the Company has determined that it operates as one operating segment. The Company has concluded that net income (loss) is the measure of segment profitability. The CODM assesses performance for the Company, monitors budget versus actual results and determines how to allocate resources based on net income (loss) as reported in the statements of operations. There are no other expense categories regularly provided to the CODM that are not already included in the financial statements herein.

During the six months ended June 30, 2025 and 2024, the Company did not generate material international revenues and as of June 30, 2025 and December 31, 2024, the Company did not have material assets located outside of the United States.

Net Loss Per Share

In accordance with Accounting Standards Codification ("ASC") 260, shares issuable for little or no cash consideration are considered outstanding common shares and included in the computation of basic net loss per share. As such, for the three and six months ended June 30, 2025 and 2024, the Company included pre-funded warrants to purchase shares of common stock in its computation of net loss per share. The pre-funded warrants were issued in March 2024 and November 2019 with an exercise price of $0.001. See Note 7.

In periods with a net loss, no common share equivalents are included in the computation of diluted net loss per share because their effect would be anti-dilutive. At June 30, 2025 and 2024, potentially dilutive shares outstanding amounted to 1,287,558 and 1,763,733 shares, respectively, and exclude pre-funded warrants to purchase shares of common stock.

Recent Accounting Pronouncements

Management does not believe that any recently issued, but not yet effective, accounting standard, if adopted, would have a material impact on the Company's financial statements.

Table of Contents

**Note 3 - Intangible Assets**

Intangible assets, net consisted of the following:

| | June 30, 2025 (unaudited) | December 31, 2024 |
|---|---|---|
| Patents | $ 1,949,489 | $ 1,770,374 |
| Trademarks | 22,861 | 22,767 |
| Other intangible assets | 1,843,036 | 1,843,036 |
| | 3,815,386 | 3,636,177 |
| Accumulated amortization - patents | (389,303) | (349,279) |
| Accumulated amortization - other intangible assets | (744,275) | (674,900) |
| | $ 2,681,808 | $ 2,611,998 |

At June 30, 2025 and December 31, 2024, the Company capitalized $707,305 and $541,081, respectively, for costs related to patents that have not been awarded. Cost related to patents that have not yet been awarded are not amortized until patent issuance.

At June 30, 2025 and December 31, 2024, the Company capitalized $22,861 and $22,767, respectively, for costs related to trademarks. Costs related to indefinite life trademarks are not amortized but are subject to evaluation for potential impairment.

Amortization expense amounted to $ 54,699 and $109,399 for the three and six months ended June 30, 2025, respectively, and $53,905 and $106,602 for the three and six months ended June 30, 2024, respectively. Amortization expense for the succeeding five years and thereafter is $109,399 (remaining six months of 2025), $218,798 (2026-2029) and $967,051 (thereafter).

**Note 4 - Lease**

In March 2021, the Company entered into a lease agreement (the "Original Lease") for 4,070 square feet of office and laboratory space located in Austin, Texas ("the Original Suite"). The commencement of the lease occurred on June 1, 2021 and the initial term of the lease was 63 months. The actual base rent in the first year of the lease was $56,471 and was net of $18,824 in abated rent over the first three months of the lease term. The annual base rent in the second year of the lease was $77,330 and increased by $2,035 in each succeeding year of the lease. In addition, the Company was required to pay its proportionate share of operating costs for the building under this triple net lease.

In April 2024, the Company entered into a first amendment and relocation agreement (the "Amended Lease") with its landlord. Under the Amended Lease, the Company relocated to another, larger suite in the same office building. The Amended Lease is for 5,775 square feet of office and laboratory space (the "New Suite") and, upon occupancy, replaced the 4,070 square feet of office and laboratory space previously leased by the Company. The term of the Amended Lease expires sixty-two (62) months from July 1, 2024, the commencement date. The annual base rent for the first year of the Amended Lease was $118,388 and the annual base rent increases approximately 2.75% each year during the lease term. The Company is required to pay its proportionate share of operating costs for the building under this triple net lease.

In accordance with ASC 842, the Company accounted for the modification of the lease contract as a separate lease contract. The lease for the Original Suite terminated on June 30, 2024 and the Company recorded a gain on the termination of the lease for the Original Suite of $15,319 in general and administrative expenses. The Company recognized a right of use asset and a corresponding liability for the Amended Lease on the commencement date. For purposes of calculating the right of use asset and lease liability, the Company estimated its incremental borrowing rate at 8.5% per annum.

Future minimum payments under the Amended Lease are as follows:

| For the Year Ended December 31, | |
|---|---|
| 2025 (remaining) | $ 60,810 |
| 2026 | 123,297 |
| 2027 | 126,703 |
| 2028 | 130,197 |
| 2029 | 88,579 |
| Total lease payments | 529,586 |
| Less: imputed interest | (83,225) |
| Total lease liability | 446,361 |
| Less: current portion of lease liability | (87,915) |
| Long-term lease liability | $ 358,446 |

Table of Contents

At June 30, 2025, the remaining lease term was 50 months.

For the three months ended June 30, 2025 and 2024, operating cash flows for lease payments totaled $29,597 and $20,011, respectively, and for the six months ended June 30, 2025 and 2024, operating cash outflows for lease payments totaled $59,194 and $39,852, respectively. For the three months ended June 30, 2025 and 2024, operating lease cost, recognized on a straight-line basis, totaled $30,856 and $19,736, respectively, and for the six months ended June 30, 2025 and 2024, operating lease cost, recognized on a straight-line bases, totaled $61,712 and $38,754, respectively.

**Note 5 - Commitments and Contingencies**

License Agreements

In 2015, the Company entered into a licensing agreement which expires in February 2033. Per the agreement, the Company has an exclusive royalty-free license, included in intangible assets, associated with semiconductor power switches which enhances its intellectual property portfolio. The Company pays $100,000 annually under this agreement.

In 2023, the Company amended a 2021 license agreement which expires in February 2034. Per the agreement, the Company has an exclusive royalty-free license, included in intangible assets, associated with semiconductor drive circuitry which enhances its intellectual property portfolio. The Company pays $
50,000 annually under this agreement.

At June 30, 2025, the estimated present value of future payments under the licensing agreements was $1,096,957 with $150,000 due and payable in the next twelve months. The Company is accruing interest for future payments related to these agreements.

Legal Proceedings

The Company may be subject to litigation from time to time in the ordinary course of business. The Company is not currently party to any legal proceedings.

Indemnification Obligations

The employment agreements of Company executives include an indemnification provision whereby the Company shall indemnify and defend, at the Company's expense, its executives so long as an executive's actions were taken in good faith and in furtherance of the Company's business and within the scope of the executive's duties and authority.

**Note 6 - Equity Incentive Plan**

In May 2013, the Company adopted the 2013 Equity Incentive Plan (as amended and restated, the "Plan") and reserved shares of common stock for issuance under the Plan, which was last amended in June 2023. The Plan is administered by the Compensation Committee of the Company's Board of Directors. At June 30, 2025, 213,555 shares of common stock were available for issuance under the Plan.

A summary of the Company's stock option activity and related information is as follows:

| | Stock Options | Weighted Average Exercise Price | Weighted Average Remaining Life (in years) |
|---|---|---|---|
| Outstanding at December 31, 2024 | 509,414 | $ 7.56 | 4.6 |
| Forfeited/Expired | (93,000) | $ 6.26 | |
| Outstanding at June 30, 2025 | 416,414 | $ 7.85 | 4.9 |
| Exercisable at June 30, 2025 | 412,414 | $ 7.80 | 4.9 |

A summary of the Company's restricted stock unit (RSU) and performance stock unit (PSU) activity is as follows:

| | RSUs | PSUs |
|---|---|---|
| Outstanding at December 31, 2024 | 331,715 | 114,000 |
| Granted | 115,873 | 80,000 |
| Vested | (72,934) | - |
| Forfeited | (39,750) | - |
| Outstanding at June 30, 2025 | 334,904 | 194,000 |

Table of Contents

During the six months ended June 30, 2025, the Company granted 38,660 RSUs to Board members, 80,000 PSUs and 40,000 RSUs to executives and 37,213 RSUs to employees under the Plan. The estimated fair value of these equity grants was $982,283, of which $178,288 was recognized in stock-based compensation expense totaling $ 714,625 for the six months ended June 30, 2025.

At June 30, 2025, there was $2,236,333 of unrecognized compensation cost related to non-vested equity awards granted under the Plan. That cost is expected to be recognized over a weighted average period of 0.9 years.

**Note 7 - Warrants**

At June 30, 2025 and December 31, 2024, the Company had 342,240 warrants outstanding with a weighted average exercise price of $8.90 per share. At June 30, 2025 and December 31, 2024, the Company had 653,827 and 763,827 pre-funded warrants outstanding, respectively, with an exercise price of $0.001 per share. During the six months ended June 30, 2025, a warrant holder exercised 110,000 prefunded warrants for exercise proceeds of $110. The weighted average remaining life, excluding the pre-funded warrants with no expiration date, of the outstanding warrants is 0.1 years.

At June 30, 2025, all warrants were exercisable, although the warrants held by certain of the Company's warrant holders may be exercised only to the extent that the total number of shares of common stock then beneficially owned by such warrant holder does not exceed 4.99% (or, at the investor's election, 9.99%) of the outstanding shares of the Company's common stock.

Table of Contents

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS AND OTHER INFORMATION CONTAINED IN THIS REPORT**

This report contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 and the provisions of Section 27A of the Securities Act of 1933, as amended, or the Securities Act, and Section 21E of the Securities Exchange Act of 1934, as amended, or the Exchange Act. These statements include, but are not limited to, statements regarding our future financial performance, liquidity, business condition and results of operations, expectations regarding future expenses and gross margins, future business plans, and expectations regarding design wins and other business developments. Forward-looking statements give our current expectations or forecasts of future events. You can identify these statements by the fact that they do not relate strictly to historical or current facts. You can find many (but not all) of these statements by looking for words such as "approximates," "believes," "hopes," "expects," "anticipates," "estimates," "projects," "intends," "plans," "would," "should," "could," "may" or other similar expressions in this report. In particular, these include statements relating to future actions, prospective products, applications, customers, technologies, future performance or results of anticipated products, expenses, and financial results. These forward-looking statements are subject to certain risks and uncertainties that could cause actual results to differ materially from our historical experience and our present expectations or projections. Factors that could cause actual results to differ from those discussed in the forward-looking statements include, but are not limited to:

- our history of losses;
- our ability to generate revenue;
- our limited operating history;
- the size and growth of markets for our technology;
- regulatory developments that may affect our business;
- our ability to successfully develop new products and the expected performance of those products;
- the performance of third-party consultants and service providers whom we have and will continue to rely on to assist us in development and commercialization of our B-TRAN® and related packaging and drive circuitry;
- the rate and degree of market acceptance for our B-TRAN® and current and future B-TRAN® products;
- the time required for third parties to redesign, test and certify their products incorporating our B-TRAN®;
- our ability to successfully commercialize our B-TRAN® technology;
- our ability to secure strategic partnerships with semiconductor fabricators and others related to our B-TRAN® technology;
- our ability to obtain, maintain, defend and enforce intellectual property rights protecting our technology;
- the success of our efforts to manage cash spending, particularly prior to the commercialization of our B-TRAN® technology at scale;
- trade protectionism, tariffs, and other barriers to trade that impact the availability or cost of the raw materials and components used in our products;
- general economic conditions and events, including inflation, and the impact they may have on us and our potential partners and licensees;
- our dependence on the global supply chain and impacts of supply chain disruptions;
- our ability to obtain adequate financing in the future, if and when we need it;
- the impact of global health pandemics on our business, financial condition and results of operations;
- our success at managing the risks involved in the foregoing items; and
- other factors discussed in this report.

The forward-looking statements are based upon management's beliefs and assumptions and are made as of the date of this report. We undertake no obligation to publicly update or revise any forward-looking statements included in this report, except as required by applicable law. You should not place undue reliance on these forward-looking statements.

Unless otherwise stated or the context otherwise requires, the terms "Ideal Power," "we," "us," "our" and the "Company" refer to Ideal Power Inc.

Table of Contents

## ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

*The following discussion and analysis of our financial condition and results of operations should be read in conjunction with the financial statements and related notes included elsewhere in this Quarterly Report on Form 10-Q as well as our audited 2024 financial statements and related notes included in our Annual Report on Form 10-K for the year ended December 31, 2024. In addition to historical information, the discussion and analysis here and throughout this Form 10-Q contains forward-looking statements that involve risks, uncertainties and assumptions. Our actual results may differ materially from those anticipated in these forward-looking statements as a result of certain factors, including, but not limited, to those set forth under "Risk Factors" in Part I, Item 1A of our Annual Report on Form 10-K for the year ended December 31, 2024.*

**Overview**

Ideal Power Inc. is located in Austin, Texas. We are solely focused on the further development and commercialization of our Bidirectional bipolar junction TRANsistor (B-TRAN®) solid-state switch technology.

To date, operations have been funded primarily through the sale of common stock and pre-funded warrants.

We are in the process of commercializing our B-TRAN® technology and have launched our first two commercial products, the SymCool® Power Module and SymCool® IQ Intelligent Power Module. We generated $13,278 in revenue in the six months ended June 30, 2025.

Product Launches

In early 2023, we launched our first commercial product, the SymCool® Power Module. This multi-die B-TRAN® module is designed to meet the very low conduction loss needs of the solid-state circuit breaker ("SSCB") market. We commenced shipment of SymCool® Power Modules to fulfill customer orders in 2024.

In late 2023, we launched our second commercial product, the SymCool® IQ Intelligent Power Module ("IPM"). The SymCool® IQ IPM builds on the multi-die packaging design of our SymCool® Power Module and adds an integrated intelligent driver optimized for bidirectional operation. This product targets several markets including renewable energy, energy storage, electric vehicle ("EV") charging and other industrial applications. We announced our first order for this product in late 2024.

Upon product launch, we design and build initial prototypes for testing and to solicit customer feedback. Based on the results of testing and customer feedback, we incorporate any necessary changes into the product design, build final prototypes and complete additional testing prior to full commercial release. To date, our customers have purchased prototypes in small quantities for evaluation and provided us feedback that has been incorporated into our final product designs. We expect significantly higher volume orders from customers once we secure a design win from them, and they start to build inventory in advance of launching their OEM product. For the product launches described above, we would expect the time from announcing a design win to the sale of the related OEM product to be roughly one year, although it may vary considerably depending on the customer. We would expect a significantly longer design cycle for automotive applications. Design wins are expected to result in significant revenue growth for us over time as product life cycles tend to be relatively long for power electronics products as changing to another technology would require an OEM to redesign their product. See "First Design Win" below.

Development Agreement

In 2022, we announced, and began the first phase of, a product development agreement with Stellantis, a top 10 global automaker, for a custom B-TRAN® power module for use in the automaker's EV drivetrain inverters in its next generation EV platform. In the first phase of the program, we provided packaged B-TRAN® devices, test kits and technical data to Stellantis for their evaluation. In 2023, we secured, and began the second phase of, this program. In the second phase of the program, we collaborated with Stellantis and the program partners, including both the program's packaging company and the organization building the initial drivetrain inverter, to supply B-TRAN® devices for integration into the custom power module and inverter designs. Also, as part of the second phase of the program, we provided Stellantis a comprehensive test plan for the testing required to achieve certification to automotive standards for B-TRAN®. The test plan was subsequently approved as submitted. In 2024, we successfully completed the second phase of the program. The next phase of the program builds on the completion of deliverables from the prior two program phases and transitions to Stellantis' production team. We are currently finalizing the timing and scope of work for the next phase of the program with Stellantis. This phase is expected to include the extensive testing of the custom B-TRAN® module to meet automotive certification standards enabling B-TRAN® to be the core of the powertrain inverter for the automaker's next-generation EVs.

Table of Contents

Customer Engagements

We have announced several engagements and/or initial orders with large companies, including a second top 10 global automaker, a third global automaker, a top 10 global provider of power conversion solutions to the solar industry, three global diverse power management market leaders, five tier 1 automotive suppliers, a global power conversion supplier and others. These companies intend to test and evaluate, or are already in the process of testing and evaluating, our technology for use in their applications. These engagements could lead to future design wins or custom development agreements. We also announced agreements with four distribution partners. We may add other distribution partners in the future.

First Design Win

In late 2024, we announced our first design win for SSCBs with one of the largest circuit protection equipment manufacturers in Asia serving the industrial and utility markets. In connection with this design win, we entered into a joint development agreement for a SSCB product incorporating multiple B-TRAN® devices. The agreement includes the product design, prototype builds and testing of the SSCB, which was targeted for completion in the second quarter of 2025, to be followed by commercial sales later in the year. We completed our deliverables under the agreement in the first quarter of 2025, three months ahead of schedule. We expect to announce additional design wins and/or custom development agreements in the second half of 2025.

**Results of Operations**

**Comparison of the three months ended June 30, 2025 to the three months ended June 30, 2024**

*Revenue.* Revenue was $1,275 for the three months ended June 30, 2025, compared to $1,331 in the three months ended June 30, 2024. Revenue in the three months ended June 30, 2025 and 2024 related to initial orders from customers evaluating our technology for use in their applications.

*Cost of Revenue.* Cost of revenue was $3,477 for the three months ended June 30, 2025, compared to $17,474 in the three months ended June 30, 2024. Cost of revenue in the three months ended June 30, 2025 related to initial low volume shipments of our products while cost of revenue in the three months ended June 30, 2024 related to initial high cost, low volume shipments of prototype products.

*Research and Development Expenses.* Research and development expenses increased by $337,272, or 22%, to $1,900,019 in the three months ended June 30, 2025 from $1,562,747 in the three months ended June 30, 2024. The increase was due to higher semiconductor fabrication costs of $283,932, personnel costs of $104,640 and other B-TRAN® development spending of $5,211, partly offset by lower packaging and prototyping costs of $56,511.

*General and Administrative Expenses.* General and administrative expenses decreased by $50,145, or 5%, to $897,239 in the three months ended June 30, 2025 from $947,384 in the three months ended June 30, 2024. The decrease was due to lower investor relations spending of $75,897 and asset impairments of $66,315 in the three months ended June 30, 2024, partly offset by higher personnel costs of $42,226, stock-based compensation expense of $18,240 and other spending of $16,282 and a gain on lease modification of $15,319 in the three months ended June 30, 2024.

*Sales and Marketing Expenses.* Sales and marketing expenses decreased by $18,706, or 5%, to $341,033 in the three months ended June 30, 2025 from $359,739 in the three months ended June 30, 2024. The decrease was due to lower personnel costs of $36,424 and stock-based compensation expense of $28,499, partly offset by higher search and placement fees of $27,924, consulting fees of $15,086 and other spending of $3,207.

*Loss from Operations.* Our loss from operations for the three months ended June 30, 2025 was $3,140,493, or 9% higher, as compared to the $2,886,013 loss from operations for the three months ended June 30, 2024, for the reasons discussed above.

*Interest Income, Net.* Net interest income was $103,728 for the three months ended June 30, 2025, compared to $223,948 for the three months ended June 30, 2024, due primarily to the impact of a declining cash balance on interest earned on our money market account.

*Net Loss.* Our net loss for the three months ended June 30, 2025 was $3,036,765, or 14% higher, as compared to a net loss of $2,662,065 for the three months ended June 30, 2024, for the reasons discussed above.

**Comparison of the six months ended June 30, 2025 to the six months ended June 30, 2024**

*Revenue.* Revenue was $13,278 for the six months ended June 30, 2025, compared to $80,070 in the six months ended June 30, 2024. For the six months ended June 30, 2025, our revenue included product sales and development revenue related to our first design win. For the six months ended June 30, 2024, our revenue was primarily related to the completion of the second phase of our development agreement with Stellantis. We expect revenue to increase modestly in the second half of 2025.

*Cost of Revenue.* Cost of revenue was $34,339 for the six months ended June 30, 2025, compared to $85,972 in the six months ended June 30, 2024. Cost of revenue in the six months ended June 30, 2025 related primarily to initial low volume shipments of our products. Cost of revenue in the six months ended June 30, 2024 related primarily to our development agreement with Stellantis. We expect negative gross margin from product revenue at low volumes with significant improvement in gross margins as we commence higher volume production and shipments in the future.

Table of Contents

*Research and Development Expenses.* Research and development expenses increased by $538,371, or 18%, to $3,468,011 in the six months ended June 30, 2025 from $2,929,640 in the six months ended June 30, 2024. The increase was due to higher semiconductor fabrication costs of $335,220, personnel costs of $264,645 and other B-TRAN® development spending of $42,908, partly offset by lower packaging and prototyping costs of $104,402. We expect higher research and development expenses in the second half of 2025 as compared to the first half of 2025 as we continue development of our B-TRAN® technology. There will also be quarter-to-quarter variability to research and development expenses due to the timing of semiconductor fabrication runs and other development activities.

*General and Administrative Expenses.* General and administrative expenses decreased slightly by $4,012, or less than 1%, to $1,797,060 in the six months ended June 30, 2025 from $1,801,072 in the six months ended June 30, 2024. We expect modestly higher general and administrative expenses, exclusive of stock-based compensation, in the second half of 2025 as compared to the first half of 2025.

*Sales and Marketing Expenses.* Sales and marketing expenses increased by $2,843, or less than 1%, to $679,193 in the six months ended June 30, 2025 from $676,350 in the six months ended June 30, 2024. We expect higher sales and marketing expenses in the second half of 2025 as compared to the first half of 2025 as we further commercialize our B-TRAN® technology.

*Loss from Operations.* Our loss from operations for the six months ended June 30, 2025 was $5,965,325, or 10% higher, as compared to the $5,412,964 loss from operations for the six months ended June 30, 2024, for the reasons discussed above.

*Interest Income, Net.* Net interest income was $225,536 for the six months ended June 30, 2025 compared to $281,273 for the six months ended June 30, 2024 due primarily to the impact of a declining cash balance on interest earned on our money market account.

*Net Loss.* Our net loss for the six months ended June 30, 2025 was $5,739,789, or 12% higher, as compared to a net loss of $5,131,691 for the six months ended June 30, 2024, for the reasons discussed above.

**Liquidity and Capital Resources**

We have incurred losses since inception. We have funded our operations to date primarily through the sale of common stock and pre-funded warrants.

At June 30, 2025, we had cash and cash equivalents of $11.1 million. Our net working capital at June 30, 2025 was $10.5 million. We had no outstanding debt at June 30, 2025.

We believe that our cash and cash equivalents on hand will be sufficient to meet our ongoing liquidity needs for at least the next twelve months from the date of filing this Quarterly Report on Form 10-Q; however, we may require additional funds in the future to fully implement our plan of operation and there can be no assurance that, if needed, we will be able to secure additional debt or equity financing on terms acceptable to us or at all. Although we believe we have adequate sources of liquidity over the long term, the success of our operations, the global economic outlook, and the pace of sustainable growth in our markets could each impact our business and liquidity.

Operating activities in the six months ended June 30, 2025 resulted in cash outflows of $4,425,301, which were due to the net loss for the period of $5,739,789, partly offset by stock-based compensation of $714,625, depreciation and amortization of $182,107 and favorable balance sheet timing and other non-cash items of $417,756.

Operating activities in the six months ended June 30, 2024 resulted in cash outflows of $3,970,930 which were due to the net loss for the period of $5,131,691, partly offset by stock-based compensation of $745,600, depreciation and amortization of $163,871, favorable balance sheet timing of $155,129 and other non-cash items of $96,161.

We expect an increase in cash outflows from operating activities in the remainder of 2025 as we further develop and commercialize our B-TRAN® technology.

Investing activities in the six months ended June 30, 2025 and 2024 resulted in cash outflows of $220,337 and $239,004, respectively, for the acquisition of intangible assets and fixed assets.

Financing activities in the six months ended June 30, 2025 resulted in net cash outflows of $91,659 with a cash outflow of $91,769 in tax payments related to the vesting of restricted stock units slightly offset by a cash inflow of $110 from the exercise of pre-funded warrants.

Table of Contents

Financing activities in the six months ended June 30, 2024 resulted in cash inflows of $15,724,818 in net proceeds from the public offering of our common stock and pre-funded warrants and $86,757 from the exercise of stock options, partly offset by $11,579 in tax payments related to the vesting of restricted stock units.

**Critical Accounting Estimates**

There have been no significant changes during the six months ended June 30, 2025 to the critical accounting estimates disclosed in Management's Discussion and Analysis of Financial Condition and Results of Operations in our Annual Report on Form 10-K for the fiscal year ended December 31, 2024.

**Trends, Events and Uncertainties**

There are no material changes from trends, events or uncertainties disclosed in our Annual Report on Form 10-K for the fiscal year ended December 31, 2024.

## ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

As a smaller reporting company, we are not required to provide this information.

## ITEM 4. CONTROLS AND PROCEDURES

**Evaluation of Disclosure Controls and Procedures**

Disclosure controls and procedures (as defined in Rule 13a-15(e) under the Exchange Act) include, without limitation, controls and procedures designed to ensure that information required to be disclosed in the Company's reports that it files or submits under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the Securities and Exchange Commission's rules and forms. The Company's disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that this information is accumulated and communicated to management, including the principal executive and principal financial officers, or persons performing similar functions, as appropriate to allow timely decisions regarding required disclosure. The Company conducted an evaluation (pursuant to Rule 13a-15(b) of the Exchange Act), under the supervision and with the participation of its Chief Executive Officer (principal executive officer) and its Chief Financial Officer (principal financial officer) of the effectiveness of the Company's disclosure controls and procedures as of June 30, 2025 and has concluded that, as of June 30, 2025, the Company's disclosure controls and procedures are effective.

**Changes in Internal Control over Financial Reporting**

There have been no material changes in our internal controls over financial reporting that occurred during the quarter ended June 30, 2025 that have materially affected, or are reasonably likely to materially affect, our internal controls over financial reporting.

**Limitations on the Effectiveness of Controls**

Control systems, no matter how well designed and operated, can provide only reasonable, not absolute, assurance that the control systems' objectives are being met. Further, the design of any system of controls must reflect the fact that there are resource constraints, and the benefits of all controls must be considered relative to their costs. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within the Company have been detected. These inherent limitations include the realities that judgments in decision-making can be faulty and that breakdowns can occur because of error or mistake. Control systems can also be circumvented by the individual acts of some persons by collusion of two or more people, or by management override of the controls. The design of any system of controls is also based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Over time, controls may become inadequate because of changes in conditions or deterioration in the degree of compliance with policies or procedures.

# PART II-OTHER INFORMATION

## ITEM 1. LEGAL PROCEEDINGS

We may be subject to litigation from time to time in the ordinary course of business. We are not currently party to any legal proceedings.

## ITEM 1A. RISK FACTORS

There are no material changes from the risk factors disclosed in our Annual Report on Form 10-K for the year ended December 31, 2024.

Table of Contents

**ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS**

None.

**ITEM 3. DEFAULTS UPON SENIOR SECURITIES**

Not applicable.

**ITEM 4. MINE SAFETY DISCLOSURES**

Not applicable.

**ITEM 5. OTHER INFORMATION**

During the three months ended June 30, 2025, no director or officer of the Company adopted or terminated a "Rule 10b5-1 trading arrangement" or non-Rule 10b5-1 trading arrangement," as each term is defined in Item 408(a) of Regulation S-K.

Table of Contents

**ITEM 6. EXHIBITS**

| Exhibit Number | Document |
|---|---|
| 31.1* | Certification of Principal Executive Officer pursuant to Exchange Act Rule, 13a-14(a) and 15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 31.2* | Certification of Principal Financial Officer pursuant to Exchange Act Rule, 13a-14(a) and 15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32.1** | Certification pursuant to 18 U.S.C. 1350, adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 101.INS* | Inline XBRL Instance Document - the instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document |
| 101.SCH* | Inline XBRL Taxonomy Extension Schema Document |
| 101.CAL* | Inline XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.DEF* | Inline XBRL Taxonomy Extension Definition Linkbase Document |
| 10.LAB* | Inline XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE* | Inline XBRL Taxonomy Extension Presentation Linkbase Document |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document and contained in Exhibit 101). |

* Filed herewith
** Furnished herewith

Table of Contents

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Dated: August 14, 2025

**IDEAL POWER INC.**

By: /s/ R. Daniel Brdar
R. Daniel Brdar
Chief Executive Officer

By: /s/ Timothy W. Burns
Timothy W. Burns
Chief Financial Officer

**Exhibit 31.1**

**CERTIFICATION OF PRINCIPAL EXECUTIVE OFFICER PURSUANT TO SECTION 302(a) OF THE SARBANES-OXLEY ACT OF 2002**

I, R. Daniel Brdar, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Ideal Power Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15-d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 14, 2025

/s/ R. Daniel Brdar
R. Daniel Brdar
Chief Executive Officer (Principal Executive Officer)

**Exhibit 31.2**

**CERTIFICATION OF PRINCIPAL FINANCIAL OFFICER**
**PURSUANT TO SECTION 302(a) OF THE SARBANES-OXLEY ACT OF 2002**

I, Timothy W. Burns, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Ideal Power Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15-d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 14, 2025

/s/ Timothy W. Burns
Timothy W. Burns
Chief Financial Officer (Principal Financial Officer)

**Exhibit 32.1**

**CERTIFICATION PURSUANT TO 18 U.S.C. SECTION 1350**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the periodic report of Ideal Power Inc. (the “Company”) on Form 10-Q for the quarter ended June 30, 2025 as filed with the Securities and Exchange Commission (the “Report”), we, R. Daniel Brdar, Chief Executive Officer (Principal Executive Officer) and Timothy W. Burns, Chief Financial Officer (Principal Financial Officer) of the Company, hereby certify as of the date hereof, solely for purposes of Title 18, Chapter 63, Section 1350 of the United States Code, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that to the best of our knowledge:

(1) The Report fully complies with the requirements of Section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934, and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company at the dates and for the periods indicated.

Date: August 14, 2025

/s/ R. Daniel Brdar
R. Daniel Brdar
Chief Executive Officer (Principal Executive Officer)

/s/ Timothy W. Burns
Timothy W. Burns
Chief Financial Officer (Principal Financial Officer)

# EXHIBIT 9

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-Q

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2025**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____________ to ______________**

**Commission File Number 001-36216**

## IDEAL POWER INC.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware**<br>(State or other jurisdiction of incorporation or organization) | **14-1999058**<br>(I.R.S. Employer Identification No.) |

**5508 Highway 290 West, Suite 120**
**Austin, Texas 78735**
(Address of principal executive offices)
(Zip Code)

**(512) 264-1542**
(Registrant's telephone number, including area code)

(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | IPWR | The Nasdaq Capital Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☐ |
| Non-accelerated filer ☒ | Smaller reporting company ☒ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark whether the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the issuer is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of November 11, 2025, the issuer had 8,511,403 shares of common stock, par value $0.001, outstanding.

## TABLE OF CONTENTS


| | | |
|---|---|---|
| **PART I** | FINANCIAL INFORMATION | 3 |
| **Item 1.** | Unaudited Condensed Financial Statements | 3 |
| | Balance Sheets at September 30, 2025 and December 31, 2024 | 3 |
| | Statements of Operations for the three and nine months ended September 30, 2025 and 2024 | 4 |
| | Statements of Cash Flows for the nine months ended September 30, 2025 and 2024 | 5 |
| | Statements of Stockholders' Equity for the three-month periods during the nine months ended September 30, 2025 and 2024 | 6 |
| | Notes to Unaudited Financial Statements | 7 |
| **Item 2.** | Management's Discussion and Analysis of Financial Condition and Results of Operations | 13 |
| **Item 3.** | Quantitative and Qualitative Disclosures About Market Risk | 16 |
| **Item 4.** | Controls and Procedures | 16 |
| **PART II** | OTHER INFORMATION | 17 |
| **Item 1.** | Legal Proceedings | 17 |
| **Item 1A.** | Risk Factors | 17 |
| **Item 2.** | Unregistered Sales of Equity Securities and Use of Proceeds | 17 |
| **Item 3.** | Defaults Upon Senior Securities | 17 |
| **Item 4.** | Mine Safety Disclosures | 17 |
| **Item 5.** | Other Information | 17 |
| **Item 6.** | Exhibits | 18 |
| **SIGNATURES** | | 19 |

Table of Contents

**PART I-FINANCIAL INFORMATION**

**ITEM 1. UNAUDITED CONDENSED FINANCIAL STATEMENTS**

**IDEAL POWER INC.**
**Balance Sheets**
**(unaudited)**

| | September 30, 2025 | December 31, 2024 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 8,394,113 | $ 15,842,850 |
| Accounts receivable, net | 31,500 | 692 |
| Inventory | 65,087 | 96,406 |
| Prepayments and other current assets | 184,228 | 356,658 |
| Total current assets | 8,674,928 | 16,296,606 |
| | | |
| Property and equipment, net | 408,675 | 415,232 |
| Intangible assets, net | 2,678,387 | 2,611,998 |
| Right of use asset | 419,589 | 483,497 |
| Other assets | 44,459 | 19,351 |
| Total assets | $ 12,226,038 | $ 19,826,684 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 229,199 | $ 104,117 |
| Accrued expenses | 568,675 | 374,012 |
| Current portion of lease liability | 90,646 | 82,681 |
| Total current liabilities | 888,520 | 560,810 |
| | | |
| Long-term lease liability | 334,430 | 403,335 |
| Other long-term liabilities | 929,247 | 1,007,375 |
| Total liabilities | 2,152,197 | 1,971,520 |
| | | |
| Commitments and contingencies (Note 5) | | |
| | | |
| Stockholders' equity: | | |
| Common stock, $0.001 par value; 50,000,000 shares authorized; 8,512,724 shares issued and 8,511,403 shares outstanding at September 30, 2025 and 8,336,812 shares issued and 8,335,491 shares outstanding at December 31, 2024 | 8,513 | 8,337 |
| Additional paid-in capital | 126,226,240 | 125,327,300 |
| Treasury stock, at cost, 1,321 shares at September 30, 2025 and December 31, 2024 | (13,210) | (13,210) |
| Accumulated deficit | (116,147,702) | (107,467,263) |
| Total stockholders' equity | 10,073,841 | 17,855,164 |
| Total liabilities and stockholders' equity | $ 12,226,038 | $ 19,826,684 |

The accompanying notes are an integral part of these condensed financial statements.

Table of Contents

**IDEAL POWER INC.**
**Statements of Operations**
**(unaudited)**

| | Three Months Ended September 30, 2025 | Three Months Ended September 30, 2024 | Nine Months Ended September 30, 2025 | Nine Months Ended September 30, 2024 |
|---|---|---|---|---|
| Revenue | $ 24,450 | $ 554 | $ 37,728 | $ 80,624 |
| Cost of revenue | 26,069 | 1,511 | 60,408 | 87,483 |
| Gross loss | (1,619) | (957) | (22,680) | (6,859) |
| Operating expenses: | | | | |
| Research and development | 1,793,162 | 1,684,063 | 5,261,173 | 4,613,703 |
| General and administrative | 958,938 | 893,969 | 2,755,998 | 2,695,041 |
| Sales and marketing | 266,598 | 320,642 | 945,791 | 996,992 |
| Total operating expenses | 3,018,698 | 2,898,674 | 8,962,962 | 8,305,736 |
| Loss from operations | (3,020,317) | (2,899,631) | (8,985,642) | (8,312,595) |
| Interest income, net | 79,667 | 209,283 | 305,203 | 490,556 |
| Net loss | $ (2,940,650) | $ (2,690,348) | $ (8,680,439) | $ (7,822,039) |
| Net loss per share - basic and diluted | $ (0.32) | $ (0.31) | $ (0.95) | $ (0.99) |
| Weighted average number of shares outstanding - basic and diluted | 9,153,407 | 8,767,251 | 9,124,115 | 7,870,542 |

The accompanying notes are an integral part of these condensed financial statements.

Table of Contents

**IDEAL POWER INC.**
**Statements of Cash Flows**
**(unaudited)**

| | Nine Months Ended September 30, 2025 | Nine Months Ended September 30, 2024 |
|---|---|---|
| Cash flows from operating activities: | | |
| Net loss | $ (8,680,439) | $ (7,822,039) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization | 276,332 | 250,936 |
| Amortization of right of use asset | 63,908 | 55,011 |
| Write-off of capitalized patent | 34,363 | 62,073 |
| Write-off of fixed assets | 6,211 | 15,371 |
| Gain on lease termination | - | (15,319) |
| Stock-based compensation | 997,840 | 1,163,808 |
| Decrease (increase) in operating assets: | | |
| Accounts receivable | (30,808) | 68,674 |
| Inventory | 31,319 | 21,320 |
| Prepaid expenses and other assets | 147,322 | 171,870 |
| Increase (decrease) in operating liabilities: | | |
| Accounts payable | 125,082 | (329,045) |
| Accrued expenses and other liabilities | 116,535 | 219,483 |
| Lease liability | (60,940) | (54,850) |
| Net cash used in operating activities | (6,973,275) | (6,192,707) |
| | | |
| Cash flows from investing activities: | | |
| Purchase of property and equipment | (111,334) | (193,461) |
| Acquisition of intangible assets | (265,404) | (251,639) |
| Net cash used in investing activities | (376,738) | (445,100) |
| | | |
| Cash flows from financing activities: | | |
| Net proceeds from issuance of common stock and pre-funded warrants | - | 15,724,818 |
| Exercise of options and warrants | 110 | 1,105,655 |
| Payment of taxes related to restricted stock unit vestings | (98,834) | (11,579) |
| Net cash provided by (used in) financing activities | (98,724) | 16,818,894 |
| | | |
| Net increase (decrease) in cash and cash equivalents | (7,448,737) | 10,181,087 |
| Cash and cash equivalents at beginning of period | 15,842,850 | 8,474,835 |
| Cash and cash equivalents at end of period | $ 8,394,113 | $ 18,655,922 |

The accompanying notes are an integral part of these condensed financial statements.

Table of Contents

**IDEAL POWER INC.**
**Statements of Stockholders' Equity**
**For the Three-Month Periods during the Nine Months Ended September 30, 2025 and 2024**
**(unaudited)**

| | Common Stock | | Additional Paid-In | Treasury Stock | | Accumulated | Total Stockholders' |
|---|---|---|---|---|---|---|---|
| | Shares | Amount | Capital | Shares | Amount | Deficit | Equity |
| Balances at December 31, 2024 | 8,336,812 | $ 8,337 | $125,327,300 | 1,321 | $ (13,210) | $(107,467,263) | $ 17,855,164 |
| Vesting of restricted stock units | 12,479 | 12 | (9,358) | - | - | - | (9,346) |
| Stock-based compensation | - | - | 384,595 | - | - | - | 384,595 |
| Net loss for the three months ended March 31, 2025 | - | - | - | - | - | (2,703,024) | (2,703,024) |
| Balances at March 31, 2025 | 8,349,291 | 8,349 | 125,702,537 | 1,321 | (13,210) | (110,170,287) | 15,527,389 |
| Vesting of restricted stock units | 40,044 | 40 | (82,463) | - | - | - | (82,423) |
| Exercise of pre-funded warrants | 110,000 | 110 | - | - | - | - | 110 |
| Stock-based compensation | - | - | 330,030 | - | - | - | 330,030 |
| Net loss for the three months ended June 30, 2025 | - | - | - | - | - | (3,036,765) | (3,036,765) |
| Balances at June 30, 2025 | 8,499,335 | $ 8,499 | $125,950,104 | 1,321 | $ (13,210) | $ (113,207,052) | $ 12,738,341 |
| Vesting of restricted stock units | 13,389 | 14 | (7,079) | - | - | - | (7,065) |
| Stock-based compensation | - | - | 283,215 | - | - | - | 283,215 |
| Net loss for the three months ended September 30, 2025 | - | - | - | - | - | (2,940,650) | (2,940,650) |
| Balances at September 30, 2025 | 8,512,724 | $ 8,513 | $126,226,240 | 1,321 | $ (13,210) | $(116,147,702) | $ 10,073,841 |
| | | | | | | | |
| Balances at December 31, 2023 | 5,998,018 | $ 5,998 | $107,116,362 | 1,321 | $ (13,210) | $ (97,049,450) | $ 10,059,700 |
| Issuance of common stock and pre-funded warrants | 1,366,668 | 1,367 | 13,651,296 | - | - | - | 13,652,663 |
| Exercise of options | 8,334 | 8 | 86,749 | - | - | - | 86,757 |
| Vesting of restricted stock units | 9,679 | 10 | (10) | - | - | - | - |
| Stock-based compensation | - | - | 381,019 | - | - | - | 381,019 |
| Net loss for the three months ended March 31, 2024 | - | - | - | - | - | (2,469,626) | (2,469,626) |
| Balances at March 31, 2024 | 7,382,699 | 7,383 | 121,235,416 | 1,321 | (13,210) | (99,519,076) | 21,710,513 |
| Issuance of common stock and pre-funded warrants | 300,000 | 300 | 2,071,855 | - | - | - | 2,072,155 |
| Vesting of restricted stock units | 12,539 | 12 | (11,591) | - | - | - | (11,579) |
| Stock-based compensation | - | - | 364,581 | - | - | - | 364,581 |
| Net loss for the three months ended June 30, 2024 | - | - | - | - | - | (2,662,065) | (2,662,065) |
| Balances at June 30, 2024 | 7,695,238 | 7,695 | 123,660,261 | 1,321 | (13,210) | (102,181,141) | 21,473,605 |
| Exercise of warrants | 439,180 | 439 | 1,018,459 | - | - | - | 1,018,898 |
| Vesting of restricted stock units | 9,679 | 10 | (10) | - | - | - | - |
| Stock-based compensation | - | - | 418,208 | - | - | - | 418,208 |
| Net loss for the three months ended September 30, 2024 | - | - | - | - | - | (2,690,348) | (2,690,348) |
| Balances at September 30, 2024 | 8,144,097 | $ 8,144 | $125,096,918 | 1,321 | $ (13,210) | $(104,871,489) | $ 20,220,363 |

The accompanying notes are an integral part of these condensed financial statements.

Table of Contents

**IDEAL POWER INC.**
**Notes to Financial Statements**
**(unaudited)**

**Note 1 - Organization and Description of Business**

Ideal Power Inc. (the "Company") was incorporated in Texas in May 2007 under the name Ideal Power Converters, Inc. The Company changed its name to Ideal Power Inc. and re-incorporated in Delaware in July 2013. With headquarters in Austin, Texas, the Company is focused on the further development and commercialization of its Bidirectional bipolar junction TRANsistor (B-TRAN®) solid-state switch technology.

Since its inception, the Company has financed its research and development efforts and operations primarily through the sale of common stock and pre-funded warrants. The Company's continued operations are dependent upon, among other things, its ability to obtain adequate sources of funding through future revenues, follow-on stock offerings, issuances of warrants, debt financing, co-development agreements, government grants, sale or licensing of developed intellectual property or other alternatives.

**Note 2 - Summary of Significant Accounting Policies**

Basis of Presentation

The accompanying unaudited condensed financial statements have been prepared in accordance with the rules and regulations of the Securities and Exchange Commission (the "SEC") for Form 10-Q. Accordingly, certain information and footnote disclosures normally included in financial statements prepared in accordance with generally accepted accounting principles have been condensed or omitted pursuant to such rules and regulations. The balance sheet at December 31, 2024 has been derived from the Company's audited financial statements included in its Annual Report on Form 10-K filed with the SEC on March 28, 2025.

In the opinion of management, these financial statements reflect all normal recurring adjustments necessary for a fair presentation. These financial statements should be read in conjunction with the audited financial statements included in the Company's Annual Report on Form 10-K for the year ended December 31, 2024. Operating results for interim periods are not necessarily indicative of operating results for an entire fiscal year or any other future periods.

Liquidity and Going Concern

These consolidated financial statements have been prepared on a going concern basis, which assumes the Company will continue in operation for the foreseeable future and will be able to realize its assets and discharge its liabilities in the ordinary course of business. The Company's operations have resulted in a net loss of $8.7 million for the nine months ended September 30, 2025 and an accumulated deficit of $116.1 million at September 30, 2025. The Company's existing sources of liquidity at September 30, 2025 include cash and cash equivalents of $8.4 million. The Company has historically funded operations primarily through the sale of common stock and prefunded warrants. The Company is dependent on additional capital in order to sustain its ongoing operations as it currently generates minimal revenue with negative cash flows from operations since inception. The current cash balance and negative cash flow raise substantial doubt about the Company's ability to continue as a going concern for a period of twelve months from the issuance of this Quarterly Report on Form 10-Q.

These consolidated financial statements do not reflect adjustments that would be necessary if the going concern assumption was not appropriate because management believes that the Company will be able to raise additional capital to fund operations. Although the Company believes it has access to adequate sources of capital to fund its operations, it can provide no assurance that it will be able to secure additional equity or debt financing on terms acceptable to the Company or at all.

Segment Information

Operating segments are defined as components of an entity for which separate financial information is available and that is regularly reviewed by the Chief Operating Decision Maker ("CODM") in deciding how to allocate resources to an individual segment and in assessing performance. The Company's Chief Executive Officer is the Company's CODM. The CODM reviews financial information presented on a company-wide basis for purposes of making operating decisions, allocating resources, and evaluating financial performance. As such, the Company has determined that it operates as one operating segment. The Company has concluded that net income (loss) is the measure of segment profitability. The CODM assesses performance for the Company, monitors budget versus actual results and determines how to allocate resources based on net income (loss) as reported in the statements of operations. There are no other expense categories regularly provided to the CODM that are not already included in the financial statements herein.

During the nine months ended September 30, 2025 and 2024, the Company did not generate material international revenues and as of September 30, 2025 and December 31, 2024, the Company did not have material assets located outside of the United States.

Table of Contents

Net Loss Per Share

In accordance with Accounting Standards Codification ("ASC") 260, shares issuable for little or no cash consideration are considered outstanding common shares and included in the computation of basic net loss per share. As such, for the three and nine months ended September 30, 2025 and 2024, the Company included pre-funded warrants to purchase shares of common stock in its computation of net loss per share. The pre-funded warrants were issued in March 2024 and November 2019 with an exercise price of $0.001. See Note 7.

In periods with a net loss, no common share equivalents are included in the computation of diluted net loss per share because their effect would be anti-dilutive. At September 30, 2025 and 2024, potentially dilutive shares outstanding amounted to 824,760 and 1,322,819 shares, respectively, and exclude pre-funded warrants to purchase shares of common stock.

Recent Accounting Pronouncements

Management does not believe that any recently issued, but not yet effective, accounting standard, if adopted, would have a material impact on the Company's financial statements.

**Note 3 - Intangible Assets**

Intangible assets, net consisted of the following:

| | September 30, 2025 (unaudited) | December 31, 2024 |
|---|---|---|
| Patents | $ 1,997,653 | $ 1,770,374 |
| Trademarks | 26,529 | 22,767 |
| Other intangible assets | 1,843,036 | 1,843,036 |
| | 3,867,218 | 3,636,177 |
| Accumulated amortization - patents | (409,868) | (349,279) |
| Accumulated amortization - other intangible assets | (778,963) | (674,900) |
| | $ 2,678,387 | $ 2,611,998 |

At September 30, 2025 and December 31, 2024, the Company capitalized $699,373 and $541,081, respectively, for costs related to patents that have not been awarded. Cost related to patents that have not yet been awarded are not amortized until patent issuance.

At September 30, 2025 and December 31, 2024, the Company capitalized $26,529 and $22,767, respectively, for costs related to trademarks. Costs related to indefinite life trademarks are not amortized but are subject to evaluation for potential impairment.

Amortization expense amounted to $
55,253 and $164,652 for the three and nine months ended September 30, 2025, respectively, and $54,205 and $160,807 for the three and nine months ended September 30, 2024, respectively. Amortization expense for the succeeding five years and thereafter is $55,530 (remaining three months of 2025), $222,120 (2026-2029) and $1,008,475 (thereafter).

**Note 4 - Lease**

In March 2021, the Company entered into a lease agreement (the "Original Lease") for 4,070 square feet of office and laboratory space located in Austin, Texas ("the Original Suite"). The commencement of the lease occurred on June 1, 2021 and the initial term of the lease was 63 months. The actual base rent in the first year of the lease was $56,471 and was net of $18,824 in abated rent over the first three months of the lease term. The annual base rent in the second year of the lease was $77,330 and increased by $2,035 in each succeeding year of the lease. In addition, the Company was required to pay its proportionate share of operating costs for the building under this triple net lease.

In April 2024, the Company entered into a first amendment and relocation agreement (the "Amended Lease") with its landlord. Under the Amended Lease, the Company relocated to another, larger suite in the same office building. The Amended Lease is for 5,775 square feet of office and laboratory space (the "New Suite") and, upon occupancy, replaced the 4,070 square feet of office and laboratory space previously leased by the Company. The term of the Amended Lease expires sixty-two (62) months from July 1, 2024, the commencement date. The annual base rent for the first year of the Amended Lease was $118,388 and the annual base rent increases approximately 2.75% each year during the lease term. The Company is required to pay its proportionate share of operating costs for the building under this triple net lease.

In accordance with ASC 842, the Company accounted for the modification of the lease contract as a separate lease contract. The lease for the Original Suite terminated on June 30, 2024 and the Company recorded a gain on the termination of the lease for the Original Suite of $15,319 in general and administrative expenses. The Company recognized a right of use asset and a corresponding liability for the Amended Lease on the commencement date. For purposes of calculating the right of use asset and lease liability, the Company estimated its incremental borrowing rate at 8.5% per annum.

Table of Contents

Future minimum payments under the Amended Lease are as follows:

| For the Year Ended December 31, | | |
|---|---|---|
| 2025 (remaining) | $ | 30,405 |
| 2026 | | 123,297 |
| 2027 | | 126,703 |
| 2028 | | 130,197 |
| 2029 | | 88,579 |
| Total lease payments | | 499,181 |
| Less: imputed interest | | (74,105) |
| Total lease liability | | 425,076 |
| Less: current portion of lease liability | | (90,646) |
| Long-term lease liability | $ | 334,430 |

At September 30, 2025, the remaining lease term was 47 months.

For the three months ended September 30, 2025 and 2024, operating cash flows for lease payments totaled $30,405 and $29,597, respectively, and for the nine months ended September 30, 2025 and 2024, operating cash outflows for lease payments totaled $89,599 and $69,449, respectively. For the three months ended September 30, 2025 and 2024, operating lease cost, recognized on a straight-line basis, totaled $30,856 and $30,856, respectively, and for the nine months ended September 30, 2025 and 2024, operating lease cost, recognized on a straight-line basis, totaled $92,568 and $69,610, respectively.

**Note 5 - Commitments and Contingencies**

License Agreements

In 2015, the Company entered into a licensing agreement which expires in February 2033. Per the agreement, the Company has an exclusive royalty-free license, included in intangible assets, associated with semiconductor power switches which enhances its intellectual property portfolio. The Company pays $100,000 annually under this agreement.

In 2023, the Company amended a 2021 license agreement which expires in February 2034. Per the agreement, the Company has an exclusive royalty-free license, included in intangible assets, associated with semiconductor drive circuitry which enhances its intellectual property portfolio. The Company pays $
50,000 annually under this agreement.

At September 30, 2025, the estimated present value of future payments under the licensing agreements was $1,079,247 with $150,000 due and payable in the next twelve months. The Company is accruing interest for future payments related to these agreements.

Legal Proceedings

The Company may be subject to litigation from time to time in the ordinary course of business. The Company is not currently party to any legal proceedings.

Indemnification Obligations

The employment agreements of Company executives include an indemnification provision whereby the Company shall indemnify and defend, at the Company's expense, its executives so long as an executive's actions were taken in good faith and in furtherance of the Company's business and within the scope of the executive's duties and authority.

**Note 6 - Equity Incentive Plan**

In May 2013, the Company adopted the 2013 Equity Incentive Plan (as amended and restated, the "Plan") and reserved shares of common stock for issuance under the Plan, which was last amended in June 2023. The Plan is administered by the Compensation Committee of the Company's Board of Directors. At September 30, 2025, 320,724 shares of common stock were available for issuance under the Plan.

Table of Contents

A summary of the Company's stock option activity and related information is as follows:

| | Stock Options | Weighted Average Exercise Price | Weighted Average Remaining Life (in years) |
|---|---|---|---|
| Outstanding at December 31, 2024 | 509,414 | $ 7.56 | 4.6 |
| Forfeited/Expired | (138,600) | $ 7.78 | |
| Outstanding at September 30, 2025 | 370,814 | $ 7.48 | 4.5 |
| Exercisable at September 30, 2025 | 366,814 | $ 7.42 | 4.5 |

A summary of the Company's restricted stock unit (RSU) and performance stock unit (PSU) activity is as follows:

| | RSUs | PSUs |
|---|---|---|
| Outstanding at December 31, 2024 | 331,715 | 114,000 |
| Granted | 131,421 | 80,000 |
| Vested | (87,759) | - |
| Forfeited | (98,931) | (16,500) |
| Outstanding at September 30, 2025 | 276,446 | 177,500 |

During the nine months ended September 30, 2025, the Company granted 38,660 RSUs to Board members, 80,000 PSUs and 40,000 RSUs to executives and 52,761 RSUs to employees under the Plan. The estimated fair value of these equity grants was $1,042,282, of which $380,023 was recognized in stock-based compensation expense totaling $ 997,840 for the nine months ended September 30, 2025.

At September 30, 2025, there was $1,574,069 of unrecognized compensation cost related to non-vested equity awards granted under the Plan. That cost is expected to be recognized over a weighted average period of 0.9 years.

**Note 7 - Warrants**

At September 30, 2025, the Company had no warrants outstanding. At December 31, 2024, the Company had 342,240 warrants outstanding with a weighted average exercise price of $8.90 per share. At September 30, 2025 and December 31, 2024, the Company had 653,827 and 763,827 pre-funded warrants outstanding, respectively, with an exercise price of $0.001 per share. During the nine months ended September 30, 2025, a warrant holder exercised 110,000 prefunded warrants for exercise proceeds of $110.

At September 30, 2025, all warrants were exercisable, although the warrants held by certain of the Company's warrant holders may be exercised only to the extent that the total number of shares of common stock then beneficially owned by such warrant holder does not exceed 4.99% (or, at the investor's election, 9.99%) of the outstanding shares of the Company's common stock.

Table of Contents

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS AND OTHER INFORMATION CONTAINED IN THIS REPORT**

This report contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 and the provisions of Section 27A of the Securities Act of 1933, as amended, or the Securities Act, and Section 21E of the Securities Exchange Act of 1934, as amended, or the Exchange Act. These statements include, but are not limited to, statements regarding our future financial performance, liquidity, business condition and results of operations, expectations regarding future expenses and gross margins, future business plans, and expectations regarding design wins and other business developments. Forward-looking statements give our current expectations or forecasts of future events. You can identify these statements by the fact that they do not relate strictly to historical or current facts. You can find many (but not all) of these statements by looking for words such as “approximates,” “believes,” “hopes,” “expects,” “anticipates,” “estimates,” “projects,” “intends,” “plans,” “would,” “should,” “could,” “may” or other similar expressions in this report. In particular, these include statements relating to future actions, prospective products, applications, customers, technologies, future performance or results of anticipated products, expenses, and financial results. These forward-looking statements are subject to certain risks and uncertainties that could cause actual results to differ materially from our historical experience and our present expectations or projections. Factors that could cause actual results to differ from those discussed in the forward-looking statements include, but are not limited to:

- our history of losses;
- our ability to generate revenue;
- our limited operating history;
- the size and growth of markets for our technology;
- Our ability to continue as a going concern;
- regulatory developments that may affect our business;
- our ability to successfully develop new products and the expected performance of those products;
- the performance of third-party consultants and service providers whom we have and will continue to rely on to assist us in development and commercialization of our B-TRAN® and related packaging and drive circuitry;
- the rate and degree of market acceptance for our B-TRAN® and current and future B-TRAN® products;
- the time required for third parties to redesign, test and certify their products incorporating our B-TRAN®;
- our ability to successfully commercialize our B-TRAN® technology;
- our ability to secure strategic partnerships with semiconductor fabricators and others related to our B-TRAN® technology;
- our ability to obtain, maintain, defend and enforce intellectual property rights protecting our technology;
- the success of our efforts to manage cash spending, particularly prior to the commercialization of our B-TRAN® technology at scale;
- trade protectionism, tariffs, and other barriers to trade that impact the availability or cost of the raw materials and components used in our products;
- general economic conditions and events, including inflation, and the impact they may have on us and our potential partners and licensees;
- our dependence on the global supply chain and impacts of supply chain disruptions;
- our ability to obtain adequate financing in the future, if and when we need it;
- changes in management and the board of directors, and our reliance on key personnel;

Table of Contents

- the impact of global health pandemics on our business, financial condition and results of operations;
- our success at managing the risks involved in the foregoing items; and
- other factors discussed in this report.

The forward-looking statements are based upon management's beliefs and assumptions and are made as of the date of this report. We undertake no obligation to publicly update or revise any forward-looking statements included in this report, except as required by applicable law. You should not place undue reliance on these forward-looking statements.

Unless otherwise stated or the context otherwise requires, the terms "Ideal Power," "we," "us," "our" and the "Company" refer to Ideal Power Inc.

Table of Contents

## ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

*The following discussion and analysis of our financial condition and results of operations should be read in conjunction with the financial statements and related notes included elsewhere in this Quarterly Report on Form 10-Q as well as our audited 2024 financial statements and related notes included in our Annual Report on Form 10-K for the year ended December 31, 2024. In addition to historical information, the discussion and analysis here and throughout this Form 10-Q contains forward-looking statements that involve risks, uncertainties and assumptions. Our actual results may differ materially from those anticipated in these forward-looking statements as a result of certain factors, including, but not limited, to those set forth under "Risk Factors" in Part I, Item 1A of our Annual Report on Form 10-K for the year ended December 31, 2024.*

**Overview**

Ideal Power Inc. is located in Austin, Texas. We are solely focused on the further development and commercialization of our Bidirectional bipolar junction TRANsistor (B-TRAN®) solid-state switch technology.

To date, operations have been funded primarily through the sale of common stock and pre-funded warrants.

We are in the process of commercializing our B-TRAN® technology and have launched our first three commercial products: the B-TRAN® Discrete, SymCool® Power Module and SymCool® IQ Intelligent Power Module. We generated $37,728 in revenue in the nine months ended September 30, 2025.

CEO Transition

Effective November 2, 2025, R. Daniel Brdar, the President and Chief Executive Officer and member of the Board of Directors of Ideal Power Inc., retired from all positions with us. Effective November 3, 2025, the Board appointed David Somo as the President and Chief Executive Officer and as a member of the Board of the Company.

Product Launches

In early 2023, we launched our SymCool® Power Module. This multi-die B-TRAN® module is designed to meet the very low conduction loss needs of the solid-state switchgear and electric vehicle ("EV") contactor markets. We commenced shipment of SymCool® Power Modules to fulfill customer orders in 2024.

In late 2023, we launched the SymCool® IQ Intelligent Power Module ("IPM"). The SymCool® IQ IPM builds on the multi-die packaging design of our SymCool® Power Module and adds an integrated intelligent driver optimized for bidirectional operation. This product targets several markets including renewable energy, energy storage, EV charging and other industrial applications. We announced our first order for this product in late 2024.

Upon product launch, we design and build initial prototypes for testing and to solicit customer feedback. Based on the results of testing and customer feedback, we incorporate any necessary changes into the product design, build final prototypes and complete additional testing prior to full commercial release. To date, our customers have purchased prototypes in small quantities for evaluation and provided us feedback that has been incorporated into our final product designs. We expect significantly higher volume orders from customers once we secure a design win from them, and they start to build inventory in advance of launching their OEM products. For the product launches described above, we would expect the time from announcing a design win to the sale of the related OEM product to be roughly one year, although it may vary considerably depending on the customer. We would expect a significantly longer design cycle for automotive applications. Design wins are expected to result in significant revenue growth for us over time as product life cycles tend to be relatively long for power electronics products as changing to another technology would require an OEM to redesign their product. See "First Design Win" below.

Development Agreement

In 2022, we announced, and began the first phase of, a product development agreement with Stellantis, a top 10 global automaker, for a custom B-TRAN® power module for use in the automaker's EV drivetrain inverters in its next generation EV platform. In the first phase of the program, we provided packaged B-TRAN® devices, test kits and technical data to Stellantis for their evaluation. In 2023, we secured, and began the second phase of, this program. In the second phase of the program, we collaborated with Stellantis and the program partners, including both the program's packaging company and the organization building the initial drivetrain inverter, to supply B-TRAN® devices for integration into the custom power module and inverter designs. Also, as part of the second phase of the program, we provided Stellantis a comprehensive test plan for the testing required to achieve certification to automotive standards for B-TRAN®. The test plan was subsequently approved as submitted. In 2024, we successfully completed the second phase of the program. The next phase of the program builds on the completion of deliverables from the prior two program phases and transitions to Stellantis' production team. We are currently finalizing the timing and scope of work for the next phase of the program with Stellantis. In August 2025, we secured an order from Stellantis for custom development and packaged devices targeting multiple EV applications.

Table of Contents

Customer Engagements

We have announced several engagements and/or initial orders with large companies, including a second top 10 global automaker, a third global automaker, a top 10 global provider of power conversion solutions to the solar industry, three global diverse power management market leaders, five tier 1 automotive suppliers, a global power conversion supplier and others. These companies intend to test and evaluate, or are already in the process of testing and evaluating, our technology for use in their applications. These engagements could lead to future design wins or custom development agreements. We also announced agreements with four distribution partners. We may add other distribution partners in the future.

First Design Win

In late 2024, we announced our first design win for solid-state circuit breakers ("SSCBs") with one of the largest circuit protection equipment manufacturers in Asia serving the industrial and utility markets. In connection with this design win, we entered into a joint development agreement for a SSCB product incorporating multiple B-TRAN® devices. The agreement includes the product design, prototype builds and testing of the SSCB, which was targeted for completion in the second quarter of 2025, to be followed by commercial sales. We completed our deliverables, including SSCB prototypes, under the agreement in the first quarter of 2025, three months ahead of schedule. Recently, the customer successfully completed their testing of updated SSCB prototypes that included enhancements requested by the customer. The customer plans on gathering feedback on this new product from their end customers ahead of product launch.

**Results of Operations**

**Comparison of the three months ended September 30, 2025 to the three months ended September 30, 2024**

*Revenue.* Revenue was $24,450 for the three months ended September 30, 2025, compared to $554 in the three months ended September 30, 2024. Revenue in the three months ended September 30, 2025 related primarily to our completion of the first deliverable under the purchase order from Stellantis. See "Development Agreement" above.

*Cost of Revenue.* Cost of revenue was $26,069 for the three months ended September 30, 2025, compared to $1,511 in the three months ended September 30, 2024. Cost of revenue in the three months ended September 30, 2025 related primarily to the first deliverable under the purchase order from Stellantis.

*Research and Development Expenses.* Research and development expenses increased by $109,099, or 6%, to $1,793,162 in the three months ended September 30, 2025 from $1,684,063 in the three months ended September 30, 2024. The increase was due to higher semiconductor fabrication costs of $279,898, search and placement fees of $106,798 and other B-TRAN® development spending of $29,491, partly offset by lower personnel costs of $147,091 and stock-based compensation expense of $159,997.

*General and Administrative Expenses.* General and administrative expenses increased by $64,969, or 7%, to $958,938 in the three months ended September 30, 2025 from $893,969 in the three months ended September 30, 2024. The increase was due to higher search and placement fees of $121,900, patent impairments of $34,363 and other spending of $8,884, partly offset by lower investor relations spending of $100,178.

*Sales and Marketing Expenses.* Sales and marketing expenses decreased by $54,044, or 17%, to $266,598 in the three months ended September 30, 2025 from $320,642 in the three months ended September 30, 2024. The decrease was due to lower personnel costs of $101,131, partly offset by higher search and placement fees of $46,596 and other spending of $491.

*Loss from Operations.* Our loss from operations for the three months ended September 30, 2025 was $3,020,317, or 4% higher, as compared to the $2,899,631 loss from operations for the three months ended September 30, 2024, for the reasons discussed above.

*Interest Income, Net.* Net interest income was $79,667 for the three months ended September 30, 2025, compared to $209,283 for the three months ended September 30, 2024, due primarily to the impact of a declining cash balance on interest earned on our money market account.

*Net Loss.* Our net loss for the three months ended September 30, 2025 was $2,940,650, or 9% higher, as compared to a net loss of $2,690,348 for the three months ended September 30, 2024, for the reasons discussed above.

**Comparison of the nine months ended September 30, 2025 to the nine months ended September 30, 2024**

*Revenue.* Revenue was $37,728 for the nine months ended September 30, 2025, compared to $80,624 in the nine months ended September 30, 2024. For the nine months ended September 30, 2025, our revenue related to our completion of the first deliverable under the purchase order from Stellantis, development revenue in connection with our first design win and product revenue. For the nine months ended September 30, 2024, our revenue was primarily related to the completion of the second phase of our development agreement with Stellantis.

*Cost of Revenue.* Cost of revenue was $60,408 for the nine months ended September 30, 2025, compared to $87,483 in the nine months ended September 30, 2024. Cost of revenue in the nine months ended September 30, 2025 related to costs incurred to complete the first deliverable under the purchase order from Stellantis, development costs in connection with our first design win and costs from initial low volume shipments of our products. Cost of revenue in the nine months ended September 30, 2024 related primarily to our development agreement with Stellantis. We expect negative gross margin from product revenue at low volumes with significant improvement in gross margins as we commence higher volume production and shipments in the future.

Table of Contents

*Research and Development Expenses.* Research and development expenses increased by $647,470, or 14%, to $5,261,173 in the nine months ended September 30, 2025 from $4,613,703 in the nine months ended September 30, 2024. The increase was due to higher semiconductor fabrication costs of $615,118, personnel costs of $117,555 and search and placement fees of $103,454, partly offset by lower stock-based compensation expense of $181,021 and other B-TRAN® development spending of $7,636. We expect relatively flat to modestly lower research and development expenses in the fourth quarter of 2025 as compared to the third quarter of 2025. There will be quarter-to-quarter variability to research and development expenses due to the timing of semiconductor fabrication runs, hiring and other development activities.

*General and Administrative Expenses.* General and administrative expenses increased by $60,957, or 2%, to $2,755,998 in the nine months ended September 30, 2025 from $2,695,041 in the nine months ended September 30, 2024. The increase was due to higher search and placement fees of $120,792, personnel costs of $82,880, stock-based compensation expense of $53,528 and other spending of $23,914, partly offset by lower investor relations spending of $220,157. We expect relatively flat to modestly higher general and administrative expenses, exclusive of stock-based compensation, in the fourth quarter of 2025 as compared to the third quarter of 2025.

*Sales and Marketing Expenses.* Sales and marketing expenses decreased by $51,201, or 5%, to $945,791 in the nine months ended September 30, 2025 from $996,992 in the nine months ended September 30, 2024. The decrease was due to lower personnel costs of $101,659 and stock-based compensation expense of $38,476, partly offset by higher search and placement fees of $75,654 and other spending of $13,280. We expect relatively flat sales and marketing expenses in the fourth quarter of 2025 as compared to the third quarter of 2025 as we further commercialize our B-TRAN® technology.

*Loss from Operations.* Our loss from operations for the nine months ended September 30, 2025 was $8,985,642, or 8% higher, as compared to the $8,312,595 loss from operations for the nine months ended September 30, 2024, for the reasons discussed above.

*Interest Income, Net.* Net interest income was $305,203 for the nine months ended September 30, 2025 compared to $490,556 for the nine months ended September 30, 2024 due primarily to the impact of a declining cash balance on interest earned on our money market account.

*Net Loss.* Our net loss for the nine months ended September 30, 2025 was $8,680,439, or 11% higher, as compared to a net loss of $7,822,039 for the nine months ended September 30, 2024, for the reasons discussed above.

**Liquidity and Capital Resources**

We have incurred losses since inception. We have funded our operations to date primarily through the sale of common stock and pre-funded warrants.

At September 30, 2025, we had cash and cash equivalents of $8.4 million. Our net working capital at September 30, 2025 was $7.8 million. We had no outstanding debt at September 30, 2025.

These consolidated financial statements have been prepared on a going concern basis, which assumes we will continue in operation for the foreseeable future and will be able to realize our assets and discharge our liabilities in the ordinary course of business. Our operations have resulted in a net loss of $8.7 million for the nine months ended September 30, 2025 and an accumulated deficit of $116.1 million at September 30, 2025. Our existing sources of liquidity at September 30, 2025 include cash and cash equivalents of $8.4 million. We have historically funded operations primarily through the sale of common stock and prefunded warrants. We are dependent on additional capital in order to sustain our ongoing operations as we currently generate minimal revenue with negative cash flows from operations since inception. The current cash balance and negative cash flow raise substantial doubt about our ability to continue as a going concern for a period of twelve months from the issuance of this Quarterly Report on Form 10-Q. Although we believe we have access to adequate sources of capital to fund our operations, we can provide no assurance that we will be able to secure additional equity or debt financing on terms acceptable to us or at all.

Operating activities in the nine months ended September 30, 2025 resulted in cash outflows of $6,973,275, which were due to the net loss for the period of $8,680,439, partly offset by stock-based compensation of $997,840, depreciation and amortization of $276,332, favorable balance sheet timing of $328,510 and other non-cash items of $104,482.

Operating activities in the nine months ended September 30, 2024 resulted in cash outflows of $6,192,707 which were due to the net loss for the period of $7,822,039, partly offset by stock-based compensation of $1,163,808, depreciation and amortization of $250,936, other non-cash items of $117,136 and favorable balance sheet timing of $97,452.

Investing activities in the nine months ended September 30, 2025 and 2024 resulted in cash outflows of $376,738 and $445,100, respectively, for the acquisition of intangible assets and fixed assets.

Table of Contents

Financing activities in the nine months ended September 30, 2025 resulted in net cash outflows of $98,724 with a cash outflow of $98,834 in tax payments related to the vesting of restricted stock units slightly offset by a cash inflow of $110 from the exercise of pre-funded warrants.

Financing activities in the nine months ended September 30, 2024 resulted in cash inflows of $15,724,818 in net proceeds from the public offering of our common stock and pre-funded warrants, $1,018,898 from the exercise of warrants, and $86,757 from the exercise of stock options, slightly offset by $11,579 in tax payments related to the vesting of restricted stock units.

**Critical Accounting Estimates**

There have been no significant changes during the nine months ended September 30, 2025 to the critical accounting estimates disclosed in Management's Discussion and Analysis of Financial Condition and Results of Operations in our Annual Report on Form 10-K for the fiscal year ended December 31, 2024.

**Trends, Events and Uncertainties**

There are no material changes from trends, events or uncertainties disclosed in our Annual Report on Form 10-K for the fiscal year ended December 31, 2024.

## ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

As a smaller reporting company, we are not required to provide this information.

## ITEM 4. CONTROLS AND PROCEDURES

**Evaluation of Disclosure Controls and Procedures**

Disclosure controls and procedures (as defined in Rule 13a-15(e) under the Exchange Act) include, without limitation, controls and procedures designed to ensure that information required to be disclosed in the Company's reports that it files or submits under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the Securities and Exchange Commission's rules and forms. The Company's disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that this information is accumulated and communicated to management, including the principal executive and principal financial officers, or persons performing similar functions, as appropriate to allow timely decisions regarding required disclosure. The Company conducted an evaluation (pursuant to Rule 13a-15(b) of the Exchange Act), under the supervision and with the participation of its Chief Executive Officer (principal executive officer) and its Chief Financial Officer (principal financial officer) of the effectiveness of the Company's disclosure controls and procedures as of September 30, 2025 and has concluded that, as of September 30, 2025, the Company's disclosure controls and procedures are effective.

**Changes in Internal Control over Financial Reporting**

There have been no material changes in our internal controls over financial reporting that occurred during the quarter ended September 30, 2025 that have materially affected, or are reasonably likely to materially affect, our internal controls over financial reporting.

**Limitations on the Effectiveness of Controls**

Control systems, no matter how well designed and operated, can provide only reasonable, not absolute, assurance that the control systems' objectives are being met. Further, the design of any system of controls must reflect the fact that there are resource constraints, and the benefits of all controls must be considered relative to their costs. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within the Company have been detected. These inherent limitations include the realities that judgments in decision-making can be faulty and that breakdowns can occur because of error or mistake. Control systems can also be circumvented by the individual acts of some persons by collusion of two or more people, or by management override of the controls. The design of any system of controls is also based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Over time, controls may become inadequate because of changes in conditions or deterioration in the degree of compliance with policies or procedures.

Table of Contents

## PART II-OTHER INFORMATION

### ITEM 1. LEGAL PROCEEDINGS

We may be subject to litigation from time to time in the ordinary course of business. We are not currently party to any legal proceedings.

### ITEM 1A. RISK FACTORS

There are no material changes from the risk factors disclosed in our Annual Report on Form 10-K for the year ended December 31, 2024.

### ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS

None.

### ITEM 3. DEFAULTS UPON SENIOR SECURITIES

Not applicable.

### ITEM 4. MINE SAFETY DISCLOSURES

Not applicable.

### ITEM 5. OTHER INFORMATION

During the three months ended September 30, 2025, no director or officer of the Company adopted or terminated a "Rule 10b5-1 trading arrangement" or non-Rule 10b5-1 trading arrangement," as each term is defined in Item 408(a) of Regulation S-K.

Table of Contents

**ITEM 6. EXHIBITS**

| Exhibit Number | Document |
|---|---|
| 31.1* | Certification of Principal Executive Officer pursuant to Exchange Act Rule, 13a-14(a) and 15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 31.2* | Certification of Principal Financial Officer pursuant to Exchange Act Rule, 13a-14(a) and 15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32.1** | Certification pursuant to 18 U.S.C. 1350, adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 101.INS* | Inline XBRL Instance Document - the instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document |
| 101.SCH* | Inline XBRL Taxonomy Extension Schema Document |
| 101.CAL* | Inline XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.DEF* | Inline XBRL Taxonomy Extension Definition Linkbase Document |
| 10.LAB* | Inline XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE* | Inline XBRL Taxonomy Extension Presentation Linkbase Document |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document and contained in Exhibit 101). |

* Filed herewith
** Furnished herewith

Table of Contents

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Dated: November 13, 2025

**IDEAL POWER INC.**

By: /s/ David Somo
David Somo
Chief Executive Officer

By: /s/ Timothy W. Burns
Timothy W. Burns
Chief Financial Officer

**Exhibit 31.1**

**CERTIFICATION OF PRINCIPAL EXECUTIVE OFFICER**
**PURSUANT TO SECTION 302(a) OF THE SARBANES-OXLEY ACT OF 2002**

I, David Somo, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Ideal Power Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15-d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: November 13, 2025

/s/ David Somo
David Somo
Chief Executive Officer (Principal Executive Officer)

**Exhibit 31.2**

**CERTIFICATION OF PRINCIPAL FINANCIAL OFFICER**
**PURSUANT TO SECTION 302(a) OF THE SARBANES-OXLEY ACT OF 2002**

I, Timothy W. Burns, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Ideal Power Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15-d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: November 13, 2025

/s/ Timothy W. Burns
Timothy W. Burns
Chief Financial Officer (Principal Financial Officer)

**Exhibit 32.1**

**CERTIFICATION PURSUANT TO 18 U.S.C. SECTION 1350
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the periodic report of Ideal Power Inc. (the "Company") on Form 10-Q for the quarter ended September 30, 2025 as filed with the Securities and Exchange Commission (the "Report"), we, David Somo, Chief Executive Officer (Principal Executive Officer) and Timothy W. Burns, Chief Financial Officer (Principal Financial Officer) of the Company, hereby certify as of the date hereof, solely for purposes of Title 18, Chapter 63, Section 1350 of the United States Code, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that to the best of our knowledge:

(1) The Report fully complies with the requirements of Section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934, and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company at the dates and for the periods indicated.

Date: November 13, 2025

/s/ David Somo
David Somo
Chief Executive Officer (Principal Executive Officer)

/s/ Timothy W. Burns
Timothy W. Burns
Chief Financial Officer (Principal Financial Officer)

# EXHIBIT 10

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 10-K**

**(Mark One)**
**☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2022**

**OR**

**☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from to**

Commission File Number 001-36216

**IDEAL POWER INC.**
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **DELAWARE**<br>(State or other jurisdiction of incorporation or organization) | **14-1999058**<br>(I.R.S. Employer Identification No.) |

**5508 Highway 290 West, Suite 120**
**Austin, Texas 78735**
(Address and zip code of principal executive offices)

**(512) 264-1542**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | IPWR | The Nasdaq Capital Market |

Securities registered pursuant to Section 12(g) of the Act: None.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company.

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☐ |
| Non-accelerated filer ☒ | Smaller reporting company ☒ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark whether the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the issuer is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the voting and non-voting common equity held by non-affiliates of the registrant was approximately $72,209,660 as of June 30, 2022, the last business day of the registrant's most recently completed second fiscal quarter, based upon the last sales price reported for such date on The Nasdaq Capital Market. For purposes of the foregoing calculation, all directors and executive officers of the registrant and holders of more than 10% of the registrant's common equity are assumed to be affiliates of the registrant. This determination of affiliate status is not necessarily a conclusive determination for other purposes.

As of March 28, 2023, the issuer had 5,924,680 shares of common stock, par value $0.001, outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Certain information required by Part III of this Annual Report on Form 10-K is incorporated herein by reference from the registrant's definitive proxy statement relating to the 2023 annual meeting of stockholders, which shall be filed with the Securities and Exchange Commission within 120 days after the end of the registrant's fiscal year ended December 31, 2022.

Table of Contents

# TABLE OF CONTENTS


| | |
|---|---|
| PART I. | 5 |
| ITEM 1: BUSINESS | 5 |
| ITEM 1A: RISK FACTORS | 9 |
| ITEM 1B: UNRESOLVED STAFF COMMENTS | 19 |
| ITEM 2: PROPERTIES | 19 |
| ITEM 3: LEGAL PROCEEDINGS | 19 |
| ITEM 4: MINE SAFETY DISCLOSURES | 20 |
| PART II. | 20 |
| ITEM 5: MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES | 20 |
| ITEM 6: [RESERVED] | 20 |
| ITEM 7: MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 20 |
| ITEM 7A: QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | 25 |
| ITEM 8: FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA | 25 |
| ITEM 9: CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE | 41 |
| ITEM 9A: CONTROLS AND PROCEDURES | 41 |
| ITEM 9B: OTHER INFORMATION | 42 |
| ITEM 9C: DISCLOSURE REGARDING FOREIGN JURISDICTIONS THAT PREVENT INSPECTIONS. | 42 |
| PART III. | 43 |
| ITEM 10: DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE | 43 |
| ITEM 11: EXECUTIVE COMPENSATION | 43 |
| ITEM 12: SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS | 43 |
| ITEM 13: CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE | 43 |
| ITEM 14: PRINCIPAL ACCOUNTANT FEES AND SERVICES | 43 |
| PART IV. | 44 |
| ITEM 15: EXHIBITS, FINANCIAL STATEMENT SCHEDULES | 44 |
| ITEM 16: FORM 10-K SUMMARY | 46 |
| Signatures | 47 |

Table of Contents

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS AND OTHER INFORMATION CONTAINED IN THIS REPORT**

This report contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 and the provisions of Section 27A of the Securities Act of 1933, as amended, or the Securities Act, and Section 21E of the Securities Exchange Act of 1934, as amended, or the Exchange Act. Forward-looking statements give our current expectations or forecasts of future events. You can identify these statements by the fact that they do not relate strictly to historical or current facts. You can find many (but not all) of these statements by looking for words such as "approximates," "believes," "hopes," "expects," "anticipates," "estimates," "projects," "intends," "plans," "would," "should," "could," "may" or other similar expressions in this report. In particular, these include statements relating to future actions, prospective products, applications, customers, technologies, future performance or results of anticipated products, expenses, and financial results. These forward-looking statements are subject to certain risks and uncertainties that could cause actual results to differ materially from our historical experience and our present expectations or projections. Factors that could cause actual results to differ from those discussed in the forward-looking statements include, but are not limited to:

- our history of losses;
- our ability to generate revenue;
- our limited operating history;
- the size and growth of markets for our technology;
- regulatory developments that may affect our business;
- our ability to successfully develop new technologies, particularly our bidirectional bipolar junction transistor, or B-TRAN™;
- our expectations regarding the timing of commercial fabrication of B-TRAN™ devices;
- our expectations regarding the performance of our B-TRAN™ and the consistency of that performance with prototypes as well as internal and third-party simulations;
- the expected performance of future products incorporating our B-TRAN™;
- the performance of third-party consultants and service providers whom we have and will continue to rely on to assist us in development and commercialization of our B-TRAN™ and related drive circuitry;
- the rate and degree of market acceptance for our B-TRAN™ and future B-TRAN™ products;
- the time required for third parties to redesign, test and certify their products incorporating our B-TRAN™;
- our ability to successfully commercialize our B-TRAN™ technology;
- our ability to secure strategic partnerships with semiconductor fabricators and others related to our B-TRAN™ technology;
- our ability to obtain, maintain, defend and enforce intellectual property rights protecting our technology;
- the success of our efforts to manage cash spending, particularly prior to the commercialization of our B-TRAN™ technology;
- general economic conditions and events, including inflation, and the impact they may have on us and our potential partners and licensees;

Table of Contents

- our dependence on the global supply chain and the impacts of supply chain disruptions;
- our ability to obtain adequate financing in the future, if and when we need it;
- the impact of the COVID-19 pandemic on our business, financial conduction and results of operations;
- our success at managing the risks involved in the foregoing items; and
- other factors discussed in this report.

The forward-looking statements are based upon management's beliefs and assumptions and are made as of the date of this report. We undertake no obligation to publicly update or revise any forward-looking statements included in this report, except as required by applicable law. You should not place undue reliance on these forward-looking statements.

Table of Contents

**PART I**

**ITEM 1: BUSINESS**

**Our Company**

Ideal Power Inc. was formed in Texas on May 17, 2007 and converted to a Delaware corporation on July 15, 2013. Unless otherwise stated or the context otherwise requires, the terms "Ideal Power," "we," "us," "our" and the "Company" refer to Ideal Power Inc.

We are solely focused on the further development and commercialization of our Bidirectional bipolar junction TRANsistor (B-TRAN™) solid-state switch technology.

To date, operations have been funded primarily through the sale of common stock and we have generated $3.7 million in grant revenue for bidirectional power switch development. Grant revenue was $203,269 and $576,399 in the years ended December 31, 2022 and 2021, respectively. We may pursue additional research and development grants, if and when available, to further develop and/or improve our technology. We are in the process of commercializing our B-TRAN™ technology.

***Product Launch***

In January 2023, we launched our first commercial product, the SymCool™ Power Module. This multi-die B-TRAN™ module is designed to meet the very low conduction loss needs of the solid-state circuit breaker (SSCB) market. We expect fabrication and initial sales of this product later in 2023.

***Development Agreement***

During the fourth quarter of 2022, we announced, and began Phase 1 of, a product development agreement with a top 10 global automaker for a custom B-TRAN™ power module for use in the automaker's electric vehicle ("EV") drivetrain inverters in its next generation EV platform. In Phase I of the program, we will provide packaged B-TRAN™ devices, drivers and technical data to the top 10 global automaker for their evaluation. Our expectation is that a successful Phase 1 will lead to us securing Phase 2 of the program. Assuming we secure Phase 2 of the program, we will collaborate with a packaging company selected by the automaker that will fabricate the custom B-TRAN™ modules. In Phase 3, the final development phase under the program, the custom B-TRAN™ power module is expected to be tested and certified in accordance with automotive codes and standards. The delivery of production-ready B-TRAN™-based modules is targeted for 2025. We expect to record modest revenue under this agreement in 2023.

***Test and Evaluation Agreements***

During 2021 and 2022, we announced several test and evaluation agreements with prospective customers, including a second top 10 global automaker, a top 10 global provider of power conversion solutions to the solar industry, a global diverse power management market leader, a commercial EV manufacturer and an EV charging company. These companies, along with other and future participants in our test and evaluation program, intend to test and evaluate the B-TRAN™ for use in their applications. We expect to incorporate the feedback from these customers into our future commercial products.

**Industry Background**

A semiconductor material is a substance that is characterized for "conducting" electricity easily, while at the same time, working as an insulator to prevent the flow of electricity. By using semiconductors, it becomes possible to perform rectification for the one-directional flow of electricity, amplification for increasing electrical signals, and switching to open and close the flow of electricity.

Power semiconductors possess a structure that is different from regular semiconductors, enabling them to handle high voltages and large currents without damage. Failures may occur due to a rise in temperatures resulting from heat generated from handling large amounts of power. Therefore, methods have been developed to reduce the amount of power semiconductor loss, which is the cause of the heat generation, while also effectively releasing the generated heat to the outside.

Table of Contents

Power semiconductors are mostly used in power conversion such as in changing voltages and frequencies, as well as changing direct current ("DC") to alternating current ("AC") and AC to DC. Power semiconductors play an indispensable role in accurately driving motors from low to high speeds, controlling the voltage and flow of electricity in electric and hybrid electric vehicles, supplying power grids with power generated from solar cells or wind turbines with less power loss, and providing a stable source of electricity to various home appliances and electrical equipment. In recent years, there has been a greater demand for energy-savings and power consumption reductions and growing demand for electric vehicles and, as a result, the need for power semiconductors that minimize power loss has been increasing.

Power semiconductors are solid-state devices that act as a switch without any mechanical movement. Solid-state devices are completely made from a solid material, typically silicon, and their flow of charges is confined within this solid material. The term solid-state is often used to show a difference from the earlier technologies of vacuum and gas-discharge tube devices and also to exclude the conventional electro-mechanical devices such as relays, switches, hard drives and other devices with moving parts. Solid-state devices are typically smaller, lighter and faster acting than electro-mechanical devices.

The global power semiconductor market may be categorized by component, material, end-use and geography. Based on component, the market includes power metal-oxide semiconductor field-effect transistors ("MOSFETs"), thyristors, rectifiers, bipolar junction transistors, insulated gate bipolar transistors ("IGBTs") and power diodes. With respect to material, the power semiconductor market is split several ways into silicon, germanium, silicon carbide and gallium nitride.

The end-use market is classified into automotive, industrial, renewable energy, telecommunication, consumer electronics, aerospace and defense, healthcare and others. Among these, automotive electronics accounts for significant consumption of power semiconductors. The number of semiconductors in vehicles has surged in recent years with the rising adoption of electric vehicles and hybrid electric vehicles. Further, the advent of drive-by-wire or x-by-wire technologies have led to a rise in number of electric components in vehicles over mechanical vehicle parts. This rise helps reduce vehicle weight which is directly related to improved fuel efficiency and reduced vehicular emissions. The heavy consumption of power semiconductors across several end-use markets such as industrial, automotive, consumer electronics and renewable energy is a key growth driver of the power semiconductor market.

The telecommunications market is also a significant end-user of power semiconductors. This segment displays demand for radio frequency power amplifiers and IGBTs among others. With the launch of 5G, the demand for power semiconductors has increased.

Geographically, Asia Pacific accounts for the leading consumption of power semiconductors among other key regions. The region is also one of the leading exporters of power semiconductors in the world. The growth in the region is mainly attributed to China, which is the leading automotive and passenger vehicle market in the world. China is currently the leading consumer of power semiconductors. Furthermore, demand for power semiconductors is increasing from renewable energy sectors in the region.

Europe and North America are also leading consumers of power semiconductors among others in the global market.

Leading players in the global power semiconductor market include Infineon Technologies AG, Texas Instruments, ON Semiconductor, Fuji Electric Co. Ltd., ST Microelectronics N.V., Mitsubishi Electric Group, Semikron International GmbH, and Toshiba Corporation. While these companies are potential competitors, they are also potential licensees for our B-TRAN™ technology as there is not, to our knowledge, a high-efficiency bidirectional design available in the market. See "-Competition."

There are a limited number of semiconductor fabrication development facilities in the United States and abroad. Furthermore, in 2021, 2022 and so far in 2023 there has been insufficient fabrication capacity for, and shortages of, certain semiconductor devices and related electronic components due both to the COVID-19 pandemic and increased demand, although this has not materially impacted us to date.

Table of Contents

**Our Technology**

To further improve the performance of bidirectional technologies and products, we identified the need for a true bidirectional power switch and applied for and, in 2012, received a grant from the U.S. Department of Energy's Advanced Research Projects Agency-Energy ("ARPA-E") to develop a bidirectional solid-state power switch. At the outset, our efforts under the ARPA-E grant were focused on the development of, including the manufacturing process development for, a bidirectional insulated gate bipolar transistor ("BD-IGBT"). Although work on BD-IGBTs had previously been done by others in research labs, it was a technology that had not yet been commercialized.

A bidirectional circuit incorporates multiple IGBTs, which are power switches used in the process to convert power from one current form to another. IGBTs switch current in only one direction and require the use of a blocking diode to prevent current from flowing back through the device. To enable a product to perform bidirectional power conversion, for each IGBT and diode used in a circuit, a second IGBT and diode must also be utilized. These additional components add voltage drops that affect the electrical efficiency of end-use products and generate heat that must be dissipated. To eliminate the need to utilize four devices to create one bidirectional switch and to improve the performance of bidirectional switching, a true bidirectional switch is necessary. While we initially focused on the development of a BD-IGBT under the ARPA-E grant, we shifted our focus under the grant to the development of a new, highly efficient power switch called a bidirectional bipolar junction transistor, or B-TRAN™, that we believe will allow product manufacturers to substitute one B-TRAN™ for two pairs of IGBTs and diodes used in bidirectional circuits in their products and, more importantly, be a potential replacement for conventional power switches, such as IGBTs, in the broader power semiconductor market. The B-TRAN™ leverages many of the same processing steps we had developed for the BD-IGBT while also providing certain key advantages including patentability, reduced component count and higher efficiency compared to a BD-IGBT.

Based on third-party device software simulations and prototype testing to date, we believe that the B-TRAN™ can significantly improve electrical efficiency in power converters and many other power conversion applications. Compared to conventional power switches, such as IGBTs, we believe the B-TRAN™ will reduce power losses by 50% or more depending on the application. The higher efficiency would substantially reduce the heat generated by the operation of products utilizing this technology. As a result, products incorporating B-TRANs™ would have lower thermal management requirements. This in turn would require significantly smaller surface area required for heat dissipation which would enable increased power density, or power per pound, and potentially result in smaller original equipment manufacturer, or OEM, products. In addition, B-TRAN™'s symmetric bidirectional operation reduces the number of components by 75% as compared to a conventional bidirectional switch utilizing IGBTs and diodes. This highly efficient and, we believe, unique symmetric operation will potentially provide a strong competitive advantage in bidirectional applications which are growing at rapid rates due to the electrification of transportation and the shift to renewable energy coupled with energy storage.

Our testing of B-TRAN™ silicon dies, prototypes and packaged devices to date is consistent with third-party simulations that predict significant performance and efficiency improvements over conventional power switches such as silicon-controlled rectifiers ("SCRs"), IGBTs and MOSFETs. We have also successfully confirmed the proof of concept of double-sided B-TRAN™ prototypes and packaged devices, validating the ability to make B-TRAN™ semiconductor power switches using conventional silicon semiconductor fabrication equipment and processes. Test results on the standard double-sided prototypes measured B-TRAN™ electrical losses at less than 50% that of conventional power switches such as silicon IGBTs.

As part of the B-TRAN™ development process and in partnership with our semiconductor fabrication partners, we continue with additional B-TRAN™ wafer runs, incorporating the results of prior runs and subsequent testing into the B-TRAN™ wafer fabrication. With the double-sided transistor behavior and low conduction losses measured and upgrades and improvements in the manufacturing process implemented, the next goal is to deliver packaged, prototype engineering samples for testing and evaluation by potential customers and partners. These samples will include a packaging design, incorporating input from a design for manufacturability review from a commercial packaging house. The samples will also include a second-generation prototype driver. Initial samples will be packaged B-TRAN™ dies with a driver and test boards in a safety enclosure. Feedback from potential customers in the test and evaluation program will be incorporated into future B-TRAN™ products.

The primary raw material used in the fabrication of B-TRAN™ devices is silicon wafers. Silicon is abundant and the production of silicon wafers is a large, global business with most manufacturers in Europe and Asia.

Table of Contents

**Business Strategy and Target Markets**

Once we have delivered engineering sample kits to potential customers and partners for testing and evaluation for use in their applications, we intend to engage these potential customers and partners for B-TRAN™ utilizing a strategic partnership model.

Potential target markets for B-TRAN™ devices include, but are not limited to, electric and hybrid electric vehicles, electric vehicle charging, renewable energy and energy storage system power converters, uninterruptible power supplies ("UPS") for data centers, industrial motor drives, solid-state circuit breakers, distribution and transmission switches and controls and other industrial and military markets. These markets typically utilize IGBTs for power switching in their applications. According to Mordor Intelligence, the IGBT market is already several billion dollars and is projected to be valued at $11 billion by 2026. We expect to initially target large and growing segments of the IGBT market, such as electric vehicles, electric vehicle charging, renewable energy, data center UPS systems and solid-state circuit breakers. We expect the B-TRAN™ to provide a competitive advantage in several IGBT markets due to its higher expected efficiency and inherent bidirectionality, the growth in bidirectional applications such as electric vehicles and energy storage, and as it seems the IGBT has almost reached its technological limit. We began to commercialize our B-TRAN™ technology in 2021 as we reached agreements with several potential customers and partners to participate in our B-TRAN™ test and evaluation program. See "Test and Evaluation Agreements" above. More recently, we entered into our first product development agreement and launched our first commercial product. See "Development Agreement" and "Product Launch" above.

**Intellectual Property**

We rely on a combination of patents, trade secrets, laws that protect intellectual property, confidentiality procedures and contractual restrictions with our employees and others to establish and protect our intellectual property rights. As of December 31, 2022, we had 41 U.S. and 31 foreign issued patents as well as 24 additional pending U.S. and international patent applications on our B-TRAN™ technology. Our first B-TRAN™ patent issued in 2015 and our patents generally have a 20-year life from the date of initial filing prior to expiration. We expect to continue to build our patent estate for our B-TRAN™ technology and other technological developments that broaden the scope of our technology platform.

***License Agreements***

In 2015, we entered into licensing agreements which expire on February 7, 2033. Per the agreements, we have an exclusive royalty-free license associated with semiconductor power switches which enhances our intellectual property portfolio. The agreements include both fixed payments, all of which were paid prior to 2017, and ongoing variable payments. The variable payments are a function of the number of associated patent filings pending and patents issued under the agreements. We will pay $10,000 for each patent filing pending and $20,000 for each patent issued each year of the agreements, up to a maximum of $100,000 each year (i.e. five issued patents). All five patents associated with the agreements were issued.

At December 31, 2022 and 2021, the corresponding long-term liability for the estimated present value of future payments under the licensing agreements was $838,458 and $917,100, respectively.

**Competition**

We will compete against well-established incumbent power semiconductor device suppliers, including companies that already operate at a large scale in the single-sided (unidirectional) power switch market with IGBTs and MOSFETs, including silicon carbide MOSFETs. We expect that these power semiconductor device providers will base their products on current technologies serving the unidirectional power switch market, although we continue to monitor the competitive landscape for offerings or potential offerings based on new technologies. Many, if not all of our competitors, have greater financial resources, more comprehensive product offerings, broader market presence, longer standing relationships with business partners, longer operating histories, greater manufacturing capabilities, stronger brand recognition, and greater marketing resources than we have. To date, we are not aware of any offerings or potential offerings based on a true high efficiency bidirectional design other than potential products based on our B-TRAN™ technology.

Table of Contents

Power semiconductor device providers typically compete based on voltage, current and frequency capabilities with the larger providers offering a broad range of standard products, including discrete devices and modules. Smaller providers generally take a niche approach focused on a unique or customized device capability. Customers for these devices are typically looking for demonstrable product or system level improvements in efficiency and/or power density for their applications. Power semiconductor device providers utilize direct and indirect sales teams focused on capturing customer design wins.

**Government Approval and Regulation**

Government approval is not required for us to license our B-TRAN™ technology or sell B-TRAN™ devices. However, government support for semiconductors and certain of our potential target markets including electric and hybrid electric vehicles, electric vehicle charging infrastructure, renewable energy, grid storage and improved grid resiliency may impact the size and growth rate of semiconductors and these potential target markets. There has been a trend in both the United States and abroad to support the adoption of electric vehicles and renewable energy due to increased concern regarding the effects of climate change. For example, the Biden administration has announced several initiatives related to EVs. The Bipartisan Infrastructure Law will invest $7.5 billion to build a national network of 500,000 EV chargers so that charging EVs is predictable, reliable and accessible; more than $7 billion to ensure domestic manufacturers have the critical minerals and other components necessary to make batteries; and over $10 billion for clean transit and school buses. In addition, the Inflation Reduction Act provides incentives for buyers of new and used EVs, credits to help manufacturers retool existing facilities and build new manufacturing in the United States, and grants to deploy zero emission heavy-duty vehicles. The CHIPS and Science Act will make critical investments in building domestic capacity for the semiconductors necessary for electric vehicles and will establish a technology, innovation, and partnerships directorate at the National Science Foundation to focus on fields like semiconductors and advanced computing, advanced communications technology, advanced energy technologies, quantum information technologies, and biotechnology. Government support for semiconductors and our potential target markets could have a material and positive impact on our business if our B-TRAN™ technology is successfully commercialized, particularly in these markets.

**Employees**

As of February 28, 2023, we had 8 full-time employees. None of these employees are covered by a collective bargaining agreement, and we believe our relationship with our employees is good.

**Available Information**

Our Internet address is www.idealpower.com and our investor relations website is located at ir.idealpower.com. We make available free of charge on our investor relations website under the heading “SEC Filings” our Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K and amendments to those reports and our Proxy Statement as soon as reasonably practicable after such materials are electronically filed with (or furnished to) the SEC. These reports are also available free of charge via EDGAR through the SEC website (www.sec.gov) as soon as reasonably practicable after such materials are electronically filed with (or furnished to) the SEC. We also make available on our website, our corporate governance documents, including our code of conduct and ethics. Information contained on our website (or any other website referred to in this Annual Report on Form 10-K) is not incorporated by reference into this Annual Report on Form 10-K.

**ITEM 1A: RISK FACTORS**

*We are subject to various risks that may materially harm our business, prospects, financial condition and results of operations. An investment in our common stock is speculative and involves a high degree of risk. In evaluating an investment in shares of our common stock, you should carefully consider the risks described below, together with the other information included in this report.*

*The risks described below are not the only risks we face. If any of the events described in the following risk factors actually occurs, or if additional risks and uncertainties later materialize that are not currently known to us or that we currently deem immaterial, then our business, prospects, results of operations and financial condition could be materially adversely affected. In that event, the trading price of our common stock could decline, and you may lose all or part of your investment in our shares. The risks discussed below include forward-looking statements, and our actual results may differ substantially from those discussed herein.*

Table of Contents

**Risks Related to the Company**

***We lack an established operating history on which to evaluate our business and determine if we will be able to execute our business plan. We have also incurred losses in prior periods, expect to incur losses in the future, currently generate no product revenue and we may not achieve or maintain profitability in the future.***

We have a limited operating history that makes it difficult to evaluate our business. Our focus is on the development and commercialization of our B-TRAN™ technology. We cannot say with certainty when we will successfully commercialize our B-TRAN™ technology, if ever, and thus we may not generate any product revenue in the near future, or ever.

Since inception, we have sustained approximately $87.1 million in net losses and we had net losses for the years ended December 31, 2022 and 2021 of approximately $7.2 million and $4.8 million, respectively. We expect to incur losses and negative cash flows from operating activities at least until such time as we have commercialized our B-TRAN™ technology and developed a substantial and stable revenue base. We cannot assure you that we can develop a substantial and stable revenue base or achieve or sustain profitability in the future.

We have been funding operations primarily through the sale of common stock. We currently generate no product revenue, although we expect initial modest product revenue in late 2023, and, in order to fund our operations until we are profitable, we may need to raise additional funds and such funds may not be available on commercially acceptable terms, if at all. If we are unable to raise funds on acceptable terms if and as needed, we may not be able to execute our business plan and generate sustainable revenue. This may seriously harm our business, financial condition and results of operations. In the event we are not able to continue operations, you will likely suffer a complete loss of your investment in our securities.

***Product development is an inherently uncertain process, and we may encounter unanticipated development challenges and may not be able to meet our product design and commercialization milestones.***

Prototype and other pre-commercial, as well as product, development and testing may be subject to unanticipated and significant delays, expenses and technical or other problems. We cannot guarantee that we will successfully achieve our milestones within our planned timeframe or ever. We have developed and tested prototypes of B-TRAN™ devices. We cannot predict whether future prototypes of the B-TRAN™ and B-TRAN™ products will achieve results consistent with our prototype testing to date, expectations, third-party simulations or the expectations of our potential customers and/or licensees. A prototype or product could cost significantly more than expected or the prototype or product design fabrication process could uncover problems that are not consistent with our expectations. Prototypes of B-TRAN™ devices are a material part of our business plan, and if they are not proven to be successful, our business and prospects would be harmed. In addition, for both testing and commercialization purposes, the B-TRAN™ will need to be packaged and paired with an efficient double-sided driver. The driver development is subject to similar risks as the B-TRAN™ prototype and product development including being subject to unanticipated and significant delays, expenses and technical or other problems.

More generally, the future commercialization of products using our technology and designs may also be adversely affected by many factors not within our control, including:

- the willingness of market participants to try new products incorporating our technology and the perceptions of these market participants of the safety, reliability, functionality and cost effectiveness of these products;
- the emergence of newer, possibly more effective technologies;
- the future cost and availability of the raw materials and components needed to manufacture and use products incorporating our technology; and
- the adoption of new regulatory or industry standards that may adversely affect the use or cost of products incorporating our technology.

Accordingly, we cannot predict that products incorporating our technology will be accepted on a scale sufficient to support development of mass markets for them.

Table of Contents

***Our semiconductor fabrication partners may be unable to successfully and cost-effectively develop and implement new process steps necessary for bidirectional semiconductor device development at scale.***

While the manufacturing of B-TRAN™ devices uses conventional equipment and process steps, there is heightened risk in the fabrication process due to the handling and processing of both sides of the wafer and achieving the required front to back alignment of the features. Two-sided wafer processing and handling is necessary as the B-TRAN™, unlike conventional power semiconductor devices, is a two-sided bidirectional device. In addition, the cost to manufacture a B-TRAN™ will be impacted by the number of process steps, the processing time and the size of the wafer. To date, B-TRAN™ prototypes under development have utilized smaller 4-inch and 5-inch diameter wafers resulting in fewer die per wafer. As a result, the cost per die is higher than if larger diameter wafers were utilized. For example, if an 8-inch wafer was used it would have four times the area and thus could produce four times as many die as a 4-inch wafer, or almost two and one half times the area and produce almost two and one half times as many die as a 6-inch wafer, resulting in a lower cost per die. If our semiconductor fabrication partners are unable to successfully and cost-effectively develop and implement new process steps necessary for bidirectional semiconductor device development at the prototype stage or at scale, our business, financial condition and results of operations would be materially and adversely affected.

There are a limited number of semiconductor fabrication development facilities in the United States and abroad. Furthermore, in 2021,2022 and thus far in 2023 there has been insufficient fabrication capacity for, and shortages of, certain semiconductor devices and related electronic components, although this has not materially impacted us to date. Continued or further disruptions to the supply chain for semiconductors and related electronic components could delay our critical development and commercialization activities and/or result in significantly higher costs for us for semiconductor components and/or semiconductor foundry and related services. This risk is magnified for us as a small company as we are at a disadvantage relative to larger, more established companies in securing semiconductor fabrication capacity as we do not have longstanding relationships with semiconductor foundries and, as a new technology, it will take time to scale to the volume necessary to attract and retain certain semiconductor foundries. There are also a limited number of well-capitalized semiconductor fabricators working with the small diameter wafers necessary for our current development. Our inability to engage such partners in a cost-effective manner, the loss of any fabrication development partner once engaged or industry supply chain disruptions may materially delay our development efforts and may have a materially adverse effect on our business, financial condition and results of operations.

***We, or our potential future licensees, must achieve design wins to obtain customers, although design wins achieved may not necessarily result in substantial sales or licensing revenue to us.***

We anticipate that our future designs will typically be integrated into systems by our potential customers. This may result in the need to customize our designs, generally the packaging and/or driver rather than the B-TRAN™ die, for certain applications or customers. We will need to work with semiconductor partners and/or manufacturers early in their design cycles to ensure that our designs will meet the requirements of their systems. Manufacturers typically choose one or two vendors to provide the components for use in their systems. Selection as one of these vendors is called a design win. It is critical that we, or our licensees, achieve these design wins in order to obtain customers and generate sales and/or licensing revenue. We currently have a test and evaluation program whereby certain potential customers will be testing our B-TRAN™ technology for use in their applications. We can provide no assurance that participation by a potential customer in our test and evaluation program will result in a design win.

We believe that equipment manufacturers often select their suppliers based on factors including long-term relationships and end user demand. Accordingly, we may have difficulty achieving design wins from equipment manufacturers as our products will be new entrants into the market. Our efforts to achieve design wins or assist our potential future licensees in achieving design wins may be time consuming and expensive and may not be successful. If we or our potential future licensees are not successful in achieving design wins, or if we or our potential future licensees do achieve design wins but the customers' systems that utilize our designs are not successful, our business, financial condition, and results of operations could be materially and adversely impacted.

Even if we, or our potential future licensees, achieve design wins, the timing of generation of sales and/or licensing revenue will be dependent on the customer's product design cycle. There may be significant time between when we, or our potential future licensees, achieve design wins and when we generate initial sales and/or licensing revenue from these design wins. Significant delays in our customers' product design cycles, or long product design cycles by these customers, could materially and adversely affect our business, financial condition and result of operations.

Table of Contents

Once a manufacturer chooses a component for use in a particular system, it is likely to retain that component for the life of that system. In addition, the sales cycle into certain potential target markets such as the automotive market are typically very long. Our future growth could experience material and prolonged adverse effects if we fail to achieve design wins or if the design wins do not result in substantial revenue for us within a reasonable timeframe.

***We previously received grant funds from the United States for the development of a bidirectional switch. In certain instances, the United States may obtain title to inventions related to this effort. If we were to lose title to those inventions, we may have to pay to license them from the United States in order to manufacture the inventions. If we were unable to license those inventions from the United States, it could slow down our product development.***

In conjunction with the ARPA-E grant we received from the Department of Energy, we granted to the United States a non-exclusive, nontransferable, irrevocable, paid-up license to practice or have practiced for or on behalf of the United States inventions related to a bidirectional switch and made within the scope of the grant. If we failed to disclose to the Department of Energy an invention made with grant funds that we disclosed to patent counsel or for publication, or if we elect not to retain title to the invention, the United States may request that title to the subject invention be transferred to it.

We also granted “march-in-rights” to the United States in connection with any bidirectional switch inventions in which we choose not to retain title, if those inventions were made under the ARPA-E grant. Pursuant to the march-in-rights, the United States has the right to require us, any person to whom we have assigned our rights, or any exclusive licensee to grant a non-exclusive, partially exclusive, or exclusive license in any field of use to a responsible applicant upon terms that are reasonable. If the license is not granted as requested, the United States has the right to grant the license if it determines that we have not achieved practical application of the invention in the field of use, the action is necessary to alleviate health or safety needs, the action is necessary to meet requirements for public use specified by Federal regulations and such requirements have not been satisfied, or the action is necessary because an agreement to manufacture the invention in the United States has not been obtained or waived or because any such agreement has been breached.

If we lost title to the United States as a result of any of these events, we would have to pay to license the inventions, if needed, from the United States to manufacture the applicable bidirectional switch. If we were unable to license those inventions from the United States, it could materially and adversely impact our business, financial condition and results of operations.

***As we continue to grow and to develop our intellectual property, we could attract threats from patent monetization firms or competitors alleging infringement or competitors could infringe upon our intellectual property. We may incur substantial costs as a result of litigation or other proceedings relating to patent and other intellectual property rights.***

As we continue to grow and to develop our intellectual property, we could attract threats from patent monetization firms or competitors alleging infringement of intellectual property rights. In that event, we may incur significant costs to defend against such a claim even if the claim proves to have no merit. In addition, some of our future competitors will be able to sustain the costs of complex patent litigation more effectively than we can because they have substantially greater resources. If we do not prevail in this type of litigation, we may be required to: pay monetary damages; stop commercial activities relating to our technology; obtain one or more licenses in order to secure the rights to manufacturing or marketing certain future products incorporating our technology; or attempt to compete in the market with substantially similar products. Uncertainties resulting from the initiation and continuation of any litigation could limit our ability to continue some or all of our operations. We may face significant expenses and liability in connection with the protection of our intellectual property and, if we are unable to successfully protect our rights or resolve intellectual property conflicts with others, our business or financial condition could be adversely affected.

Table of Contents

Our success depends in large part on our proprietary technology for which we seek protection under patent, copyright, trademark and trade secret laws in the United States and abroad. Such protection is also maintained in part using proprietary information and inventions agreements and non-disclosure agreements. The agreements we use in an effort to protect our intellectual property, confidential information, and other unpatented proprietary information may be ineffective or insufficient to prevent unauthorized use or disclosure of such trade secrets and information. A party to one of these agreements may breach the agreement and we may not have adequate remedies for such breach. As a result, our trade secrets, confidential information, and other unpatented proprietary rights and information may become known to others, including our competitors. Using third-party manufacturers, both domestically and abroad, may increase the risk of misappropriation of our trade secrets, confidential information and other unpatented proprietary information. Protection of our technology is important to us so that we may offer our future customers proprietary products unavailable from our competitors, and so that we may prevent our competitors from using technology that we have developed or exclusively licensed. If we are unable to effectively protect our intellectual property, our business and competitive position may be adversely affected.

***We may license our technology in the future; however the terms of any such agreements may not prove to be advantageous to us. If the license agreements we may enter into do not prove to be advantageous to us, our business and results of operations will be adversely affected.***

Although we intend to initially employ a product sales strategy for products incorporating our B-TRAN™ technology, we also expect to employ a licensing strategy for the production and potentially the sale of our future B-TRAN™ products in certain instances. However, we may not be able to secure license agreements with semiconductor fabrication partners or other strategic partners at all or on terms that are advantageous to us. Furthermore, the timing and volume of revenue earned from license agreements will be outside of our control. If the license agreements we may enter into in the future do not prove to be advantageous to us, our business and results of operations will be adversely affected.

***Future revenue may rely on the marketing and sales efforts of third parties whom we do not control.***

The marketing and sale of our future products to end user customers may be conducted by us, future licensees of our technology or a combination thereof. Consequently, commercial success of our products may depend, to a great extent, on the efforts of others. We may not be able to identify, maintain or establish appropriate relationships in the future. We can give no assurance that any such third parties will focus adequate resources on selling our products or will be successful in selling them. In addition, these third parties may require customization of our designs or other concessions that could reduce the potential profitability of these relationships. Failure to develop favorable licensing relationships in our target markets may adversely affect our commercialization schedule and, to the extent we enter into such relationships, the failure of our licensees to focus adequate resources on selling our products or be successful in selling them or to meet their monetary obligations to us may adversely affect our financial condition and results of operations.

***A material part of our success depends on our ability to manage third-party resources. Our failure to properly select, manage and retain qualified third-party resources could materially and adversely affect our results of operations and relations with our partners and future customers.***

Our development efforts are highly dependent on third-party resources for semiconductor expertise and manufacturing. These third-party resources include experts in power semiconductor switches and drivers, semiconductor fabrication suppliers, and other resources within the power switch ecosystem. The loss of one or more of our third-party resources could have a material adverse effect on the timing of our development efforts which could, in turn, result in our business and results of operations being adversely affected. We also rely on our semiconductor fabrication partners and packaging firms to develop prototype and, in the future, commercial devices and modules. There can be no assurance that these manufacturing partners will provide devices and/or modules in a timely and cost-efficient manner, provide quality devices and/or modules or otherwise meet our needs and expectations. Our ability to manage such relationships and timely replace such partners, if necessary, is critical to our success. The loss of and our failure to timely replace third-party resources, fabrication partners and other suppliers within the power switch ecosystem, should that become necessary, could materially and adversely affect our results of operations and relations with our partners and future customers. See also "-*Our semiconductor fabrication partners may be unable to successfully and cost-effectively develop and implement new process steps necessary for bidirectional semiconductor device development at scale.*"

Table of Contents

***Supply chain disruptions could interrupt product manufacturing and global logistics and increase product costs.***

We currently rely upon the facilities of our semiconductor fabricator partners in the western United States, including California, to support our business as well as vendors throughout the United States and abroad to supply silicon wafers and other materials and processing and engineering capabilities and expertise. In 2021, 2022 and thus far in 2023, there have been global industry-wide logistics challenges, including those caused by COVID-19 outbreaks. While these logistics challenges have caused some disruption in our business, these disruptions have been manageable and their impact on us has not been significant to us to date. Future facility closures and/or disruptions may occur if additional COVID-19 breakouts occur in areas where we rely on third parties.

We and certain of our suppliers also rely on international shipping to transport wafers, circuit boards and other electronic components to us and our other suppliers. During the years ended December 31, 2021 and 2022, international shipping to the U.S. was disrupted and delayed due to congestion in west coast ports and other causes. Continued or additional delays in shipping may cause us or our suppliers to have to use more expensive air freight or other more costly methods. In addition, global inflation has contributed to already higher incremental freight and component costs and such inflation may continue to result in higher costs. Logistics delays could result in delays to critical development activities. Further, failure to adequately fabricate and timely ship our prototypes and, when commercially available, products to potential customers could lead to delays in their testing and evaluation and/or adoption of our technology, lost potential revenue, failure to meet customer demand and strained relationships with customers.

Despite our actions to mitigate these impacts, we may be impacted by global logistics challenges in 2023.

***Our business, including our supply chain, liquidity, financial condition and financial results may be materially adversely disrupted and impacted due to the COVID-19 pandemic.***

In 2020, 2021 and 2022, the COVID-19 pandemic drove global uncertainty and disruption and spread throughout the geographic region in which we operate our business and the geographic regions where our suppliers, business partners and potential customers are located. While the COVID-19 pandemic caused some disruption to our business in 2020, the COVID-19 pandemic has not had a material adverse impact on our operations to date. Potential financial impacts associated with the COVID-19 pandemic include, but are not limited to, delays in critical development and commercialization activities, including delays due to supply chain disruptions, and temporary and potential incremental costs associated with mitigating the effects of the COVID-19 pandemic, including increased freight and logistics costs and other expenses. The COVID-19 pandemic is ongoing, and its dynamic nature, including uncertainties relating to the ultimate spread of the virus and its related variants, the duration of the pandemic, the timing, scope and efficacy of vaccination efforts and additional actions that may be taken by governmental authorities in response to the pandemic, makes it difficult to forecast any effects on our results of operations for 2023 and thereafter.

Furthermore, we rely upon the facilities of our semiconductor fabricator partners in the western United States, including California, to support our business as well as vendors throughout the United States and abroad to supply silicon wafers and other materials and processing and engineering capabilities and expertise. Accordingly, a significant portion of our supply chain is located in California and other locations domestically and abroad where the COVID-19 impacts have been in the past, and in the future may be, significant. We may also increasingly utilize partners abroad and the impact of the COVID-19 pandemic on these partners, and thereby to us, cannot be predicted at this time. The COVID-19 pandemic has resulted in significant governmental measures being implemented to control the spread of the virus and its related variants, including, among others, restrictions on manufacturing and the movement of employees in many states or regions of these countries. As a result of COVID-19 and the measures designed to contain the spread of the virus and its related variants, our suppliers may not have the materials, capacity, or capability to supply us the components needed to continue our development efforts according to our schedule. Any reduction in manufacturing or supply capacity may reduce or even halt the supply of necessary components needed for us to continue these activities. Further, there may be logistics issues, including our ability and our supply chain's ability to operate, and transportation demands that may cause further delays. See also "-*Supply chain disruptions could interrupt product manufacturing and global logistics and increase product costs.*" If our suppliers' operations are curtailed, we may need to seek alternate sources of supply, which may be more expensive. Alternate sources may not be available or may result in delays in shipments to us from our supply chain, each of which would affect our results of operations. While disruptions and restrictions on our operations, including temporary closures of the facilities of our suppliers, as well as general limitations on movement in the region have occurred and may occur in the future, the duration of any potential production and supply chain disruption, and related financial impact, cannot be estimated at this time. Should production and distribution closures occur, the impact on our supply chain could have a material adverse effect on our results of operations, financial condition and cash flows. See *"-Risks Related to the Company-Our semiconductor fabrication partners may be unable to successfully and cost-*

Table of Contents

*effectively develop and implement new process steps necessary for bidirectional semiconductor device development at scale."* The COVID-19 pandemic may also delay the commercialization of our B-TRAN™ technology, which would materially and adversely affect our business and operating results.

***We may need additional financing to execute our business plan and fund operations, which additional financing may not be available on commercially reasonable terms or at all.***

We have and, prior to profitable commercialization at scale, may continue to rely on raising funds from investors and/or other sources to support our research and development activities and execute our business plan. Macro-economic conditions in the United States and abroad may result in a tightening of the credit markets and/or less capital available for small public companies, which may make it more difficult for us to raise capital on commercially reasonable terms or at all. Also, the COVID-19 pandemic has caused significant volatility in the global financial markets, which could increase the cost of capital and adversely impact our ability to raise additional capital, which could negatively affect our liquidity in the future. If we are unable to raise funds on acceptable terms if and as needed, we may be forced to curtail our operations or even cease operating altogether. Therefore, unfavorable macroeconomic conditions, particularly in the United States, including as a result of COVID-19 or inflation, and any resulting recession or slowed economic growth, could have an outsized negative impact on us. This may seriously harm our business, financial condition and results of operations.

***A failure to obtain additional government grants could have a material adverse effect on our development efforts and our ability to fund operations and execute on our business plan.***

We expect to fund a portion of our development efforts with funds received under government grants. However, we may not be awarded any such grants in the future, any such grant awards may be insufficient to fund a meaningful portion of our development spending and/or the timing of the receipt of any such award or awards may not coincide with the planned timing of our development efforts. Grants are subject to long procurement cycles, typically 6 to 12 months, and there may not be open grant solicitations for topics relevant to our B-TRAN™ technology. Grant topics are typically identified 1 to 2 years prior to the opening of the grant solicitation and the windows to submit proposals are discrete time periods. Further, the award of grants is a subjective process and government agencies often do not provide detailed feedback on why a grant was not received.

A factor that could negatively impact our ability to obtain government grants is that our technology is not yet commercialized. If, in the future, grant agencies determine that our technological readiness is not sufficiently advanced for a funded demonstration incorporating B-TRAN™ or potential partners determine that our technological readiness is not sufficient to partner with us on grant proposals, we may be unable to obtain additional government grants. Overall, there is a high degree of uncertainty in obtaining grants, particularly for technologies that have not been demonstrated with commercial devices, and we can provide no assurance that we will be able to obtain additional government grants to offset a significant, or any, portion of our development spending. If we do not obtain additional grants or our efforts to obtain additional grants take longer than expected to be successful, we will need to rely on other means to fund our development.

***We are highly dependent on the services of key members of our management and technical teams. Our inability to retain these individuals could impede our business plan and growth strategies, which could have a negative impact on our business and the value of your investment.***

Our ability to implement our business plan depends, to a critical extent, on the continued efforts and services of key members of our management and technical teams. If we unexpectedly lose the services of any of these persons during this important time in the development and commercialization of our B-TRAN™ technology, the loss may result in a delay in the implementation of our business plan and plan of operations. We can give no assurance that we could find satisfactory replacements for these individuals on terms that would not be unduly expensive or burdensome to us. We do not currently carry a key-man life insurance policy that would assist us in recouping our costs in the event of the death or disability of any of these persons.

In addition, as a small team we will need additional commercial and semiconductor expertise to successfully develop products and commercialize our technology. We can give no assurance that we will be able to identify and secure the necessary expertise at the appropriate time or at all.

Table of Contents

***Our operating results for any quarterly reporting period may fluctuate significantly depending on the timing and pace of our development spending and costs to commercialize our technology.***

Our research and development costs may vary significantly from quarter to quarter depending on the current phase of development and commercialization of our technology and the timing of pre-commercial semiconductor fabrication, commercial production and revenue generation and negotiations with potential strategic partners. We also may intentionally accelerate our development costs or may be faced with unexpected delays or challenges with development that could significantly impact our operating results. Significant adverse fluctuations in our research and development spending and other operating costs from period to period could adversely affect the market price for our common stock.

***New technologies in the power semiconductor switch industry may supplant our technology in this market, which would harm our business and operations, and we may not be able to compete effectively in this industry and with any such new technologies.***

The power semiconductor switch industry is subject to significant technological change. Our future success will depend on the cutting-edge relevance of our technology, and thereafter on our ability to appropriately respond to changing technologies and changes in function of products and product quality. If new technologies supplant our technology, our business would be adversely affected and we will have to revise our plan of operation.

We or our potential licensees could be competing against large power semiconductor device suppliers with substantially greater resources than us, financial and otherwise. These competitors may also have more comprehensive product lines, broader market presence, longer standing relationships with customers, longer operating histories, greater manufacturing and/or product development capabilities, stronger brand recognition, and greater marketing resources than we and/or our licensees have. If any of these competitors develop products to compete with our technology, we may not be able to commercialize our technology and our technology may not result in sufficient, or any, product and/or licensing revenue.

***We may not be able to use some or all of our net operating loss carryforwards to offset future income.***

We have net operating loss carryforwards due to prior period losses generated before January 1, 2023 which if not utilized will begin to expire in 2031 for net operating loss carryforwards prior to 2018 and which do not expire for net operating loss carryforwards for 2018 and thereafter. If we are unable to generate sufficient taxable income to utilize our net operating loss carryforwards, pre-2018 carryforwards could expire unused and be unavailable to offset future income tax liabilities.

In addition, under Sections 382 and 383 of the Internal Revenue Code of 1986, as amended, a corporation that undergoes an “ownership change” (generally defined as a greater than 50% change (by value) in its equity ownership over a three-year period) is subject to limitation on its ability to utilize its pre-change net operating loss and credit carry-forwards, or net operating losses, to offset future taxable income. We may have experienced one or more ownership changes under these Sections in connection with our initial public offering and one or more subsequent financings. However, we do not anticipate performing a complete analysis of the limitation on the annual use of the net operating loss and tax credit carryforwards until such time we project we will be able to utilize these tax attributes. In addition, future changes in our stock ownership, which may be outside of our control, may trigger an ownership change, as may future equity offerings or acquisitions that have equity as a component of the purchase price. If an ownership change has occurred or does occur in the future, our ability to utilize our net operating losses to offset income if we attain profitability may be limited.

**Risks Related to Owning Our Common Stock**

***The public market for our common stock may be volatile. This may affect the ability of our investors to sell their shares as well as the price at which they sell their shares.***

The market price for our shares has experienced significant price and volume fluctuations. We cannot predict whether the price of our common stock will rise or fall. Our stock price may be significantly affected by factors such as, among others:

- variations in the volume of trading activity;
- actual or anticipated fluctuations in our liquidity, financial condition and operating results;

Table of Contents

- quarterly and yearly operating results compared to market expectations;
- quarterly and yearly operating results of other companies in our industry compared to market expectations;
- general trends in markets we expect to serve;
- competition from existing products or new products that may emerge;
- future announcements concerning our business or our competitors' businesses;
- additions or departures of key management or other technical personnel;
- the public's reaction to our press releases, other public announcements and filings with the Securities and Exchange Commission (the "SEC");
- issuances or sales, or expected issuances or sales, of our capital stock;
- disputes or other developments related to proprietary rights, including patents, litigation matters and our ability to obtain patent protection for our technologies;
- litigation involving us, our general industry or both; and
- changes in state or federal regulations affecting us and our industry.

Furthermore, in recent years the stock market has experienced extreme price and volume fluctuations that are unrelated or disproportionate to the operating performance of the affected companies. Such broad market fluctuations may adversely affect the market price of our common stock. In addition, price volatility may be greater if the public float and trading volume of our common stock is low. As a result, you may suffer a loss on your investment.

***We have the right to issue, and have in the past issued, shares of preferred stock. If we were to issue additional preferred stock, it may have rights, preferences and privileges that may adversely affect the common stock.***

We are authorized to issue 10,000,000 shares of "blank check" preferred stock, with such rights, preferences and privileges as may be determined from time-to-time by our Board of Directors ("Board"). Our Board is empowered, without stockholder approval, to issue preferred stock in one or more series, and to fix for any series the dividend rights, dissolution or liquidation preferences, redemption prices, conversion rights, voting rights, and other rights, preferences and privileges for the preferred stock. The issuance of shares of preferred stock, depending on the rights, preferences and privileges attributable to the preferred stock, could reduce the voting rights and powers of our common stock and the portion of our assets allocated for distribution to common stockholders in a liquidation event, and could also result in dilution in the book value per share of our common stock. The preferred stock could also be utilized, under certain circumstances, as a method for raising additional capital or discouraging, delaying or preventing a change in control of the Company, to the detriment of the investors in our common stock. We cannot assure you that we will not, under certain circumstances, issue shares of our preferred stock. At December 31, 2022, we had no shares of preferred stock outstanding.

***We have not paid dividends in the past and have no immediate plans to pay dividends.***

We plan to reinvest all of our earnings, to the extent we have earnings, in order to market our products and to cover operating costs and to otherwise become and remain competitive. We do not plan to pay any cash dividends with respect to our securities in the foreseeable future. As a result, only appreciation in the price of our common stock, which may never occur, will provide a return to stockholders. We cannot assure you that we would, at any time, generate sufficient surplus cash that would be available for distribution to the holders of our common stock as a dividend. Therefore, you should not expect to receive cash dividends on our common stock.

Table of Contents

***Shares eligible for future sale, including warrants and options exercisable into shares of our common stock, may cause dilution to our existing stockholders and may adversely affect the market for our common stock.***

Sales of substantial amounts of our common stock in the public market, or the perception that these sales could occur, could cause the market price of our common stock to decline. These sales could also make it more difficult for us to sell equity or equity-related securities in the future at a time and price that we deem appropriate.

At February 28, 2023, we had 5,924,680 shares of common stock outstanding and 253,828 pre-funded warrants with an exercise price of $0.001 that are included in our computation of basic earnings per share. Shares beneficially owned by our affiliates, if any, and employees are subject to volume and other restrictions under Rules 144 and 701 under the Securities Act, various vesting agreements, our insider trading policy and/or any applicable 10b5-1 trading plan. Shares that are not beneficially owned by our affiliates and employees generally can be freely sold in the public market, potentially subject in some cases to restrictions under Rule 144.

At February 28, 2023, we had 1,637,584 potentially dilutive shares outstanding, exclusive of pre-funded warrants to purchase shares of common stock that are considered outstanding common shares and included in our computation of basic earnings per share, and we may grant additional options, restricted stock units, performance stock units, other stock-based awards and/or warrants in the future. The holders of vested options or warrants, including pre-funded warrants, may exercise their options and/or warrants and sell a large number of shares. Any sale of a substantial number of shares of our common stock may have a material adverse effect on the market price of our common stock.

***Raising additional capital, if necessary, may cause dilution to our existing stockholders, restrict our operations or require us to relinquish rights to our technologies.***

We may seek additional capital through a combination of public and private equity offerings, debt financings, strategic partnerships and licensing arrangements. To the extent that we raise additional capital through the sale or issuance of equity, warrants or convertible debt securities, the ownership interest of our existing stockholders will be diluted, and the terms of such securities may include liquidation or other preferences that adversely affect your rights as a stockholder. If we raise capital through debt financing, it may involve agreements that include covenants limiting or restricting our ability to take certain actions, such as incurring additional debt, making capital expenditures or declaring dividends. If we raise additional funds through strategic partnerships or licensing agreements with third parties, we may have to relinquish valuable rights to our technologies, or grant licenses on terms that are not favorable to us. If we are unable to raise additional funds if and when needed, we may be required to delay, limit, reduce or terminate our development and commercialization efforts.

***Our ability to raise capital is limited by the Securities Act and SEC rules and regulations.***

Under current SEC rules and regulations, because the aggregate market value of our common stock held by non-affiliates, or public float, was less than $75 million (calculated as set forth in Form S-3 and SEC rules and regulations) at the time of filing of this Annual Report on Form 10- K, the amount we can raise through primary public offerings of our securities in any 12-month period using a registration statement on Form S-3 will be limited to one-third of our public float. Alternative means of raising capital through sales of our securities, including through the use of a “long form” registration statement on a Form S-1 or in private placements of equity or debt securities, may be more costly and time-consuming and more difficult to market to potential investors, which may have a material adverse effect on our ability to raise capital, our liquidity position and strategy.

Table of Contents

***Our charter documents and Delaware law may inhibit a takeover that stockholders consider favorable.***

Our certificate of incorporation (as amended and restated to date, our "certificate") and our bylaws (as amended and restated to date, our "bylaws") and applicable provisions of Delaware law may delay or discourage transactions involving an actual or potential change in control or change in our management, including transactions in which stockholders might otherwise receive a premium for their shares, or transactions that our stockholders might otherwise deem to be in their best interests. The provisions in our certificate and bylaws:

- authorize our Board to issue preferred stock without stockholder approval and to designate the rights, preferences and privileges of each class; if issued, such preferred stock would increase the number of outstanding shares of our capital stock and could include terms that may deter an acquisition of us;
- limit who may call stockholder meetings;
- do not permit stockholders to act by written consent;
- do not provide for cumulative voting rights; and
- provide that all vacancies may be filled by the affirmative vote of a majority of directors then in office, even if less than a quorum.

In addition, Section 203 of the Delaware General Corporation Law may limit our ability to engage in any business combination with a person who beneficially owns 15% or more of our outstanding voting stock unless certain conditions are satisfied. This restriction lasts for a period of three years following the share acquisition. These provisions may have the effect of entrenching our management team and may deprive you of the opportunity to sell your shares to potential acquirers at a premium over prevailing prices. This potential inability to obtain a control premium could reduce the price of our common stock.

***If securities or industry analysts do not publish or do not continue to publish research or reports about our business, or if they issue an adverse or misleading opinion regarding our stock, our stock price and trading volume could decline.***

The trading market for our common stock may be influenced by the research and reports that industry or securities analysts publish about us or our business. In 2022, one securities analyst published reports on us. If this analyst ceases coverage of our company or fails to publish reports on us regularly and/or one or more other analysts do not initiate coverage on us, we could lose visibility in the financial markets, which in turn could cause our stock price or trading volume to decline. In addition, if one or more analysts issues an adverse opinion regarding our stock, our stock price would likely decline.

**ITEM 1B: UNRESOLVED STAFF COMMENTS**

None.

**ITEM 2: PROPERTIES**

Our principal office is located at 5508 Highway 290 West, Suite 120, Austin, Texas 78735. We lease 4,070 square feet of office and laboratory space. The lease commenced on June 1, 2021 and, as of December 31, 2022, the remaining term of the lease is 44 months.

**ITEM 3: LEGAL PROCEEDINGS**

We may be subject to litigation from time to time in the ordinary course of business. We are not currently party to any legal proceedings that we believe would reasonably have a material adverse impact on its business, financial results, and cash flows.

Table of Contents

**ITEM 4: MINE SAFETY DISCLOSURES**

Not applicable.

**PART II**

**ITEM 5: MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES**

Our common stock is listed on the Nasdaq Capital Market under the symbol "IPWR." As of March 24, 2023, we had 23 shareholders of record.

***Dividends***

We have not paid any cash dividends on our common stock since our inception and do not anticipate paying any cash dividends in the foreseeable future. We plan to retain our earnings, if any, to provide funds for the expansion of our business. The payment of future dividends, if any, will be at the discretion of our Board and will depend on our financial condition, results of operations, capital requirements, restrictions contained in future financing agreements, provisions of applicable law and any other factors our Board deems relevant.

***Performance Graph***

As a smaller reporting company, we are not required to provide this information.

***Purchases of Equity Securities by the Issuer***

None.

**ITEM 6: [Reserved]**

**ITEM 7: MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

*The following discussion and analysis of our financial condition and results of operations should be read in conjunction with the audited financial statements and related notes included elsewhere in this Annual Report on Form 10-K. In addition to historical information, this discussion and analysis here and throughout this Form 10-K contains forward-looking statements that involve risks, uncertainties and assumptions. Our actual results may differ materially from those anticipated in these forward-looking statements.*

**Overview**

Ideal Power is located in Austin, Texas.

We are solely focused on the further development and commercialization of our B-TRAN™ solid-state switch technology.

To date, operations have been funded primarily through the sale of common stock and we have generated $3.7 million in grant revenue for bidirectional power switch development. Grant revenue was $203,269 and $576,399, respectively, in the years ended December 31, 2022 and 2021, respectively. We may pursue additional research and development grants, if and when available, to further develop and/or improve our technology. We are in the process of commercializing our B-TRAN™ technology and launched our first commercial product, the SymCool™ Power Module, in January 2023. We expect initial sales of this product later in 2023.

Table of Contents

**Trends, Events and Uncertainties**

Research and Development

Research and development of new technologies is, by its nature, unpredictable. We cannot assure you that our research and development will be successful, our technology will be adopted, that we will ever earn revenues sufficient to support our operations or that we will ever be profitable. Furthermore, since we have no committed source of financing, we cannot assure you that we will be able to raise additional capital if and when we need it to continue our operations. If we cannot raise funds if and when we need them, we may be required to severely curtail, or even to cease, our operations.

Public Offering

In February 2021, we received net proceeds from the Public Offering, as defined and discussed in more detail below, of $21.2 million.

**Critical Accounting Estimates**

The following discussion and analysis of our financial condition and results of operations is based upon our financial statements, which have been prepared in conformity with accounting principles generally accepted in the United States of America. Certain accounting estimates are particularly important to the understanding of our financial position and results of operations and require the application of significant judgment by our management. As a result, they are subject to an inherent degree of uncertainty. In applying these policies, we use our judgment to determine the appropriate assumptions to be used in the determination of certain estimates. Those estimates may be based on our historical operations, our future business plans and projected financial results, the terms of existing contracts, our observance of trends in the industry, information provided by our customers and/or information available from other outside sources, as appropriate. Please see Footnote 2 to our financial statements for a summary of our significant accounting policies.

Stock-Based Compensation. We apply FASB ASC 718, “Stock Compensation,” when recording stock-based compensation. Grants to non-employees are also accounted for under ASC 718. The fair value of each stock option award is estimated on the date of grant using the commonly used Black-Scholes option valuation model. The assumptions used in the Black-Scholes model are as follows:

Grant Price - The grant price is determined based on the closing share price on the date of grant.

Risk-free interest rate - The risk-free interest rate is based on the implied yield available on US Treasury securities at the time of grant with an equivalent term of the expected life of the award.

Expected lives - As permitted by SAB 107, due to our insufficient history of option activity, we utilize the simplified approach to estimate the options’ expected term, calculated as the midpoint between the vesting period and the contractual life of the award.

Expected volatility - Volatility is estimated based on the historical volatilities of comparable companies.

Expected dividend yield - Dividend yield is based on current yield at the grant date or the average dividend yield over the historical period. We have never declared or paid dividends and have no plans to do so in the foreseeable future.

The fair value for performance stock units, which contain market conditions, is estimated on the date of grant using a Monte Carlo analysis utilizing the same expected volatility assumption as utilized in the Black-Scholes model for stock options.

Intangible Assets. Our intangible assets are composed of patents, which are recorded at cost, and other intangible assets, which are recorded at cost plus the estimated present value of all future payments associated with the other intangible assets. We capitalize third-party legal costs and filing fees, if any, associated with obtaining patents or other intangible assets. Once the patent asset has been placed in service, we amortize these costs over the shorter of the asset’s legal life, generally 20 years from the initial filing date, or its estimated economic life using the straight-line method. For the other intangible assets, we amortize the asset over the 17-year term of the underlying agreements.

Table of Contents

Impairment of Long-Lived Assets. The long-lived assets, consisting of property and equipment and intangible assets, held and used by us are reviewed for impairment no less frequently than annually or whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. In the event that facts and circumstances indicate that the cost of any long-lived assets may be impaired, an evaluation of recoverability is performed. We determined that there were immaterial impairments in the value of long-lived assets during the years ended December 31, 2022 and 2021.

Income Taxes. We account for income taxes using an asset and liability approach which allows for the recognition and measurement of deferred tax assets based upon the likelihood of realization of tax benefits in future years. Under the asset and liability approach, deferred taxes are provided for the net tax effects of temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for income tax purposes. A valuation allowance is provided for deferred tax assets if it is more likely than not these items will either expire before we are able to realize their benefits, or that future deductibility is uncertain. Tax benefits from an uncertain tax position are recognized only if it is more likely than not that the tax position will be sustained on examination by the taxing authorities based on the technical merits of the position.

We have concluded that it is more likely than not that we will not have sufficient foreseeable taxable income within the carryforward period as applicable and permitted by current law to allow for the utilization of certain of the deductible amounts generating the deferred tax assets; therefore, a full valuation allowance has been established to reduce the net deferred tax assets to zero at December 31, 2022 and 2021.

**Results of Operations**

**Comparison of the year ended December 31, 2022 to the year ended December 31, 2021**

*Grant Revenues.* Grant revenues decreased by $373,130 to $203,269 for the year ended December 31, 2022 from $576,399 in the year ended December 31, 2021 due to the timing of milestones under the program. The grant revenues related primarily to a $1.2 million subcontract with Diversified Technologies, Inc. (“DTI”) to supply B-TRAN™ devices as part of a two-year contract awarded to DTI by the United States Naval Sea Systems Command (“NAVSEA”) for the development and demonstration of a B-TRAN™ enabled high efficiency direct current solid-state circuit breaker (“SSCB”). The program started in late June 2020. In 2022, NAVSEA approved two 6-month extensions to the program. No additional grant revenue was associated with these extensions. In September 2021, we entered into and began work under a $50,000 subcontract with DTI under a Phase I Small Business Innovation Research grant from the Department of Energy to develop a B-TRAN™-driven low loss alternating current SSCB. We completed this work in the first quarter of 2022. We expect the remaining grant revenue of $37,388 related to the NAVSEA program to be recognized in the first half of 2023. We also expect to pursue additional government funding that may result in additional grant revenues in the future.

We entered into a development agreement in late 2022 and launched our first commercial product in January 2023. As a result, we expect to generate initial commercial revenue later in 2023.

*Cost of Grant Revenues.* Cost of grant revenues decreased by $373,130 to $203,269 for the year ended December 31, 2022 from $576,399 for the year ended December 31, 2021. The cost of grant revenues relates to the subcontracts discussed above and are equal to the associated grant revenues resulting in no gross profit. We expect no gross profit under the subcontract with DTI related to the NAVSEA program or other grants that we are pursuing, or may pursue, in 2023.

*Research and Development Expenses.* Research and development expenses increased by $1,439,033, or 75%, to $3,366,776 in the year ended December 31, 2022 from $1,927,743 in the year ended December 31, 2021. The increase was due to higher self-funded wafer fabrication runs of $649,044, stock-based compensation expense of $335,227, materials and supplies, primarily wafers, of $218,394, personnel costs of $215,584 and other B-TRAN™ spending of $20,784. We expect higher research and development expenses in 2023 as we continue development of our B-TRAN™ technology and self-fund, at least in the short term, development previously partially funded through government grants.

*General and Administrative Expenses.* General and administrative expenses increased by $715,427, or 30%, to $3,123,852 in the year ended December 31, 2022 from $2,408,425 in the year ended December 31, 2021. The increase was due primarily to higher stock-based compensation expense of $219,017, professional fees of $185,067, Board fees and expenses of $122,037, personnel costs of $77,927 and other costs of $111,379, including items such as insurance and franchise taxes. We expect relatively flat general and administrative expenses, exclusive of stock-based compensation, in 2023.

Table of Contents

*Sales and Marketing Expenses.* Sales and marketing expenses increased by $339,524, or 66%, to $852,331 in the year ended December 31, 2022 from $512,807 in the year ended December 31, 2021. The increase was due primarily to the higher personnel costs of $172,005, stock-based compensation expense of $69,243, travel costs of $32,873, professional fees of $26,342 and other spending of $39,061 as we work towards commercializing our B-TRAN™ technology. We expect higher sales and marketing expenses in 2023 as we engage more broadly with prospective customers and launch our first two commercial products.

*Loss from Operations.* Our loss from operations for the year ended December 31, 2022 was $7,342,959 or 51% higher than the $4,848,975 loss from operations for the year ended December 31, 2021, driven by the factors discussed above.

*Other Income.* Other income increased by $74,903 to $153,609 for the year ended December 31, 2022 from $78,706 for the year ended December 31, 2021. Other income for the year ended December 31, 2022 related to interest income as a result of the impact of higher interest rates on our money market account. Other income for the year ended December 31, 2021 was due to a $91,407 gain on the forgiveness of our PPP Loan (as defined below) partly offset by interest expense of $12,701.

*Net Loss.* Our net loss increased by $2,419,081, or 51%, to $7,189,350 for the year ended December 31, 2022 from a net loss of $4,770,269 for the year ended December 31, 2021 for the reasons discussed above.

**Liquidity and Capital Resources**

In 2022, we generated grant revenue only. In 2023, we expect to generate grant revenue as well as initial commercial revenue. We have incurred losses since inception. We have funded our operations to date primarily through the sale of common stock.

As of December 31, 2022 and 2021, we had cash and cash equivalents of $16,345,623 and $23,170,149, respectively. Our net working capital and long-term debt at December 31, 2022 were $16,453,606 and $0, respectively.

We believe that our cash and cash equivalents on hand will be sufficient to meet our ongoing liquidity needs for at least the next 12 months. Additional future financing may be necessary to fund our operations and there can be no assurance that, if needed, we will be able to secure additional debt or equity financing on terms acceptable to us or at all. Although we believe we have adequate sources of liquidity over the long term, the success of our operations, the global economic outlook, and the pace of sustainable growth in our markets could each impact our business and liquidity.

Operating activities in the year ended December 31, 2022 resulted in cash outflows of $6,383,914, which were due to the net loss for the period of $7,189,350 and unfavorable balance sheet timing of $458,479, partly offset by non-cash items including stock-based compensation of $975,801, depreciation and amortization of $187,077, stock issued for services of $100,100 and the write-off of long-lived assets of $937.

Operating activities in the year ended December 31, 2021 resulted in cash outflows of $4,280,864, which were due to the net loss for the period of $4,770,269, unfavorable balance sheet timing of $137,573 and a non-cash gain on the forgiveness of our PPP Loan of $91,407, partly offset by other non-cash items including stock-based compensation of $352,313, stock issued for services of $207,980, depreciation and amortization of $157,564 and patent impairment charges of $528.

We expect an increase in cash outflows from operating activities in 2023 as we commercialize our B-TRAN™ technology, including the launch of our first two commercial products.

Investing activities in the years ended December 31, 2022 and 2021 resulted in cash outflows of $312,740 and $236,935, respectively. For the year ended December 31, 2022, cash outflows for the acquisition of intangible assets were $130,089 and capital expenditures were $182,651, primarily for lab testing equipment. .For the year ended December 31, 2021, cash outflows for the acquisition of intangible assets were $192,668 and capital expenditures were $44,267.

Financing activities in the year ended December 31, 2022 resulted in cash outflows of $127,872 for the payment of withholding taxes on the vesting of restricted stock units. Financing activities in the year ended December 31, 2021 resulted in cash inflows of $21,204,609 from the net proceeds from our Public Offering and $3,326,083 from the exercise of warrants and stock options.

Table of Contents

Public Offering

In February 2021, we issued and sold 1,352,975 shares of our common stock, including 176,475 additional shares of common stock pursuant to the exercise of the underwriter's option to purchase additional shares in full, at a price of $17.00 per share (the "Public Offering"). The net proceeds to us from the Public Offering were $21.2 million. We are utilizing, and intend to continue to utilize, the net proceeds from the Public Offering to fund commercialization and development of our B-TRAN™ technology and general corporate and working capital purposes.

PPP Loan

In May 2020, we entered into a Loan Agreement and Promissory Note (collectively the "PPP Loan") with BBVA USA pursuant to the Paycheck Protection Program (the "PPP") under the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") administered by the U.S. Small Business Administration ("SBA"). We received total proceeds of $91,407 from the unsecured PPP Loan. The PPP Loan was scheduled to mature in May 2022 and had an interest rate of 1.00% per annum and was subject to the terms and conditions applicable to loans administered by the SBA under the CARES Act. In accordance with the requirements of the CARES Act and the PPP, we used the proceeds from the PPP Loan primarily for payroll costs. We applied for forgiveness of the PPP Loan during the first quarter of 2021. In May 2021, the SBA approved forgiveness of our PPP Loan.

**Contractual Obligations and Commitments**

Lease

In March 2021, we entered into a lease agreement for 4,070 square feet of office and laboratory space located in Austin, Texas. The commencement of the lease occurred on June 1, 2021 and the initial term of the lease was 63 months. The actual base rent in the first year of the lease was $56,471 and was net of $18,824 in abated rent over the first three months of the lease term. The annual base rent in the second year of the lease is $77,330 and increases by $2,035 in each succeeding year of the lease. In addition, we are required to pay our proportionate share of operating costs for the building under this triple net lease. The lease contains a 5-year fair market renewal option. It does not contain a termination option. We recognized a right of use asset of $339,882 and a corresponding lease liability for this lease upon lease commencement.

Future minimum payments under the lease are as follows:

| For the Year Ended December 31, | | |
|---|---|---|
| 2023 | $ | 78,517 |
| 2024 | | 80,552 |
| 2025 | | 82,587 |
| 2026 | | 56,132 |
| Total lease payments | | 297,788 |
| Less: imputed interest | | (30,204) |
| Total lease liability | $ | 267,584 |

Licensing Agreements

In 2015, we entered into licensing agreements which expire in February 2033. Per the agreements, we have an exclusive royalty-free license associated with semiconductor power switches which enhances our intellectual property portfolio. The agreements include both fixed payments, all of which were paid prior to 2017, and ongoing variable payments. The variable payments are a function of the number of associated patent filings pending and patents issued under the agreements. We will pay $10,000 for each patent filing pending and $20,000 for each patent issued annually with one-half of the annual payment due within 20 days of December 21st of each year and one-half of the annual payment due within 20 days of June 21st of each year of the agreements, up to a maximum of $100,000 each year (i.e. five issued patents).

Table of Contents

In March 2021, two patents associated with these agreements were issued and we recorded, as a non-cash activity, an intangible asset and a corresponding other long-term liability of $426,937, representing the estimated present value of future payments under the licensing agreements for these two issued patents. As of March 2021, all five patents associated with the agreements were issued and, as a result, the annual payment amount through expiration of the licensing agreements is $100,000. At December 31, 2022, the corresponding long-term liability for the estimated present value of future payments under the licensing agreement was $838,458. We are accruing interest for future payments related to the issued patents associated with the agreement.

**ITEM 7A: QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK**

As a smaller reporting company, we are not required to provide this information.

**ITEM 8: FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA**

Table of Contents

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Stockholders of
Ideal Power, Inc.

**Opinion on the Financial Statements**

We have audited the accompanying balance sheets of Ideal Power, Inc. (the "Company") as of December 31, 2022 and 2021, and the related statements of operations, stockholders' equity and cash flows for each of the two years in the period ended December 31, 2022, and the related notes (collectively referred to as the "

financial statements"). In our opinion, the financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2022 and 2021, and the results of its operations and its cash flows for each of the two years in the period ended December 31, 2022, in conformity with accounting principles generally accepted in the United States of America.

**Basis for Opinion**

These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audit. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. The Company is not required to have, nor were we engaged to perform an audit of its internal control over financial reporting. As part of our audit, we are required to obtain an understanding of internal control over financial reporting but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion.

Our audit included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audit also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audit provides a reasonable basis for our opinion.

**Critical Audit Matters**

The critical audit matters communicated below are matters arising from the current period audit of the financial statements that were communicated or required to be communicated to the audit committee and that: (1) relate to accounts or disclosures that are material to the financial statements and (2) involved our especially challenging, subjective, or complex judgments. The communication of critical audit matters does not alter in any way our opinion on the financial statements, taken as a whole, and we are not, by communicating the critical audit matters below, providing separate opinions on the critical audit matters or on the accounts or disclosures to which they relate.

***Carrying Value of Intangible Assets***

As described in Note 2 to the financial statements, the Company's intangible asset, net balance was $2.0 million as of December 31, 2022. The Company capitalizes third-party legal costs and filing fees, if any, associated with obtaining patents or other intangible assets. Once the patent asset has been placed in service, the Company amortizes these costs over the shorter of the asset's legal or estimated economic life using the straight-line method. The Company also evaluates for potential impairment of long-lived assets, including intangible assets composed of patents, no less frequently than annually or whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable.

Table of Contents

The principal considerations for our determination that performing procedures relating to the carrying value of intangible assets is a critical audit matter are the significant amount of judgment by management in developing the assumptions of future economic benefit in an impairment analysis, which in turn led to significant auditor judgment, subjectivity and effort in performing audit procedures and evaluating audit evidence relating to the analysis.

Addressing the matter involved performing procedures and evaluating audit evidence in connection with forming our overall opinion on the financial statements. These procedures included, among others, reviewing current and forecasted operating conditions for indication of impairment. We also reviewed board minutes, news, and industry reports for indications of impairment. Last, we obtained an understanding of potential future customers indicating future recoverability.

/s/ BPM LLP
We have served as the Company's auditor since 2013.
San Jose, California
March 30, 2023

Table of Contents

**IDEAL POWER INC.**

**Balance Sheets**

| | December 31, 2022 | December 31, 2021 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 16,345,623 | $ 23,170,149 |
| Accounts receivable, net | 65,936 | 233,262 |
| Prepayments and other current assets | 491,365 | 43,900 |
| Total current assets | 16,902,924 | 23,447,311 |
| | | |
| Property and equipment, net | 200,103 | 56,158 |
| Intangible assets, net | 2,036,431 | 2,055,650 |
| Right of use asset | 248,720 | 307,172 |
| Other assets | 11,189 | 11,189 |
| Total assets | $ 19,399,367 | $ 25,877,480 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 130,503 | $ 130,500 |
| Accrued expenses | 254,218 | 353,507 |
| Current portion of lease liability | 64,597 | 58,864 |
| Total current liabilities | 449,318 | 542,871 |
| | | |
| Long-term lease liability | 202,987 | 267,584 |
| Other long-term liabilities | 838,458 | 917,100 |
| Total liabilities | 1,490,763 | 1,727,555 |
| | | |
| Commitments and contingencies (Note 9) | | |
| | | |
| Stockholders' equity: | | |
| Preferred stock, $0.001 par value; 10,000,000 shares authorized; 0 shares issued and outstanding at December 31, 2022 and 2021 | - | - |
| Common stock, $0.001 par value; 50,000,000 shares authorized; 5,926,001 shares issued and 5,924,680 shares outstanding at December 31, 2022 and 5,893,767 shares issued and 5,892,446 shares outstanding at December 31, 2021 | 5,926 | 5,894 |
| Additional paid-in capital | 105,011,318 | 104,063,321 |
| Treasury stock, at cost; 1,321 shares at December 31, 2022 and 2021, respectively | (13,210) | (13,210) |
| Accumulated deficit | (87,095,430) | (79,906,080) |
| Total stockholders' equity | 17,908,604 | 24,149,925 |
| Total liabilities and stockholders' equity | $ 19,399,367 | $ 25,877,480 |

The accompanying notes are an integral part of these financial statements.

Table of Contents

**IDEAL POWER INC.**

**Statements of Operations**

| | For the Year Ended December 31, 2022 | For the Year Ended December 31, 2021 |
|---|---|---|
| Grant revenue | $ 203,269 | $ 576,399 |
| Cost of grant revenue | 203,269 | 576,399 |
| Gross profit | - | - |
| | | |
| Operating expenses: | | |
| Research and development | 3,366,776 | 1,927,743 |
| General and administrative | 3,123,852 | 2,408,425 |
| Sales and marketing | 852,331 | 512,807 |
| Total operating expenses | 7,342,959 | 4,848,975 |
| | | |
| Loss from operations | (7,342,959) | (4,848,975) |
| | | |
| Other income: | | |
| Interest income (expense), net | 153,609 | (12,701) |
| Gain on forgiveness of long-term debt | - | 91,407 |
| Total other income | 153,609 | 78,706 |
| | | |
| Net loss | $ (7,189,350) | $ (4,770,269) |
| | | |
| Net loss per share - basic and diluted | $ (1.17) | $ (0.80) |
| | | |
| Weighted average number of shares outstanding - basic and diluted | 6,157,866 | 5,937,520 |

The accompanying notes are an integral part of these financial statements.

Table of Contents

**IDEAL POWER INC.**

**Statement of Stockholders' Equity**
**For the Years Ended December 31, 2022 and 2021**

| | Common Stock | | Additional Paid-In | Treasury Stock | | Accumulated | Total Stockholders' |
|---|---|---|---|---|---|---|---|
| | Shares | Amount | Capital | Shares | Amount | Deficit | Equity |
| Balances at December 31, 2020 | 3,265,740 | $ 3,266 | $ 78,974,964 | 1,321 | $ (13,210) | $(75,135,811) | $ 3,829,209 |
| Issuance of shares of common stock in public offering | 1,352,975 | 1,353 | 21,203,256 | - | - | - | 21,204,609 |
| Exercise of options and warrants | 1,261,052 | 1,261 | 3,324,822 | - | - | - | 3,326,083 |
| Stock issued for services | 14,000 | 14 | 207,966 | - | - | - | 207,980 |
| Stock-based compensation | - | - | 352,313 | - | - | - | 352,313 |
| Net loss for the year ended December 31, 2021 | - | - | - | - | - | (4,770,269) | (4,770,269) |
| Balances at December 31, 2021 | 5,893,767 | 5,894 | 104,063,321 | 1,321 | (13,210) | (79,906,080) | 24,149,925 |
| Exercise of options | 1,351 | 1 | (1) | - | - | - | - |
| Stock issued for services | 10,000 | 10 | 100,090 | - | - | - | 100,100 |
| Vesting of restricted stock units | 20,883 | 21 | (127,893) | - | - | - | (127,872) |
| Stock-based compensation | - | - | 975,801 | - | - | - | 975,801 |
| Net loss for the year ended December 31, 2022 | - | - | - | - | - | (7,189,350) | (7,189,350) |
| Balances at December 31, 2022 | 5,926,001 | $ 5,926 | $105,011,318 | 1,321 | $ (13,210) | $(87,095,430) | $ 17,908,604 |

The accompanying notes are an integral part of these financial statements.

Table of Contents

**IDEAL POWER INC.**

**Statements of Cash Flows**

| | For the Year Ended December 31, | |
|---|---|---|
| | 2022 | 2021 |
| Cash flows from operating activities: | | |
| Net loss | $ (7,189,350) | $ (4,770,269) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization | 187,077 | 157,564 |
| Write-off of long-lived assets | 937 | 528 |
| Stock-based compensation | 975,801 | 352,313 |
| Stock issued for services | 100,100 | 207,980 |
| Gain on forgiveness of long-term debt | - | (91,407) |
| Decrease (increase) in operating assets: | | |
| Accounts receivable | 167,326 | (62,975) |
| Prepaid expenses and other assets | (389,013) | 176,223 |
| Increase (decrease) in operating liabilities: | | |
| Accounts payable | 3 | 28,516 |
| Accrued expenses and other liabilities | (236,795) | (279,337) |
| Net cash used in operating activities | (6,383,914) | (4,280,864) |
| Cash flows from investing activities: | | |
| Purchase of property and equipment | (182,651) | (44,267) |
| Acquisition of intangible assets | (130,089) | (192,668) |
| Net cash used in investing activities | (312,740) | (236,935) |
| Cash flows from financing activities: | | |
| Net proceeds from issuance of common stock | - | 21,204,609 |
| Exercise of options and warrants | - | 3,326,083 |
| Payment of taxes on vesting of restricted stock units | (127,872) | - |
| Net cash (used in) provided by financing activities | (127,872) | 24,530,692 |
| Net (decrease) increase in cash and cash equivalents | (6,824,526) | 20,012,893 |
| Cash and cash equivalents at beginning of year | 23,170,149 | 3,157,256 |
| Cash and cash equivalents at end of year | $ 16,345,623 | $ 23,170,149 |

The accompanying notes are an integral part of these financial statements.

Table of Contents

**Ideal Power Inc.**

**Notes to Financial Statements**

**Note 1 - Organization and Description of Business**

Ideal Power Inc. (the “Company”) was incorporated in Texas on May 17, 2007 under the name Ideal Power Converters, Inc. The Company changed its name to Ideal Power Inc. on July 8, 2013 and re-incorporated in Delaware on July 15, 2013. With headquarters in Austin, Texas, the Company is focused on the further development and commercialization of its Bidirectional bipolar junction TRANsistor (B-TRAN™) solid-state switch technology.

Since its inception, the Company has financed its research and development efforts and operations primarily through the sale of common stock. The Company’s continued operations are dependent upon, among other things, its ability to obtain adequate sources of funding through future revenues, follow-on stock offerings, issuances of warrants, debt financing, co-development agreements, government grants, sale or licensing of developed intellectual property or other alternatives.

**Note 2 - Summary of Significant Accounting Policies**

Basis of Presentation

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Cash and Cash Equivalents

The Company considers all highly liquid investments purchased with an original maturity of three months or less to be cash equivalents.

Accounts Receivable

Trade accounts receivable are stated net of an allowance for doubtful accounts. Management estimates the allowance for doubtful accounts based on review and analysis of specific customer balances that may not be collectible, customer payment history and any other customer-specific information that may impact the evaluation of the specific customer’s credit.

Trade accounts receivable at December 31, 2022 relate to a $1.2 million subcontract with Diversified Technologies, Inc. (“DTI”), signed in June 2020, to supply B-TRAN™ devices as part of a two-year contract awarded to DTI by the United States Naval Sea Systems Command for the development and demonstration of a B-TRAN™ enabled high efficiency direct current solid-state circuit breaker (“SSCB”).In 2022, two 6-month extensions were approved under this contract. At December 31, 2022, unbilled grant receivables with DTI, which are included in accounts receivable, net, were $17,857 and the allowance for doubtful accounts was $0.

Property and Equipment

Property and equipment are stated at historical cost less accumulated depreciation and amortization. Major additions and improvements are capitalized while maintenance and repairs that do not improve or extend the useful life of the respective asset are expensed. Depreciation and amortization of property and equipment is computed using the straight-line method over their estimated useful lives. Leasehold improvements are amortized over the shorter of the life of the asset or the related leases. Estimated useful lives of the principal classes of assets are as follows:

| | |
|---|---|
| Leasehold improvements | Shorter of lease term or useful life |
| Machinery and equipment | 5 years |
| Furniture, fixtures and IT equipment | 3 - 5 years |

Table of Contents

Intangible Assets

The Company's intangible assets are composed of patents, which are recorded at cost, and other intangible assets, which are recorded at cost plus the estimated present value of all future payments associated with the other intangible assets. The Company capitalizes third-party legal costs and filing fees, if any, associated with obtaining patents or other intangible assets. Once the patent asset has been placed in service, the Company amortizes these costs over the shorter of the asset's legal life, generally 20 years from the initial filing date, or its estimated economic life using the straight-line method. For the other intangible assets, the Company amortizes the asset over the 17-year term of the underlying agreements.

Impairment of Long-Lived Assets

The long-lived assets, consisting of property and equipment and intangible assets, held and used by the Company are reviewed for impairment no less frequently than annually or whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. In the event that facts and circumstances indicate that the cost of any long-lived assets may be impaired, an evaluation of recoverability is performed. Management has determined that there was an impairment in the value of long-lived assets in the amount of $

937 and $528 during the years ended December 31, 2022 and 2021, respectively.

Fair Value

Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. Assets and liabilities measured at fair value are categorized based on whether or not the inputs are observable in the market and the degree that the inputs are observable. The categorization of financial assets and liabilities within the valuation hierarchy is based upon the lowest level of input that is significant to the fair value measurement. The three levels of inputs used to establish fair value are the following:

- Level 1 - Quoted prices in active markets for identical assets or liabilities;

- Level 2 - Inputs other than Level 1 that are observable, either directly or indirectly, such as quoted prices for similar assets or liabilities; quoted prices in markets that are not active; or other inputs that are observable or can be corroborated by observable market data for substantially the full term of the assets or liabilities; and

- Level 3 - Unobservable inputs that are supported by little or no market activity and that are significant to the fair value of the assets or liabilities

The Company's financial instruments primarily consist of cash and cash equivalents, accounts payable and long-term liabilities. As of the balance sheet dates, the estimated fair values of the financial instruments were not materially different from their carrying values as presented on the balance sheets. This is primarily attributed to the short-term nature of these instruments.

In 2015, the Company recorded a long-term liability for the estimated present value of future payments under licensing agreements. In 2021, the Company recorded an adjustment to increase the long-term liability due to an increase in the future payments due under these licensing agreements. The Company determined the discount rate to estimate the present value of the future payments based on the applicable treasury rates. The Company's long-term liability is classified within Level 3. See Note 5 and Note 9 for more details regarding the licensing agreements. The Company did not identify any other assets and liabilities that are required to be presented in the balance sheets at fair value.

Revenue Recognition

The Company recognizes revenue and related cost of revenue in accordance with Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") 606, "Revenue from Contracts with Customers" and, as applicable, with the guidance issued by the FASB in June 2018 for the recipients of grants.

Currently, the Company recognizes grant revenue and cost of grant revenue only. Government contracts, including grants, are agreements that generally provide the Company with cost reimbursement for certain types of development activities over a contractually defined period. Grant revenue is recognized in the period during which the Company incurs the related costs, provided

that the Company has incurred the cost in accordance with the specifications and work plans determined between the Company and the government entity.

For the years ended December 31, 2022 and 2021, the Company recognized $203,269 and $576,399, respectively, of grant revenue and cost of grant revenue. The grant revenue and cost of grant revenue relate primarily to the subcontract with DTI discussed above. The Company accounts for this subcontract as an exchange transaction under applicable guidance.

Research and Development

Research and development costs are presented as a line item under operating expenses and are expensed as incurred. Research and development costs include costs to further develop the Company's B-TRAN™ technology and include, but are not limited to, the cost of engineering personnel, wafer fabrication, contract labor, driver design and fabrication, device packaging, product development, testing and other engineering services, stock-based compensation for engineering personnel, consulting and materials and supplies.

Income Taxes

The Company accounts for income taxes using an asset and liability approach which allows for the recognition and measurement of deferred tax assets based upon the likelihood of realization of tax benefits in future years. Under the asset and liability approach, deferred taxes are provided for the net tax effects of temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for income tax purposes. A valuation allowance is provided for deferred tax assets if it is more likely than not these items will either expire before the Company is able to realize their benefits, or that future deductibility is uncertain. At December 31, 2022 and 2021, the Company has established a full reserve against all deferred tax assets.

Tax benefits from an uncertain tax position are recognized only if it is more likely than not that the tax position will be sustained on examination by the taxing authorities based on the technical merits of the position. The tax benefits recognized in the financial statements from such a position are measured based on the largest benefit that has a greater than 50 percent likelihood of being realized upon ultimate resolution.

Net Loss Per Share

The Company applies FASB ASC 260, "Earnings per Share." Basic earnings (loss) per share is computed by dividing earnings (loss) available to common stockholders by the weighted-average number of common shares outstanding. Diluted earnings (loss) per share is computed similar to basic earnings (loss) per share except that the denominator is increased to include additional common shares available upon exercise of equity awards and warrants using the treasury stock method. In periods with a net loss, no common share equivalents are included because their effect would be anti-dilutive.

In accordance with ASC 260, shares issuable for little or no cash consideration are considered outstanding common shares and included in the computation of basic earnings per share.As such, the Company includes pre-funded warrants to purchase shares of common stock in its computation of earnings per share. The pre-funded warrants were issued in November 2019 with an exercise price of $0.001. See Note 12.

At December 31, 2022 and 2021, potentially dilutive shares outstanding amounted to 1,598,034 and 1,379,306 shares, respectively, and exclude pre-funded warrants to purchase shares of common stock.

Stock Based Compensation

The Company applies FASB ASC 718, "Stock Compensation," when recording stock-based compensation. Grants to non-employees are also accounted for under ASC 718. The fair value of each stock option award is estimated on the date of grant using the Black-Scholes option valuation model. The fair value of each performance stock unit award is estimated on the date of grant using a Monte Carlo simulation.

The Company issues common stock upon exercise of equity awards and warrants.

Table of Contents

Concentration of Credit Risk

Financial instruments that potentially subject the Company to concentrations of credit risk consist primarily of cash and cash equivalents. The Company maintains its cash with a major financial institution located in the United States. Balances are insured by the Federal Deposit Insurance Corporation up to $250,000. The Company maintains balances in excess of federally insured limits. The Company has not experienced losses in such accounts and believes it is not exposed to significant credit risk regarding its cash and cash equivalents.

Recent Accounting Pronouncements

Management does not believe that any recently issued, but not yet effective, accounting standards, if adopted, would have a material impact on the Company's financial statements.

**Note 3 - Prepayments and Other Current Assets**

Prepayments and other current assets consisted of the following:

| | December 31, | |
|---|---|---|
| | 2022 | 2021 |
| Prepaid insurance | $ 213,357 | $ 22,307 |
| Prepaid semiconductor fabrication costs | 110,319 | - |
| Prepaid software | 71,141 | 4,374 |
| Prepaid consulting | 32,000 | - |
| Prepaid engineering services | 26,000 | - |
| Other | 38,548 | 17,219 |
| | $ 491,365 | $ 43,900 |

**Note 4 - Property and Equipment**

Property and equipment, net consisted of the following:

| | December 31, | |
|---|---|---|
| | 2022 | 2021 |
| Machinery and equipment | $ 233,431 | $ 93,811 |
| Building leasehold improvements | 10,245 | 10,245 |
| Furniture, fixtures, software and IT equipment | 98,793 | 62,884 |
| | 342,469 | 166,940 |
| Accumulated depreciation and amortization | (142,366) | (110,782) |
| | $ 200,103 | $ 56,158 |

Depreciation expense amounted to $37,769 and $25,234 for the years ended December 31, 2022 and 2021, respectively. During the year ended December 31, 2022, the Company wrote-off $937 in property and equipment.

Table of Contents

**Note 5 - Intangible Assets**

Intangible assets, net consisted of the following:

| | December 31, 2022 | December 31, 2021 |
|---|---|---|
| Patents | $ 1,263,930 | $ 1,133,841 |
| Other intangible assets | 1,391,479 | 1,391,479 |
| | 2,655,409 | 2,525,320 |
| Accumulated amortization - patents | (211,078) | (158,516) |
| Accumulated amortization - other intangible assets | (407,900) | (311,154) |
| | $ 2,036,431 | $ 2,055,650 |

At December 31, 2022 and 2021, the Company had capitalized $341,610 and $306,640, respectively, for costs related to patents that have not been awarded. Costs related to patents that have not been awarded are not amortized until patent issuance. During the years ended December 31, 2022 and 2021, the Company wrote-off $0 and $528, respectively, in previously capitalized patent costs.

Amortization expense amounted to $149,308 and $132,330 for the years ended December 31, 2022 and 2021, respectively. Amortization expense for the succeeding five years and thereafter is $152,904 (2023-2027) and $930,301 (thereafter).

**Note 6 - Accrued Expenses**

Accrued expenses consisted of the following:

| | December 31, 2022 | December 31, 2021 |
|---|---|---|
| Accrued compensation | $ 70,261 | $ 147,756 |
| Accrued Board fees | 62,500 | 30,000 |
| Accrued professional fees | 53,300 | 44,000 |
| Accrued licensing fees | 50,000 | 50,000 |
| Accrued taxes | - | 75,200 |
| Other | 18,157 | 6,551 |
| | $ 254,218 | $ 353,507 |

**Note 7 - Loans**

In May 2020, the Company entered into a Loan Agreement and Promissory Note (collectively the “PPP Loan”) with BBVA USA pursuant to the Paycheck Protection Program (the “PPP”) under the Coronavirus Aid, Relief, and Economic Security Act (“CARES Act”) administered by the U.S. Small Business Administration (“SBA”). The Company received total proceeds of $91,407 from the unsecured PPP Loan. The PPP Loan was scheduled to mature in May 2022 and had an interest rate of 1.00% per annum and was subject to the terms and conditions applicable to loans administered by the SBA under the CARES Act. In accordance with the requirements of the CARES Act and the PPP, the Company used the proceeds from the PPP Loan primarily for payroll costs. The Company applied for forgiveness of the PPP Loan during the first quarter of 2021. In May 2021, the SBA approved forgiveness of the Company’s PPP Loan in the principal amount of $91,407, including accrued interest. The $91,407 gain on forgiveness of the PPP Loan is shown in other income (expenses) in the financial statements for the year ended December 31, 2021 and represents a non-cash financing activity.

**Note 8 - Lease**

The Company leased 14,782 square feet of office and laboratory space located in Austin, Texas and subleased approximately seventy-five percent (

75%) of this space to a third party. This lease and sublease expired concurrently on May 31, 2021.

Table of Contents

In March 2021, the Company entered into a lease agreement for 4,070 square feet of office and laboratory space located in Austin, Texas. The commencement of the lease occurred on June 1, 2021 and the initial term of the lease was 63 months. The actual base rent in the first year of the lease was $56,471 and was net of $18,824 in abated rent over the first three months of the lease term. The annual base rent in the second year of the lease is $77,330 and increases by $2,035 in each succeeding year of the lease. In addition, the Company is required to pay its proportionate share of operating costs for the building under this triple net lease. The lease contains a 5-year fair market renewal option. It does not contain a termination option. The Company recognized a right of use asset of $339,882 and a corresponding lease liability for this lease upon lease commencement.

For purposes of calculating the right of use asset and lease liability included in the Company's financial statements, the Company estimated its incremental borrowing rate at 6% per annum.

Future minimum payments under the lease are as follows:

| For the Year Ended December 31, | | |
|---|---|---|
| 2023 | $ | 78,517 |
| 2024 | | 80,552 |
| 2025 | | 82,587 |
| 2026 | | 56,132 |
| Total lease payments | | 297,788 |
| Less: imputed interest | | (30,204) |
| Total lease liability | | 267,584 |
| Less: current portion of lease liability | | (64,597) |
| Long-term lease liability | $ | 202,987 |

For the year ended December 31, 2022, operating cash outflows for lease payments totaled$76,482 and the operating lease cost, recognized on a straight-line basis, totaled $76,070. For the year ended December 31, 2021, operating cash outflows for lease payments totaled $108,247 and the operating lease cost, recognized on a straight-line basis, totaled $125,187. At December 31, 2022, the remaining lease term was 44 months.

**Note 9 - Commitments and Contingencies**

Licensing Agreements

In 2015, the Company entered into licensing agreements which expire in February 2033. Per the agreements, the Company has an exclusive royalty-free license associated with semiconductor power switches which enhances its intellectual property portfolio. The agreements include both fixed payments, all of which were paid prior to 2017, and ongoing variable payments. The variable payments are a function of the number of associated patent filings pending and patents issued under the agreements. The Company will pay $10,000 for each patent filing pending and $20,000 for each patent issued annually with one-half of the annual payment due within 20 days of December 21st of each year and one-half of the annual payment due within 20 days of June 21st of each year of the agreements, up to a maximum of $100,000 each year (i.e. five issued patents).

In March 2021, two patents associated with these agreements were issued and the Company recorded, as a non-cash activity, an intangible asset and a corresponding other long-term liability of $426,937, representing the estimated present value of future payments under the licensing agreements for these two issued patents. As of March 2021, all five patents associated with the agreements were issued. At December 31, 2022 and 2021, the corresponding long-term liability for the estimated present value of future payments under the licensing agreement was $838,458 and $917,100, respectively. The Company is accruing interest for future payments related to the issued patents associated with the agreement.

Legal Proceedings

The Company may be subject to litigation from time to time in the ordinary course of business. The Company is not currently party to any legal proceedings that it believes would reasonably have a material adverse impact on its business, financial results, and cash flows.

Table of Contents

Indemnification Obligations

The employment agreements of Company executives include an indemnification provision whereby the Company shall indemnify and defend, at the Company's expense, its executives so as long as an executive's actions were taken in good faith and in furtherance of Company's business and within the scope of executive's duties and authority.

**Note 10 - Equity**

All shares of common stock have a par value of $

0.001. Each holder of common stock is entitled to one vote per share outstanding.
Public Offering

In February 2021, the Company issued and sold 1,352,975 shares of its common stock, including 176,475 additional shares of common stock pursuant to the exercise of the underwriter's option to purchase additional shares in full, in an underwritten public offering at a price of $17.00 per share (the "Public Offering"). The net proceeds to the Company from the Public Offering were $21.2 million. The Company is utilizing, and intends to continue utilizing, the net proceeds from the Public Offering to fund commercialization and development of its B-TRAN™ technology and general corporate and working capital purposes.

Stock Issuances

In January 2022, the Company issued 10,000 unregistered shares of common stock, valued at $100,100 at the time of issuance, to a third-party vendor as compensation for services performed. In October 2021, the Company issued 10,000 unregistered shares of common stock, valued at $139,300 at the time of issuance, to a third-party vendor as compensation for services performed. In February 2021, the Company issued 4,000 unregistered shares of common stock, valued at $68,680 at the time of issuance, to a third-party vendor as compensation for services performed.

**Note 11 - Equity Incentive Plan**

In May 2013, the Company adopted the 2013 Equity Incentive Plan (as amended and restated, the "Plan") and reserved shares of common stock for issuance under the Plan, which was last amended in June 2021. As a result of the last amendment, the number of shares authorized for issuance under the Plan increased by 500,000 shares and the Plan will now terminate in June 2031, unless sooner terminated or extended by the Company's Board of Directors (the "Board").The Plan is administered by the Compensation Committee of the Board.At December 31, 2022, there were 176,430 shares of common stock available for issuance under the Plan.

During the year ended December 31, 2022, the Company granted 31,062 stock options to Board members, 57,500 restricted stock units and 97,500 performance stock units to executives and 30,000 stock options, 59,500 restricted stock units and 16,500 performance stock units to employees under the Plan. The estimated fair value of these equity grants, calculated using the Black-Scholes option valuation model for the stock options and a Monte Carlo simulation model for the performance stock units, which contain market conditions, was $2,688,111, of which $320,722 was recognized in the respective department expenses in the statement of operations for the year ended December 31, 2022.

During the year ended December 31, 2021, the Company granted 31,821 stock options to Board members, 100,000 restricted units to executives and 100,000 stock options to employees under the Plan. The estimated fair value of these equity grants, calculated using the Black-Scholes option valuation model for the stock options, was $2,078,872, of which $327,414 was recognized during the year ended December 31, 2021.

As permitted by SAB 107, management utilizes the simplified approach to estimate the expected term of stock options, which represents the period of time that options granted are expected to be outstanding. The risk-free interest rate for periods within the contractual life of the option is based on the U.S. treasury yield in effect at the time of grant. The volatility is estimated based on the historical volatilities of comparable companies. The Company has never declared or paid dividends and has no plans to do so in the foreseeable future.

Table of Contents

The assumptions used in the Black-Scholes model are as follows:

| | For the year ended December 31, 2022 | 2021 |
|---|---|---|
| Average risk-free interest rate | 2.67 % | 0.97 % |
| Expected dividend yield | - % | - % |
| Expected life | 5.25 to 6.00 years | 5.31 to 6.00 years |
| Expected volatility | 90 % | 90 % |

The Company utilizes the same expected volatility in the Monte Carlo simulation for performance stock units.

A summary of the Company's stock option activity and related information is as follows:

| | 2022 | | | 2021 | | |
|---|---|---|---|---|---|---|
| | Stock Options | Weighted Average Exercise Price | Weighted Average Remaining Life (in years) | Stock Options | Weighted Average Exercise Price | Weighted Average Remaining Life (in years) |
| Outstanding at January 1 | 492,886 | $ 7.35 | 7.6 | 391,650 | $ 5.70 | 8.1 |
| Granted | 61,062 | $ 11.09 | | 131,821 | $ 11.42 | |
| Exercised | (3,750) | $ 5.36 | | (27,934) | $ 3.27 | |
| Forfeited / Expired | (36,250) | $ 10.45 | | (2,651) | $ 8.04 | |
| Outstanding at December 31 | 513,948 | $ 7.59 | 6.6 | 492,886 | $ 7.35 | 7.6 |
| Exercisable at December 31 | 443,284 | $ 6.78 | 6.2 | 378,470 | $ 6.17 | 7.1 |

The following table sets forth additional information about stock options outstanding at December 31, 2022:

| Range of Exercise Prices | Options Outstanding | Weighted Average Remaining Life (in years) | Weighted Average Exercise Price | Options Exercisable |
|---|---|---|---|---|
| $1.99 - $2.85 | 181,557 | 5.3 | $ 2.52 | 181,557 |
| $4.25 - $9.31 | 176,736 | 7.5 | $ 7.33 | 176,736 |
| $10.41 - $17.25 | 151,302 | 7.2 | $ 12.82 | 80,638 |
| $31.50 - $79.40 | 4,353 | 3.6 | $ 48.50 | 4,353 |
| | 513,948 | | | 443,284 |

Stock options granted under the Plan have ten-year terms and generally vest immediately or annually over a three-year vesting period except for option grants to independent directors that generally vest quarterly over a one-year vesting period.

The estimated aggregate pretax intrinsic value (the difference between the Company's stock price on the last day of the year ended December 31, 2022 and the exercise prices, multiplied by the number of in-the-money options) is $2.1 million for both outstanding and vested options. This amount changes based on the fair value of the Company's stock.

A summary of the Company's restricted stock unit (RSU) and performance stock unit (PSU) activity is as follows:

| | 2022 | | 2021 | |
|---|---|---|---|---|
| | RSUs | PSUs | RSUs | PSUs |
| Outstanding at January 1 | 100,000 | - | - | - |
| Granted | 117,000 | 114,000 | 100,000 | - |
| Vested | (33,334) | - | - | - |
| Outstanding at December 31 | 183,666 | 114,000 | 100,000 | $ - |

Table of Contents

In the year ended December 31, 2022, 33,334 restricted stock units vested of which 12,451 restricted stock units were forfeited to cover the executives' payroll tax withholding obligations. The payment of the taxes on the vesting of the restricted stock units is shown as a financing activity on the statement of cash flow.

As of December 31, 2022, there was $ 3,273,829 of unrecognized compensation cost related to non-vested share-based compensation arrangements. That cost is expected to be recognized over a weighted average period of 1.0 years.

**Note 12 - Warrants**

A summary of the Company's warrant activity and related information is as follows:

| | Warrants | | Pre-Funded Warrants | |
|---|---|---|---|---|
| | Warrants | Weighted Average Exercise Price | Warrants | Weighted Average Exercise Price |
| Outstanding at December 31, 2020 | 1,149,868 | $ 6.36 | 320,201 | $ 0.001 |
| Exercised | (363,448) | $ 8.90 | (66,373) | $ 0.001 |
| Outstanding at December 31, 2021 | 786,420 | $ 5.19 | 253,828 | $ 0.001 |
| Outstanding at December 31, 2022 | 786,420 | $ 5.19 | 253,828 | $ 0.001 |

All warrants were exercisable at December 31, 2022 although warrants may generally be exercised only to the extent that the total number of shares of common stock then beneficially owned by these shareholders does not exceed

4.99% (or, at the investor's election, 9.99%) of the outstanding shares of the Company's stock.

The weighted average remaining life, excluding the 253,828 pre-funded warrants with no expiration date, of the outstanding warrants is 2.2 years.

The estimated aggregate pre-tax intrinsic value (the difference between the Company's stock price on the last day of the year ended December 31, 2022 and the exercise prices, multiplied by the number of in-the-money warrants) is $7.1 million.

**Note 13 - Income Taxes**

Income taxes are disproportionate to income due to net operating loss carryforwards, which are fully reserved. As of December 31, 2022, the Company has federal net operating loss carryforwards of approximately $65 million . The federal net operating loss carryforward for years prior to 2018 expire from 2031 through 2038. Federal net operating loss carryforwards for year 2018 and thereafter do not expire.

Pursuant to Internal Revenue Code Sections 382 and 383, use of the Company's net operating loss and credit carryforwards may be limited if a cumulative change in ownership of more than 50% occurs within any three-year period since the last ownership change. The Company may have had one or more changes in control under these Sections. However, the Company does not anticipate performing a complete analysis of the limitation on the annual use of the net operating loss and tax credit carryforwards until the time that it projects it will be able to utilize these tax attributes.

Management has concluded that it is more likely than not that the Company will not have sufficient foreseeable taxable income within the carryforward period as applicable and permitted by current law to allow for the utilization of certain of the deductible amounts generating the deferred tax assets; therefore, a full valuation allowance has been established to reduce the net deferred tax assets to zero at December 31, 2022 and 2021.

Table of Contents

The following is a summary of the significant components of the Company's net deferred income tax assets and liabilities as of December 31, 2022 and 2021:

| | For the Year Ended December 31, | |
|---|---|---|
| | 2022 | 2021 |
| Current deferred income tax assets: | | |
| Accrued compensation and other | $ 11,000 | $ 11,000 |
| Less: valuation allowance | (11,000) | (11,000) |
| | $ - | $ - |
| Non-current deferred income tax assets and (liabilities): | | |
| Net operating loss | $ 13,642,000 | $ 13,013,000 |
| Research and development credit | 18,000 | 18,000 |
| Research and experimental costs | 595,000 | - |
| Warrants issued for services | 45,000 | 45,000 |
| Depreciation and amortization | 135,000 | 126,000 |
| Exercise of options and warrants | (36,000) | (33,000) |
| Stock based compensation | 1,149,000 | 1,028,000 |
| Intangibles and other | (633,000) | (606,000) |
| Less: valuation allowance | (14,915,000) | (13,591,000) |
| Net non-current deferred tax assets | $ - | $ - |

The Company has applied the provisions of FASB ASC 740, *Income Tax,* which clarifies the accounting for uncertainty in tax positions. FASB ASC 740 requires the recognition of the impact of a tax position in the financial statements if that position is more likely than not of being sustained on a tax return upon examination by the relevant taxing authority, based on the technical merits of the position. At December 31, 2022 and 2021, the Company had

no unrecognized tax benefits.

The Company recognizes interest and penalties related to income tax matters in interest expense and operating expenses, respectively. As of December 31, 2022 and 2021, the Company has no accrued interest and penalties related to uncertain tax positions.

The Company is subject to tax in the United States ("U.S.") and files tax returns in the U.S. federal and certain state jurisdictions. The Company is generally no longer subject to U.S. federal, state and local income tax examinations by tax authorities for all tax years since inception due to the carryover of unused net operating losses and tax credits. The Company currently is not under examination by any tax authority.

The reconciliation between the statutory income tax rate and the effective tax rate is as follows:

| | For the Year Ended December 31, | |
|---|---|---|
| | 2022 | 2021 |
| Statutory federal income tax rate | (21)% | (21)% |
| Valuation allowance | 21 | 21 |
| | - % | - % |

**ITEM 9: CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE**

Not applicable.

**ITEM 9A: CONTROLS AND PROCEDURES**

Disclosure controls and procedures include, without limitation, controls and procedures designed to ensure that information required to be disclosed by an issuer in the reports that it files or submits under the Exchange Act is accumulated and communicated to the issuer's management, including its principal executive and principal financial officers, or persons performing similar functions, as appropriate to allow timely decisions regarding required disclosure.

Table of Contents

We carried out an evaluation, under the supervision and with the participation of our management, including our Chief Executive Officer ("CEO"), our principal executive officer, and our Chief Financial Officer ("CFO"), our principal financial and accounting officer, of the effectiveness of the design and operation of our disclosure controls and procedures as of the end of the period covered by this report. The evaluation was undertaken in consultation with our accounting personnel. Based on that evaluation, our CEO and CFO concluded that, as of December 31, 2022, our disclosure controls and procedures are effective to ensure that information required to be disclosed by us in the reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms.

**Report on Internal Control over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting, as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act. Internal control over financial reporting is a process designed by, or under the supervision of, our CEO and CFO and effected by our Board, management and other personnel, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. Our management, under the supervision and with the participation of our CEO and CFO, conducted an evaluation of the effectiveness of our internal control over financial reporting based on the framework in Internal Control - Integrated Framework (2013) issued by the Committee of Sponsoring Organizations (COSO). Based on such evaluation, management concluded that our internal control over financial reporting was effective as of December 31, 2022.

This Annual Report does not include an attestation report of our independent registered public accounting firm regarding internal control over financial reporting. Management's report was not subject to attestation requirements by our independent registered public accounting firm pursuant to rules of the SEC that permit us to provide only management's report in this Annual Report.

**Changes in Internal Control over Financial Reporting**

There were no changes in our internal control over financial reporting identified in management's evaluation pursuant to Rule 13a-15(d) or 15d-15(d) of the Act during the three months ended December 31, 2022 that materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Inherent Limitations on Effectiveness of Controls**

Our management, including our CEO and CFO, do not expect that our disclosure controls or our internal control over financial reporting will prevent or detect all errors and all fraud. A control system, no matter how well designed and operated, can provide only reasonable, not absolute, assurance that the control system's objectives will be met. The design of a control system must reflect the fact that there are resource constraints, and the benefits of controls must be considered relative to their costs. Further, because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that misstatements due to error or fraud will not occur or that all control issues and instances of fraud, if any, have been detected. These inherent limitations include the realities that judgments in decision-making can be faulty and that breakdowns can occur because of a simple error or mistake. Controls can also be circumvented by the individual acts of some persons, by collusion of two or more people, or by management override of the controls. The design of any system of controls is based in part on certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Projections of any evaluation of control effectiveness to future periods are subject to risks. Over time, controls may become inadequate because of changes in conditions or deterioration in the degree of compliance with policies or procedures.

**ITEM 9B: OTHER INFORMATION**

Not applicable.

**ITEM 9C: DISCLOSURE REGARDING FOREIGN JURISDICTIONS THAT PREVENT INSPECTIONS**

None.

Table of Contents

**PART III**

**ITEM 10: DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE**

The information required by this item is incorporated herein by reference from our definitive proxy statement relating to the 2023 annual meeting of stockholders to be filed no later than 120 days after the end of our fiscal year ended December 31, 2022.

**ITEM 11: EXECUTIVE COMPENSATION**

The information required by this item is incorporated by reference from our definitive proxy statement relating to the 2023 annual meeting of stockholders to be filed no later than 120 days after the end of our fiscal year ended December 31, 2022.

**ITEM 12: SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED SHAREHOLDER MATTERS**

The information required by this item is incorporated by reference from our definitive proxy statement relating to the 2023 annual meeting of stockholders to be filed no later than 120 days after the end of our fiscal year ended December 31, 2022.

**ITEM 13: CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE**

The information required by this item is incorporated by reference from our definitive proxy statement relating to the 2023 annual meeting of stockholders to be filed no later than 120 days after the end of our fiscal year ended December 31, 2022.

**ITEM 14: PRINCIPAL ACCOUNTANT FEES AND SERVICES**

The information required by this item is incorporated by reference from our definitive proxy statement relating to the 2023 annual meeting of stockholders to be filed no later than 120 days after the end of our fiscal year ended December 31, 2022.

Table of Contents

**PART IV**

**ITEM 15: EXHIBITS, FINANCIAL STATEMENT SCHEDULES**

(a) Documents Filed with Report

(1) *Financial Statements.*


| | |
|---|---|
| Report of Independent Registered Accounting Firm (PCAOB ID: 207) | 26 |
| Balance Sheets as of December 31, 2022 and 2021 | 28 |
| Statements of Operations for the years ended December 31, 2022 and 2021 | 29 |
| Statement of Stockholders' Equity for the years ended December 31, 2022 and 2021 | 30 |
| Statements of Cash Flows for the years ended December 31, 2022 and 2021 | 31 |


(2) *Schedules.*

All financial statement schedules have been omitted because they are not required, are not applicable or the information is included in the consolidated financial statements or related notes thereto.

(3) *Exhibits.*

The following exhibits are filed as part of this Annual Report on Form 10-K or incorporated by reference, as indicated:

Table of Contents

## EXHIBIT INDEX

| Exhibit No. | Description of Document |
|---|---|
| 3.1 | Delaware Certificate of Conversion including Certificate of Incorporation of Ideal Power Inc. (1) |
| 3.2 | Certificate of Amendment of the Certificate of Incorporation of Ideal Power Inc. (2) |
| 3.3 | Certificate of Designation of Preferences, Rights and Limitations of Series A Convertible Preferred Stock (3) |
| 3.4 | Second Amended and Restated Bylaws of Ideal Power Inc. (4) |
| 4.1 | Specimen Common Stock Certificate (5) |
| 4.2 | Form of Series A Common Stock Purchase Warrant (6) |
| 4.3 | Form of Series B Pre-Funded Common Stock Warrant (7) |
| 4.4 | Form of Series C Common Stock Purchase Warrant (8) |
| 4.5 | Description of Registrant's Securities (9) |
| 10.1 | Ideal Power Inc. Amended and Restated 2013 Equity Incentive Plan (10) + |
| 10.2 | Second Revised and Restated Employment Agreement between the Company and R. Daniel Brdar dated April 8, 2020 (11) + |
| 10.3 | Employment Agreement between the registrant and Timothy W. Burns dated September 16, 2014 (12) + |
| 10.4 | Registration Rights Agreement, dated November 13, 2019, by and between Ideal Power Inc. and each purchaser identified on the signature pages thereto (13) |
| 23.1 | Consent of BPM LLP, Independent Registered Public Accounting Firm* |
| 31.1 | Certification of Principal Executive Officer, pursuant to Rule 13a-14(a) or 15d-14(a) of the Securities and Exchange Act of 1934, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002* |
| 31.2 | Certification of Principal Financial and Accounting Officer pursuant to Rule 13a-14(a) or 15d-14(a) of the Securities and Exchange Act of 1934, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002* |
| 32.1 | Certification of Principal Executive Officer and Principal Financial and Accounting Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002** |
| 101.INS | Inline XBRL Instance Document - the instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document* |
| 101.SCH | Inline XBRL Taxonomy Extension Schema* |
| 101.CAL | Inline XBRL Taxonomy Extension Calculation Linkbase* |
| 101.DEF | Inline XBRL Taxonomy Extension Definition Linkbase* |
| 101.LAB | Inline XBRL Taxonomy Extension Label Linkbase* |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase* |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document and contained in Exhibit 101). |

* Filed herewith

** Furnished herewith

\+ Indicates a management contract or compensatory agreement

(1) Incorporated by reference to Exhibit 3.1 to the registrant's registration statement on Form S-1, file no. 333-190414, originally filed with the Securities and Exchange Commission on August 6, 2013, as amended.

(2) Incorporated by reference to Exhibit 3.1 to the registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on August 20, 2019.

(3) Incorporated by reference to Exhibit 3.1 to the registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on February 27, 2017.

(4) Incorporated by reference to Exhibit 3.1 to the registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on June 17, 2022.

(5) Incorporated by reference to Exhibit 4.1 to the registrant's Quarterly Report on Form 10-Q, filed with the Securities and Exchange Commission on May 14, 2021.

Table of Contents

(6) Incorporated by reference to Exhibit 4.1 to the registrant’s Current Report on Form 8-K filed with the Securities and Exchange Commission on November 13, 2019.

(7) Incorporated by reference to Exhibit 4.2 to the registrant’s Current Report on Form 8-K filed with the Securities and Exchange Commission on November 13, 2019.

(8) Incorporated by reference to Exhibit 4.1 to the registrant’s Current Report on Form 8-K filed with the Securities and Exchange Commission on August 3, 2020.

(9) Incorporated by reference to Exhibit 4.5 to the registrant’s Annual Report on Form 10-K filed with the Securities and Exchange Commission on March 30, 2020.

(10) Incorporated by reference to Exhibit 10.1 the registrant’s Current Report on Form 8-K filed with the Securities and Exchange Commission on June 21, 2021.

(11) Incorporated by reference to Exhibit 10.1 to the registrant’s Current Report on Form 8-K filed with the Securities and Exchange Commission on April 14, 2020.

(12) Incorporated by reference to Exhibit 10.2 to the registrant’s Current Report on Form 8-K filed with the Securities and Exchange Commission on September 19, 2014.

(13) Incorporated by reference to Exhibit 10.2 to the registrant’s Current Report on Form 8-K filed with the Securities and Exchange Commission on November 13, 2019.

**ITEM 16: FORM 10-K SUMMARY**

None.

Table of Contents

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Austin, State of Texas, on this 30th day of March 2023.

IDEAL POWER INC.
By: /s/ R. Daniel Brdar
R. Daniel Brdar,
Chief Executive Officer
By: /s/ Timothy Burns
Timothy Burns,
Chief Financial Officer

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| | |
|---|---|
| Dated: March 30, 2023 | /s/ R. Daniel Brdar<br>R. Daniel Brdar,<br>Chief Executive Officer<br>(principal executive officer),<br>President and Director |
| Dated: March 30, 2023 | /s/ Timothy Burns<br>Timothy Burns,<br>Chief Financial Officer<br>(principal financial and accounting officer),<br>Secretary and Treasurer |
| Dated: March 30, 2023 | /s/ Michael Turmelle<br>Michael C. Turmelle, Chairman of the Board |
| Dated: March 30, 2023 | /s/ Drue Freeman<br>Drue Freeman, Director |
| Dated: March 30, 2023 | /s/ Greg Knight<br>Greg Knight, Director |
| Dated: March 30, 2023 | /s/ Ted Lesster<br>Ted Lesster, Director |

**Exhibit 23.1**

**CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

We hereby consent to the incorporation by reference in Registration Statements on Form S-8 (Nos. 333-261024, 333-239270, 333-205627 and 333-201337) and Form S-3 (Nos. 333-269060, 333-250844, 333-248466, 333-235500 and 333-217088) of Ideal Power Inc. of our report dated March 30, 2023 relating to the financial statements, which appears in this Annual Report on Form 10-K.

/s/ BPM LLP

March 30, 2023
San Jose, California

**Exhibit 31.1**

**CERTIFICATION OF PRINCIPAL EXECUTIVE OFFICER
PURSUANT TO SECTION 302(a) OF THE SARBANES-OXLEY ACT OF 2002**

I, R. Daniel Brdar, certify that:

1. I have reviewed this annual report on Form 10-K of Ideal Power Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15-d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: March 30, 2023
/s/ R. Daniel Brdar
R. Daniel Brdar
Chief Executive Officer (Principal Executive Officer)

**Exhibit 31.2**

**CERTIFICATION OF PRINCIPAL FINANCIAL OFFICER**
**PURSUANT TO SECTION 302(a) OF THE SARBANES-OXLEY ACT OF 2002**

I, Timothy W. Burns, certify that:

1. I have reviewed this annual report on Form 10-K of Ideal Power Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15-d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: March 30, 2023
/s/ Timothy W. Burns

Timothy W. Burns
Chief Financial Officer (Principal Financial and Accounting Officer)

**Exhibit 32.1**

**CERTIFICATION PURSUANT TO 18 U.S.C. SECTION 1350
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the annual report of Ideal Power Inc. (the "Company") on Form 10-K for the year ended December 31, 2022 as filed with the Securities and Exchange Commission (the "Report"), we, R. Daniel Brdar, Chief Executive Officer (Principal Executive Officer) and Timothy W. Burns, Chief Financial Officer (Principal Financial and Accounting Officer) of the Company, hereby certify as of the date hereof, solely for purposes of Title 18, Chapter 63, Section 1350 of the United States Code, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that to the best of our knowledge:

(1) The Report fully complies with the requirements of Section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934, and

(2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company at the dates and for the periods indicated.

Date: March 30, 2023
/s/ R. Daniel Brdar
R. Daniel Brdar
Chief Executive Officer (Principal Executive Officer)
/s/ Timothy W. Burns
Timothy W. Burns
Chief Financial Officer (Principal Financial and Accounting Officer)

# EXHIBIT 11

Ideal Power

# Ideal Power Adds SymCool™ IQ to its Commercial Product Offerings

**AUSTIN, TX / ACCESSWIRE / September 28, 2023 /** Ideal Power Inc. ("Ideal Power," the "Company," "we," "us" or "our") (Nasdaq:IPWR), pioneering the development and commercialization of the highly efficient and broadly patented B-TRAN™ bidirectional semiconductor power switch, today announced the launch of its second commercial product, the SymCool™ IQ Intelligent Power Module. SymCool™ IQ builds on the bidirectional B-TRAN™ multi-die packaging design of our SymCool™ power module and adds an integrated intelligent driver optimized for bidirectional operation.

The SymCool™ IQ, rated at 1200V and 160A, has significant advantages compared to IGBT modules, including lower losses and inherent bidirectionality. For OEM customers incorporating SymCool™ IQ into their products, these advantages translate to increased energy savings, lower product operating costs, and significantly lower thermal management requirements resulting in more compact and lower cost products. The addition of an integrated intelligent driver in the SymCool™ IQ provides protection features such as overcurrent protection, undervoltage protection and temperature sensing. OEM customers will also recognize its popular 62-millimeter package as it is a standard for industrial power semiconductor packaging.

According to Mordor Intelligence, the power semiconductor market for energy, power and industrial applications is forecasted to be $13 billion in 2028, growing at a compound annual growth rate of 6% through the forecast period (2023-2028). SymCool™ IQ addresses a variety of applications in this market including renewable energy, energy storage, electric vehicle charging, UPS systems for data centers and several other industrial power control applications.

"The introduction of our second product marks another commercialization milestone for Ideal Power and our B-TRAN™ technology. The SymCool™ IQ product provides a low-loss, bidirectional solution complete with built-in intelligent controls for several of our key market segments including renewable energy, energy storage, UPS/data center, electric vehicle charging and other industrial power control applications. These industrial markets typically have design cycles of about a year. We look forward to our first commercial sales from this product next year with sales ramping as customers incorporate SymCool™ IQ into their OEM product designs," said Dan Brdar, President and Chief Executive Officer of Ideal Power.

"We are introducing products at a great time when renewables, energy storage and electric vehicle charging are in the early stages of adoption. OEMs are looking for more efficient power semiconductors to improve the efficiency of their OEM products and lower operating costs for their customers in these applications. These market segments still have the largest part of their growth curve ahead of them," concluded Brdar.

**About Ideal Power Inc.**

Ideal Power (NASDAQ: IPWR) is pioneering the development and commercialization of its broadly patented bidirectional semiconductor power switch, creating highly efficient and ecofriendly energy control solutions for electric vehicle, electric vehicle charging, renewable energy, energy storage, UPS/data center, solid-state circuit breaker and other industrial and military applications. The Company is focused on its patented Bidirectional, Bipolar Junction Transistor (B-TRAN™) semiconductor technology. B-TRAN™ is a unique double-sided bidirectional AC switch that delivers substantial performance improvements over today's conventional power semiconductors. Ideal Power's B-TRAN™ can reduce conduction and switching losses, complexity of thermal management and operating cost in AC power switching and control circuitry. For more information, visit the Company's website at www.IdealPower.com, on LinkedIn, on Twitter, and on Facebook.

**Safe Harbor Statement**

All statements in this release that are not based on historical fact are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 and the provisions of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. While Ideal Power's management has based any forward-looking statements included in this release on its current expectations, the information on which such expectations were based may change. Such forward-looking statements include, but are not limited to, statements regarding the first commercial sales from our SymCool™ IQ next year and the forecasted size and growth rate of the power semiconductor market for energy, power and industrial applications. These forward-looking statements rely on a number of assumptions concerning future events and are subject to a number of risks, uncertainties and other factors, many of which are outside of our control that could cause actual results to materially differ from such statements. Such risks, uncertainties, and other factors include, but are not limited to, the success of our B-TRAN™ technology, including whether the patents for our technology provide adequate protection and whether we can be successful in maintaining, enforcing and defending our patents, our inability to predict with precision or certainty the pace and timing of development and commercialization of our B-TRAN™ technology, including the timing of the completion of our wafer fabrication runs with our semiconductor fabrications partners, the rate and degree of market acceptance for our B-TRAN™, the impact of global health pandemics on our business, supply chain disruptions, and the expected performance of future products incorporating our B-TRAN™, and uncertainties set forth in our quarterly, annual and other reports filed with

the Securities and Exchange Commission. Furthermore, we operate in a highly competitive and rapidly changing environment where new and unanticipated risks may arise. Accordingly, investors should not place any reliance on forward-looking statements as a prediction of actual results. We disclaim any intention to, and undertake no obligation to, update or revise forward-looking statements, except as required by applicable law.

**Ideal Power Investor Relations Contact:**

Jeff Christensen
Darrow Associates Investor Relations
jchristensen@darrowir.com
703-297-6917

**SOURCE:** Ideal Power

9/28/2023 9:20:00 AM

# EXHIBIT 12

Ideal Power

# Ideal Power Commences Shipment of SymCool™ Power Module to Fulfill Customer Orders

**AUSTIN, TX / ACCESSWIRE / February 20, 2024 /** Ideal Power Inc. ("Ideal Power," the "Company," "we," "us" or "our") (NASDAQ:IPWR), pioneering the development and commercialization of the highly efficient and broadly patented B-TRAN™ bidirectional semiconductor power switch, today announced that the Company commenced commercial shipment of its SymCool™ Power Module to a large, global customer.

"The commencement of SymCool™ shipments to fulfill customer orders is an exciting time for Ideal Power and a pivotal step in the commercialization of our B-TRAN™ technology. We could not be more excited," stated Dan Brdar, President and Chief Executive Officer of Ideal Power. "We expect to convert large OEMs into design wins and/or additional custom development agreements this year. We're thrilled we are successfully executing against our commercialization roadmap, remain on track to achieve our 2024 milestones, and look forward to several commercial announcements in the coming months."

The SymCool™ Power Module targets several applications including solid-state switchgear, renewable energy inverters for solar and wind, industrial inverters, electric vehicles (EVs) and EV charging. Customer evaluations confirmed the B-TRAN™ technology packaged into the multi-die SymCool™ Power Module has lower conduction losses and significant efficiency benefits over existing IGBT-based designs.

**SymCool™ Power Module is a Groundbreaking Innovation**

The SymCool™ Power Module delivers clear advantages for several markets including the large, growing solid-state switchgear market where there is a need for low conduction losses in a wide range of applications such as solid-state circuit breakers (SSCBs), protective relays and contactors.

The SymCool™ Power Module utilizes Ideal Power's B-TRAN™ technology, a dual-sided semiconductor with inherent bidirectional capability. Existing power semiconductors, such as IGBTs, are single-sided and operate as unidirectional switches. The inherent bidirectional capability of the SymCool™ Power Module means that half as many switches are needed compared to implementation with IGBTs, as IGBT-based modules need a dedicated switch for each direction of energy flow. Fewer components translate to smaller, more cost-efficient OEM designs. In addition, SymCool™ Power Modules can be configured in parallel to achieve the required current for a wide range of applications and OEM products.

The Company looks forward to the SymCool™ sales ramp beginning in the second half of 2024 as expected.

**SymCool™ Energy Savings**

Circuit breakers continuously conduct current, so it is critical to keep conduction losses to a minimum. The SymCool™ Power Module exhibits dramatically lower conduction losses compared to IGBTs, thereby allowing for energy savings that are necessary as power grids are modernized. In particular, the integration of renewable energy sources and energy storage systems into the grid will require circuit breakers that do not waste the precious energy generated by solar or wind. The low conduction losses of the SymCool™ Power Module meet this requirement.

**Circuit Breakers are Everywhere**

Circuit breakers perform critical functions in controlling the flow of electricity and containing high currents created by faults in that flow in a wide variety of applications. In addition to the high demand for circuit breakers from renewable energy, microgrids, energy storage, and EV applications, there is a tremendous need to upgrade aging infrastructure, including utility transmission and distribution networks and railway systems.

Two critical circuit breaker operating requirements are fast switching and low conduction losses. Traditional mechanical circuit breakers are slow acting and prone to wear and arcing; IGBT and MOSFET-based SSCBs suffer from high conduction losses. The fast-switching speed of B-TRAN™ solves the slow operating time and electrical arcing of electromechanical circuit breakers while also providing more than 50% lower conduction losses compared to SSCBs utilizing conventional semiconductor power switches. In addition to energy savings, the improved efficiency also results in lower cost and less complex cooling systems, benefits that significantly impact the economics of SSCBs and applications incorporating the SSCBs such as transmission and distribution systems. This is why B-TRAN™ is an enabling technology for SSCBs.

**SymCool™ Video and Data Sheet**

SymCool™ Power Module demonstration video can be found here and Data Sheet here or contact Ideal Power sales at sales@idealpower.com for additional information about the SymCool™ Power Module.

**B-TRAN™ Serviceable Addressable Market**

The B-TRAN™ serviceable addressable market (SAM) is predicted to more than double over the next five years. With a projected 16% compound annual growth rate (CAGR), the total SAM for B-TRAN™ is forecasted to grow from $3.6 billion in 2023 to $7.6 billion in 2028 driven by the macrotrends of electric vehicles, renewable energy and electrification. For the solid-state switchgear market, including SSCBs, the B-TRAN™ SAM is forecasted to grow to $1.0 billion during that same period.




Source: Mordor Intelligence: Global Power Electronics Market Report 2023 and Company estimates.

**About Ideal Power Inc.**

Ideal Power (NASDAQ:IPWR) is pioneering the development and commercialization of its broadly patented bidirectional semiconductor power switch, creating highly efficient and ecofriendly energy control solutions for electric vehicle, electric vehicle charging, renewable energy, energy storage, UPS/data center, solid-state circuit breaker and other industrial and military applications. The Company is focused on its patented Bidirectional, Bipolar Junction Transistor (B-TRAN™) semiconductor technology. B-TRAN™ is a unique double-sided bidirectional AC switch that delivers substantial performance improvements over today's conventional power semiconductors. Ideal Power's B-TRAN™ can reduce conduction and switching losses, complexity of thermal management and operating cost in AC power switching and control circuitry. For more information, visit the Company's website at www.IdealPower.com, on LinkedIn, on Twitter, and on Facebook.

**Safe Harbor Statement**

All statements in this release that are not based on historical fact are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 and the provisions of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. While Ideal Power's management has based any forward-looking statements included in this release on its current expectations, the information on which such expectations were based may change. Such forward-looking statements include, but are not limited to, our statements regarding the current and projected serviceable addressable market for B-TRAN™, that B-TRAN™ is an enabling technology for SSCBs and our expectations that customers will begin implementing B-TRAN™-based products in their OEM designs later this year and our SymCool™ sales ramp will begin in the second half of 2024. These forward-looking statements rely on a number of assumptions concerning future events and are subject to a number of risks, uncertainties and other factors, many of which are outside of our control that could cause actual results to materially differ from such statements. Such risks, uncertainties, and other factors include, but are not limited to, the success of our B-TRAN™ technology, including whether the patents for our technology provide adequate protection and whether we can be successful in maintaining, enforcing and defending our patents, our inability to predict with precision or certainty the pace and timing of development and commercialization of our B-TRAN™ technology, including the timing of the completion of our wafer fabrication runs with our semiconductor fabrications partners, the rate and degree of market acceptance for our B-TRAN™, the impact of global health pandemics on our business, supply chain disruptions, and the expected performance of future products incorporating our B-TRAN™, and uncertainties set forth in our quarterly, annual and other reports filed with the Securities and Exchange Commission. Furthermore, we operate in a highly competitive and rapidly changing environment where new and unanticipated risks may arise. Accordingly, investors should not place any reliance on forward-looking statements as a prediction of actual results. We disclaim any intention to, and undertake no obligation to, update or revise forward-looking statements, except as required by applicable law.

**Ideal Power Investor Relations Contact:**
Jeff Christensen
Darrow Associates Investor Relations
jchristensen@darrowir.com
703-297-6917

**SOURCE:** Ideal Power

View the original on accesswire.com

2/20/2024 9:20:00 AM