**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JIANKANG BU,<br><br>Plaintiff,<br><br>v.<br><br>IDEAL POWER INC.,<br><br>Defendant. | No. 1:26-cv-01557-RP<br><br>Honorable Robert Pitman |

**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO RESTRICT PUBLIC ACCESS AND SEAL ECF NOS. 15 AND 15-1**

Before the Court is Plaintiff Jiankang Bu's Motion to Restrict Public Access and Seal ECF Nos. 15 and 15-1 (ECF No. 17) (the "Motion"), and Defendant Ideal Power Inc.'s Response (with Declaration of Timothy Burns dated September 25, 2026, "Burns Decl."). Plaintiff, proceeding pro se, seeks to seal the First Amended Complaint (ECF No. 15) in its entirety and all 33 exhibits (ECF No. 15-1). The Court finds that the Motion should be **GRANTED IN PART** and **DENIED IN PART**.

The Court finds as follows:

**1. Legal Standard.** Judicial records are presumptively open to the public. The party seeking secrecy bears the burden of overcoming that presumption and must show with particularity why sealing is necessary. The Court must conduct a case-by-case, document-by-document, and line-by-line analysis, and any sealing must be congruent to the need. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 416-17, 419, 421 (5th Cir. 2021); *Trans Tool, LLC v. All State Gear Inc.*, 2022 WL 608945, at *6 (W.D. Tex. Mar. 1, 2022); *IFG Port Holdings, L.L.C. v. Lake Charles Harbor & Terminal Dist.*, 82 F.4th 402, 410-11 (5th Cir. 2023).

**2.** **Confidential Exhibits Warrant Sealing**. Exhibits 2, 4, 6, 12, 13, 17, 18, 19, 20, 21, 22, and 26 contain proprietary technical data, trade secrets, confidential communications, and competitively sensitive information, supported by Burns Decl. ¶¶ 3-15.

**3.** **Remaining Exhibits Do Not Warrant Sealing**. Exhibits 1, 3, 5, 7, 8, 9, 10, 11, 14, 15, 16, 23, 24, 25, 27, 28, 29, 30, 31, 32, and 33 are public, including press releases, SEC filings, earnings calls, and a published opinion, or do not contain Ideal Power proprietary information, as to Exhibits 29, 30, and 33.

**4.** **Wholesale Sealing of the First Amended** Complaint **Is Not Warranted**. Sealing the First Amended Complaint in its entirety is not warranted; targeted redactions are the less restrictive means of protecting the identified confidential information while preserving public access. *See United States v. Ahsani*, 76 F.4th 441, 453-54 (5th Cir. 2023); *Veasey v. Perry*, 769 F.3d 890, 896 (5th Cir. 2014); *June Med. Servs., L.L.C. v. Phillips*, 22 F.4th 512, 521-22 (5th Cir. 2022).

Based on the foregoing, and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff Jiankang Bu's Motion to Restrict Public Access and Seal ECF Nos. 15 and 15-1 (ECF No. 17) is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall maintain under seal Exhibits 2, 4, 6, 12, 13, 17, 18, 19, 20, 21, 22, and 26 of ECF No. 15-1.

**IT IS FURTHER ORDERED** that Exhibits 1, 3, 5, 7, 8, 9, 10, 11, 14, 15, 16, 23, 24, 25, 27, 28, 29, 30, 31, 32, and 33 of ECF No. 15-1 shall remain public.

**IT IS FURTHER ORDERED** that the Motion is **DENIED** to the extent it seeks sealing of the First Amended Complaint (ECF No. 15) in its entirety.

**IT IS FURTHER ORDERED** that Plaintiff shall file on the public docket within fourteen (14) days a redacted First Amended Complaint redacting the following: Section III.1.2.a (Ex. 2); the first bullet under Section III.1.3.1 (Ex. 6); the last sentence of the second paragraph under Section III.2.3 (Ex. 12); the third paragraph under Section III.2.3 (Ex. 12); the fourth full paragraph on page 7 beginning "The same May 7, 2025 report . . . ." (Ex. 13); the balance of the first paragraph under Section III.3.3 beginning "The assessment reviewed . . . ." (Ex. 17); the balance of the second paragraph under Section III.3.3 beginning "All the quantitative . . . ." (Ex. 18); the second sentence of the first full paragraph on page 11 beginning "The measured forward drop . . . ." (Ex. 19); and the phrase in the second full paragraph on page 11 beginning "forward voltage . . . ." (Ex. 20).

**IT IS FURTHER ORDERED** that the unredacted First Amended Complaint (ECF No. 15) shall remain under seal pending the filing of the redacted First Amended Complaint.

**IT IS FURTHER ORDERED** that all relief not expressly granted is **DENIED**.

**SIGNED this _____ day of ___________________, 2026.**

______________________________________________
THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE