**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| JIANKANG BU,<br>Plaintiff,<br>v.<br>Ideal Power Inc.,<br>Defendant | No. 1:26-cv-01557-RP<br><br>Honorable Robert Pitman |

**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANT'S PROPOSED REDACTIONS AND SEALING ORDER**

Plaintiff Jiankang Bu, proceeding *pro se*, respectfully notifies the Court that he does not oppose Defendant Ideal Power Inc.'s proposed resolution regarding Plaintiff's Motion to Restrict Public Access and Seal ECF Nos. 15 and 15-1 (ECF No. 17).

Specifically, Plaintiff agrees with the targeted framework outlined in Defendant's Response (ECF No. 21):

1. Maintaining Exhibits 2, 4, 6, 12, 13, 17, 18, 19, 20, 21, 22, and 26 permanently under seal.
2. Allowing the remaining public or non-proprietary exhibits to remain unsealed on the public docket.
3. Filing a public version of the First Amended Complaint subject to the exact targeted redactions requested by Defendant within fourteen (14) days of the Court's formal entry of the order.

Plaintiff's non-opposition is limited to the proposed disposition of the sealing and redaction issues and should not be construed as agreement with, or admission of, any other factual or legal assertions contained in Defendant's Response or supporting declaration.

Respectfully submitted,

Dated: September 26, 2026

*/s/ Jiankang Bu*
Jiankang Bu, *Plaintiff Pro Se*
Jiankang.Bu@gmail.com
951-666-0355