# Exhibit 1

February 20, 2024

# Ideal Power Commences Shipment of SymCool(TM) Power Module to Fulfill Customer Orders

**AUSTIN, TX / ACCESSWIRE / February 20, 2024 /** Ideal Power Inc. ("Ideal Power," the "Company," "we," "us" or "our") (NASDAQ:IPWR), pioneering the development and commercialization of the highly efficient and broadly patented B-TRAN™ bidirectional semiconductor power switch, today announced that the Company commenced commercial shipment of its SymCool™ Power Module to a large, global customer.

"The commencement of SymCool™ shipments to fulfill customer orders is an exciting time for Ideal Power and a pivotal step in the commercialization of our B-TRAN™ technology. We could not be more excited," stated Dan Brdar, President and Chief Executive Officer of Ideal Power. "We expect to convert large OEMs into design wins and/or additional custom development agreements this year. We're thrilled we are successfully executing against our commercialization roadmap, remain on track to achieve our 2024 milestones, and look forward to several commercial announcements in the coming months."

The SymCool™ Power Module targets several applications including solid-state switchgear, renewable energy inverters for solar and wind, industrial inverters, electric vehicles (EVs) and EV charging. Customer evaluations confirmed the B-TRAN™ technology packaged into the multi-die SymCool™ Power Module has lower conduction losses and significant efficiency benefits over existing IGBT-based designs.

**SymCool™ Power Module is a Groundbreaking Innovation**

The SymCool™ Power Module delivers clear advantages for several markets including the large, growing solid-state switchgear market where there is a need for low conduction losses in a wide range of applications such as solid-state circuit breakers (SSCBs), protective relays and contactors.

The SymCool™ Power Module utilizes Ideal Power's B-TRAN™ technology, a dual-sided semiconductor with inherent bidirectional capability. Existing power semiconductors, such as IGBTs, are single-sided and operate as unidirectional switches. The inherent bidirectional capability of the SymCool™ Power Module means that half as many switches are needed compared to implementation with IGBTs, as IGBT-based modules need a dedicated switch for each direction of energy flow. Fewer components translate to smaller, more cost-efficient OEM designs. In addition, SymCool™ Power Modules can be configured in parallel to achieve the required current for a wide range of applications and OEM products.

The Company looks forward to the SymCool™ sales ramp beginning in the second half of 2024 as expected.

**SymCool™ Energy Savings**

Circuit breakers continuously conduct current, so it is critical to keep conduction losses to a minimum. The SymCool™ Power Module exhibits dramatically lower conduction losses compared to IGBTs, thereby allowing for energy savings that are necessary as power grids are modernized. In particular, the integration of renewable energy sources and energy storage systems into the grid will require circuit breakers that do not waste the precious energy generated by solar or wind. The low conduction losses of the SymCool™ Power Module meet this requirement.

**Circuit Breakers are Everywhere**

Circuit breakers perform critical functions in controlling the flow of electricity and containing high currents created by faults in that flow in a wide variety of applications. In addition to the high demand for circuit breakers from renewable energy, microgrids, energy storage, and EV applications, there is a tremendous need to upgrade aging infrastructure, including utility transmission and distribution networks and railway systems.

Two critical circuit breaker operating requirements are fast switching and low conduction losses. Traditional mechanical circuit breakers are slow acting and prone to wear and arcing; IGBT and MOSFET-based SSCBs suffer from high conduction losses. The fast-switching speed of B-TRAN™ solves the slow operating time and electrical arcing of electromechanical circuit breakers while also providing more than 50% lower conduction losses compared to SSCBs utilizing conventional semiconductor power switches. In addition to energy savings, the improved efficiency also results in lower cost and less complex cooling systems, benefits that significantly impact the economics of SSCBs and applications incorporating the SSCBs such as transmission and distribution systems. This is why B-TRAN™ is an enabling technology for SSCBs.

**SymCool™ Video and Data Sheet**

SymCool™ Power Module demonstration video can be foundhere and Data Sheet here or contact Ideal Power sales at sales@idealpower.com for additional information about the SymCool™ Power Module.

**B-TRAN™ Serviceable Addressable Market**

The B-TRAN™ serviceable addressable market (SAM) is predicted to more than double over the next five years. With a projected 16% compound annual growth rate (CAGR), the total SAM for B-TRAN™ is forecasted to grow from $3.6 billion in 2023 to $7.6 billion in 2028 driven by the macrotrends of electric vehicles, renewable energy and electrification. For the solid-state switchgear market, including SSCBs, the B-TRAN™ SAM is forecasted to grow to $1.0 billion during that same period.




Source: Mordor Intelligence: Global Power Electronics Market Report 2023 and Company estimates.

**About Ideal Power Inc.**

Ideal Power (NASDAQ:IPWR) is pioneering the development and commercialization of its broadly patented bidirectional semiconductor power switch, creating highly efficient and ecofriendly energy control solutions for electric vehicle, electric vehicle charging, renewable energy, energy storage, UPS/data center, solid-state circuit breaker and other industrial and military applications. The Company is focused on its patented Bidirectional, Bipolar Junction Transistor (B-TRAN™) semiconductor technology. B-TRAN™ is a unique double-sided bidirectional AC switch that delivers substantial performance improvements over today's conventional power semiconductors. Ideal Power's B-TRAN™ can reduce conduction and switching losses, complexity of thermal management and operating cost in AC power switching and control circuitry. For more information, visit the Company's website at www.IdealPower.com, on LinkedIn, on Twitter, and on Facebook.

**Safe Harbor Statement**

All statements in this release that are not based on historical fact are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 and the provisions of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. While Ideal Power's management has based any forward-looking statements included in this release on its current expectations, the information on which such expectations were based may change. Such forward-looking statements include, but are not limited to, our statements regarding the current and projected serviceable addressable market for B-TRAN™, that B-TRAN™ is an enabling technology for SSCBs and our expectations that customers will begin implementing B-TRAN™-based products in their OEM designs later this year and our SymCool™ sales ramp will begin in the second half of 2024. These forward-looking statements rely on a number of assumptions concerning future events and are subject to a number of risks, uncertainties and other factors, many of which are outside of our control that could cause actual results to materially differ from such statements. Such risks, uncertainties, and other factors include, but are not limited to, the success of our B-TRAN™ technology, including whether the patents for our technology provide adequate protection and whether we can be

successful in maintaining, enforcing and defending our patents, our inability to predict with precision or certainty the pace and timing of development and commercialization of our B-TRAN™ technology, including the timing of the completion of our wafer fabrication runs with our semiconductor fabrications partners, the rate and degree of market acceptance for our B-TRAN™, the impact of global health pandemics on our business, supply chain disruptions, and the expected performance of future products incorporating our B-TRAN™, and uncertainties set forth in our quarterly, annual and other reports filed with the Securities and Exchange Commission. Furthermore, we operate in a highly competitive and rapidly changing environment where new and unanticipated risks may arise. Accordingly, investors should not place any reliance on forward-looking statements as a prediction of actual results. We disclaim any intention to, and undertake no obligation to, update or revise forward-looking statements, except as required by applicable law.

**Ideal Power Investor Relations Contact:**
Jeff Christensen
Darrow Associates Investor Relations
jchristensen@darrowir.com
703-297-6917

**SOURCE:** Ideal Power

View the original press release on accesswire.com

EX-99.1 2 ex_632554.htm EXHIBIT 99.1

**Exhibit 99.1**

Ideal Power

# Ideal Power Reports Fourth Quarter and Full Year 2023 Financial Results

AUSTIN, TX – February 29, 2024 -- Ideal Power Inc. ("Ideal Power," the "Company," "we," "us" or "our") (Nasdaq: IPWR), pioneering the development and commercialization of the highly efficient and broadly patented B-TRAN™ bidirectional semiconductor power switch, reports results for its fourth quarter and full year ended December 31, 2023.

"We made great progress delivering against our B-TRAN™ commercial roadmap in 2023 and that progress has continued into 2024," said Dan Brdar, President and Chief Executive Officer of Ideal Power. "Strong momentum continues with participants in our test and evaluation program, particularly for solid-state circuit breaker and hybrid and electric vehicle applications. We expect to convert large OEMs into design wins and/or additional custom development agreements this year."

Brdar continued, "We recently completed Phase II of our development agreement with Stellantis and commenced shipment of SymCool™ power modules to fulfill customer orders. We expect industrial markets, particularly the solid-state circuit breaker market served by our SymCool™ power module, to be the earliest source of our product sales ramp."

**Key Fourth Quarter and Recent Operational Highlights**

- Commenced commercial shipment of SymCool™ power modules to fulfill customer orders. The SymCool™ power module targets several applications including solid-state switchgear and circuit protection, renewable energy inverters for solar and wind, industrial inverters, hybrid and electric vehicles ("EVs") and EV charging.

- Successfully completed Phase II of a product development program with Stellantis, a top 10 global automaker. All Phase II deliverables were completed ahead of schedule including a wafer run and deliveries of tested B-TRAN™ devices, drivers and a Stellantis approved comprehensive reliability test plan for automotive qualification. Ideal Power is partnering with Stellantis' advanced technology development team to develop a custom B-TRAN™ power module for use in EV drivetrain inverters in Stellantis' next generation EV platform.

- Stellantis recognized Ideal Power and its program with Stellantis as a finalist in the 2023 Stellantis Venture Awards, which was the result of the excellent performance of the commercial B-TRAN™ devices provided to the Stellantis team for testing and evaluation.

# Exhibit 2 -- RSU Agreements

# Filed in Seal

# Exhibit 3
# P16 from May 15 2025
# Q1 2025 10-Q

### ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

*The following discussion and analysis of our financial condition and results of operations should be read in conjunction with the financial statements and related notes included elsewhere in this Quarterly Report on Form 10-Q as well as our audited 2024 financial statements and related notes included in our Annual Report on Form 10-K for the year ended December 31, 2024. In addition to historical information, the discussion and analysis here and throughout this Form 10-Q contains forward-looking statements that involve risks, uncertainties and assumptions. Our actual results may differ materially from those anticipated in these forward-looking statements as a result of certain factors, including, but not limited, to those set forth under "Risk Factors" in Part I, Item 1A of our Annual Report on Form 10-K for the year ended December 31, 2024.*

**Overview**

Ideal Power Inc. is located in Austin, Texas. We are solely focused on the further development and commercialization of our Bidirectional bipolar junction TRANsistor (B-TRAN®) solid-state switch technology.

To date, operations have been funded primarily through the sale of common stock and pre-funded warrants.

We are in the process of commercializing our B-TRAN® technology and have launched our first two commercial products, the SymCool® Power Module and SymCool® IQ Intelligent Power Module. We generated $12,003 and $78,739 in revenue in the three months ended March 31, 2025 and 2024, respectively.

Product Launches

In early 2023, we launched our first commercial product, the SymCool® Power Module. This multi-die B-TRAN® module is designed to meet the very low conduction loss needs of the solid-state circuit breaker ("SSCB") market. We commenced shipment of SymCool® Power Modules to fulfill customer orders in 2024.

In late 2023, we launched our second commercial product, the SymCool® IQ Intelligent Power Module ("IPM"). The SymCool® IQ IPM builds on the multi-die packaging design of our SymCool® Power Module and adds an integrated intelligent driver optimized for bidirectional operation. This product targets several markets including renewable energy, energy storage, electric vehicle ("EV") charging and other industrial applications. We announced our first order for this product in late 2024.

Upon product launch, we design and build initial prototypes for testing and to solicit customer feedback. Based on the results of testing and customer feedback, we incorporate any necessary changes into the product design, build final prototypes and complete additional testing prior to full commercial release. To date, our customers have purchased prototypes in small quantities for evaluation and provided us feedback that has been incorporated into our final product designs. We expect significantly higher volume orders from customers once we secure a design win from them, and they start to build inventory in advance of launching their OEM product. For the product launches described above, we would expect the time from announcing a design win to the sale of the related OEM product to be roughly one year, although it may vary considerably depending on the customer. We would expect a significantly longer design cycle for automotive applications. Design wins are expected to result in significant revenue growth for us over time as product life cycles tend to be relatively long for power electronics products as changing to another technology would require an OEM to redesign their product. See "First Design Win" below.

Development Agreement

In 2022, we announced, and began the first phase of, a product development agreement with Stellantis, a top 10 global automaker, for a custom B-TRAN® power module for use in the automaker's EV drivetrain inverters in its next generation EV platform. In the first phase of the program, we provided packaged B-TRAN® devices, test kits and technical data to Stellantis for their evaluation. In 2023, we secured, and began the second phase of, this program. In the second phase of the program, we collaborated with Stellantis and the program partners, including both the program's packaging company and the organization building the initial drivetrain inverter, to supply B-TRAN® devices for integration into the custom power module and inverter designs. Also, as part of the second phase of the program, we provided Stellantis a comprehensive test plan for the testing required to achieve certification to automotive standards for B-TRAN®. The test plan was subsequently approved as submitted. In 2024, we successfully completed the second phase of the program. The next phase of the program builds on the completion of deliverables from the prior two program phases and transitions to Stellantis' production team. We are currently finalizing the scope of work for the next phase of the program with Stellantis. This phase is expected to include the extensive testing of the custom B-TRAN® module to meet automotive certification standards enabling B-TRAN® to be the core of the powertrain inverter for the automaker's next-generation EVs.

# Exhibit 4
# P19 from August 14, 2025
# Q2 2025 10-Q

## ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

*The following discussion and analysis of our financial condition and results of operations should be read in conjunction with the financial statements and related notes included elsewhere in this Quarterly Report on Form 10-Q as well as our audited 2024 financial statements and related notes included in our Annual Report on Form 10-K for the year ended December 31, 2024. In addition to historical information, the discussion and analysis here and throughout this Form 10-Q contains forward-looking statements that involve risks, uncertainties and assumptions. Our actual results may differ materially from those anticipated in these forward-looking statements as a result of certain factors, including, but not limited, to those set forth under "Risk Factors" in Part I, Item 1A of our Annual Report on Form 10-K for the year ended December 31, 2024.*

### Overview

Ideal Power Inc. is located in Austin, Texas. We are solely focused on the further development and commercialization of our Bidirectional bipolar junction TRANsistor (B-TRAN®) solid-state switch technology.

To date, operations have been funded primarily through the sale of common stock and pre-funded warrants.

We are in the process of commercializing our B-TRAN® technology and have launched our first two commercial products, the SymCool® Power Module and SymCool® IQ Intelligent Power Module. We generated $13,278 in revenue in the six months ended June 30, 2025.

#### Product Launches

In early 2023, we launched our first commercial product, the SymCool® Power Module. This multi-die B-TRAN® module is designed to meet the very low conduction loss needs of the solid-state circuit breaker ("SSCB") market. We commenced shipment of SymCool® Power Modules to fulfill customer orders in 2024.

In late 2023, we launched our second commercial product, the SymCool® IQ Intelligent Power Module ("IPM"). The SymCool® IQ IPM builds on the multi-die packaging design of our SymCool® Power Module and adds an integrated intelligent driver optimized for bidirectional operation. This product targets several markets including renewable energy, energy storage, electric vehicle ("EV") charging and other industrial applications. We announced our first order for this product in late 2024.

Upon product launch, we design and build initial prototypes for testing and to solicit customer feedback. Based on the results of testing and customer feedback, we incorporate any necessary changes into the product design, build final prototypes and complete additional testing prior to full commercial release. To date, our customers have purchased prototypes in small quantities for evaluation and provided us feedback that has been incorporated into our final product designs. We expect significantly higher volume orders from customers once we secure a design win from them, and they start to build inventory in advance of launching their OEM product. For the product launches described above, we would expect the time from announcing a design win to the sale of the related OEM product to be roughly one year, although it may vary considerably depending on the customer. We would expect a significantly longer design cycle for automotive applications. Design wins are expected to result in significant revenue growth for us over time as product life cycles tend to be relatively long for power electronics products as changing to another technology would require an OEM to redesign their product. See "First Design Win" below.

#### Development Agreement

In 2022, we announced, and began the first phase of, a product development agreement with Stellantis, a top 10 global automaker, for a custom B-TRAN® power module for use in the automaker's EV drivetrain inverters in its next generation EV platform. In the first phase of the program, we provided packaged B-TRAN® devices, test kits and technical data to Stellantis for their evaluation. In 2023, we secured, and began the second phase of, this program. In the second phase of the program, we collaborated with Stellantis and the program partners, including both the program's packaging company and the organization building the initial drivetrain inverter, to supply B-TRAN® devices for integration into the custom power module and inverter designs. Also, as part of the second phase of the program, we provided Stellantis a comprehensive test plan for the testing required to achieve certification to automotive standards for B-TRAN®. The test plan was subsequently approved as submitted. In 2024, we successfully completed the

# Exhibit 5 - July 6, 2025 Weekly

# Filed in Seal

# Exhibit 6 - FA Image

# Filed in Seal

# Exhibit 7 - Prototype Device Image

Filed in Seal